IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>Defendants. | Civil Action No.: 07-810 |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs state that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals Inc.  No other publicly-held corporation owns 10% or more of the stock of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, or IPR Pharmaceuticals Inc.

Shionogi Seiyaku Kabushiki Kaisha has no parent corporation.  No publicly-held corporation owns 10% or more of the stock of Shionogi Seiyaku Kabushiki Kaisha.

                                        Respectfully submitted,

                                        __/s/ Mary W. Bourke_____

Dated: December 14, 2007           Mary W. Bourke (#2356)
                                        Connolly Bove Lodge & Hutz LLP
                                        1007 N. Orange Street
                                        Wilmington, DE 19899
                                        Telephone: (302) 658-9141
                                        Facsimile: (302) 658-5614
                                        mbourke@cblh.com

                                        *Of Counsel:*

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceutical LP, AstraZeneca UK*
*Limited, IPR Pharmaceuticals, Inc., and Shionogi*
*Seiyaku Kabushiki Kaisha*

581685