## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>    Defendants. | Civil Action No. 07-810-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA Inc. shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | THE BAYARD FIRM |
|---|---|
| /s/ Mary W. Bourke (mb2356)<br>Mary W. Bourke (mb2356)<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141<br>mbourke@cblh.com | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (rk0922)<br>Ashley B. Stitzer (as3891)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com |
| *Attorneys for Plaintiffs.* | *Attorneys for Defendants.* |

SO ORDERED this _____ day of December, 2007.

_____
United States District Judge

583243