IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., SHINOGI SEIKAU KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC.,<br><br>Defendants. | Civil Action No. 07-810-JJF-LPS |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as counsel for defendants Aurobindo Pharma Ltd., and Aurobindo Pharma USA, Inc.

January 9, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants,
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.

OF COUNSEL:

Thomas P. Heneghan, Esquire
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison, WI  53703
(608) 257-3501

{00717495;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 9, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on January 9, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk