IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>Defendant. | Civil Action No.: 07-810-JJF-LPS |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
AUROBINDO PHARMA LIMITED PURSUANT TO 10 *DEL. C.* § 3104**

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively referred to as "Plaintiffs") hereby provide proof of service of the process and complaint upon Defendant Aurobindo Pharma Limited ("Defendant") pursuant to 10 *Del. C.* § 3104 by filing the receipt for registered mail and return receipt. Attached as Exhibit A is the Affidavit of Kristen Healey Cramer, Esq., stating that the non-resident Defendant was served with the notice required by and pursuant to 10 *Del. C.* § 3104, and that the return receipt was not received, but proof of signature was provided by the United States Postal Service. Proof of receipt and signature is attached as Exhibits 1 - 3 to the Affidavit.

584926

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Kristen Healey Cramer*
**Kristen Healey Cramer (#4512)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
kcramer@cblh.com

*Of Counsel:*

Ford F. Farabow
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400


Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.*

Dated: January 10, 2008

584926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>Defendant. | Civil Action No.: 07-810-JJF-LPS |

### AFFIDAVIT OF KRISTEN HEALEY CRAMER, ESQ.

I, Kristen Healey Cramer, being duly sworn according to law do depose and say:

1.      I am an attorney for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.

2.      To the best of my knowledge, Aurobindo Pharma Limited ("Defendant") has an address of Plot #2, Maitri Vihar, Ameerpet, Hyderabad – 500 038, Andhra Pradesh, India.

3.      On December 11, 2007, Bryan Steilkie, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4.      On December 20, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del. C.* § 3104 to Defendant in care of Edward J. Pardon of Michael Best & Friedrich LLP, One South Pinckney Street, Suite 700, Madison, WI 53703. Aurobindo Pharma Limited authorized Mr. Pardon at the above address to accept service of process in a letter notifying Plaintiffs that Defendant had filed an ANDA.

5.      Upon inquiry on January 7, 2007, the United States Post Office ("USPS") explained that the package sent as Registered Item RB97 2229 702U S had been delivered, but

584926

the return receipt was not signed. The USPS further explained that it would not return the unsigned return receipt (the "green card"), but that the recipient's signature on other USPS documentation was available upon request. The USPS provided the delivery information including the signature of the recipient by facsimile on January 8, 2008. The USPS also indicated that confirmation of the delivery was available based on the receipt number at the Track and Confirm page of the USPS website.

6.    I have attached hereto as Exhibit 1 the printout from the United States Post Office, Track and Confirm indicating that the package was delivered on December 27, 2007 at 1:13 PM. Attached hereto as Exhibit 2 is the facsimile received from the USPS on January 8, 2007 indicating Defendant's receipt of the package containing the process at the above time and date. Attached hereto as Exhibit 3 is the Registered Mail form stamped December 20, 2007 with the name and address to which the package was sent by registered mail.

                                        */s/ Kristen Healey Cramer*
                                        Kristen Healey Cramer (#4512)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 10th day of January, 2008.

_____
Notary Public

CHARLES A. KUHN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 1, 2008

584926

# EXHIBIT 1

584926

 *UNITED STATES POSTAL SERVICE®*

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB97 2229 702U S**
Status: **Delivered**

Your item was delivered at 1:13 PM on December 27, 2007 in MADISON, WI 53703.

( Additional Details > )  ( Return to USPS.com Home > )


Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

# EXHIBIT 2

584926


# UNITED STATES POSTAL SERVICE™

Date: 01/07/2008

Fax Transmission To: TINA C
Fax Number: 302-658-5614

Dear: TINA C:

The following is in response to your 01/07/2008 request for delivery information on your Registered item number RB97 2229 702U S. The delivery record shows that this item was delivered on 12/27/2007 at 01:13 PM in MADISON, WI 53703. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

# EXHIBIT 3

584926

