# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> *Plaintiffs*, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC., <br><br> *Defendants*. | C.A. No. 07-810-JJF-LPS |

## AUROBINDO USA, INC.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(B)(1)

Defendant Aurobindo Pharma USA, Inc. ("Aurobindo USA") hereby moves for an Order dismissing Plaintiffs' Complaint (D.I. 1) for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), for the reasons and based upon the authorities set forth in Aurobindo USA's opening brief, filed contemporaneously, and supporting declarations.

Defendant Aurobindo Pharma Limited ("Aurobindo India") has concurrently filed, with Aurobindo USA, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Nonjoinder. If the Court does not grant that motion, Aurobindo India joins this motion.

January 31, 2008

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Thomas P. Heneghan, Esquire
Jeffrey S. Ward, Esquire
Edward J. Pardon, Esquire
One South Pinckney Street, Suite 700
Madison, WI 53703
(608) 257-3501

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants,
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 31, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on January 31, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia  20190


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00717499;v1}