IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br> ASTRAZENECA UK LIMITED, <br> IPR PHARMACEUTICALS, INC., and <br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> *Plaintiffs,* <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, and <br> AUROBINDO PHARMA USA, INC., <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-810-JJF-LPS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICITON AND NONJOINDER**

Defendants Aurobindo Pharma Limited ("Aurobindo India") and Aurobindo Pharma USA, Inc. ("Aurobindo USA") hereby move for an Order dismissing Plaintiffs' Complaint (D.I. 1) for lack of personal jurisdiction and nonjoinder pursuant to Federal Rules of Civil Procedure 12(b)(2) and (7) respectively, for the reasons and based upon the authorities set forth in Defendants' opening brief, filed contemporaneously, and supporting declarations.

January 31, 2008

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Thomas P. Heneghan, Esquire
Jeffrey S. Ward, Esquire
Edward J. Pardon, Esquire
One South Pinckney Street, Suite 700
Madison, WI  53703
(608) 257-3501

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants,
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.

{00733237;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 31, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on January 31, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk