# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AstraZeneca Pharmaceuticals LP,　　　　　:
AstraZeneca UK Limited, IPR　　　　　　　:
Pharmaceuticals Inc., and　　　　　　　　:
Shionogi Seiyaku Kabushiki Kaisha,　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　:　　Civ. No. 07-805-JJF-LPS
　　　　　　　　　　　　　　　　　　　:
Mylan Pharmaceuticals Inc.,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　:

---

AstraZeneca Pharmaceuticals LP,　　　　　:
AstraZeneca UK Limited, IPR　　　　　　　:
Pharmaceuticals Inc., and　　　　　　　　:
Shionogi Seiyaku Kabushiki Kaisha,　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　Civ. No. 07-806-JJF-LPS
　　　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
Sun Pharmaceutical Industries Ltd.,　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　:

---

AstraZeneca Pharmaceuticals LP,　　　　　:
AstraZeneca UK Limited, IPR　　　　　　　:
Pharmaceuticals Inc., and　　　　　　　　:
Shionogi Seiyaku Kabushiki Kaisha,　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　Civ. No. 07-807-JJF-LPS
　　　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
Sandoz Inc.,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　:

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,      :
                                        :
              Plaintiffs,               :
                                        :   Civ. No. 07-808-JJF-LPS
       v.                               :
                                        :
Par Pharmaceutical Inc.,                :
                                        :
              Defendant.                :

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,      :
                                        :
              Plaintiffs,               :
                                        :   Civ. No. 07-809-JJF-LPS
       v.                               :
                                        :
Apotex Inc. and Apotex Corp.,           :
                                        :
              Defendants.               :

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and               :
Shionogi Seiyaku Kabushiki Kaisha,      :
                                        :
              Plaintiffs,               :
                                        :   Civ. No. 07-810-JJF-LPS
       v.                               :
                                        :
Aurobindo Pharma Ltd. and               :
Aurobindo Pharma USA Inc.,              :
                                        :
              Defendants.               :

AstraZeneca Pharmaceuticals LP,                    :
AstraZeneca UK Limited, IPR                         :
Pharmaceuticals Inc., and                           :
Shionogi Seiyaku Kabushiki Kaisha,                  :
                                                    :
                          Plaintiffs,               :
                                                    :      Civ. No. 07-811-JJF-LPS
            v.                                      :
                                                    :
Cobalt Pharmaceuticals Inc. and                     :
Cobalt Laboratories Inc.,                           :
                                                    :
                          Defendants.               :

---

## ORDER

At Wilmington this **4th** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **February 20th, 2008 at 3:00 pm,** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE