IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>Defendants. | Civil Action No.: 07-810 JJF-LPS |

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

                                                Thomas A. Stevens, Esq. (#3039)
                                                Sr. Litigation Counsel
                                                Legal Department
                                                AstraZeneca Pharmaceuticals
                                                1800 Concord Pike
                                                Wilmington, DE
                                                302 885 5457 (office)
                                                Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

590488

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the below counsel. I further certify that copies of the foregoing were also served upon the below counsel in the manner indicated below:

**Via Email and Federal Express**
Edward J. Pardon
Thomas P. Heneghan
**MICHAEL BEST & FRIEDRICH LLP**
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com

**Via Email and Hand Delivery**
Richard D. Kirk
**THE BAYARD FIRM**
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**Via Email**
Jeffrey S. Ward
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
Phone: 312-222-0800
Fax: 312-222-0818
jsward@michaelbest.com

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

590488