# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>  Plaintiffs,<br><br>  v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>  Defendants. | Civil Action No.: 07-810-JJF-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall respond to Aurobindo USA, Inc.'s Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1) (D.I. 15) is extended to and including March 20, 2008 and that the time within which Plaintiffs shall respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and NonJoinder (D.I. 17) is extended to and including April 21, 2008, within which time the parties agree that Plaintiffs may take limited jurisdictional discovery of Defendants.

| | |
|---|---|
| */s/ Mary W. Bourke*<br>**Mary W. Bourke (#2356)**<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Telephone:  (302) 658-9141<br>Facsimile:  (302) 658-5614<br>mbourke@cblh.com<br>*Attorneys for Plaintiffs*<br>Dated: February 14, 2008 | */s/ Richard D. Kirk*<br>**Richard D. Kirk (rk0922)**<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>Phone: 302-655-5000<br>Fax: 302-658-6395<br>rkirk@bayardfirm.com<br>*Attorneys for Defendants* |

SO ORDERED this _____day of February, 2008.

_____
United States District Judge

592245

## CERTIFICATE OF SERVICE

I, hereby certify on this 14th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**Richard D. Kirk**
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

The undersigned counsel further certifies that, on February 14, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**Richard D. Kirk**
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

<u>**Via Email and Federal Express:**</u>
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ Mary W. Bourke*_____
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

592245