IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>   *Plaintiffs,*<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC.,<br><br>   *Defendants.* | C.A. No. 07-810-JJF-LPS<br><br>REDACTED PUBLIC VERSION |

### DECLARATION OF DR. S. PADMAJA IN SUPPORT OF AUROBINDO USA, INC.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION UNDER RULE 12(b)(1)

February 15, 2008

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Thomas P. Heneghan, Esquire
Jeffrey S. Ward, Esquire
Edward J. Pardon, Esquire
One South Pinckney Street, Suite 700
Madison, WI 53703
(608) 257-3501

BAYARD, P.A.

Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants,
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.

{00733230;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,

ASTRAZENECA UK LIMITED,

IPR PHARMACEUTICALS, INC., and

SHIONOGI SEIYAKU KABUSHIKI KAISHA,

    *Plaintiffs,*       Case No. 07-CV-0810-JJF-LPS

v.

AUROBINDO PHARMA LIMITED, and

AUROBINDO PHARMA USA, INC.,

    *Defendants.*

## Declaration of Dr. S. Padmaja

I, Dr. S. Padmaja, hereby declare as follows:

1. I am the Head of Intellectual Property for the APL Research Center of Aurobindo Pharma Limited ("Aurobindo India). I have personal knowledge of the following facts.

2. Aurobindo India is a company organized under the laws of the Republic of India. Aurobindo India is in the business of manufacturing and selling pharmaceutical products. [REDACTED]

3. Aurobindo India is not registered to do business in the State of Delaware. [REDACTED]

REDACTED

4. REDACTED

REDACTED

5. REDACTED

6. REDACTED

7. REDACTED

[REDACTED]

8. [REDACTED]

Further, by virtue of plaintiffs filing this lawsuit, the FDA cannot approve Aurobindo's ANDA No. 79-170 for 30 months from the date plaintiffs received notice from Aurobindo India that it had submitted ANDA No. 79-170 to the FDA.

9.　　The plaintiffs in this case filed this suit on December 11, 2007. The plaintiffs, however, also filed an identical two-count complaint in the United States District Court for the District of New Jersey, Trenton Division, captioned *AstraZeneca Pharmaceuticals, LP et al. v. Aurobindo Pharma Limited,* Civil Action No. 07-CV-6020-MLC-JJH. [REDACTED]

3

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: January 30, 2008

_____
Dr. S. Padmaja

4

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on February 15, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia  20190

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk