# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA INC.,<br><br>　　　　Defendants. | Civil Action No. 07-810-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' NOTICE OF DEPOSITION OF AUROBINDO PHARMA USA INC. PURSUANT TO RULE 30(b)(6)** and **PLAINTIFFS' NOTICE OF DEPOSITION OF AUROBINDO PHARMA LIMITED PURSUANT TO RULE 30(b)(6)** were caused to be served on February 26th in the manner indicated:

**Via Email and Hand Delivery:**
**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**Via Email and Federal Express:**
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

## CERTIFICATE OF SERVICE

I, hereby certify on this 26th day of February, 2008 I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

The undersigned counsel further certifies that, on February 26, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

<u>**Via Email and Federal Express:**</u>
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

594651