## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

       Plaintiffs,

       v.                             Civil Action No. 07-810-JJF-LPS

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA INC.,

             Defendants.

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' NOTICE OF DEPOSITION OF PRASADA KAMBHAM** were caused to be served on March 12th in the manner indicated:

**Via Email and Hand Delivery:**
**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**Via Email and Federal Express:**
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify on this 13th day of March, 2008 I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record:

**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

The undersigned counsel further certifies that, on March 13, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

**<u>Via Email and Hand Delivery:</u>**
**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**<u>Via Email and Federal Express:</u>**
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

598072