IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

        *Plaintiffs*,

v.                                    C.A. No. 07-810-JJF-LPS

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA, INC.,

        *Defendants.*

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 20, 2008, copies of (1) **DEFENDANT AUROBINDO PHARAMA LIMITED'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION PURSAUNT TO RULE 30(b)(6); (2) DEFENDANT AUROBINDO PHARMA USA INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6); and (3) THIS NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

{00800216;v1}

**By email and by first class mail:**

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190

|  |  |
|---|---|
|  | BAYARD, PA. |
|  |  |
|  | /s/ Richard D. Kirk (rk0922) |
|  | Richard D. Kirk (No. 922) |
|  | 222 Delaware Ave., Suite 900 |
| OF COUNSEL: | Wilmington, DE 19899-5130 |
|  | (302) 655-5000 |
| MICHAEL BEST & FRIEDRICH LLP | rkirk@bayardlaw.com |
| Thomas P. Heneghan, Esquire |  |
| Jeffrey S. Ward, Esquire |  |
| Edward J. Pardon, Esquire | Counsel for |
| One South Pinckney Street, Suite 700 | AUROBINDO PHARMA LTD., |
| Madison, WI 53703 | AUROBINDO PHARAMA USA, INC. |
| (608) 257-3501 |  |