IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

          *Plaintiffs*,

v.                                    C.A. No. 07-810-JJF-LPS

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA, INC.,

          *Defendants*.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 25, 2008, copies of (1) **INITIAL DISCLOSURES OF DEFENDANTS AUROBINDO PHARMA LTD. AND AUROBINDO PHARMA USA, INC. PURSUANT TO FED.R.CIV.P. 26(a)(1)** and (2) this **NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

**By email and by first class mail:**

Charles Edmund Lipsey, Esquire
York Moody Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Thomas P. Heneghan, Esquire
Jeffrey S. Ward, Esquire
Edward J. Pardon, Esquire
One South Pinckney Street, Suite 700
Madison, WI 53703
(608) 257-3501

BAYARD, PA.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (No. 922)
222 Delaware Ave., Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com

Counsel for
AUROBINDO PHARMA LTD.,
AUROBINDO PHARAMA USA, INC.