IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

      Plaintiffs,

      v.

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA INC.,

      Defendant.

Civil Action No.: 07-810-JJF-LPS

**REDACTED VERSION DI 40**

---

**DECLARATION OF DANA K. HAMMOND IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND NONJOINDER**

Ford F. Farabow
Charles E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER &
SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs,*
AstraZeneca Pharmaceuticals LP, AstraZeneca
UK Limited, IPR Pharmaceuticals, Inc., and
Shionogi Seiyaku Kabushiki Kaisha

Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

*Attorneys for Plaintiffs*

I, Dana K. Hammond, declare:

1.     I am an attorney at the law firm of Connolly Bove Lodge & Hutz LLP in Wilmington, Delaware and one of the counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha.  I make this declaration based on my personal knowledge and the inspection of the documents attached hereto.

2.     A true and correct copy of Defendant Aurobindo Pharma Limited's October 31, 2007 notice letter of Paragraph IV Certification is attached hereto as Exhibit 1.

3.     A true and correct copy of pages from AstraZeneca's Internet website, including the homepage, is attached hereto as Exhibit 2.

4.     A true and correct copy of the deposition transcript from the April 8, 2008 deposition of Dr. S. Padmaja in Chicago, IL is attached hereto as Exhibit 3.

5.     A true and correct copy of APL Exhibit 21, a June 30, 2005 Aurobindo Pharma Limited press release entitled, "Aurobindo Records Revenue of Rs. 11592 Million Record Facility Approvals, DMFs/ANDAs Filings and Significant R&D Expenses Weigh on Aurobindo's Bottom Line", www.aurobindo.com, is attached hereto as Exhibit 4.

6.     A true and correct copy of the deposition transcript from the April 3, 2008 deposition of Mr. Scott White in Newark, NJ is attached hereto as Exhibit 5.

7.     A true and correct copy of APU Exhibit 3, an Aurobindo Pharma Limited press release entitled, "Aurobindo Pharma to Approve Appointment of Relatives of Directors By Postal Ballot", *Bombay Stock Exchange Limited* (Feb. 16, 2005), is attached hereto as Exhibit 6.

607644

8.    A true and correct copy of APL Exhibit 5,

**REDACTED**

, is attached hereto as Exhibit 7.

9.    A true and correct copy of APL Exhibit 6, Certificate of Amendment to the Certificate of Incorporation of NovaGen Pharmaceuticals, Inc. dated September 20, 2004, is attached hereto as Exhibit 8.

10.    A true and correct copy of APU Exhibit 2, Certificate of Amendment of the Certificate of Incorporation of NovaGen Pharmaceuticals, Inc. dated June 22, 2004, is attached hereto as Exhibit 9.

11.    True and correct copies of pages APL000477, APL000501 and APL000554 of APL Exhibit 7, Aurobindo Pharma Limited's "Annexure to Directors' Report, Reports & Accounts 2004-2005, Subsidiaries Companies", are attached hereto as Exhibit 10.

12.    True and correct copies of all documents of Aurobindo Acquisition Co. on file with the Delaware Secretary of State as of April 11, 2008 are attached hereto as Exhibit 11.

13.    A true and correct copy of Aurobindo Pharma USA's Professional License in the State of Delaware (APU000089) is attached hereto as Exhibit 12.

14.    A true and correct copy of APU Exhibit 8,    **REDACTED**

, is attached hereto as Exhibit 13.

15.    A true and correct copy of APL Exhibit 12,    **REDACTED**

, is attached hereto as Exhibit 14.

16.    A true and correct copy of APU Exhibit 7, an Aurobindo Pharma USA Inc. press release entitled, "Aurobindo Pharma USA Inc. (Rx/Generic Drugs—Profiles) (Company Overview", *Chain Drug Review* (Sep. 25, 2006), is attached hereto as Exhibit 15.

17.    A true and correct copy of APU Exhibit 4, listings on www.princetoninfo.com which were prepared for the January 25, 2006 issue of U.S. 1 Newspaper, is attached hereto as Exhibit 16.

18.    A true and correct copy of APU Exhibit 5, "The Antiretroviral Pregnancy Registry -- Interim Report" for January 1, 1989 through January 2006, is attached hereto as Exhibit 17.

19.    True and correct copies of pages APL000567, APL000586, and APL000644 of APL Exhibit 18, Aurobindo Pharma Limited's 2004-2005 Annual Report, are attached hereto as Exhibit 18.

20.    True and correct copy of the 2004-2007 Annual Reports of Aurobindo Pharma U.S.A. on file with the Delaware Secretary of State as of April 11, 2008 are attached hereto as Exhibit 19.

21.    True and correct copies of pages APL000691 and APL000761 of APL Exhibit 19, Aurobindo Pharma Limited's 2005-2006 Annual Report, are attached hereto as Exhibit 20.

22.    True and correct copies pages APL000827 and APL000837 of APL Exhibit 8, Aurobindo Pharma Limited's "Annexure to Directors' Report – Reports & Accounts of Subsidiary Companies (2006-2007)", is attached hereto as Exhibit 21.

23.    True and correct copy of pages APL000951 and APL000958, APL000961, APL000972, and APL001032 of APL Exhibit 20, Aurobindo Pharma Limited's 2007-2007 Annual Report, is attached hereto as Exhibit 22.

24.    A true and correct copy of a June 14, 2007 audit report of **REDACTED**

is attached hereto as Exhibit 23.

25.    A true and correct copy of a portion of Abbreviated New Drug Application

**REDACTED**    is attached hereto as Exhibit 24.

26.    A true and correct copy of APL Exhibit 22,    **REDACTED**

is attached hereto as Exhibit 25.

27.    A true and correct copy of APL Exhibit 24, Answer, Affirmative Defenses, Counterclaims and Jury Demand of Defendant Aurobindo Pharma Ltd. To Plaintiffs' Complaint (D.I. 55) entered in *Sanofi-Aventis v. Actavis South Atlantic LLC,* No. 7-572-GMS (D. Del.), is attached hereto as Exhibit 26.

28.    A true and correct copy APU Exhibit 6,    **REDACTED**

is attached hereto as Exhibit 27.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day April, 2008 at Wilmington, Delaware.

Dana K. Hammond
_____
Dana K. Hammond

Redacted Version Filed:  April 28, 2008

## CERTIFICATE OF SERVICE

I, hereby certify on this 28th day of April, 2008 I electronically filed the foregoing Redacted Version of DECLARATION OF DANA K. HAMMOND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND NONJOINDER with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record:

**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

The undersigned counsel further certifies that, on April 28, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

**Via Email:**
**Richard D. Kirk**
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**Via Email:**
**Edward J. Pardon**
**Jeffrey S. Ward**
**Thomas P. Heneghan**
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:  */s/ Dana K. Hammond*
**Dana K. Hammond (#4869)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

# EXHIBIT 1
## Fully Redacted

# EXHIBIT 2

AstraZeneca International - pharmaceutical company - prescription drugs - medicine man...    Page 1 of 1



http://www.astrazeneca.com/                                                                    4/17/2008

AstraZeneca Research Facilities - Wilmington, US                    Page 1 of 1



We employ over 2,000 people in R&D in Wilmington, which is also our US Corporate HQ with over 5,000 employees in total.

*Zomig , Seroquel* and *Diprivan* are innovations from our Wilmington laboratories.

Read more about this facility.

Page 2

# EXHIBIT 3
# Fully Redacted

# EXHIBIT 4



= PRESS ROOM =



www.aurobindo.com

Hyderabad, 30th June, 2005

EXHIBIT NO: 21
APL
4-3-08  CC

**AUROBINDO RECORDS REVENUE OF RS. 11592 MILLION RECORD FACILITY APPROVALS, DMFs/ANDAs FILINGS AND SIGNIFICANT R & D EXPENSES WEIGH ON AUROBINDO'S BOTTOM LINE.**

- ⊠ Aurobindo receives tentative approval for zidovudine tablet
- ⊠ Aurobindo's products included in World Health Organization (WHO) Pre-qualification list
- ⊠ Aurobindo's scientist conferred award
- ⊠ Aurobindo posts revenue of Rs.2807 Million in Q1.
- ⊠ Aurobindo gets EDQM approval for Domperidone & Domperidone Maleate
- ⊠ Aurobindo receives second ANDA approval from US FDA for PEPFAR
- ⊠ Aurobindo receives the first ARV approval from US FDA
- ⊠ USFDA approval received for Unit VIII Facility
- ⊠ Aurobindo receives NABL approval for its Clinical Laboratory
- ⊠ Aurobindo records improved performance quarter on quarter Successful USFDA Inspection of one more Unit Obtains 3rd product approval from USFDA
- ⊠ Aurobindo in Forbes list Best under a Billion - Asia's Rising Companies
- ⊠ Aurobindo receives US FDA approval for Citalopram

**Hyderabad, India_June 30, 2005**
Aurobindo Pharma Limited has registered a net profit of Rs.351 Million (Rs.1270 Million) on a total income of Rs.11592 Million (Rs.13411 Million) for the year ended March 31, 2005.

Aurobindo Pharma Limited has registered a consolidated net profit of Rs.53 Million (Rs.1068 Million) on a total income of Rs.14167 Million (Rs.15869 Million) for the year ended March 31, 2005.

Regulated market initiatives (record facility approvals, DMFs / ANDAs filings) on an accelerated basis impacted the profitability in the short term. Gross margin has slightly improved from 41.44 % to 41.52%.

As a percentage to Net Income, Employee cost (6.01% as compared to 4.01%), other expenses which includes manufacturing, R&D, etc., (24.31% as compared to 18.8%), interest (3.63% as compared to 2.52%), depreciation (3.68% as compared to 2.66%) are higher by around 10% of net income when compared with the previous year.

Year 2004 – 05 was a very eventful and successful year for Aurobindo Pharma. The leadership of Aurobindo in chemistry, technology and project execution in generic

**R&D and formulations**
311 new scientists / technical staff have joined the mainstream during the year taking the cumulative people employed in R&D to 500 and in formulations to 502.

**Marketing in regulated markets**
Aurobindo started its marketing operations in USA at the end of the year. Aurobindo has developed a complete infrastructure in terms of marketing, sales, administration, finance and distribution in USA. Some of the best-known professionals in USA have joined Aurobindo and are making milestones in performance.

The company has started generating revenues from each of the approvals and secured significant contracts. Similarly the company has set up offices in UK, Italy, Canada and in certain other key markets. These offices are being headed by best of people in the industry.

**Accelerated operations to penetrate regulated markets**
PEPFAR (President's Emergency Plan for AIDS Relief) and the need for a significant basket in USA compelled the company to aggressively file DMFs, ANDA's and develop manufacturing infrastructure. Such an unprecedented activity in the

A robust generic product portfolio to unveil.

**Aurobindo obtains two product approvals from US FDA Records Rs.272 crore furnover in Q2**

**First product approval from US FDA received Foray into Regulated Market crosses first major milestone**

**Company scientists conferred awards**

**Speech by the Chairman, Mr. P. V. Ramaprasad Reddy at the Annual General Meeting on 31st July 2004**

**Aurobindo posts Rs.2873 Millions sales and Rs.180 Million profit**

**Aurobindo net profit at Rs. 127 crs surges by 23%**

**UK MHRA (UK MCA) approval received for Unit 3**

**Subscription to preferential issue of equity shares**

**Aurobindo Q3 PAT grows by 68% Exports soar to 51% of sales**

**Aurobindo gets its first CoS approval from EDQM & files DMF for Citalopram**

**Aurobindo's Q2 Net Profit jumps to Rs.321.5 million, spurt by 57%**

**Preferential Issue of Equity Shares**

**Aurobindo net profit spurts by 52.75% in Q1**

**Aurobindo crosses the landmark Net Profit of Rs.100 crores**

**Aurobindo's demonstration of R&D leadership in cephalosporins**

pharmaceutical industry is visible during the year with several patents, DMFs / ANDAs and plant approvals by world's best regulatory agencies. The company has achieved the transition from an API company to a vertically integrated Pharma company, with comprehensive capabilities in IP generation, formulation and chemical research; formulation and API production to penetrate in all global markets.

Aurobindo has invested several billions in developing infrastructure and R & D to become a vertically integrated company for competitive advantage in regulated and other markets.

Six Facility approvals
During the year, six facilities have been approved by a number of agencies like WHO, US FDA, UK MHRA, MCC South Africa, Anvisa Brazil, Health Canada and other agencies. Major infrastructure involved in six facilities got approvals from leading agencies in the world such as USFDA in a single year.

Five more units have filed DMFs /ANDAs and are expecting approvals in the short term. The year witnessed hectic activity in terms of validations, facility inspections and filings in these facilities.

41 Patents
During the year, 41 patents are filed for API/formulation processes taking the total cumulative patents filed to 115. Entry into regulated markets often requires innovative processes that are not infringing. Such a robust back up of intellectual property helps Aurobindo Pharma in penetrating to key regulated markets.

24 Drug Master filings
During the year, 24 DMFs have been filed, taking the cumulative filings to 29 in the US. 64 filings have taken place in key markets including US taking the cumulative filings of DMFs to 80. This is a very significant leap and an acknowledged

Indian Pharma industry needed increased manpower, release of capacities from existing operations, financial investments in R & D/BE studies/filings and management time. Aurobindo executed and could bear such a successful expansion in regulated markets.

VAT, MRP regime, and other issues
The company had to grapple with issues arising from VAT, MRP based excise implementation, like any other players in the industry.

Thus, the year 2004-05 is an important and successful year in the history of Aurobindo Pharma in which the company has successfully executed the platform to enter regulated markets for sustainable growth. The company has posted these modest results in spite of huge write-offs related to manufacturing, patents, R&D, DMF and ANDA filings, enhanced staff cost, and international marketing infrastructure. Going forward the benefits of these investments shall accrue to the stakeholders.

About Aurobindo Pharma Limited

Aurobindo Pharma Limited (www.aurobindo.com), headquartered at Hyderabad, India manufactures generic pharmaceuticals and Active Pharmaceutical Ingredients. The company's robust product portfolio is spread over 6 major therapeutic/product areas encompassing (Antibiotics, Anti-Retrovirals, CVS, CNS, Gastroenterologicals, and Anti-Allergics) with around 65 APIs in the non-antibiotics and over 55 APIs in the antibiotic segment. The Company is marketing these products globally, in over 100 countries.

- Aurobindo Pharma launches cefepime
- Second quarter profit jumps 41.13%
- Aurobindo implementing ERP package
- First quarter profit jumps 34%
- Aurobindo posts Net Profit of Rs. 68.51 crores
- Noted Cardiologist Dr. I. Satyamurthy joins Aurobindo Board
- Aurobindo Pharma wins award for the best bulk drug company
- Shares allotted to Templeton
- Brazilian GMP certification received for the speciality generic formulations unit
- Aurobindo Pharma acquires equity in Ranit Pharma
- Mr. Lanka Srinivas Inducted as Additional Director on Board of Aurobindo Pharma
- Aurobindo Pharma launches Aztreonam for the first time in India
- Aurobindo Pharma & Citadel promote a joint venture
- Aurobindo Pharma welcomes excise duty exemption on anti-HIV drugs in budget
- Aurobindo launches Cefactam (Cefoperazone plus Salbactam)
- 4th generation Cephalosporin – Cefpirome launched
- Impressive Q3 performance
- Aurobindo shareholders approve

achievement in the pharmaceutical industry.

**20 ANDAs / Formulation dossiers**
During the year, 20 ANDAs were filed, taking the cumulative filings to 24 in the US. 30 filings have been done in key regulated markets including US taking the total cumulative filings in regulated markets to 38. Such a significant number of filings in a single year is a rare phenomenon in the pharmaceutical world.

- Rs.125 crore Private Placement
- Templeton to pick up equity
- Aurobindo Pharma Board approves Rs. 125 crore private placement
- Aurobindo Pharma launches two more antiretroviral products for HIV treatment
- Restructuring on track
- Aurobindo introduces two more drugs for treatment of Aids
- Imunus Aurobindo launches two new anti-aids drugs
- Aurobindo Pharma slashes prices of anti-aids drugs
- Restructuring of Facilities
- Income crosses Rs. 1000 crore land mark

Top

# EXHIBIT 5
## Fully Redacted

# EXHIBIT 6



**Bombay Stock Exchange Limited**

**The edge is efficiency**

| About Us | BSE Announcements | Indices | Public Issues | Reverse Bookbuilding & Buyback | Listing | Corporate Filings | BSE Ins |

| Equity | | Derivatives | | Debt | |

# Corporate Announcements

**Scrip Code:524804    Company Name:AUROBINDO PH**

February, 18 2005

**News Subject:** Aurobindo Pharma members to approve appointment of relatives of Directors by Postal Ballot

**News Body:** Aurobindo Pharma Ltd has informed BSE that the Company seeks members consent by way of special resolutions through Postal Ballot for the following :

1. Appointment of Mr. K Prasada Reddy, a relative of Mr. K Nityananda Reddy, Managing Director and Mr. Vishnu M Sriram, & Ms Shipla Sivakumaran, relatives of Dr M Sivakumaran, Whole Time Director of the Company, in the Company's wholly owned subsidiary viz. Aurobindo Pharma USA Inc, USA.

2. Amendment in the explanatory statement dated June 02, 2004 annexed in the notice of 17th Annual General Meeting pertaining to resolution of grant of Employees Stock Option Plan 2004.

The Company has appointed Ms P Renuka, Practicing Company Secretary as Scrutinizer for conducting the postal ballot process in a fair and transparent manner.

The Postal Ballot form duly completed should reach the scrutinizer on or before the normal working hours on March 21, 2005. The Scrutinizer will scrutinize and submit her report to the Chairman, who will announce the results on March 21, 2005.

| Company Info | Results | Announcement | Archive |

| Systems & Processes | Members | Investor Desk | Research/Publications | Careers | Archives |

Contact Us | Disclaimer | Site Help | Site Map | Useful links

APU    ID

Exhibit _3_

-    -08    pmc

# EXHIBIT 7
# Fully Redacted

# EXHIBIT 8

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:58 PM 09/20/2004
FILED 05:20 PM 09/20/2004
SRV 040679130 - 3769913 FILE

## CERTIFICATE OF AMENDMENT TO THE

## CERTIFICATE OF INCORPORATION OF

## NOVAGEN PHARMACEUTICALS, INC.

### a Delaware Corporation

Novagen Pharmaceuticals, Inc., a corporation existing under the laws of the State of Delaware (the "Corporation"), hereby certifies as follows:

1.     The present name of the Corporation is Novagen Pharmaceuticals, Inc.

2.     The Corporation was incorporated under the name "Novagen Pharmaceuticals, Inc." and the original Certificate of Incorporation was filed with the Secretary of State of the State of Delaware on February 26, 2004.

3.     The Certificate of Incorporation is hereby amended by amending and restating ARTICLE ONE thereof to read in its entirety as set forth below:

"The name of the Corporation is Aurobindo Pharma U.S.A., Inc."

4.     The foregoing amendment and this Certificate of Amendment were duly adopted in accordance with Section 242 of the General Corporation Law of the State of Delaware (the "General Corporation Law"), and the written consent of the holders of a majority of the outstanding shares of common stock of the Corporation entitled to vote thereon to the foregoing amendment and the Certificate of Amendment was given in accordance with Section 228 of the General Corporation Law.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment to the Certificate of Incorporation on the 20 day of September, 2004.

NOVAGEN PHARMACEUTICALS, INC.

By: _____

Name: PRASADA KAMBHAM

Title: Secretary & Director

NY:893586.1



# EXHIBIT 9

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

NovaGen Pharmaceuticals, Inc.

*****

NovaGen Pharmaceuticals, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That by unanimous consent of the Board of Directors of NovaGen Pharmaceuticals, Inc. in accordance with Section 141(F) of the General Corporation Law, resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and submitting said proposed amendment to the stockholders for approval.

RESOLVED, That the Certificate of Incorporation of this corporation be amended by changing Article 3. thereof, so that, as amended, said Article shall be and read as follows:

"3. The nature of the business or purpose to be conducted or promoted is to engage in the business of Pharmaceuticals and all ancillary purposes thereto for which corporations may be organized under the Delaware General Corporation Law ("Delaware Law")."

SECOND: That thereafter, pursuant to resolutions of its Board of Directors, the stockholders, by unanimous action in lieu of a meeting in accordance with Section 228A & 242 of the General Corporation Law of the State of Delaware did vote unanimously in favor of the amendment.

THIRD: That the capital of said corporation shall not be reduced under or by reason of said amendment.

IN WITNESS WHEREOF, said corporation has caused its corporate seal to be hereunto affixed and this certificate to be signed by its President this 22nd day of June, 2004.

(Corporate Seal)

By: _Prasada Kambham, President_

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:55 PM 06/30/2004
FILED 02:55 PM 06/30/2004
SRV 040484276 - 3769913 FILE

APU    ID
Exhibit    2
4 -8 -08    pmc

# EXHIBIT 10



AUROBINDO
PHARMA LTD.

Scaling up the

organisation

Annexure to Directors' Report
Reports & Accounts 2004-2005
- Subsidiary Companies

EXHIBIT NO. 7
APL
4-3-08

APL 000477

APL Holdings, Inc.
**Directors' Report**
**Auditors' Report**

All amounts in Indian Rupees thousands, except share data

The Directors present their report and the audited financial statements for the year ended December 31, 2004.

**PRINCIPAL ACTIVITY**

The Company's main business is to identify opportunities available in USA and to enter into JV agreements for manufacture and sale of the holding company's products.

**REVIEW OF OPERATIONS**

During the period under report, your Company has registered a total turnover of Rs.7,073 and incurred a loss of Rs.5,173.

**AUDITORS**

The Auditors Strayer Saylors & Associates, Inc., CPA have expressed their willingness to accept re-appointment.

**DIRECTORS**

The Directors at the date of this report are:

Mr. P. V. Ramaprasad Reddy

Mr. K. Nityananda Reddy

**SHARE CAPITAL**

During the year, there was no increase in Share Capital. Further, your Directors confirm that neither of the Directors holding office at the end of the financial year had any interest in the shares in or debentures of the Company.

**UNUSUAL ITEMS AFTER THE FINANCIAL YEAR**

No item, transaction or event of a material nature has arisen during the period between the end of the financial year and the date of this report which would affect substantially the operations of the Company during the current year.

**STATEMENT BY DIRECTORS**

In the opinion of the Directors, the accompanying financial statements were drawn up so as to give a true and fair view of the state of affairs of the Company as at December 31, 2004 and of the results of the business for that period. Your Directors have taken all reasonable steps to prepare these financial statements on a going concern basis and that suitable accounting policies have been adopted consistently. Further, your directors are confident that with the support and guidance of the holding Company, your Company can achieve better results in the future.

By Order of the Board

P. V. Ramaprasad Reddy          K. Nityananda Reddy
Director                                          Director
May 20, 2005

---

## Auditors' Report

The Board of Directors
APL Holdings, Inc.

We have audited the accompanying Balance Sheet of APL Holdings, Inc. (the Company) as of December 31, 2004 and the related Statements of Income for the twelve months ended December 31, 2004. These financial statements are the responsibility of the Company management. Our responsibility is to express an opinion on these financial statements.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing

accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of APL Holdings, Inc. as of December 31, 2004, and the results of operations for the 12 months ended December 31, 2004 in conformity with accounting principles generally accepted in the United States of America.

Brian Saylors
Certified Public Accountant

California, May 20, 2005

APL 000501

**Aurobindo Pharma USA, Inc.**
## Directors' Report
## Auditors' Report

All amounts in Indian Rupees thousands, except share data

The Directors present their report and the audited financial statements for the year ended March 31, 2005.

### PRINCIPAL ACTIVITY

The Company's main business is to identify opportunities available in USA and to enter into JV agreements for manufacture and sale of the holding company's products.

### REVIEW OF OPERATIONS

During the period under report, your Company has registered a total turnover of Rs.59,250 and incurred a loss of Rs.342.

### AUDITORS

The Auditors, Strayer Saylors & Associates, Inc. CPA have expressed their willingness to accept re-appointment.

### DIRECTORS

The Directors at the date of this report are:
Mr. P. V. Ramaprasad Reddy
Mr. Lanka Srinivas
Mr. Narendra Borkar
Mr. K. Prasada Reddy

### SHARE CAPITAL

During the year, there was increase of Rs.51,894 in Share Capital. Further, your Directors confirm that neither of the Directors

holding office at the end of the financial year had any interest in the shares in or debentures of the Company.

### UNUSUAL ITEMS AFTER THE FINANCIAL YEAR

No item, transaction or event of a material nature has arisen during the period between the end of the financial year and the date of this report which would affect substantially the operations of the Company during the current year.

### STATEMENT BY DIRECTORS

In the opinion of the Directors, the accompanying financial statements were drawn up so as to give a true and fair view of the state of affairs of the Company as at March 31, 2005 and of the results of the business for that period. Your Directors have taken all reasonable steps to prepare these financial statements on a going concern basis and that suitable accounting policies have been adopted consistently. Further, your directors are confident that with the support and guidance of the holding Company, your Company can achieve better results in the future.

By Order of the Board

K. Prasada Reddy                    Narendra Borkar
Director                                      Director
May 13, 2005

## Auditors' Report

The Board of Directors
Aurobindo Pharma USA, Inc.

We have audited the accompanying Balance Sheet of Aurobindo Pharma USA, Inc. (the Company) as of March 31, 2005 and the related Statements of Income, for the twelve months ended March 31, 2005. These financial statements are the responsibility of the Company management. Our responsibility is to express an opinion on these financial statements.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also

includes assessing accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Aurobindo Pharma USA, Inc. as of March 31, 2005, and the results of operations for the 12 months ended March 31, 2005 in conformity with accounting principles generally accepted in the United States of America.

Brian Saylors
Certified Public Accountant

California, May 13, 2005.

APL 000554

# EXHIBIT 11

# Delaware

**PAGE 1**

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AUROBINDO ACQUISITION CO." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE SEVENTEENTH DAY OF OCTOBER, A.D. 2005, AT 3:37 O'CLOCK P.M.

CERTIFICATE OF DISSOLUTION, FILED THE TWENTIETH DAY OF APRIL, A.D. 2006, AT 12:48 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "AUROBINDO ACQUISITION CO.".

4046350  8100H

080417495

You may verify this certificate online
at corp.delaware.gov/authver.shtml

_Harriet Smith Windsor_
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6516921

DATE: 04-11-08

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:56 PM 10/17/2005*
*FILED 03:37 PM 10/17/2005*
*SRV 050845830 – 4046350 FILE*

# CERTIFICATE OF INCORPORATION

## OF

## AUROBINDO ACQUISITION CO.

I, the undersigned, for the purpose of incorporating and organizing a corporation under the General Corporation Law of the State of Delaware, do hereby execute this Certificate of Incorporation and do hereby certify as follows:

## ARTICLE I

The name of the corporation (which is hereinafter referred to as the "Corporation") is:

Aurobindo Acquisition Co.

## ARTICLE II

The address of the Corporation's registered office in the State of Delaware is The Corporation Trust Center, 1209 Orange Street in the City of Wilmington, County of New Castle. The name of the Corporation's registered agent at such address is The Corporation Trust Company.

## ARTICLE III

The purpose of the Corporation shall be to engage in any lawful act or activity for which corporations may be organized and incorporated under the General Corporation Law of the State of Delaware.

## ARTICLE IV

Section 1.    The Corporation shall be authorized to issue 1,000 shares of Common Stock, $.01 par value ("Common Stock").

Section 2.    The Common Stock shall have the exclusive right to vote for the election of directors and for all other purposes. Each share of Common Stock shall have one vote, and the Common Stock shall vote together as a single class.

## ARTICLE V

Unless and except to the extent that the By-Laws of the Corporation shall so require, the election of directors of the Corporation need not be by written ballot.

## ARTICLE VI

In furtherance and not in limitation of the powers conferred by law, the Board of Directors of the Corporation (the "Board") is expressly authorized and empowered to make, alter and repeal the By-Laws of the Corporation by a majority vote at any regular or special meeting of the Board or by written consent, subject to the power of the stockholders of the Corporation to alter or repeal any By-Laws made by the Board.

## ARTICLE VII

The Corporation reserves the right at any time from time to time to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, and any other provisions authorized by the laws of the State of Delaware at the time in force may be added or inserted, in the manner now or thereafter prescribed by law; and all rights, preferences and privileges of whatsoever nature conferred upon stockholders, directors or any other persons whomsoever by and pursuant to this Certificate of Incorporation in this present form or as hereafter amended are granted subject to the right reserved in this Article.

## ARTICLE VIII

Section 1.    <u>Elimination of Certain Liability of Directors</u>.  A director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except to the extent such exemption from

2

liability or limitation thereof is not permitted under the General Corporation Law of the State of Delaware as the same exits or may hereafter be amended.

Any repeal or modification of the foregoing paragraph shall not adversely affect any right or protection of a director of the Corporation existing hereunder with respect to any act or omission occurring prior to such repeal or modification.

Section 2.    <u>Indemnification and Insurance</u>.

(a)    <u>Right to Indemnification</u>.  Each person who was or is made a party or is threatened to be made a party to or is involved in any action, suit or proceeding, whether civil, criminal, administrative or investigative (hereinafter a "proceeding"), by reason of the fact that he or she, or a person of whom he or she is the legal representative, is or was a director or officer of the Corporation or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation or of a partnership, joint venture, trust or other enterprise, including service with respect to employee benefit plans, whether the basis of such proceeding is alleged action in an official capacity as a director, officer, employee or agent or in any other capacity while serving as a director, officer, employee or agent, shall be indemnified and held harmless by the Corporation to the fullest extent authorized by the General Corporation Law of the State of Delaware, as the same exists or may hereafter be amended (but, in the case of any such amendment, to the fullest extent permitted by law, only to the extent that such amendment permits the Corporation to provide broader indemnification rights than said law permitted the Corporation to provide prior to such amendment), against all expense, liability and loss (including attorneys' fees, judgments, fines, amounts paid or to be paid in settlement, and excise taxes or penalties arising under the Employee Retirement Income Security Act of 1974) reasonably incurred or suffered by such person in connection therewith and such indemnification

3

shall continue as to a person who has ceased to be a director, officer, employee or agent and shall inure to the benefit of his or her heirs, executors and administrators; provided, however, that except as provided in paragraph (b) hereof, the Corporation shall indemnify any such person seeking indemnification in connection with a proceeding (or part thereof) initiated by such person only if such proceeding (or part thereof) was authorized by the Board. The right to indemnification conferred in this Section shall be a contract right and shall include the right to be paid by the Corporation the expenses incurred in defending any such proceeding in advance of its final disposition; provided, however, that, if the General Corporation Law of the State of Delaware requires, the payment of such expenses incurred by a director or officer in his or her capacity as a director or officer (and not in any other capacity in which service was or is rendered by such person while a director or officer, including, without limitation, service to an employee benefit plan) in advance of the final disposition of a proceeding, shall be made only upon delivery to the Corporation of an undertaking, by or on behalf of such director or officer, to repay all amounts so advanced if it shall ultimately be determined that such director or officer is not entitled to be indemnified under this Section or otherwise. The Corporation may, by action of the Board, provide indemnification to employees and agents of the Corporation with the same scope and effect as the foregoing indemnification of directors and officers.

(b)    Right of Claimant to Bring Suit.  If a claim under paragraph (a) of this Section is not paid in full by the Corporation within thirty days after a written claim has been waived by the Corporation, the claimant may at any time thereafter bring suit against the Corporation to recover the unpaid amount of the claim and, if successful in whole or in part, the claimant shall be entitled to be paid also the expense of prosecuting such claim.  It shall be a defense to any such action (other than an action brought to enforce a claim for expenses incurred

4

in defending any proceeding in advance of its final disposition where the required undertaking, if any is required, has been tendered to the Corporation) that the claimant has not met the standards of conduct which make it permissible under the General Corporation Law of the State of Delaware for the Corporation to indemnify the claimant for the amount claimed, but the burden of proving such defense shall be on the Corporation. Neither the failure of the Corporation (including its Board, independent legal counsel, or its stockholders) to have made a determination prior to the commencement of such action that indemnification of the claimant is proper in the circumstances because he or she has met the applicable standard of conduct set forth in the General Corporation Law of the State of Delaware, nor an actual determination by the Corporation (including its Board, independent legal counsel, or its stockholders) that the claimant has not met such applicable standard of conduct, shall be a defense to the action or create a presumption that the claimant has not met the applicable standard of conduct.

(c)    <u>Non-Exclusivity of Rights</u>.    The right to indemnification and the payment of expenses incurred in defending a proceeding in advance of its final disposition conferred in this Section shall not be exclusive of any other right which any person may have or hereafter acquire under any statute, provision of the Certificate of Incorporation, By-law, agreement, vote of stockholders or disinterested directors or otherwise.

(d)    <u>Insurance</u>.    The Corporation may maintain insurance, at its expense, to protect itself and any director, officer, employee or agent of the Corporation or another corporation, partnership, joint venture, trust or otherwise enterprise against any such expense, liability or loss, whether or not the Corporation would have the power to indemnify such person against such expense, liability or loss under the General Corporation Law of the State of Delaware.

5

<u>ARTICLE IX</u>

The name and mailing address of the incorporator is Eric L. Jacobson, Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601.

IN WITNESS WHEREOF, I, the undersigned, being the incorporator named herein, do hereby further certify that the facts stated herein are truly set forth and, accordingly, I have hereunto set my hand this 17th day of October 2005.

Eric L. Jacobson
Incorporator

6

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:00 PM 04/20/2006*
*FILED 12:48 PM 04/20/2006*
*SRV 060367831 - 4046350 FILE*

# STATE OF DELAWARE
## SHORT FORM CERTIFICATE OF DISSOLUTION
### (Pursuant to Sections 275 and 391(a)(5)(b)

1.  Name of Corporation  Aurobindo Acquisition Co.

2.  The corporation has no assets and has ceased transacting business.

3.  The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware.

4.  The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

5.  The dissolution has been authorized by the board of directors and stockholders or by unanimous consent of stockholders on  April 20, 2006

6.  The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| Prasada Reddy | Vice President /Dir | 666 Plainsboro Road Suite #210 Plainsboro, NJ 08536 |
| Narenda Bokar | President /Dir | 666 Plainsboro Road Suite #210 Plainsboro, NJ 08536 |

7.  The signatory hereto acknowledges the above statements to be true.

By: /s/ Prasada Reddy
Authorized Officer

Name: Prasada Reddy
Print or Type
Title: Vice President

DE041 - 08/03/04 C T System Online

# EXHIBIT 12

LICENSE NO.   **A4-0001270**

STATE OF DELAWARE
DIVISION OF PROFESSIONAL REGULATION
861 Silver Lake Blvd.
Cannon Building, Suite 203
Dover DE 19904-2467

NOT TRANSFERABLE

PROFESSION:   **Pharmacy - Wholesale**

EXPIRATION DATE:   **09/30/2008**

ISSUED TO:   **Aurobindo Pharm USA, Inc.**

MAILING ADDRESS

**Aurobindo Pharm USA, Inc.**
**2615 Route 130 South**
**Cranbury NJ  08512**



## PROFESSIONAL LICENSE

THIS CERTIFIES THAT THE PERSON NAMED IS HEREBY LICENSED TO
CONDUCT OR ENGAGE IN THE PROFESSION INDICATED ABOVE. THIS
DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF DELAWARE.

LICENSEE SIGNATURE

**094692**

---

*Please review the information on your license and notify us of any changes needed.*

**Professional Regulation Online Services Growing!**
The Division of Professional Regulation is proud of our professional and timely customer service. Visit
our website www.dpr.delaware.gov for essential reference information and easy access to our services.



- Questions about your profession?  Please check our website first for license law, Rules and Regulations, and
  frequently asked questions. (FAQ's).
- Need a form?  Forms such as renewal applications, continuing education reports and verification requests are a click away.
- Want to attend a meeting of the board or commission for your profession? Click on the "Meeting Calendar" on your profession's
  web page.
- Can't find what you need online?  Just click on the email address for your profession and let us know what you need.  (Please
  allow two business days to receive a reply.)

**We're remodeling our website...**
...to provide even more online services for our licensees and the public. *You can now verify licenses and change your contact
information online!* Look for these additional online services in the near future:
- license renewal
- fee payment by credit card

**Please remember to notify us when ...**
...you change your mailing or email address so that renewal applications and other critical mailings will reach you.

*If you are required to display your professional license, you may display either the license certificate above or the wallet card below.*

---

STATE OF DELAWARE
DIVISION OF PROFESSIONAL REGULATION
PROFESSIONAL LICENSE
PROFESSION:   **Pharmacy - Wholesale**
LICENSE NO.   **A4-0001270**
EXPIRATION DATE:   **09/30/2008**
ISSUED TO:   **Aurobindo Pharm USA, Inc.**

**COPY**

THIS IS YOUR LICENSE CARD.
CUT THIS PORTION TO
FIT IN YOUR WALLET.

# EXHIBIT 13
# Fully Redacted

# EXHIBIT 14
## Fully Redacted

# EXHIBIT 15

Westlaw.
9/25/06 CHAINDREV 80

9/25/06 Chain Drug Rev. 80
2006 WLNR 17297869

Chain Drug Review
COPYRIGHT 2006 Racher Press, Inc.

September 25, 2006

Volume 28; Issue 16

Aurobindo Pharma USA Inc.( RX / GENERIC  DRUGS --Profiles)(Company overview)

DAYTON, N.J. --  Aurobindo Pharma USA Inc. is a unit of  Aurobindo Pharma Ltd., a manufacturer of  generic pharmaceuticals and active pharmaceutical ingredients (APIs) with headquarters in Hyderabad, India. Now one of India's largest pharmaceutical makers, the company has the goal of becoming a global leader in the industry.

Its product portfolio is substantial and caters to a number of different therapeutic segments, including cephalosporins, antivirals and certain lifestyle disease drugs. As one of the largest API manufacturers in Asia, Aurobindo has a portfolio of more than 150 APIs, which contribute a major portion of the company's business.

Aurobindo's R&D strengths lie in developing intellectual property in the area of noninfringing processes and resolving complex chemistry challenges. In the process Aurobindo Pharma is developing new drug delivery systems and new dosage formulations as well as applying new technology for better processes. At present, the company's product inventory includes over 250 formulations in a variety of delivery forms, including immediate- and controlled-release orally dissolving technologies, oral tabs, capsules, liquids and sterile injectables.

Aurobindo has invested significant sums in infrastructure to provide it with the needed scale and vertical integration of both R&D and manufacturing. With most of that investment complete, the company is now focused on developing its product pipeline and global sales reach, particularly in such regulated markets as the United States.

According to Corinne Hogan, Aurobindo Pharma USA's vice president of sales and marketing, the company is building a portfolio of filings in the U.S., having submitted 82 drug master files (DMFs) and 67 abbreviated new drug applications (ANDAs) thus far.

Most recently, at the end of July Aurobindo received tentative NDA approval from the Food and Drug Administration for a fixed drug combination product containing Lamivudine 150-mg and Zidovudine 300-mg tablets copackaged with Abacavir 300-mg

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

APU    ID

Exhibit   7

4-8 -08    pmc

tablets (NDA) used in the treatment of HIV-1 infection. This marks the first NDA generic approval for a three-drug combination copack, and the three drugs contained in the pack represent a worldwide market of more than $600 million.

For Aurobindo, the approval reflects the strength of the company's vertical integration and its ability to deliver finished formulations, especially in the antiretroviral (ARV) segment. It also reflects the company's aggressive participation in the President's Emergency Plan for Aids Relief (PEPFAR), with 11 ARV approvals from the FDA thus far.

The U.S. arm of Aurobindo is poised for growth, says Hogan. On the product front, it has thus far received a total of 17 approvals and has another 67 approvals pending.

2400 Route 130 N.

Dayton, N.J. 08810

Key contact: CORINNE HOGAN Vice President of Sales and Marketing

Phone: (866) 850-2876

Fax: (732) 355-9449

---- INDEX REFERENCES ----

COMPANY: ADVANCED PHOTONIX INC; AUROBINDO PHARMA LTD; AGENCE DE PROMOTION DE L'INDUSTRIE; API; ARV

NEWS SUBJECT: (Company Profiles (1CO63); Economics & Trade (1EC26))

INDUSTRY: (Pharmaceuticals Regulatory (1PH03); Medical Devices (1ME31); Generic Drugs (1GE93); Pharmaceuticals & Biotechnology (1PH13); Healthcare (1HE06); Drugs (1DR89); Medical Device Regulatory (1ME42); Drug Delivery Systems (1DR67); Prescription Drugs (1PR52))

REGION: (India (1IN24); Americas (1AM92); Southern Asia (1SO52); North America (1NO39); Asia (1AS61); USA (1US73); Indian Subcontinent (1IN32))

Language: EN

OTHER INDEXING: (AIDS RELIEF; API; ARV; AUROBINDO; AUROBINDO PHARMA; AUROBINDO PHARMA LTD; AUROBINDO PHARMA USA; AUROBINDO PHARMA USA INC; FDA; FOOD AND DRUG ADMINISTRATION; HOGAN; NDA; PEPFAR) (Corinne Hogan; Hogan; Key) (Pharmaceutical industry (Investments)) (Trade) (Business (BUSN); Pharmaceuticals and cosmetics industries (DRUG); Retail industry (RETL)) (Financial management (250))

COMPANY TERMS: AUROBINDO PHARMA LTD (Investments)

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

9/25/06 CHAINDREV 80                                                                Page 3


PRODUCT: Pharmaceutical preparations

SIC: 2834

Word Count: 585
9/25/06 CHAINDREV 80
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

# EXHIBIT 16

# Princeton1nfo.com

Office Services
Personnel & Career Services
Printing & Copying
Pharmaceuticals
Research & Development
Real Estate
Sales Offices & Reps
Schools and Colleges
Social Advocates & Services
Telecommunications
Contracts Awarded
Trade Groups
Transportation
Utilities and Fuel

*Corrections or additions?*

These listings were prepared for the January 25, 2006 issue of U.S. 1 Newspaper. They refer to articles in the "Search Our Archive" section at www.princetoninfo.com. Search by year, month, and issue. Most of the articles are in Life in the Fast Lane, but some are in Survival Guide.

Because the list is organized by business type, you can use it as a microcosm of the activity in the central New Jersey business community. Draw from it when you write a business plan, or when you make career decisions. If a firm expanded or moved here last year, that might be the right place to apply for a job.

Most of these listings will appear in the U.S. 1 Business Directory for 2006-2007. Should you find an inaccuracy please let us know, E-mail: info@princetoninfo.com.

# Progress Edition Part III

*Top Of Page*
*Office Services*

**Crosstown Moves**

**Danka Office Imaging, 1095 Cranbury-South River Road, Suite 22, Jamesburg 08831. Carol Varga, office manager. Staff size: 25. 609-495-9300; fax, 609-495-9333. www.danka.com. Digital imaging systems — copiers, printers, faxes, multifunction machines — Toshiba, Canon, and Kodak. Reported in U.S. 1, March 23.**

**Valcopy Inc., 1589 Reed Road, Unit 5, Pennington 08534. Mark D. Snyder, CEO. Staff size: 5. 609-737-7100; fax, 609-737-0090. www.valcopy.com. Sales and services of name brand Hewlett Packard, Minolta, and Lexmark printers, copiers, and faxes. Reported in U.S. 1, May 11.**

**Contracts Awarded**



Billtrust, 92 North Main Street, Building 19-E, Unit E, Windsor Industrial Park, Box 480, Windsor 08561. Flint Lane, president. Staff size: 25. 609-580-0050; fax, 609-580-0041. Home page: www.billtrust.com. Automated invoicing and statement systems for small and medium-sized businesses. Reported in U.S. 1, July 27.

*Top Of Page*
*Personnel & Career Services*

New in Town

Aerotek, 101 Grovers Mill Road, Quakerbridge Executive Center, Suite 103, Lawrenceville 08648. Tom Hinman. Staff size: 10. 609-378-4000; fax, 609-378-4030. Home page:www.aerotek.com. Staffing agency for Bristol-Myers Squibb. Reported in U.S. 1, August 24.

Randstad North America, 127 Village Boulevard, Princeton Forrestal Village, Princeton 08540. Eric Magnuson, agent. Staff size: 5. 609-716-4921; fax, 609-275-5123. Home page: www.us.randstad.com. Office and light industrial staffing. Reported in U.S. 1, February 2.

On Assignment, 103 Carnegie Center, Suite 209, Princeton 08540. Jim Calvin, vice president clinical research. 609-734-0881; fax, 609-716-1103. Home page: www.onassignment.com. Lab support and healthcare staffing. Reported in U.S. 1, March 16.

Start-Ups

Management Recruiters of Mercer, 3371 Route 1 South, Suite 102, Lawrenceville 08648. David Gold, managing director. Staff size: 2. 609-716-1616; fax, 609-716-0066. Home page: www.mrmercer.com. Executive search focusing on pharmaceuticals -- regulatory affairs and quality control/quality assurance. Reported in U.S. 1, November 9.

Crosstown Moves

Adecco: The Employment People, 115 Rockingham Row, Princeton 08540. Dona Fanara, branch manager. Staff size: 3. 609-734-0330; fax, 609-734-0930. www.adecco.com. Administrative personnel, office managers, accountants, general clerical workers, light industrial jobs with 3,000 offices in 45 countries. Reported in U.S. 1, October 5.

Coworx Search Group, 12 Roszel Road, Suite A 204, Princeton 08540. Lance Rosenberg, senior executive recruiter. 609-452-0175; fax, 609-452-0173. www.coworxstaffing.com. Search firm specializing in engineering, scientific, finance and accounting. Reported in U.S. 1, March 23.

Robert Half/AccounTemps, 700 Alexander Park, Suite 200, Princeton 08540. Jeanie Sharp, branch manager. Staff size: 10. 609-987-0786; fax, 609-987-0166. www.roberthalf.com. Permanent and temporary jobs, accounting and administrative work. Reported in U.S. 1, December 21.

Michael D. Zinn & Associates, 993 Lenox Drive, Suite 200, Lawrenceville 08648. Michael D. Zinn, president. Staff size: 2. 609-921-8755. www.zinnassociates.com. Retainer-based, generalist firm with focus on technology, pharmaceutical, financial services, consumer packaged goods, media, industrial, and other areas. Reported in U.S. 1, April 6.

Expansions

Princeton Search Group, 88 Orchard Road, Skillman 08558. David E. Campeas, president and CEO. 908-281-6023; fax, 908-281-6052. www.princetonsearch.com. An MRI Network affiliate. Reported in U.S. 1, November 9.

Resources Global Professionals, 105 Carnegie Center, Suite 100, Princeton 08540. Susan Reed, client service director. Staff size: 8. 609-936-4502; fax, 609-936-0253. Home page: www.resourcesconnection.com. Accounting and finance, human capital management, and information technology professionals, also audit solutions, supply chain, and legal. Reported in U.S. 1, December 21.

Source One Personnel Inc., 2 Carnegie Road, Lawrenceville 08648. James Radvany CPA, owner. Staff size: 30. 609-895-9700; fax, 609-895-0577. Home page: www.source1personnel.com. Permanent, consulting, and temporary staffing -- recruiting and placing administrative, accounting, finance, information technology, human resources, scientific, engineering, legal, and graphic design. Reported in U.S. 1, November 23.

Spectrum Scientific Recruiters, 666 Plainsboro Road, Suite 1010, Plainsboro 08536. Scott Nagrod, president, senior recruiter. Staff size: 5. 609-936-8850; fax, 609-936-9344. Home page: www.spectrumscientific.com. Professional search and recruitment, specializing in pharmaceutical and biotech industries. Reported in U.S. 1, December 14.

Spherion, 100 Canal Pointe Boulevard, Suite 118, Princeton 08540. Michael Vigna, area director. Staff size: 9. 609-419-0880; fax, 609-419-0891. www.spherion.com. Permanent, temp to perm, and temporary staff in the accounting, finance, and IT industries. Reported in U.S. 1, February 23.

Name Changes

Coworx Staffing Services, 12 Roszel Road, A204, Princeton 08540. Robert Rizza, district manager. Staff size: 4. 609-452-0176; fax, 609-452-0173. Home page: www.coworxstaffing.com. Regional office in East Brunswick, temporary, permanent. Reported in U.S. 1, February 23.

Stratus Services Group, 2 Carnegie Road, Lawrenceville 08648. Marilyn Mangone Stoddard. Staff size: 4. 609-883-3000; fax, 609-883-8344. www.stratusservices.com. Administrative, accounting, information technology, light industrial/warehouse and human resources staffing -- temporary, permanent, and temp to term. Reported in U.S. 1, November 23.

Survival Guide

Lee Hecht Harrison, 997 Lenox Drive, Building Three, Suite 115, Lawrenceville 08648. Judy Dowd, vice president and director of professional services. Staff size: 14. 609-896-2122; fax, 609-896-3867. www.lhh.com. Outplacement, career transition, spouse and partners relocation, retirement planning, executive coaching, management consulting, formerly Seagate. Reported in U.S. 1, November 16.

*Top Of Page*
*Printing & Copying*

Crosstown Moves

Printek Printing and Imaging, 51 Everett Drive, Suite B-98, Princeton Junction 08550. Dhiraj

Visaria, owner. Staff size: 5. 609-799-4770; fax, 609-799-4771. www.eprintek.com. Four-color Heidelberg Direct Imaging Press, color copies, fiery prints, posters, high resolution output, mounting and laminations, match prints, scanning, and desktop publishing. Reported in U.S. 1, March 2.

*Top Of Page*
*Pharmaceuticals*

Expansions

Accelera Corporation, 240 Princeton Avenue, American Metro Center, Suite 176, Hamilton 08619. Ian Kelly, managing director of sales and marketing. Staff size: 35. 609-221-2988; fax, 609-912-0607. www.accelera.com. Custom content for life-sciences industry to support sales training, product launches, virtual preceptorships, casebased learning, continuing medical education, and medical video production. Reported in U.S. 1, July 20.

Advanced Biomedical Research Inc., 117 Campus Drive, University Square, Princeton 08540. Michael Willett Pharm.D, president and CEO. Staff size: 24. 609-818-1800; fax, 609-818-0026. www.abr-pharma.com. Contract research organization, includes clinical study management, monitoring, biostatistics, data management, medical writing, regulatory affairs and submissions. Reported in U.S. 1, February 23.

Biovid Corp., 5 Vaughn Drive, Suite 111, Princeton 08540. Andrew D. Aprill, president. Staff size: 18. 609-750-1400; fax, 609-750-1466. www.biovid.com. Pharmaceutical marketing research with a 10-person office in King of Prussia. Reported in U.S. 1, January 26.

DesignWrite Inc., 175 Wall Street, Princeton 08540. Rosie Lynch, president. Staff size: 60. 609-924-1116; fax, 609-924-6648. www.dwrite.com. Medical communications -- editorial, design and marketing services. Reported in U.S. 1, November 23.

Kyowa Pharmaceutical Inc., 212 Carnegie Center, Suite 101, Princeton 08540. Kazuyoshi Tachibana, president. Staff size: 55. 609-919-1100; fax, 609-919-1111. Home page: www.kyowa-kpi.com. Drug ingredients for pharmaceutical companies, also at 210 Carnegie. Reported in U.S. 1, January 26.

MedAvante, 139 Wall Street, Research Park, Princeton 08540. Paul Gilbert, EVP. Staff size: 20. 609-688-0025; fax, 609-688-0026. www.medavante.net. Also at 850 Bear Tavern Road, Ewing 08628, 609-883-1260. Reported in U.S. 1, May 25.

Pfeiffer of America, 742 Alexander Road, Suite 201, Princeton 08540. Cindy D'Antonio, vice president, cosmetic sales. Staff size: 14. 609-987-0223; fax, 609-987-0763. Home page: www.pfeiffer.de. Sales office of Germany-based pharmaceutical/cosmetics firm, metered dose delivery systems for liquid and powder formulations. Reported in U.S. 1, December 21.

Radpharm, 103 Carnegie Center, Suite 200 A, Princeton 08540. Donald P. Rosen MD, co-CEO and chief strategy officer. Staff size: 65. 609-936-2600; fax, 609-936-2602. Home page: www.radpharm.com. Clinical trial services for medical imaging, sister company to Princeton Radiology Associates. Reported in U.S. 1, January 26.

Shiseido America Inc., 366 Princeton-Hightstown Road, East Windsor 08520. Takashi Kato, president. Staff size: 178. 609-371-3107; fax, 609-371-8170. www.shiseido.com. Cosmetic and healthcare product

manufacturing. **Reported in U.S. 1, November 16.**

**Symbiance, 231 Clarksville Road, Suite 1, West Windsor 08550. Shawki Salem Ph.D, president. Staff size: 14.** 609-243-9050; fax, 609-243-9007. www.symbiance.com. Clinical research management with emphasis and a strong foundation in protocol design, clinical data management, biostatistics, and medical writing. **Reported in U.S. 1, July 20.**

**Teijin America Inc., 202 Carnegie Center, Suite 105, Princeton 08540. Yohichi Matsumoto, managing director. Staff size: 4.** 609-716-7636; fax, 609-716-9482. www.teijinpo.com. Pharmaceutical division of conglomerate based in Osaka and Tokyo. **Reported in U.S. 1, July 6.**

New in Town

**Apicore, 7 Deer Park Drive, Princeton Corporate Plaza, Suite M1, Monmouth Junction 08852. Sanjay Bharvav, vice president of operation. Staff size: 9.** 732-748-8882; fax, 732-748-8929. **www.apicore.com. Development and manufacture of active pharmaceutical ingredients for generic drugs. Reported in U.S. 1, March 9.**

**Huntleigh Healthcare Inc., 11-H Princess Road, Lawrenceville 08648.** 800-223-1218. Home page: www.huntleigh-healthcare.com. **Non-invasive healthcare products and instrumentation, based at 40 Christopher Way in Eatontown. Reported in U.S. 1, July 6.**

**Kos Pharmaceuticals, 1 Cedar Brook Drive, Cedar Brook Corporate Center, Cranbury 08512. Adrian Adams, president and CEO. Staff size: 200.** 609-495-0500; fax, 609-495-0920. Home page: www.kospharm.com. **Drugs for chronic cardiovascular and respiratory diseases — offices for administration, research, sales, and marketing, with 150 employees in Edison and 250 in Florida. Reported in U.S. 1, March 30. Model N, 116 Village Boulevard, Suite 200, Princeton 08540. Barbara Competello, marketing director, east coast. Staff size: 25.** 609-734-4306; fax, 609-520-1702. Home page: www.modeln.com. **Integrated suite of applications for pricing, contracts, compliance, rebates, fees and chargebacks optimized for the life science companies. Reported in U.S. 1, March 9.**

**QuGen, 103 Main Street, Princeton Forrestal Village, Suite 300, Princeton 08540. Varun Suri, director business development.** 609-987-1134; fax, 609-987-1150. Home page: www.QugenInc.com. **Sales office for contract manufacturing firm with facilities in India, also www.morepen.com. Reported in U.S. 1, December 14.**

Start-Ups

**Austarpharma LLC, 1 Deer Park Drive, Suite L 1, Monmouth Junction 08852. Yuqing Guo, scientist. Staff size: 3.** 732-329-2879; fax, 732-329-2801. **Reported in U.S. 1, March 9.**

**Clinical Development Capital, 47 Hulfish Street, Suite 310, Princeton 08542. Pat Nasshorn, senior vp business development. Staff size: 6.** 609-683-3678; fax, 609-683-3671. **Clinical development collaboration on phase III and IV pharmaceuticals, participation in commercialization expenses for product launches, and acquisition of royalty rights. Reported in U.S. 1, August 10.**

**Competency Assessment Solutions, 332 Wall Street, Princeton 08540. Darica Ward, president.** 609-921-8870, ext 101; fax, 609-921-7951. Home page: www.competencyassessmentsolutions.com. **Experience-based automation solution for healthcare competency measurement and reporting.**

Reported in U.S. 1, October 19.

dLife, 34 Chambers Street, Suite 206, Princeton 08542. Howard Steinberg, CEO. Staff size: 3. 609-924-9030; fax, 609-924-1012. www.dlife.com. Healthcare marketing, diabetics. Reported in U.S. 1, December 14.

The Practical Solutions Group LLC, 152 Witherspoon Street, Princeton 08542. Emma Barsky, partner. 609-683-0756; fax, 609-683-0758. www.practicalsolutionsnj.com. Reported in U.S. 1, October 5.

Name Changes

VPS Corporation, 3 Cedar Brook Drive North, Cedar Brook Corporate Center Suite 3, Cranbury 08512. Mark E. Wojcik, general manager. Staff size: 18. 609-395-9700; fax, 609-395-8824. www.vpscorporation.com. Test laboratory and sales office, full service product development firm, granulating and coating technologies, a Freund Group company. Reported in U.S. 1, June 1.
Contracts Awarded

Abeille Pharmaceuticals Inc., 116 Village Boulevard, Princeton Forrestal Village, Suite 200, Princeton 08540. Suresh Borsadia. 609-951-2204; fax, 609-951-2223. Home page: www.abeillepharma.com. Development and commercialization of novel dosage forms and unique, proprietary combinations of existing drugs, privately held. Reported in U.S. 1, March 23.

Accumed Inc., 2572 Brunswick Pike, Lawrenceville 08648. Yogsh Besai, quality control manager. Staff size: 150. 609-883-1818; fax, 609-883-2288. www.accumed.org. generic over the counter drug manufacturing, also at 66-72 Prince Street. Reported in U.S. 1, December 21.

Aurobindo Pharma Ltd., 666 Plainsboro Road, Suite 210, Plainsboro 08536. Prasada Reddy Kambham, vice president. Staff size: 5. 609-716-1190; fax, 609-716-1142. Home page: www.aurobindo.com. U.S. office of generic drug manufacturer, based in Hyderabad, India. Reported in U.S. 1, November 2.

The Avoca Group, 179 Nassau Street, Suite 3A, Princeton 08542. Patricia Leuchten, founder and principal. Staff size: 2. 609-252-9020; fax, 609-252-9022. Home page: www.theavocagroup.com. Consultant to pharmaceuticals, biotechs, and CROs — outsourcing, contracting, and facilitating partnerships. Reported in U.S. 1, June 1.

Cytovance Biologics Inc., 353 Nassau Street, Princeton 08540. William Fallon, CEO. Staff size: 6. 609-683-5833; fax, 609-683-5834. Biologics manufacturing of proteins and antibodies for biotech production. Reported in U.S. 1, January 12.

Global Project Resources LLC, 13 Jasmine Court, Lawrenceville 08648. Mary Stober, president. 609-895-1275. www.globalprojectresources.com. Management of projects to finance, produce, and market products, interactive training workshops, financial modeling. Reported in U.S. 1, September 28.

NexMed (USA) Inc., 350 Corporate Boulevard, Robbinsville 08691. Joseph Mo, chairman, CEO, and president. Staff size: 48. 609-208-9688; fax, 609-208-1868. Home page: www.nexmed.com. Development of NexACT transdermal drug delivery technology — Alprox-TD and Femprox creams for ED and female sexual arousal disorder, respectively. Reported in U.S. 1, January 5.

Novo Nordisk Pharmaceuticals Inc., 100 College Road West, Princeton 08540. Martin Soeters, president. Staff size: 450. 609-987-5800; fax, 609-987-5394. Home page: www.novonordisk-us.com. Marketing and sales of insulin and diabetes care products, and biopharmaceuticals, part of Novo Nordisk A/S. Reported in U.S. 1, June 29.

Ranbaxy Inc., 600 College Road East, Suite 2100, Princeton 08540. Dipak Chattaraj, president. Staff size: 90. 609-720-9200; fax, 609-720-1155. www.ranbaxyusa.com. Global generic pharmaceutical company, division of Ranbaxy Laboratories Ltd., based in New Delhi, India -- manufacture, sales, and marketing of prescription and OTC pharmaceutical products. Reported in U.S. 1, January 5.

**Crosstown Moves**

Glenmark Pharmaceuticals Inc. USA, 1 Independence Way, Suite 210, Princeton 08540. Terry Coughlin, president. Staff size: 10. 609-514-1444; fax, 609-514-1402. Home page: www.glenmarkus.com. Generic drugs, based in India. Reported in U.S. 1, March 9.

NCI Consulting: Publicis Healthcare Group, 202 Carnegie Center, Suite 101, Lawrenceville 08648. Susan Lavine Coleman, president. Staff size: 11. 609-919-6250; fax, 609-919-6255. www.nciconsult.com. Strategic and marketing consulting for pharmaceutical and healthcare-oriented consumer products companies. Reported in U.S. 1, March 9.

Patient Marketing Group Inc., 155 Village Boulevard, Suite 200, Princeton 08540. Lynn Benzing, president. Staff size: 33. 609-779-6200; fax, 609-779-6201. Home page: www.patientmarketing.com. Patient relationship marketing programs based on behavioral change science -- patient education and promotion supported by on-site HIPPA-compliant fulfillment and inbound/outbound call centers. Reported in U.S. 1, February 9.

SimStar Inc., 240 Princeton Avenue, American Metro Center, Suite 174, Hamilton 08619. David Reim, CEO. Staff size: 65. 609-689-6100; fax, 609-631-0184. www.simstar.com. Strategy, development, and servicing of E-business solutions for the pharmaceutical industry. Reported in U.S. 1, March 9. Stock News

Barrier Therapeutics Inc., 600 College Road East, Suite 3200, Princeton 08540. Geert Cauwenbergh, CEO. Staff size: 50. 609-945-1200; fax, 609-945-1212. Home page: www.barriertherapeutics.com. Development and marketing of dermatological products based on intellectual property licensed from Johnson & Johnson affiliates. Reported in U.S. 1, February 9.

**Survival Guide**

Bristol-Myers Squibb Company, Route 206 and Province Line Road, Box 4000, Princeton 08543. Elliott Sigal MD, chief scientific officer, president PRI. Staff size: 2,390. 609-252-4000. www.bms.com. Worldwide Medicines Group headquarters, Pharmaceutical Research Institute headquarters, and research and development -- immunology and oncology consolidated here. Reported in U.S. 1, November 2.

*Top Of Page*
*Research & Development*

**Expansions**

**Advaxis**, 212 Carnegie Center, Suite 206, Princeton 08540. J. Todd Derbin. 609-895-7150; fax, 609-497-9299. www.advaxis.com. Therapeutic cancer vaccines that enhance immune systems' cancer fighting abilities. Reported in U.S. 1, October 26.

**Amicus Therapeutics**, 6 Cedar Brook Drive, Cedar Brook Corporate Center, Cranbury 08512. John F. Crowley, CEO. Staff size: 35. 609-662-2000; fax, 609-662-20001. Home page: www.amicustherapeutics.com. Novel therapies to treat genetic diseases. Reported in U.S. 1, September 14.

**Integra LifeSciences Holdings Corporation**, 311E Enterprise Drive, Plainsboro 08536. Stuart M. Essig, president/CEO. Staff size: 218. 609-936-3600; fax, 609-275-5363. www.integra-ls.com. Medical devices, implants, and biomedicine for treatment of cranial and spinal disorders, soft tissue repair, and orthopedics, also at 105 Morgan Lane. Reported in U.S. 1, January 26.

**Novatia LLC**, 11 Deer Park Drive, Suite 202, Monmouth Junction 08852. Mark E. Hail, president. Staff size: 5. 732-274-9933; fax, 732-274-9935. www.enovatia.com. Analytical chemistry services. Reported in U.S. 1, August 24.

**Phytomedics Inc.**, 1085 Cranbury South River Road, Suite 8, Jamesburg 08831. Bertold Fridlender, CEO. Staff size: 9. 609-655-0715; fax, 609-655-0552. www.phytomedics.com. Plant sources for new drugs and supplements, also for synthesis of existing drugs, also some workers at Rutgers' Cook College. Reported in U.S. 1, November 2.

**Q-Med Scandinavia**, 103 Carnegie Center, Suite 301, Princeton 08540. Ruth Burns, vice president. Staff size: 6. 609-269-1100; fax, 609-269-1101. www.q-med.com. Biotech medical device. Reported in U.S. 1, September 28.

**Research Support Instruments (RSI)**, 11 Deer Park Drive, Princeton Corporate Plaza, Suite 124, Monmouth Junction 08852. John F. Kline, research scientist. Staff size: 4. 732-329-3700; fax, 732-329-9200. www.researchsupport.com. Engineering prototype development in microfabricated devices and plasma physics. Reported in U.S. 1, June 1.

**Suven Life Sciences USA LLC**, 1100 Cornwall Road, Monmouth Junction 08852. Jasti Venkat, president & CEO. Staff size: 8. 732-274-0037; fax, 732-274-0501. www.suven.com. Formerly Synthon Chirogenics, early stage fine chemicals, proprietary technology to produce high purity chiral intermediates for the pharmaceuticals market. Reported in U.S. 1, November 16.

**Valera Pharmaceuticals**, 7 Clarke Drive, Cedar Brook Corporate Center, Cranbury 08512. David Tierney, president and CEO. Staff size: 23. 609-409-9010; fax, 609-409-1650. Home page: www.valerapharma.com. R&D, manufacture, and distribution of topical and implantable drug delivery devices, formerly Hydro Med Sciences, also at 8 Clarke Drive. Reported in U.S. 1, July 20.

New in Town

**Eksigent**, 11 Deer Park Drive, Suite 204, Monmouth Junction 08852. 732-274-9191. Home page: www.eksigent.com. Development and manufacture of micro-scale systems for life science, drug discovery, development, and drug delivery applications. Reported in U.S. 1, June 1.

**MaxyBio Corporation**, 675 Route 1 South, Technology Center of New Jersey, North Brunswick

08902. Jason Jin, PhD. www.maxybio.com. Biopharma R&D services, subsidiary of Shanghai Biochop Co., also U.S. representative for lab and office space in Shanghai. **Reported in U.S. 1, October 26.**

**Pharmasset Inc.**, 303-A College Road, Suite A, Princeton 08540. Alan Roemer, vice president. 609-613-4125; fax, 609-613-4150. www.pharmasset.com. **Reported in U.S. 1, July 27.**

**Phyton Biotech**, 279 Princeton-Hightstown Road, East Windsor 08520. Charles Swindell, vice president R&D. Staff size: 40. 817-900-4041. plant cell culture technology for pharmaceutical and biotech. **Reported in U.S. 1, August 10.**

**ProFACT Proteomics**, 675 Route 1 South, Technology Center of New Jersey, North Brunswick . David Golub, CEO. Staff size: 3. 732-246-1190; fax, 732-246-3118. **Home page:** www.profactproteomics.com. **Proprietary profiling system for drug development issue of efficacy, toxicity, disease biomarkers, and progression metrics. Reported in U.S. 1, October 26.**

**Prolong Pharmaceuticals**, 7 Deer Park Drive, Suite F, Monmouth Junction 08852. Abraham Abuchowski, CEO. 732-438-1133; fax, 732-438-1138. **Home page:** www.prolongpharmaceuticals.com. **PEGylation technologies for anticancer agents and therapeutic proteins. Reported in U.S. 1, May 18.**

**Spherosils LLC**, 11 Deer Park Drive, Princeton Corporate Plaza, Suite 206, Monmouth Junction 08852. Pradyot A. Agaskar PhD, president. Staff size: 1. 609-537-0061; fax, 609-537-0063. www.spherosils.com. **materials research. Reported in U.S. 1, June 15.**

**VaxInnate**, 3 Cedar Brook Drive, Cranbury 08512. David Jackson, vice president of process development and manufacturing. Staff size: 15. 609-860-2260; fax, 609-860-2290. www.vaxinnate.com. **Private biotechnology firm based in New Haven, Connecticut, developing an innovative vaccine for influenza and West Nile virus. Reported in U.S. 1, May 18.**

Start-Ups

**Biotech Support Group LLC**, 675 Route 1 South, Technology Center of New Jersey, North Brunswick 08902. Swapan Roy, CEO. Staff size: 2. 732-246-3110; fax, 732-246-3118. **Home page:** www.biotechsupportgroup.com. **Genomic and proteomic sample preparation and enrichment products based on proprietary technology — surface chemistry of electrolytes. Reported in U.S. 1, December 21.**

**Ennova MedChem Group Inc.**, 675 Route 1 South, Technology Center of New Jersey, North Brunswick 08902. Grace Lin. Staff size: 10. 732-745-4805; fax, 732-745-4806. **Home page:** www.ennovamedchem.com. **Reported in U.S. 1, October 26.**

**Orthocon**, 675 Route 1 South, Technology Center of New Jersey, North Brunswick 088902. Arthur A. Alfaro. 732-683-9304; fax, 732-683-9476. www.orthocon.com. **Products for orthopedic and spine surgery based on "Syntinate," synthetic absorbable technology, headquartered in Colt's Neck. Reported in U.S. 1, October 26.**

**PChem Associates Inc.**, 11 Deer Park Drive, Suite 207, Monmouth Junction 08852. Gregory A. Jablonski, president. Staff size: 2. 732-329-0090; fax, 732-329-0090. Development of metal nano particles for printed electronics -- circuit boards, RFID, antenna, interconnect systems. **Reported in U.S. 1, May 18.**

Sophion Bioscience Inc. USA, 675 Route 1 South, Technology Center of New Jersey, North Brunswick 08902. Chris Mathes, general manager. 732-745-0221. Home page: www.sophion.com. Products and solutions for automated patch clamping, QPatch 16, headquartered in Denmark. Reported in U.S. 1, October 26.

Time and Cross Inc., 675 Route 1 South, Technology Center of New Jersey, North Brunswick 08902. 732-246-3002; fax, 732-246-3106. Home page: www.timeandcross.com. Research, development, and manufacture of in-vitro diagnostic tests -- pregnancy, ovulation, cardiac markers, drubs of abuse, and HIV kits. Reported in U.S. 1, October 26.

Wintrance Corp., 11 Deer Park Drive, Suite 102 C, Monmouth Junction 08852. Chyi Lee, president. Staff size: 3. 732-438-8788; fax, 732-438-8886. wintrance.com. Drug delivery. Reported in U.S. 1, September 14.

Management Moves

ExSar Corporation, 11 Deer Park Drive, Princeton Corporate Plaza, Suite 103, Monmouth Junction 08852. Patricia Weber, CSO. Staff size: 5. 732-438-6500; fax, 732-438-1919. Home page: www.exsar.com. Analysis and profiling of potential drugs using proprietary methods of mass spectroscopy, formerly Carta Proteomics. Reported in U.S. 1, May 18.

Pharmacopeia Drug Discovery Inc., 3000 Eastpark Boulevard, CN 5350, Princeton 08543. Leslie Browne, president and CEO. Staff size: 150. 609-452-3600; fax, 609-452-3672. Home page: www.pcop.com. Patented chemical screening libraries for early drug testing and development. Reported in U.S. 1, December 7.

Name Changes

Envimetrics, 100 Forrestal Road, Suite D, Princeton 08540. Philip C. Efthimion PhD, president. Staff size: 5. 908-256-5033; fax, 908-781-1607. www.envimetrics.com. Instrumentation based upon plasma technology to measure, monitor and control air pollutant emissions from industrial sources, formerly E.E.L. Reported in U.S. 1, March 16. Contracts Awarded

Advaxis, 675 Route 1 South/212 Carnegie Center, Suite 206, Princeton 08540. Vafa Shahabi, ddirector R&D. 732-545-1590; fax, 609-497-9299. www.advaxis.com. Therapeutic cancer vaccines that enhance immune systems' cancer fighting abilities. Reported in U.S. 1, December 7.

Alphion Corporation, 196 Princeton-Hightstown Road, Building 1 A, West Windsor 08550. Bharat P. Dave, founder. 609-936-9001. www.alphion.com. All-photonic networking technology, based in Eatontown. Reported in U.S. 1, May 11.

Celator Pharmaceuticals, 1 Airport Place, Princeton 08540. Andrew Janoff PhD, CEO and chairman. Staff size: 6. 609-430-1100; fax, 609-430-9995. Home page: www.celatorpharma.com. Research and development of oncology drugs -- synergistic combinations of rationally selected chemotherapeutic agents. Reported in U.S. 1, May 18.

ElizaNor Biopharmaceuticals LLC, 1 Woodmeadow Lane, Princeton Junction 08550. John F. Hartmann, president. Staff size: 1. 609-799-2812; fax, 609-897-9660. also Elizanor Polymers LLC. Reported in U.S. 1, August 17.

**Esprit Pharma**, 2 Tower Center Boulevard, East Brunswick 08816. John Spitznagel. Staff size: 30. 732-828-9950; fax, 732-828-9954. prescription topical emulsion for estrogen therapy. **Reported in U.S. 1, September 21.**

**Genmab Inc.**, 457 North Harrison Street, Princeton 08540. Lisa Drakeman, CEO. Staff size: 17. 609-430-2481; fax, 609-430-2482. www.genmab.com. Creation and development of human antibodies for the treatment of life threatening and debilitating diseases, clinical trials administration. **Reported in U.S. 1, December 21.**

**Headwaters Technology and Innovation Group/Hydrocarbon Technologies Inc.**, 1501 New York Avenue, Lawrenceville 08648. Theo Lee, CEO. Staff size: 38. 609-394-3102; fax, 609-394-9602. www.headwaters.com. Specializing in process & catalyst research and development, process licensing, custom processing, pilot plant design and construction and specialty organic sample chemicals, part of Utah-based Headwaters Inc., also Headwaters Nanokinetics here. **Reported in U.S. 1, June 8.**

**Institute for Advanced Study**, Einstein Drive, Princeton 08540. Peter Goddard, director. Staff size: 200. 609-734-8000; fax, 609-924-8399. www.ias.edu. private, non-profit center dedicated to fundamental research and learning in humanities, social sciences, physical sciences, and mathematics. **Reported in U.S. 1, September 28.**

**Nanonex**, 1 Deer Park Drive, Princeton Corporate Plaza, Suite O, Box 3347, Princeton 08543. Larry Koecher, chief operating officer. Staff size: 10. 732-355-1600; fax, 732-355-1608. www.nanonex.com. Nanoimprint lithography. **Reported in U.S. 1, December 7.**

**Palatin Technologies Inc.**, 4C Cedar Brook Drive, Cedar Brook Corporate Center, Cranbury 08512. Carl Spana PhD, president & CEO. Staff size: 8. 609-495-2200; fax, 609-495-2201. www.palatin.com. Products for sexual dysfunction and appendicitis detection, also product to facilitate ultrasound testing, also at 6B Cedar Brook Drive. **Reported in U.S. 1, March 23.**

**PBL Biomedical Laboratories**, 131 Ethel Road West, Piscataway 08854. Robert Pestka, president and CEO. Staff size: 24. 732-777-9123; fax, 732-777-9141. www.pblbio.com. Research and development of interferons and other cytokines for the treatment of cancer. **Reported in U.S. 1, December 7.**

**PharmaSeq Inc.**, 11 Deer Park Drive, Princeton Corporate Plaza, Suite 104, Monmouth Junction 08852. Wlodek Mandecki, president. Staff size: 7. 732-355-0100; fax, 732-355-0102. www.pharmaseq.com. Instrumentation for diagnostics and assays for drug discovery, also laser light-powered microchips for non-biotech applications. **Reported in U.S. 1, December 7.**

**RelevantNoise Inc.**, 78 Main Street, Flemington 08822. Dan Lynn, CEO. 908-788-8844; fax, 908-788-8322. www.relevantnoise.com. Mining blogs for business intelligence. **Reported in U.S. 1, December 7.**

**Universal Display Corporation**, 11 Deer Park Drive, Suite 116, Monmouth Junction 08852. Matt Nugent, development chemist. Staff size: 4. 732-329-1055; fax, 732-329-1052. Home page: . adjunct chemistry laboratory. **Reported in U.S. 1, February 23.**

**Universal Display Corporation Inc.**, 375 Phillips Boulevard, Ewing 08618. Steven Abramson, president. Staff size: 50. 609-671-0980; fax, 609-671-0995. Home page: www.universaldisplay.com. Flat panel, full color OLED displays. **Reported in U.S. 1, August 17.**

Vela Pharmaceuticals Inc., 820 Bear Tavern Road, Suite 300, Ewing 08618. Kevin L. Keim, president and CEO. Staff size: 25. 609-771-8660; fax, 609-771-8661. Home page: www.velapharm.com. Therapeutic agents for psychiatric, neurological, and behavioral disorders. Reported in U.S. 1, January 12.

Zargis Medical Corp., 2 Research Way, Princeton 08540. Shahram Hejazi, president and CEO. Staff size: 12. 609-734-4747; fax, 609-734-6565. www.zargis.com. Advanced diagnostic decision support products and services for primary care physicians and other healthcare professionals in cardiac examinations and the detection of heart anomalies. Reported in U.S. 1, December 21.

Crosstown Moves

DVX LLC, 31 Airpark Road, Princeton 08540. David Vilkomerson PhD, president. 609-924-3590; fax, 609-651-4422. medical ultrasound innovation. Reported in U.S. 1, October 26.

Down-Sizing

MGP Biotech Inc., 2 Dayna Lane, Lawrenceville 08648. Michael Pappas. Staff size: 2. 609-620-1478; fax, 609-620-1479. transient hybridization technology to detect mutations in human and animal DNA. Reported in U.S. 1, November 9. Stock News

VioQuest Pharmaceuticals (also Chiral Quest), 7 Deer Park Drive, Princeton Corporate Plaza, Suite E-2, Monmouth Junction 08852. Daniel Greenleaf, president and CEO. Staff size: 50. 732-274-0399; fax, 732-274-0402. Home page: www.vioquestpharm.com. Life science chemistry company with assymetric products and services including catalysis products and services, also Chiral Quest and VioQuest Drug Development. Reported in U.S. 1, December 21.

Survival Guide

FocalCool, 25 Lynfield Drive, East Windsor 08520. Tom Merrill. Staff size: 2. 609-558-1169. Home page: www.focalcool.com. Technology to cool blood to save ischemic tissue. Reported in U.S. 1, October 19.

*Top Of Page*
*Real Estate*

Expansions

Reckson Associates Realty, Fort Lee. 973-313-3300; fax,973-313-3301. Owner-developer of University Square, based in Melville, New York. Reported in U.S. 1, November 16.

Beazer Realty Inc., 275 Phillips Boulevard, Princeton Crossroads at Ewing, Trenton 08618. Paul Schneider, president. Staff size: 70. 609-538-0244; fax, 609-538-1899. Home page: www.beazer.com. residential. Reported in U.S. 1, March 9.

Commercialization Center for Innovative Technologies, 675 Route 1 South, Technology Center of New Jersey, North Brunswick 08902. Dan Shatinsky, manager. Staff size: 2. 732-729-0022; fax, 732-745-7270. www.njtechcentre.com. Incubator, part of NJEDA's Technology Center of New Jersey. Reported in U.S. 1, October 26.

Piazza & Associates, 216 Rockingham Row, Princeton Forrestal Village, Princeton 08540. Frank Piazza, president. 609-786-1100; fax, 609-786-1105. Affordable housing consultants. **Reported in U.S. 1, February 2.**

West End Capital Partners, 111 Norman Avenue, Roebling 08554. Rich Tola. 609-394-2799. www.westendcorp.com. Redevelopment of underperforming investment properties -- a residential condominium in Roebling. **Reported in U.S. 1, May 11.**

New in Town

Foundation Title LLC - Mercerville, 3673 Quakerbridge Road, Mercerville 08096. Edward Rickenbach, owner. Staff size: 16. 609-586-7077; fax, 609-586-7020. www.ftnj.com. **Reported in U.S. 1, August 10.**

Southport Financial Group Inc., 15 Roszel Road, Box 7647, Princeton 08540. Alfred H. Frezza. Staff size: 5. 609-720-9300; fax, 609-720-9304. Home page: www.southportgroup.com. Capital financing, management services, and real estate development. **Reported in U.S. 1, December 21.**

Start-Ups

R.E. Disch Real Estate, 10 East Broad Street, Hopewell 08525. Raymond E. Disch, president/broker. Staff size: 4. 609-466-4666; fax, 609-466-4611. Home page: www.dischrealestate.com. Residential and commercial real estate. **Reported in U.S. 1, June 29.**

Contracts Awarded

The Fruscione Company LLC, 6 Quakerbridge Plaza, Building 6, Suite 101, Box 3245, Mercerville 08619. Joseph E. Fruscione, vice president. Staff size: 10. 609-586-2000; fax, 609-586-3324. Developers of commercial real estate, Quakerbridge Plaza rental office. **Reported in U.S. 1, September 21.**

Matrix Development Group, Forsgate Drive, CN 4000, Cranbury 08512. Joseph S. Taylor, president and CEO. Staff size: 80. 732-521-2900; fax, 609-395-8289. Home page: www.matrixcompanies.com. Investment builder/developer of real estate — office, research, light industrial facilities, residential, leisure and hospitality properties, developer of more than 10 million square feet. **Reported in U.S. 1, January 5.**

Patrinely Group, Bridgewater 08807. Walter Thomas. **Reported in U.S. 1, April 27.**

Crosstown Moves

Melendez Realty Services LLC, 1369 South Broad Street, Trenton 08611. Francis Tholenaar. 609-392-3635; fax, 609-392-2651. Multi-family mixed use and commercial properties, turnkey business opportunities. **Reported in U.S. 1, April 27.**

NAI Global, 4 Independence Way, Suite 400, Princeton 08540. Jeffrey M. Finn, president and COO. Staff size: 50. 609-945-4000; fax, 609-945-4001. www.naiglobal.com. 240-office global real-estate network with such services as multi-site acquisitions and dispositions, sublease, tenant representation, lease administration and audit, site searches, finance and investment services, demographic analysis, and due diligence. **Reported in U.S. 1, February 23.**

Prudential Fox & Roach Realtors, 253 Nassau Street, Princeton 08542. Anne M. Kearns, manager/vice president. Staff size: 40. 609-924-1600; fax, 609-924-4291. Home page: www.prufoxroach.com. Real estate sales. Reported in U.S. 1, September 14.

**Name Changes**

Henderson Sotheby's International Realty, 34 Chambers Street, Princeton 08542. Judson Henderson, broker of record. Staff size: 60. 609-924-1000; fax, 609-924-7743. Home page: www.hendersonir.com. Three-generation residential brokerage. Reported in U.S. 1, October 26.

Signature Realty, 101 Interchange Plaza, Suite 201, Cranbury 08512. Betty Nicholls, vice president, human resources. Staff size: 25. 609-395-1000; fax, 609-395-0110. Management of condominium and cooperative properties. Reported in U.S. 1, August 31.

*Top Of Page*
*Sales Offices & Reps*

**Expansions**

LG Electronics U.S.A. Inc., 7 Clarke Drive, Cranbury 08512. David Johnston, vice president, marketing. Staff size: 15. 609-819-4747; fax, 609-819-4736. www.lgiris.com. Sales and technical support offices for iris recognition system for access control. Reported in U.S. 1, December 14.

**New in Town**

Fortune Hi-Tech Marketing, 3490 Route 1 North, Building 4, Princeton 08540. Jerry Marcello. 609-851-0003. www.fhtm.net. Reported in U.S. 1, June 29.

*Top Of Page*
*Schools and Colleges*

**Expansions**

Rutgers Cooperative Extension, Middlesex County, 42 Riva Avenue, North Brunswick 08902. Bill Hlubik, county department head. Staff size: 6. 732-745-3445; fax, 732-745-3478. Home page: www.co.middlesex.nj.us/extensionservices. Education programs, administration of 4-H clubs, agriculture, family and consumer sciences, soil test kits, Master Gardener Program. Reported in U.S. 1, July 27.

**Feature**

Chapin School, 4101 Princeton Pike, Princeton 08540. Richard D. Johnson, headmaster. Staff size: 50. 609-924-2449; fax, 609-924-2364. www.chapinschool.org. Private school for grades preschool through 8. Reported in U.S. 1, March 23.

**Start-Ups**

Mixology Wine Institute, 3371 Brunswick Pike, Lawrence Commons, Lawrenceville 08648. Ariel Gesbury, executive director. 215-878-1300; fax, 215-878-7217. Bartending school, also in

Bethlehem, Philadelphia, and Cherry Hill. Reported in U.S. 1, August 24.

**Survival Guide**

Fairleigh Dickinson University, 285 Madison Avenue, ms206, Madison 07940. Lillian Lukac, pr. 973-443-8800; fax, 973-443-8808. www.fdu.edu. Reported in U.S. 1, February 2.

Mercer County Community College, 1200 Old Trenton Road, Box B, Trenton 08690. Robert R. Rose, president. Staff size: 400. 609-586-4800; fax, 609-587-4666. www.mccc.edu. Two-year college with 12,000 credit students, 66 associate degree majors and numerous credit certificate programs. Continuing education division offers year-round business and professional development courses, customized corporate training and conference center. Also James Kerney Campus at North Broad and Academy Streets, Trenton, and conference center. Reported in U.S. 1, February 9.

Middlesex County College, 2600 Woodbridge Avenue, Box 3050, Edison 08818. John Bakum, president. Staff size: 1,000. 732-548-6000. www.middlesexcc.edu. Degrees and certificates in career and transfer programs. Reported in U.S. 1, August 24.

Princeton Regional Schools, 25 Valley Road, Princeton 08540. Judith Wilson, superintendant. Staff size: 60. 609-806-4200; fax, 609-924-3956. www.prs.k12.nj.us/. Reported in U.S. 1, August 31.

Princeton Theological Seminary, 64 Mercer Street, Princeton 08540. Iain R. Torrance, president. Staff size: 300. 609-921-8300; fax, 609-924-2973. www.ptsem.edu. Seminary for the Presbyterian Church (USA) with about 800 students. Reported in U.S. 1, February 16.

Raritan Valley Community College, Route 28 and Lamington Road, Box 3300, Somerville 08876. Jerry Ryan, president. Staff size: 350. 908-526-1200; fax, 908-725-2831. Home page: www.raritanval.edu. Community college serving Somerset and Hunterdon counties, with 13,000 full- and part-time students and a 1,000-seat theater. Reported in U.S. 1, February 16.

**Contracts Awarded**

Films Media Group/Films for the Humanities & Sciences, 2572 Brunswick Pike, Box 2053, Princeton 08543. Scott Fogarty, president and CEO. Staff size: 115. 609-671-1000; fax, 609-671-5777. www.films.com. Videos, DVDs, and multimedia programs for schools, colleges, and libraries in North America — part of Primedia Inc. Reported in U.S. 1, January 26.

Junior Achievement of New Jersey Inc., 4365 Route 1 South, Princeton 08540. Catherine Milone-Richards, president. Staff size: 9. 609-419-0404; fax, 609-419-0581. Home page: www.newjersey.ja.org. State office of nonprofit educational organization aimed at teaching schoolchildren about economics and financial literacy. Reported in U.S. 1, January 26.

Princeton Day School, The Great Road, Box 75, Princeton 08542. Lila B. Lohr, head of school. Staff size: 140. 609-924-6700; fax, 609-924-8944. www.pds.k12.nj.us. Co-educational, college preparatory day school on 92 acres with 875 students from junior kindergarten through 12th grade. Reported in U.S. 1, September 14.

Computers+Kids, 23 Railroad Place, Pennington 08534. Eva Kaplan. 609-730-0746; fax, 609-520-1702. www.computersandkids.com. Computer camps and classes for children, with summer classes at Forrestal Village. Reported in U.S. 1, August 10.

**Kids Ink**, 1676 North Olden Avenue, Ewing 08628. Kim Stout-Figueroa, executive director. 609-771-6040; fax, 609-771-6072. Full-service childcare for 40 children from six weeks to six years, governed by parents' board, mainstreaming special needs children. **Reported in U.S. 1, September 28.**

**Washington Township Board of Education**, 155 Robbinsville-Edinburg Road, Robbinsville 08691. John J. Szabo, superintendent. 609-426-1846; fax, 609-371-7964. Home page: www.wtpsmercer.k12.nj.us. **Reported in U.S. 1, August 24.**

*Top Of Page*
*Social Advocates & Services*

**Expansions**

**NAMI Mercer NJ: Families Meeting the Challenge of Mental Illness**, 3371 Route 1, Lawrence Commons, Suite 124, Lawrenceville 08648. Jerome Lindauer, executive director. Staff size: 2. 609-799-8994; fax, 609-799-8996. www.namimercer.org. Non profit offering support, education, information, and advocacy for individuals and families facing the challenge of mental illness. **Reported in U.S. 1, March 30.**

**Management Moves**

**YWCA Princeton**, 59 Paul Robeson Place, Princeton 08540. Micky Weyeneth, board president. Staff size: 30. 609-497-2100; fax, 609-683-5674. www.ywcaprinceton.org. Adult education, health and fitness, aquatics, child care, art classes, summer camps, English as a second language classes, athletics. **Reported in U.S. 1, July 20.**

**YWCA Trenton**, 140 East Hanover Street, Trenton 08608. Jose Hrnandez, CEO. Staff size: 50. 609-396-8291; fax, 609-989-8696. Youth programs, women's residence, rape crisis program, after school enrichment, health promotions, nursery school in Hamilton, Latinas Unidas. **Reported in U.S. 1, October 12.**

**Survival Guide**

**American Red Cross of Central New Jersey**, 707 Alexander Road, Suite 101, Princeton 08540. Kevin Sullivan, chief executive officer. Staff size: 50. 609-951-8550; fax, 609-951-9787. www.njredcross.org. Non-profit service organization offering classes in first aid, CPR, HIV/AIDS education, water safety, and AED training also emergency preparedness. **Reported in U.S. 1, April 20.**

**Friends Health Connection**, 67-69 Church Street, Suite 200, New Brunswick 08901. Roxanne Black, executive director. Staff size: 8. 732-418-1811; fax, 732-249-9897. Home page: www.friendshealthconnection.org. Non-profit matching individuals with chronic illness for mutual support and provider of educational programs on wellness topics. **Reported in U.S. 1, November 30.**

**GreenFaith**, 714 South Clinton Avenue, Trenton 08611. Rev. Fletcher Harper. Staff size: 4. 609-394-1090; fax, 609-394-2199. www.greenfaith.org. **Reported in U.S. 1, September 28.**

**Mercer Alliance to End Homelessness**, 3131 Princeton Pike, Building 4, Suite 113, Lawrenceville 08648. Mary Ellen Marino, interim executive director. Staff size: 2. 609-844-1006; fax, 609-875-1245.

www.merceralliance.org. Non-profit organization working with 150 agencies, companies, and individuals to address the issues of homelessness in Mercer County. **Reported in U.S. 1, July 6.**

**United Way of Greater Mercer County**, 3131 Princeton Pike, Building 4, Suite 113, Box 6193, Lawrenceville 08648. Craig E. Lafferty, president/CEO. Staff size: 22. 609-896-1912; fax, 609-895-1245. www.uwgmc.org. Community-based organization that mobilizes community resources to meet health and human care needs in greater Mercer County. **Reported in U.S. 1, November 2.**

**Contracts Awarded**

**United Cerebral Palsy Associations of New Jersey**, 354 South Broad Street, Trenton 08608. Nancy Hanisch. 609-392-4004; fax, 609-392-3505. Services such as Advancing Opportunities, a placement agency for clients seeking employment. **Reported in U.S. 1, January 5.**

**Crosstown Moves**

**Breast Cancer Resource Center, YWCA Princeton**, 59 Paul Robeson Place, Princeton 08540. Kara Stephenson, director. 609-497-2100; fax, 609-497-1211. Home page: www.bcrcnj.org. A program of the nonprofit YWCA Princeton dedicated to increasing breast cancer awareness and providing information and support to those affected by breast cancer; services include: community outreach, breast cancer helpline, resource library, guest speaker series, newsletter, support groups, peer support network, free wig & prosthesis bank and wellness program; helpline: 609-497-2126, or toll-free in New Jersey, 866-497-3507. **Reported in U.S. 1, February 9.**

**Forums Institute for Public Policy**, 315-316 Commons Way, Princeton 08540. Linda Mather, president. Staff size: 7. 609-688-0100; fax, 609-688-0855. Home page: www.forumsinstitute.org. Nonprofit corporation with neutral stance, promoting sound public policy through education, communication, and research, partially funded by RWJ Foundation. **Reported in U.S. 1, May 25.**

*Top Of Page*
*Telecommunications*

New in Town

**Dianet Communications**, 3 Cedar Brook Drive, Cranbury 08512. Jeff Just, president. Staff size: 5. 609-655-2856; fax, 609-409-1927. www.dianetcommunications.com. Wireless networks for wireless carriers. **Reported in U.S. 1, May 25.**

**Expansions**

**InfiniRoute Networks Inc.**, 4365 Route 1 South, Suite 221, Princeton 08540. Gary Tauss, CEO. Staff size: 30. 866-776-3424; fax, 415-364-1090. www.infiniroute.com. Voice over IP peering service, wireline and wireless, for carriers. **Reported in U.S. 1, October 12.**

**Signius Communications Inc.**, 3088 Route 27, Kendall Park 08824. Gary Pudles, CEO. Staff size: 10. 732-940-1700; fax. www.signius.com. Part of AnswerNet network, accounting offices, based on Witherspoon Street. **Reported in U.S. 1, July 13.**

**VoicePulse**, 1095 Cranbury-South River Road, Suite 16, Monroe Township 08831. Ravi Sakaria, president & CEO. Staff size: 20. 609-409-1800; fax, 609-409-8511. Home page:

www.voicepulse.com. Broadband Internet phone service, voice over IP. Reported in U.S. 1, March 30.

## Management Moves

RCN Corporation, 105 Carnegie Center, Princeton 08540. Peter Aquino, CEO. Staff size: 250. 609-734-3700; fax, 609-734-3874. www.rcn.com. Provider of bundled phone, cable television, and high-speed Internet services. Reported in U.S. 1, January 5.

SES Americom Inc. (An SES Global Co.), 4 Research Way, Princeton 08540. Edward D. Horowitz, chief executive officer. Staff size: 200. 609-987-4000; fax, 609-987-4517. Home page: www.ses-americom.com. Satellite communications — voice, video and data services, formerly RCA Americom. Reported in U.S. 1, June 1.

## *Top Of Page*
*Contracts Awarded*

Teleglobe, 750 College Road East, Princeton 08540. Staff size: 260. 609-750-3333; fax, 609-419-1511. www.itxc.com. Global wholesale telecom carrier — voice over IP. Reported in U.S. 1, July 27.

## *Top Of Page*
*Trade Groups*

## Expansions

AICPA (American Institute of Certified Public Accountants, 1230 Parkway Avenue, Parkway Corporate Center, Suite 311, Ewing 08628. Krista Breithaupt, director of psychometrics. Staff size: 16. 609-671-2908; fax, 609-671-2922. Home page: www.aicpa.org. Examination team for professional association of CPAs that creates and grades the certification examination. Reported in U.S. 1, December 14.

Addiction Treatment Providers Management Services Network Inc., 101 Interchange Plaza, Suite 102, Cranbury 08512. Jim O'Brien, executive director. Staff size: 5. 609-395-2919; fax, 609-395-2949. www.atpnj.org. Reported in U.S. 1, March 2.

## Management Moves

HealthCare Institute of New Jersey, 1350 Liberty Avenue, Box 813, Hillside 07205. Bob Franks, president. Staff size: 8. 908-624-9888; fax, 908-624-9484. www.hinj.org. 20-company organization aiming to raise visibility of research-based pharmaceutical and medical device industry. Reported in U.S. 1, January 26.

Keep Middlesex Moving Inc., 100 Bayard Street, Second Floor, New Brunswick 08901. William Neary, executive director. Staff size: 8. 732-745-4465; fax, 732-745-7482. Home page: www.kmm.org. Nonprofit transportation management association serving employers, municipalities, and developers in Middlesex County. Reported in U.S. 1, November 2.

## Survival Guide

Business Network International, 10 Longleaf Drive, Hamilton 08690. Arnold Rosner, county director. 609-799-7715; fax, 609-799-6430. International networking organization with eight weekly meetings in Mercer County, extension 308. Reported in U.S. 1, March 9.

Employers Association of New Jersey, 30 West Mount Pleasant Avenue, Suite 201, Livingston 07039. John Sarno, executive director. Staff size: 8. 609-393-7100; fax, 973-758-6900. Home page: www.eanj.org. Nonprofit association that provides employee relations services including salary and wage benchmark data. Reported in U.S. 1, November 16.

Greater Mercer County Chamber of Commerce, 214 West State Street, Trenton 08608. Michele Siekerka, executive director. Staff size: 6. 609-393-4143; fax, 609-393-1032. Home page: www.mercerchamber.org. Promotion of the economic, commercial, industrial and professional welfare of county; breakfasts and luncheons monthly. Reported in U.S. 1, July 20.

Greater Mercer Transportation Management Association (TMA), 15 Roszel Road, Princeton 08540. Sandra Brillhart, executive director. Staff size: 6. 609-452-1491; fax, 609-452-0028. www.gmtma.org. Dedicated to reducing congestion and providing transportation options in the Mercer County region. Reported in U.S. 1, July 27.

Human Resources Management Association, Box 7001, Princeton 08543. Grace Polhemus, president 2004. 609-896-2122. www.hrma-nj.org. Networking group for human resources professionals in greater Eastern Pennsylvania and Central New Jersey areas, second Mondays, often at Hyatt Meetings: 2nd Monday of each month except holidays. No meetings July and August. Reported in U.S. 1, November 9.

Institute for Continuing Legal Education, 1 Constitution Square, New Brunswick 08901. Lawrence Maron, executive director. Staff size: 30. 732-214-8500; fax, 732-249-0383. www.njicle.com. Continuing legal education seminars and publications. Reported in U.S. 1, December 7.

Mercer County Bar Association, 1245 Whitehorse-Mercerville Road, Whitehorse Executive Center, Suite 420, Mercerville 08619. Francine Kowalczyk, executive director. Staff size: 5. 609-585-6200; fax, 609-585-5537. Home page: www.mercerbar.com. Professional association of 1,100 public and private sector lawyers, Craig J. Hubert Esq., president 2005. Reported in U.S. 1, November 2.

Middlesex County Regional Chamber of Commerce, 1 Distribution Way, Suite 101, Monmouth Junction 08852. Chris Phelan, president. Staff size: 8. 732-821-1700; fax, 732-821-5852. Home page: www.mcrcc.org. Support of business growth, promoton of networking, legislative updates, and business referrals. Reported in U.S. 1, September 9.

National Association of Women Business Owners (NAWBO), Box 8092, Bridgewater 08807. T. Waldman-Williams, president. 908-604-8280. North/ Central Jersey chapter. Reported in U.S. 1, March 23.

New Jersey Association of Women Business Owners, 127 US Highway 206, Suite 28, Hamilton 08610. Paula Gould, director of administration. Staff size: 4. 609-581-2121; fax, 609-581-6749. www.njawbo.org. State organization with 12 chapters -- education, public policy advocacy, networking opportunities for women business owners, also here, the Women's Business Center. Reported in U.S. 1, February 16.

New Jersey Chamber of Commerce, 216 West State Street, Trenton 08608. Joan Verplanck, president.

Staff size: 30. 609-989-7888; fax, 609-989-9696. www.njchamber.com. Member service organization linking government and private sector to advance interests of free enterprise system and promote favorable business climate for job providers. **Reported in U.S. 1, April 20.**

**New Jersey Entrepreneurs Forum Inc.,** Box 313, Westfield 07091. Jeff Milanette, president. Staff size: 3. 908-789-3424; fax, 908-789-9761. www.njef.org. Assistance in formation and growth of young technology-based enterprises in the state, meetings on third Wednesdays at the New Brunswick Hyatt September to June, $45. **Reported in U.S. 1, February 9.**

**New Jersey State Bar Association,** 1 Constitution Square, New Jersey Law Center, New Brunswick 08901. Edwin J. McCreedy, president 2004-2005. 732-249-5000; fax, 732-249-2815. www.NJSBA.com. Monthly board meetings, annual meeting in mid-May in Atlantic City, mid-year meeting in late fall, dues varied according to year-of-practice, organized in different sections and committees. **Reported in U.S. 1, February 16.**

*Top Of Page*
*Transportation*

**New in Town**

CCX Con-Way Central Express, 107 Youngs Road, Mercerville 08619. John Scholz, service center manager. Staff size: 26. 609-587-8193; fax, 609-587-5439. www.con-way.com. Reported in U.S. 1, May 4.

**Expansions**

The Travel Center, 3562 Route 27, Town Place Shopping Center, Kendall Park 08824. Mary E. Eichler, manager. Staff size: 8. 732-329-1000; fax, 732-329-3083. Complete travel resource, corporate, leisure, cruises, groups, packages, member of Empress Travel and Cruises. Reported in U.S. 1, May 11.

**Name Changes**

Extra Space Storage, 2870 Brunswick Pike, Lawrenceville 08648. Eric Steck, property manager. 609-771-3666; fax, 609-771-3636. Reported in U.S. 1, March 16.

*Top Of Page*
*Utilities and Fuel*

**Contracts Awarded**

New Jersey American Water Company, 989 Lenox Drive, Suite 224, Lawrenceville 08648. Andrew Chapman, president. Staff size: 100. 609-512-9400; fax, 609-512-3680. Home page: www.americanwater.com. formerly Elizabethtown Water Company, headquarters office, 800-272-1325. Reported in U.S. 1, October 12.

---

Previous Story Next Story

---

*Corrections or additions?*

This page is published by PrincetonInfo.com — the web site for U.S. 1 Newspaper in Princeton, New Jersey.

# EXHIBIT 17

# THE ANTIRETROVIRAL PREGNANCY REGISTRY

### Interim Report
### For

ABACAVIR (ZIAGEN®, ABC)

ABACAVIR+LAMIVUDINE (EPZICOM™)

ABACAVIR+LAMIVUDINE+ZIDOVUDINE (TRIZIVIR®, TZV)

ADEFOVIR DIPIVOXIL (HEPSERA®, ADV)

AMPRENAVIR (AGENERASE®, APV)

ATAZANAVIR SULFATE (REYATAZ®, ATV)

DELAVIRDINE MESYLATE (RESCRIPTOR®, DLV)

DIDANOSINE (VIDEX®, VIDEX® EC, ddI)

EFAVIRENZ (SUSTIVA®, STOCRIN®, EFV)

EMTRICITABINE (EMTRIVA®, FTC)

ENFUVIRTIDE (FUZEON®, T-20)

ENTECAVIR (BARACLUDE™, ENT)

FOSAMPRENAVIR CALCIUM (LEXIVA®, FOS)

INDINAVIR (CRIXIVAN®, IDV)

LAMIVUDINE (EPIVIR®, 3TC)

LAMIVUDINE+ZIDOVUDINE (COMBIVIR®, ZDV+3TC)

LOPINAVIR+RITONAVIR (KALETRA®, LPV/r)

NELFINAVIR (VIRACEPT®, NFV)

NEVIRAPINE (VIRAMUNE®, NVP)

RITONAVIR (NORVIR®, RTV)

SAQUINAVIR (FORTOVASE®, SQV-SGC)

SAQUINAVIR MESYLATE (INVIRASE®, SQV-HGC)

STAVUDINE (ZERIT®, d4T)

TENOFOVIR DISOPROXIL FUMARATE (VIREAD®, TDF)

TENOFOVIR DISOPROXIL FUMARATE+EMTRICITABINE (TRUVADA®, TVD)

TIPRANAVIR (APTIVUS®, TPV)

ZALCITABINE (HIVID®, ddC)

ZIDOVUDINE (RETROVIR®, ZDV)

### 1 JANUARY 1989 THROUGH 31 JANUARY 2006
### (Issued: June 2006)

A Collaborative Project Managed by Charles River Laboratories Clinical Services, for:

Abbott Laboratories
Agouron Pharmaceuticals, Inc., a Pfizer Company
Aurobindo Pharma Ltd.
Barr Laboratories, Inc.
Boehringer Ingelheim Pharmaceuticals, Inc.
Bristol-Myers Squibb Company
Gilead Sciences, Inc.
GlaxoSmithKline
F. Hoffmann-La Roche Ltd.
Merck & Co., Inc.
Ranbaxy Inc.



APU ID
Exhibit 5
4-8-08   pmc

## POLICY FOR PRESENTATION OF DATA

The sponsors encourage the responsible sharing of the information contained in this report with health professionals who might benefit. In an attempt to standardize dissemination and interpretation of the data, the following guidelines have been developed:

1. The data contained in this report will become out-of-date within 6 months of the report's issue date. Please contact the Antiretroviral Pregnancy Registry (1-800-258-4263) to ensure you have obtained the most recent published report.

2. The data in Table 4 (pregnancy exposure in the first trimester and outcome by treatment regimen) are the most appropriate for presentation of therapy results. Presentation of results stratified by earliest trimester of exposure is imperative. Retrospectively collected data are useful for detecting patterns of defects, but are subject to biases as described in the report; thus these data must not be compared to background rates in the general population.

3. The Advisory Committee Consensus statement (page 4) must be included with any presentation of these data, including emphasis on the limitations of voluntary prenatal drug exposure registries such as this one.

4. When presenting data from the Registry, please present Registry contact information and remind the audience that success of the Registry depends on reporting of exposures by health care professionals.

5. Please contact the Antiretroviral Pregnancy Registry staff if you have any questions. See contact information below.

---

Suggested Citation

Antiretroviral Pregnancy Registry Steering Committee. Antiretroviral Pregnancy Registry International Interim Report for 1 January 1989 through 31 January 2006. Wilmington, NC: Registry Coordinating Center; 2006. Available from URL: www.APRegistry.com.

---

### REGISTRY COORDINATING CENTER

THE ANTIRETROVIRAL PREGNANCY REGISTRY
RESEARCH PARK
1011 ASHES DRIVE
WILMINGTON, NC 28405

US, CANADA (toll-free): (800) 258-4263 (Telephone)
(800) 800-1052 (Fax)

INTERNATIONAL: 011-910-256-0238 (Telephone)
011-910-256-0637 (Fax)

UK, GERMANY, FRANCE (toll-free): (00800) 5913-1359 (Telephone)
(00800) 5812-1658 (Fax)

EUROPE: +32-2-714-5028 (Telephone)
+32-2-714-5024 (Fax)

www.APRegistry.com

---

### Note to Patients:

This report was developed to provide you and your treating doctor with information to help guide your treatment. Please discuss any concerns or questions with your doctor.

---

## TABLE OF CONTENTS

FOREWORD........................................................................................................................iii

EXECUTIVE SUMMARY ....................................................................................................1
    Background.......................................................................................................................1
    Data Summary.................................................................................................................1
    Data Limitations..............................................................................................................3
    Advisory Committee Consensus ....................................................................................4
    Primary Registry Analysis (Prospective Reports) .........................................................4
    Supplemental Analyses .................................................................................................4

INTRODUCTION...................................................................................................................6

*SUMMARY* ...........................................................................................................................7

Registry (Prospective) Cases – Primary Analysis .............................................................9
    Table 1:  Population for Analysis - Prospective Registry Cases Enrolled Through 31 January 2006 ...............................................................................................9
    Table 2:  Maternal Demographics at Registration - Prospective Registry Cases Closed Through 31 January 2006 ..................................................................10
    Table 3:  Summary of Antiretroviral Treatment Classes [1] by Trimester of Earliest Exposure [2] - Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006......11
    Table 4:  Summary of Pregnancy Outcomes [1] By Antiretroviral Treatment Regimen [2] - Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006......14
    Table 5:  Number of Birth Defects [1] By Trimester of Earliest Exposure to Each Drug Prospective Registry Cases with Follow-Up Data Closed Through 31 January 2006 .....15
    Table 6:  Summary of Birth Defects [1] By Organ System and Antiretroviral Treatment Regimen - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006. 16
    Table 7:  Confidence Intervals for Birth Defects [1] - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006...............................19
Retrospective Reports ......................................................................................................20

Reports from Clinical Studies in Pregnancy .....................................................................20
    Table 8:  Maternal Demographics at Registration - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed 31 January 2006 ......22
    Table 9:  Summary of Treatment Classes [1] by Trimester of Earliest Exposure [2] - Reports from Clinical Studies in Pregnancy with Follow-Up Data Closed Through 31 January 2006...23
    Table 10: Summary of Pregnancy Outcomes [1] By Antiretroviral Treatment Regimen [2] - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed Through 31 January 2006 ............24
    Table 11: Summary of Clinical Study Reports of Birth Defects [1] By Organ System and Treatment Regimen - First Trimester Exposures. All Reports with Follow-up Data Closed Through 31 January 2006 ............25
    Table 12: Confidence Intervals for Birth Defects [1] - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed Through 31 January 2006....................26
Reports from the Published Literature................................................................................27
    Table 13: European Collaborative Study Data: Summary of Birth Defects by Organ System and Treatment Regimen – First Trimester Exposures. Data Reporting Period December 1984 – November 2005 ............28
    Table 14: European Collaborative Study Data: Confidence Intervals for Birth Defects by Organ System and Treatment Regimen. Data Reporting Period December 1984 – November 2005 ............29
    Table 15: Surveillance Data Collected Through the National Study of HIV in Pregnancy and Childhood (United Kingdom and Ireland) – Summary of Birth Defects by Organ System and Treatment Regimen ............30

Table 16: Confidence Intervals for % of Birth Defects by Exposure to Antiretroviral Therapy —
National Study of HIV in Pregnancy and Childhood Data (United Kingdom and Ireland) 31

SUMMARY AND ADVISORY COMMITTEE CONSENSUS.................................................................... 32
    Primary Registry Analysis (Prospective Reports) .................................................................. 32
    Supplemental Analyses .......................................................................................................... 32

METHODS ......................................................................................................................................... 34
    Institutional Review Board (IRB) Review .............................................................................. 34
    HIPAA Privacy Rule: Protecting Personal Health Information in Research ........................... 34
    The Registration and Follow-up................................................................................................ 35
    Classification of Outcomes ..................................................................................................... 37
    Analysis................................................................................................................................... 38
    Defect Monitoring Plan .......................................................................................................... 40

REGISTRY ENROLLMENT / PATIENT ENROLLMENT FORMS........................................................ 41
    Instructions for Completing Forms ........................................................................................ 41

REFERENCES.................................................................................................................................... 50

GLOSSARY AND ABBREVIATIONS.................................................................................................. 52

APPENDICES .................................................................................................................................... 55
    Appendix A: Summary of Treatment Regimens .................................................................... 55
    Appendix B: Antiretroviral Pregnancy Registry Organ System Classification....................... 63
    Appendix C: List of Defects as Reported to the Registry ...................................................... 64
        Prospective Reports of Defects .......................................................................................... 64
        Retrospective Reports of Defects........................................................................................ 70
        Reports from Clinical Studies in Pregnancy ....................................................................... 80
    Appendix D: Index................................................................................................................... 82
    Appendix D: Brief Descriptions of Antiretroviral Drugs Included in the Registry .................. 83
        Abacavir (ZIAGEN®, ABC).................................................................................................. 83
        Adefovir dipivoxil (HEPSERA®, ADV)................................................................................. 84
        Amprenavir (AGENERASE®, APV) ..................................................................................... 85
        Atazanavir sulfate (REYATAZ®, ATV)................................................................................ 85
        Delavirdine mesylate (RESCRIPTOR®, DLV) .................................................................... 86
        Didanosine (VIDEX®, VIDEX® EC, ddI)............................................................................. 87
        Efavirenz (SUSTIVA®, STOCRIN®, EFV) .......................................................................... 88
        Emtricitabine (EMTRIVA®, FTC)........................................................................................ 89
        Enfuvirtide (FUZEON®, T-20) ............................................................................................ 90
        Entecavir (BARACLUDE™, ENT) ....................................................................................... 90
        Fosamprenavir calcium (LEXIVA®, FOS) ........................................................................... 92
        Indinavir (CRIXIVAN®, IDV)............................................................................................... 93
        Lamivudine (EPIVIR®, 3TC)............................................................................................... 94
        Lopinavir/ritonavir (KALETRA®, LPV/r).............................................................................. 94
        Nelfinavir (VIRACEPT®, NFV) ........................................................................................... 96
        Nevirapine (VIRAMUNE®, NVP)........................................................................................ 96
        Ritonavir (NORVIR®, RTV) ................................................................................................ 98
        Saquinavir mesylate (INVIRASE®, SQV-HGC), saquinavir (FORTOVASE®, SQV-SGC) ............... 98
        Stavudine (ZERIT®, d4T) ................................................................................................... 99
        Tenofovir disoproxil fumarate (VIREAD®, TDF) ................................................................. 100
        Tipranavir (APTIVUS®, TPV).............................................................................................. 101
        Zalcitabine (HIVID®, ddC).................................................................................................. 102
        Zidovudine (RETROVIR®, ZDV)......................................................................................... 103

## FOREWORD

This report describes the ongoing surveillance experience of pregnancy outcomes in the Antiretroviral Pregnancy Registry for all reporting countries (previously known as the Zidovudine in Pregnancy Registry) and covers the period 1 January 1989 through 31 January 2006.

Abacavir, adefovir dipivoxil, amprenavir, atazanavir, delavirdine mesylate, didanosine, efavirenz, emtricitabine, enfuvirtide, entecavir, fosamprenavir calcium, indinavir, lamivudine, lopinavir/ritonavir, nelfinavir, nevirapine, ritonavir, saquinavir, stavudine, tenofovir disoproxil fumarate, tipranavir, zalcitabine, and zidovudine are antiretroviral therapies being followed in this Registry. This Registry was established because of the potential for exposure during the first trimester of pregnancy and the potential risks of any new chemical entity, in the context of HIV status in pregnancy. Through this Registry, reports of patients exposed to the antiretroviral drugs followed in the Registry are received, their pregnancies followed, and the outcomes of the pregnancies obtained through voluntary reports from treating health care providers.

The Registry is intended to provide an early signal of potential risks. Registry data are provided to supplement animal toxicology studies and assist clinicians in weighing the potential risks and benefits of treatment for individual patients. These data represent the experience of what is, as yet, a relatively small number of pregnancies.

An independent Advisory Committee reviews data and establishes a consensus regarding results of the data at that time, makes recommendations on data collected and on issues arising during the conduct of the Registry, encourages referral of exposures, and disseminates information. The Advisory Committee, along with representatives from the Sponsor companies, constitutes the Registry Steering Committee. The Steering Committee meets to discuss issues, review data, update the report, and discuss the general conduct of the Registry. Members of the Advisory Committee and Sponsor representatives to the Steering Committee are listed below. Committee members are listed alphabetically within their respective group.

### Antiretroviral Pregnancy Registry Advisory Committee

Melisse Baylor, MD
Center for Biologics Evaluation and
  Research
Division of Vaccines and Related
  Products
Food and Drug Administration

Karen Beckerman, MD
Department of Obstetrics and
  Gynecology
Newark Beth Israel Medical Center

Isaac Delke, MD
Department of Obstetrics and
  Gynecology
University of Florida Health Care Center

Kenneth Dominguez, MD, MPH
Division of HIV/AIDS Prevention
  Epidemiology Branch
Centers for Disease Control & Prevention

Harold E. Fox, MD
(Member Emeritus and Senior Advisor)
Department of Obstetrics and Gynecology
Johns Hopkins Medical Center

Patricia Garcia, MD, MPH
(Member Emeritus and Senior Advisor)
Department of Obstetrics and Gynecology
Northwestern University

James Kucik, MPH
National Center on Birth Defects &
  Developmental Disabilities
Centers for Disease Control & Prevention

Andreas Pikis, MD
Center for Drug Evaluation
  and Research
Division of Antiviral Drug Products
Food and Drug Administration

Rosemary Ramroop
Patient Advocate for APR
Program Coordinator/HIV Counselor
Johns Hopkins University

Brenda Ross, MD
School of Medicine
Maternal-Fetal Medicine
Johns Hopkins Medical Center

Fraser Smith, PhD
Center for Drug Evaluation
  and Research
Division of Biometrics
Food and Drug Administration

Heather Watts, MD
Pediatric, Adolescent,
  Maternal AIDS Branch
CRMC/NICHD
National Institutes of Health

### The Sponsor Representatives

Pamela Clax, DPM
Medical Affairs
Pfizer Inc

Anthony Donato
Compliance, Safety, Pharmacovigilance
Ranbaxy, Inc.

Kathryn Krantz, MD
Global Safety
Bristol-Myers Squibb

Marisol Martinez-Tristani, MD
Global Pharmaceutical R&D
Abbott Laboratories

Sal Peritore, MS, RPh
Regulatory Affairs
Barr Laboratories, Inc.

Peter Piliero, MD
Clinical & Scientific Affairs, Virology
Boehringer Ingelheim Pharmaceuticals, Inc.

Prasada Reddy Kambham
Regulatory Department
Aurobindo Pharma Ltd.

Vani Vannappagari, MPH, PhD
Epidemiology
GlaxoSmithKline

Susan Sacks, PhD
Epidemiology
F. Hoffmann-La Roche, Ltd.

Daniel Seekins, MD
Director, Virology, Medical Affairs
Bristol-Myers Squibb Company

Kristine Shields, MSN, MPH
Clinical Risk Management and Safety Surveillance
Merck & Co., Inc.

Neda Shokrai, MD
Drug Safety & Public Health
Gilead Sciences, Inc.

### Coordinating Center Representatives

Deborah Covington, DrPH
Registries & Epidemiology
Charles River Laboratories Clinical Services

Kim Freeman, BA
Registries & Epidemiology
Charles River Laboratories Clinical Services

Angela E. Scheuerle, MD *(Consultant)*
Tesserae Genetics
Texas Birth Defects Research Center

Hugh Tilson, MD, DrPH *(Consultant)*
University of North Carolina at Chapel Hill
School of Public Health

The Antiretroviral Pregnancy Registry encourages reporting of all prenatal exposures to the therapies followed in the Registry (abacavir, adefovir dipivoxil, amprenavir, atazanavir, delavirdine mesylate, didanosine, efavirenz, emtricitabine, enfuvirtide, entecavir, fosamprenavir calcium, indinavir, lamivudine, lopinavir/ritonavir, nelfinavir, nevirapine, ritonavir, saquinavir, stavudine, tenofovir disoproxil fumarate, tipranavir, zalcitabine, and zidovudine). Patient enrollment forms and instructions begin on page 41. Please direct all enrollments and inquiries to the Antiretroviral Pregnancy Registry Coordinating Center at the following:

Website:        www.APRegistry.com for Online Enrollment & Follow-Up, Data Forms, Information

Mailing Address:   The Antiretroviral Pregnancy Registry
            Research Park
            1011 Ashes Drive
            Wilmington, NC 28405

Telephone:     800-258-4263 US, Canada (toll-free)
            910-256-0238 International or +32-2-714-5028 Europe
            00800-5913 1359 UK, Germany, France (toll-free)

Fax:         800-800-1052 US, Canada (toll-free)
            910-256-0637 International or +32-2-714-5024 Europe
            00800-5812 1658 UK, Germany, France (toll-free)

---

## ATTENTION HEALTH CARE PROVIDERS

The Antiretroviral Pregnancy Registry will soon be offering Online Enrollment and data reporting!  Please visit our website at www.APRegistry.com for details, or contact our Registry Call Center for additional information.

---

The Antiretroviral Pregnancy Registry recognizes the significant participation of the following providers (listed alphabetically).  We greatly appreciate the contributions of all providers and welcome providers to submit all of their cases to the Registry and be recognized.

Ahmed, Jamil MD
Allen, Dianne RN
Allen, Lori RN
Alvarez-McLeod, Africa MD, MPH
Andrew, Rosemary NP
Arias, Felipe MD
Bender, Peggy FNP
Boone, Jacqueline RN
Boudreaux, Netta RN
Brandt, Robert Jr MD
Bronaugh, Madeline RN, MSN
Buck, Arlene RN
Campbell, Vicky ARNP
Casteleyn, Simone MD
Cejtin, Helen MD
Cormier, Sharon RN
Cubbedge, Laura LPN
Deen, Shannon RN
Delke, Isaac MD
Dobles, Ana RN
Donovan, Margery ARNP
Douglas, Melanie CNM
Drayton, Consuela RN
Duthely, Lunthia MS
Feakins, Cynthia NP
Friel, Timothy MD
Gaddipati, Sreedhar MD
Gamache, Kristen PharmD
Garcia, Patricia M. MD
Garguilo, Kathryn RN, MSN
Gay, Hanna MD
Gomez, Ivan MD
Havard, Patty PharmD
Hufnagle, Jan RPh
Hug Me (Clinic Name)
Igbal, Nabeela, MD
James, Christopher PharmD
Jones, Theodore MD
Jones-Eaves, Desiree RN

Jones, Robert DO
Kaul, Pamposh MD
Kinzie, Kay MSN, FNPC
Kline, Susan MD
Levinson, Judy MD
Lloyd, Sandra RN
Locher, Ann RN
Martens, Sharon ARNP, FNP
McNelis, Kelly BS, PharmD
Michalek, Patty RN
Moore, Anna NP
Moore, Lashawn RN
Munajj, Josephina CNM
Newberry, Yvonne FNP
O'Neill, Jennifer RN
O'Sullivan, Mary Jo MD
Patterson, Kristine MD
Peters, Yvette NP
Pfirman, Terri
Raffanti, Stephen MD
Ross, Brenda MD
Schut, Ronald MD
Scott, Gordon MD
Sha, Beverly MD
Sheridan-Malone, Eileen RN, OCN
Shipman, Sherri CRNP
Shivers, Paula RN
Smith, Allen RN, ACRN
Stek, Alice MD
Sutherland, Vickie RN
Swindells, Susan MD
Szabo, Susan MD
Taylor, Graham P. MD
Tedaldi, Ellen MD
Thompson, Jesup PA-C
Tuomala, Ruth MD
Wittert, Harriett RN
York Hospital Community Health Center

---

**Antiretroviral Pregnancy Registry International Interim Report for
1 January 1989 – 31 January 2006**

## EXECUTIVE SUMMARY

### Background

The purpose of the Antiretroviral Pregnancy Registry (Registry) is to detect any major teratogenic effect involving any of the Registry drugs* when administered to pregnant women (1). Registration is voluntary and confidential with information obtained from the health care provider. A Registry-assigned identifier allows for follow-up capability. Information on subjects is provided to the Registry prospectively (prior to the outcome of pregnancy being known) through their health care provider, with follow-up obtained from the health care provider after the outcome is determined. (For more details, see Methods section beginning on page 34.) Providers are strongly urged to enroll their patients as early in pregnancy as possible to maximize the validity of the data. In addition, the Registry has assembled a group of providers who have committed to report all of their site's antiretroviral pregnancy exposures to the Registry, thereby assuring all cases can be considered prospective. Providers are encouraged to contact the Registry for more information about this group. The Registry is informed in its analysis by other data, for example, retrospective reports and clinical studies.

Given the increasing number of medications and more aggressive approach to therapy, more HIV-infected women may be treated during pregnancy or become pregnant while under treatment. The paucity of data on use and infant outcomes of antiretroviral therapies during pregnancy makes this Registry an essential component of the ongoing program of epidemiologic studies of the safety of these therapies.

Each year the Registry enrolls approximately 1000 pregnant women exposed to antiretroviral drugs. This number represents approximately 15% of the 6000-7000 HIV positive women who give birth to live infants annually in the US (2).

### Data Summary

**Prospective Registry:** In review of the data through 31 January 2006, among the prospective Registry reports, the prevalence of birth defects per 100 live births among women with a first trimester exposure to any of the antiretroviral therapies included in the Registry is 2.9 (95% confidence interval (CI): 2.3 - 3.7, i.e., 62 outcomes with defects of 2117 live births (Table 7). The prevalence of defects is not significantly different from the prevalence of defects among women with the first exposure during the second and/or third trimester (2.4 per 100 live births) (prevalence ratio: 1.21, 95% CI: 0.88, 1.68).

Measured against 5560 live births with exposure at any time during pregnancy, there were 145 outcomes with birth defects identified, a prevalence of 2.6 birth defects per 100 live births (95% CI: 2.2 - 3.1). This

---

*Drugs included: abacavir (ZIAGEN®, ABC), abacavir/lamivudine (EPZICOM™), abacavir/lamivudine/zidovudine combination (TRIZIVIR®, TZV), adefovir dipivoxil (HEPSERA®, ADV), amprenavir (AGENERASE®, APV), atazanavir sulfate (REYATAZ®, ATV), delavirdine mesylate (RESCRIPTOR®, DLV), didanosine (VIDEX®, VIDEX®EC, ddI), efavirenz (SUSTIVA®, STOCRIN®, EFV), emtricitabine (EMTRIVA®, FTC), enfuvirtide (FUZEON®, T-20), entecavir (BARACLUDE™, ENT), fosamprenavir calcium (LEXIVA®, FOS), indinavir (CRIXIVAN®, IDV), lamivudine (EPIVIR®, 3TC), lamivudine/zidovudine (COMBIVIR®, ZDV+3TC), lopinavir/ritonavir (KALETRA®, LPV/r), nelfinavir (VIRACEPT®, NFV), nevirapine (VIRAMUNE®, NVP), ritonavir (NORVIR®, RTV), saquinavir (FORTOVASE®, SQV-SGC), saquinavir mesylate (INVIRASE®, SQV-HGC), stavudine (ZERIT®, d4T), tenofovir DF (VIREAD®, TDF), tenofovir DF/emtricitabine (TRUVADA®, TVD), tipranavir (APTIVUS®, TPV), zalcitabine (HIVID®, ddC), and zidovudine (RETROVIR®, ZDV).

proportion is not significantly higher than the CDC's population-based birth defects surveillance system (MACDP)†(5, 6) where total prevalence of birth defects identified among births from 1991 through 1995 was 3.1 per 100 live births (95% confidence interval: 3.1, 3.2), and the prevalence of birth defects per 100 live births identified either prior to birth or during the first day of life ("early diagnosis") was 2.2 (95% CI: 2.1, 2.2). However, ascertainment from CDC's active surveillance system does not rely on voluntary reports.

No increases in risk of overall birth defects or specific defects have been detected to date. For lamivudine and zidovudine, sufficient numbers of first trimester exposures have been monitored to detect at least a 1.5-fold increase in risk of overall birth defects and a 2-fold increase in risk of birth defects in the more common classes, cardiovascular and genitourinary systems. No such increases have been detected to date. For abacavir, didanosine, efavirenz, nelfinavir, nevirapine, ritonavir and stavudine, sufficient numbers of first trimester exposures have been monitored to detect at least a two-fold increase in risk of overall birth defects. With the exception of didanosine, no such increases have been detected to date. See table below for number of defects and prevalence per 100 live births for first trimester exposures to any abacavir-, didanosine-, efavirenz-, lamivudine-, nelfinavir-, nevirapine-, ritonavir-, stavudine-, and zidovudine-containing regimen. The Registry notes the high frequency of birth defects after first trimester exposure to didanosine. All cases were thoroughly reviewed and no pattern was discovered. The Registry will continue to monitor didanosine exposures. There are insufficient data to make similar comparisons for other drugs or specific subgroups of defects. In reviewing all reported defects from the prospective Registry, informed by clinical studies and retrospective reports of antiretroviral exposure, the defects reported show no pattern to suggest a common cause.

| Regimen | First Trimester Exposure Defects/Live Births | Prevalence (95% confidence interval) |
|---------|-------------------|--------------------------------------|
| Lamivudine | 45/1663 | 2.7% (2.0%, 3.6%) |
| Zidovudine | 43/1459 | 2.9% (2.1%, 4.0%) |
| Nelfinavir | 21/572 | 3.7% (2.3%, 5.6%) |
| Nevirapine | 9/479 | 1.9% (0.9%, 3.5%) |
| Stavudine | 12/451 | 2.7% (1.4%, 4.6%) |
| Abacavir | 11/345 | 3.2% (1.6%, 5.6%) |
| Ritonavir | 9/291 | 3.1% (1.4%, 5.8%) |
| Efavirenz | 6/244 | 2.5% (0.9%, 5.3%) |
| Didanosine | 14/234 | 6.0% (3.3%, 9.8%) |

**Clinical Studies:** In the analysis of reports from clinical studies in pregnancy, 16 infants with defects were identified among 249 first trimester exposures to an antiretroviral therapy. The prevalence of birth defects per 100 live births among women with first trimester exposures to an antiretroviral (primarily nucleoside reverse transcriptase inhibitors) is 6.4 (95% CI: 3.7 - 10.2) (Table 12). The number of defects identified with a first exposure in the second or third trimester is 22/936, and the prevalence of birth defects per 100 live births is 2.4 (95% CI: 1.5 - 3.5). It is not surprising that the rate of detection of birth defects was relatively high among infants born to women enrolled in clinical studies conducted in pregnant women, as this group is often very different compared with either the CDC population-based surveillance system or the Registry. Differences

---

†MACDP, the Metropolitan Atlanta Congenital Defects Program monitors all major birth defects in five counties of the metropolitan Atlanta area with approximately 50,000 annual births in a population of about 2.9 million. For more information, see references 5 and 6.

include severity of disease at the time of maternal enrollment in clinical studies and rigorous infant follow-up and evaluation (e.g., echocardiography). In addition, women with first trimester exposures appeared to have more advanced disease. The primary anomaly accounting for the observed difference from the primary analysis is minor and self-limiting cardiovascular defects detected on echocardiogram.

## Data Limitations

The Registry is designed to detect teratogenic effects of antiretroviral medications used in pregnancy. The occurrence of other developmental or functional defects is not systematically collected, although the Advisory Committee carefully reviews each pregnancy outcome received by the Registry. Potential limitations of registries such as this should be recognized. The limitations include, but are not limited to, underreporting (i.e., not every report of an exposure is obtained), differential reporting (i.e., there may be reasons why one report would be provided to the Registry and another would not), underascertainment of birth defects (i.e., not every birth defect is identified, e.g., reporter may not see the defect at birth), differential ascertainment of birth defects (e.g., variable use of diagnostic tests), and loss to follow-up (e.g., reports where no outcome information is obtained). Despite these limitations, such reports have been useful to supplement animal toxicology studies and clinical trial data, and to assist clinicians in weighing the risks and benefits of antiretroviral treatment during pregnancy. Moreover, accrual of additional patient experience over time will provide more definitive information regarding risks, if any, of exposure during pregnancy to the antiretroviral therapies followed in the Registry.

*Advisory Committee Consensus*

*Primary Registry Analysis (Prospective Reports)*

The Registry's analytic approach is to evaluate drugs in specific classes of antiretroviral therapies (FIs [fusion inhibitor(s)], NRTIs [nucleoside analog reverse transcriptase inhibitor(s)], NNRTIs [non-nucleoside reverse transcriptase inhibitor(s)], NtRTIs [nucleotide reverse transcriptase inhibitors], and PIs [protease inhibitor(s)]). Currently there are nine specific drugs with large enough groups of exposed women to warrant a separate analysis. These drugs are abacavir, didanosine, efavirenz, lamivudine, nelfinavir, nevirapine, ritonavir, stavudine, and zidovudine.

No increases in risk of overall birth defects or specific defects have been detected to date. For lamivudine and zidovudine sufficient numbers of first trimester exposures have been monitored to detect at least a 1.5-fold increase in risk of overall birth defects and a 2-fold increase in risk of birth defects in the more common classes, cardiovascular and genitourinary systems. No such increases have been detected to date. For abacavir, efavirenz, nelfinavir, nevirapine, ritonavir, and stavudine sufficient numbers of first trimester exposures have been monitored to detect at least a two-fold increase in risk of overall birth defects. No such increases have been detected to date. Although no pattern of birth defects has been detected with didanosine, the Committee continues to monitor the apparent increased frequency of defects among infants exposed to didanosine in the first trimester of gestation.

To date, the Registry has not demonstrated an increased prevalence of birth defects overall, or in the specific classes studied, or among women exposed to abacavir, didanosine, efavirenz, lamivudine, nelfinavir, nevirapine, ritonavir, stavudine, or zidovudine individually or in combination during the first trimester when compared with observed rates for "early diagnoses" in population-based birth defects surveillance systems. While the Registry to date has not detected a major teratogenic signal overall or within classes of drugs or the nine individual drugs analyzed separately, the population exposed and monitored to date is not sufficient to detect an increase in the risk of relatively rare defects.

These findings should provide some assurance when counseling patients.

*Supplemental Analyses*

**Retrospective Reports:** Retrospective reports are those reported to the Registry after the outcome or perceived outcome of pregnancy is known. Isolated cases of neural tube defects with efavirenz exposure have been reported. No other pattern of defects (isolated or syndromic) has been found in the overall evaluation of retrospective reports and Registry cases of birth defects.

**Reports from Clinical Studies in Pregnancy:** Recognizing the difficulties in comparing the findings from prospective clinical studies with population-based data, separate review of the available information from the clinical studies remains inconclusive. The Registry will continue to examine data as available from further studies. During this reporting period, an unpublished analysis from the Women and Infants Transmission Study (WITS) detected a statistically significant increased risk of hypospadias after first trimester exposure to zidovudine. The clinical significance, if any, is unclear. The signal has not appeared in the primary analysis of the Registry. The Registry will continue to monitor this closely.

---

**Reports from the Published Literature:** The registry has not identified a signal in any of the published studies reviewed to date.

**Antiretroviral Pregnancy Registry International Interim Report for
1 January 1989 – 31 January 2006**

## INTRODUCTION

The purpose of the Antiretroviral Pregnancy Registry (Registry) is to detect any major teratogenic effect of the following drugs when administered to pregnant women (1): abacavir (ZIAGEN®, ABC), abacavir/lamivudine (EPZICOM™), abacavir/lamivudine/zidovudine combination (TRIZIVIR®, TZV), adefovir dipivoxil (HEPSERA®, ADV)*, amprenavir (AGENERASE®, APV), atazanavir sulfate (REYATAZ®, ATV), delavirdine mesylate (RESCRIPTOR®, DLV), didanosine (VIDEX®, VIDEX® EC, ddl), efavirenz (SUSTIVA®, STOCRIN®, EFV), emtricitabine (EMTRIVA®, FTC), enfuvirtide (FUZEON®, T-20), entecavir (BARACLUDE™, ENT)*, fosamprenavir calcium (LEXIVA®, FOS), indinavir (CRIXIVAN®, IDV), lamivudine (EPIVIR®, 3TC), lamivudine/zidovudine combination (COMBIVIR®, ZDV+3TC), lopinavir/ritonavir combination (KALETRA®, LPV/r), nelfinavir (VIRACEPT®, NFV), nevirapine (VIRAMUNE®, NVP), ritonavir (NORVIR®, RTV), saquinavir (FORTOVASE®, SQV-SGC), saquinavir mesylate (INVIRASE®, SQV-HGC), stavudine (ZERIT®, d4T), tenofovir disoproxil fumarate (VIREAD®, TDF), tenofovir disoproxil fumarate/emtricitabine combination (TRUVADA®, TVD), tipranavir, (APTIVUS®, TPV), zalcitabine (HIVID®, ddC), and zidovudine (RETROVIR®, ZDV). Zidovudine is indicated for use in the second and third trimesters of pregnancy to reduce the risk of maternal-fetal HIV transmission. There are also several other completed and ongoing studies in maternal-fetal transmission with other therapies. However, the safety of prenatal zidovudine or any other antiretroviral therapy exposure to the fetus has not been established.

Given the increasing number of medications and more aggressive approach to therapy, more HIV-infected women may be treated during pregnancy or become pregnant while under treatment. The lack of data on use and outcomes of antiretroviral therapies during pregnancy makes such a Registry an essential component of the ongoing program of epidemiologic studies on the safety of these medications. This study is an observational, exposure-registration and follow-up study. The study has had institutional review board (IRB) review and approval (see IRB Review, page 34). The IRB approval included a waiver from requiring patient informed consent for participation based on the Registry's process for protecting patient anonymity. Patient confidentiality is strictly upheld. The intent of the Registry is to collect data on prenatal exposures to drugs followed in the Registry, potential confounding factors (such as maternal age, disease status during pregnancy), and information related to the outcome of the pregnancy.

The Registry began as the *Zidovudine in Pregnancy Registry* in January 1989 and became the *Antiretroviral Pregnancy Registry* in January 1993. This report covers data through 31 January 2006.

The Antiretroviral Pregnancy Registry is managed by Charles River Laboratories Clinical Services, under the sponsorship of Abbott Laboratories; Agouron Pharmaceuticals, Inc., a Pfizer Company; Aurobindo Pharma Ltd.; Barr Laboratories, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Bristol-Myers Squibb Company; Gilead Sciences, Inc.; GlaxoSmithKline; F. Hoffmann-La Roche Ltd.; Merck & Co., Inc.; and Ranbaxy, Inc. The scientific conduct and analysis of the Registry are overseen by an independent Advisory Committee

---

* These drugs are not indicated for HIV, but are in the same class as other antiretroviral drugs in the Registry. The inclusion of these drugs allows evaluation of teratogenic risk of drugs in the same class as well as similar classes.

consisting of members from the Centers for Disease Control and Prevention (CDC), Food and Drug Administration (FDA), the National Institutes of Health (NIH), and the private sector. Members include specialists in maternal and fetal medicine, teratology, infectious disease, epidemiology, and biostatistics. The Advisory Committee reviews the Registry data, develops the Consensus Statement, provides recommendations on modifications or enhancements to the Registry, and assists in the dissemination of information and formulation of strategies to encourage enrollment in the Registry. The Advisory Committee and the Sponsor Company representatives constitute the Steering Committee, which jointly manages the general conduct of the Registry.

### Summary

This Registry is intended to provide an early signal of teratogenicity associated with prenatal use of the drugs monitored through the Registry. Atazanavir, didanosine, emtricitabine, enfuvirtide, nelfinavir, ritonavir, saquinavir, and tenofovir disoproxil fumarate have an assigned FDA Pregnancy Category B (no evidence of risk in humans) status. Abacavir, adefovir dipivoxil, amprenavir, delavirdine mesylate, entecavir, fosamprenavir calcium, indinavir, lamivudine, lopinavir/ritonavir, nevirapine, stavudine, tipranavir, zalcitabine, and zidovudine have an assigned FDA Pregnancy Category C (risk cannot be ruled out) status. Efavirenz has been assigned FDA Pregnancy Category D (positive evidence of risk). (See glossary for a more complete description of the FDA Pregnancy Categories and Appendix D for information on each drug.) One limitation of an exposure-registration study is that rates of drug-associated adverse events cannot be extrapolated to reflect true rates in the potential target population. Because reports of exposures are voluntary, they are subject to numerous potential selection biases. Information on possible teratogenic risk, which may be associated with perinatal HIV infection or with risk behaviors associated with maternal HIV infection, is currently insufficient. An analysis of relative risk comparing the antiretroviral drugs being monitored in the Registry to risks in the absence of drug exposure requires carefully designed epidemiologic studies, including a comparison population of pregnant women with a history of human immunodeficiency virus (HIV) disease not exposed to antiretroviral medications during pregnancy. The Registry is only one component of the overall plan for close monitoring of these medications; therefore, interpretation of information generated through this Registry must be made with caution.

This Interim Report contains analyses of voluntary, prospective reports (i.e., those reports made to the Registry prior to the outcome of pregnancy being known) of prenatal exposures to abacavir, adefovir dipivoxil, amprenavir, atazanavir, delavirdine mesylate, didanosine, efavirenz, emtricitabine, enfuvirtide, entecavir, fosamprenavir calcium, indinavir, lamivudine, lopinavir/ritonavir, nelfinavir, nevirapine, ritonavir, saquinavir, stavudine, tenofovir disoproxil fumarate, tipranavir, zalcitabine, and zidovudine. Prospective reports are subject to fewer biases than retrospective reports (i.e., reports made after the pregnancy outcome is known either through prenatal testing or at outcome of pregnancy). Data from retrospective reports are collected and the outcomes reviewed and evaluated; however, due to the greater potential for bias, these reports are evaluated separately. Additionally, the Registry receives information on women who are enrolled in clinical studies in pregnancy. These reports may be received sporadically through the voluntary reporting process or systematically on every case in the trial from a single source. The differences in the sources of information for the clinical study reports and, in some cases, the country where the study was conducted may make

pooling these data for analysis inappropriate.  However, for expediency in displaying the information in the report tables, the data are pooled.  These study reports are not comparable directly to the prospective Registry reports as the inclusion/exclusion criteria, severity of disease, and length and intensity of follow-up may differ significantly.

Each year the Registry enrolls approximately 1000 pregnant women exposed to antiretroviral drugs.  This number represents approximately 15% of the 6000-7000 HIV positive women who give birth to live infants annually in the US (2).

## Registry (Prospective) Cases – Primary Analysis

Through 31 January 2006 there were 6893 prospective cases reported to the Registry (Table 1). There were 360 cases pending the outcome of pregnancy and 704 lost to follow-up. Thus, there were 5829 evaluable prospective reports included in the primary analysis. Table 2 displays information on maternal characteristics including median age and clinical status indicators for cases included in the primary analysis and those lost to follow-up.

The Antiretroviral Pregnancy Registry is an international registry, and has received reports from 47 countries. Reports are predominantly from the United States and its territories (US) (88.9%). Non-US reports are most frequently reported from Australia (0.5%), Brazil (0.6%), France (1.9%), Germany (0.2%), South Africa (0.9%), Sweden (0.3%) and the United Kingdom (3.8%).

### Antiretroviral Exposure

Of the 5829 evaluable prospective reports, 2392 were first trimester exposures to one or more of the antiretroviral drugs followed in the Registry. Table 3 displays the single and combination treatment regimens by class of antiretroviral therapy and by earliest trimester of exposure. Appendix A lists all of the single and combination therapies taken by earliest trimester of exposure. Some individuals may have received other therapies in a later trimester. Of the 5829 pregnancies reported, there were 5928 outcomes of pregnancy (98 multiple births): 5560 live births, 111 spontaneous abortions, 72 stillbirths, and 185 induced abortions. Of the 5560 live births, 2117 had a maternal exposure to antiretroviral therapy during the first trimester. It should be noted that there were 509 live births involving a maternal exposure to any single class of antiretroviral therapy during the first trimester. There may have been an exposure to more than one therapy within the class in the first trimester or to other therapies in other classes in other trimesters.

**Table 1:    Population for Analysis - Prospective Registry Cases Enrolled Through 31 January 2006**

|                           | Overall       |
|---------------------------|---------------|
| Pregnancies Enrolled      | 6893          |
| Pending Cases [1]          | 360  ( 5.2%)  |
| Cases lost to follow-up [2] | 704  (10.2%) |
| Reports used in analysis  | 5829  (84.6%) |

[1] Cases where the outcome of pregnancy is not yet known.
[2] Cases where the outcome of pregnancy has never been received despite requests or if the reporter did not know whether there was a birth defect.

**Table 2:** Maternal Demographics at Registration - Prospective Registry Cases Closed Through 31 January 2006

| | Primary Analysis | Lost to Follow-up |
|---|---|---|
| Pregnancies Enrolled | 5829 | 704 |
| **Age (years)** | | |
| N | 5744 | 610 |
| Median (Interquartile Range) | 28.0 (9.0) | 28.0 (8.0) |
| Min - Max | 13 - 48 | 15 - 44 |
| Missing | 85 | 94 |
| **CD4+ T-cell categories at start of pregnancy** | | |
| >= 500 L | 1800 (30.9%) | 169 (24.0%) |
| 200-499 L | 2652 (45.5%) | 234 (33.2%) |
| < 200 L | 956 (16.4%) | 77 (10.9%) |
| Unknown | 50 (0.9%) | 17 (2.4%) |
| N/A | 41 (0.7%) | 7 (1.0%) |
| Missing | 330 (5.7%) | 200 (28.4%) |
| **Clinical categories at start of pregnancy** | | |
| HIV Infected [1] | | |
| A. Asymptomatic, acute (primary) HIV or PGL | 4364 (74.9%) | 394 (56.0%) |
| B. Symptomatic, not (A) or (C) conditions | 361 (6.2%) | 26 (3.7%) |
| C. AIDS-indicator conditions | 644 (11.0%) | 53 (7.5%) |
| HIV Uninfected [2] | 21 (0.4%) | 6 (0.9%) |
| HIV Postexposure prophylaxis | 34 (0.6%) | 6 (0.9%) |
| Hepatitis B | 61 (1.0%) | 13 (1.8%) |
| Unknown | 344 (5.9%) | 206 (29.3%) |
| Missing | | |

[1] Includes 58 patients co-infected with HIV and Hepatitis B.
[2] Where antiretroviral drugs have been used for therapy.
Note: The Registry started systematically collecting data on Hepatitis B in January 2003.

**Table 3:** Summary of Antiretroviral Treatment Classes [1] by Trimester of Earliest Exposure [2] -Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| Pregnancies Enrolled | 2392 | 2550 | 887 | 5829 |
| NRTI | 537 | 805 | 323 | 1665 |
| NtRTI | 23 | 0 | 0 | 23 |
| NNRTI | 13 | 0 | 2 | 15 |
| PI | 36 | 7 | 0 | 43 |
| NRTIs/NNRTIs | 547 | 545 | 197 | 1289 |
| NRTIs/NtRTIs | 27 | 13 | 8 | 48 |
| NRTIs/NtRTIs/NNRTIS | 35 | 8 | 3 | 46 |
| NRTIs/PIs | 876 | 1084 | 328 | 2288 |
| NNRTIs/PIs | 12 | 1 | 0 | 13 |
| NRTIs/NNRTIs/PIs | 145 | 49 | 15 | 209 |
| NRTIs/NtRTIs/PIS | 79 | 29 | 8 | 116 |
| NtRTIs/NNRTIs/PIS | 17 | 2 | 0 | 19 |
| NRTIs/NtRTIs/NNRTIs/PIS | 35 | 6 | 2 | 43 |
| NRTIs/PIs/FIS | 6 | 0 | 0 | 6 |
| Other combination | 3 | 1 | 1 | 5 |
| Unspecified | 1 | 0 | 0 | 1 |

[1] NRTI=nucleoside analog reverse transcriptase inhibitor, which includes abacavir, didanosine, emtricitabine, entecavir, lamivudine, stavudine, zalcitabine, and zidovudine.
NtRTI=nucleotide analog reverse transcriptase inhibitor, which includes adefovir dipivoxil, and tenofovir disoproxil fumarate.
NNRTI=non-nucleoside analog reverse transcriptase inhibitor, which includes delavirdine mesylate, efavirenz, and nevirapine.
PI=protease inhibitor, which includes amprenavir, atazanavir, fosamprenavir calcium, indinavir, lopinavir/ritonavir, nelfinavir, ritonavir, saquinavir, and tipranavir.
FI=fusion inhibitor, which includes enfuvirtide.
[2] Exposures represent earliest trimester of exposure to an antiretroviral drug. Pregnant women may have been on other medications during the pregnancy.
Note: Treatment regimens for which no exposures were reported are excluded from the table.
Note: Treatment regimens with fewer than 5 exposures have been collapsed into the Other category.

### Pregnancy Outcomes

Of the 2117 live birth outcomes with a 1st trimester exposure to an antiretroviral drug, there were 62 reports of defects (55 / 2062 defects in live births, 3 / 32 in stillbirths, and 4 / 178 in induced abortions occurring ≥20 weeks gestation). See Table 4.

The Registry defines a defect as any major structural or chromosomal defect or two or more conditional defects occurring in infants or fetuses of at least 20 weeks gestational age. This definition is consistent with, but not restricted to the CDC population-based surveillance system definition. The CDC system includes conditional defects only in the presence of a major defect. (See section Classification of Outcomes, *page 37*.) Therefore, Table 4 excludes reports of only one conditional defect or defects identified in a fetal loss occurring earlier than 20 weeks gestation. See Appendix C for the list of defects reported to the Registry and classified by the Registry as defects. To facilitate the recognition of a potential signal, the Registry has developed an organ system classification system which removes some of the granularity in looking at individual defects by grouping similar defects or defects of similar etiology together (8). See Appendix B for further description of the system.

Of the 5560 live birth outcomes, 3443 are in the combined second and/or third trimester exposure group, with 83 reported birth defects (Table 4). This includes 1127 live births with a second and/or third trimester exposure in the NRTI(s) only exposure group, with 29 defect reports (data not shown in table). The live birth outcomes in the other exposure classifications were as follows: for the PI + NRTI group there were 36 defects of 1417 live births; for the NRTI + NNRTI group, 15 defects of 739 births; for the PI + NRTI + NNRTI group, 2 defect of 66 births and in the other combination groups of 78 live births there were 0 defects reported. See Appendix C, which lists all defect cases reported to the Registry with an exposure in any trimester. In a continued effort to provide useful information to providers, where possible, an assessment of temporal association between the exposure to antiretroviral therapy and the stage of fetal development during which the defect is apt to occur is included in Appendix C. The temporality assessments are made by a consultant defect evaluator with agreement by the Advisory Committee.

Table 5 provides a summary of first and second/third trimester exposures to each antiretroviral drug alone or in combination and displays the proportion of birth defects reported for each of the exposures. Exposures are not mutually exclusive. For instance, the defects identified for zidovudine may be the same as some of those identified for lamivudine in the cases where both therapies were used in the first trimester. For lamivudine and zidovudine sufficient numbers of first trimester exposures have been monitored to detect at least a 1.5-fold increase in risk of overall birth defects and 2-fold increase in risk of birth defects in the more common classes, cardiovascular and genitourinary systems. No such increases have been detected to date. For abacavir, didanosine, efavirenz, nelfinavir, nevirapine, ritonavir, and stavudine sufficient numbers of first trimester exposures have been monitored to detect at least a two-fold increase in risk of overall birth defects. With the exception of didanosine, no such increases have been detected to date. The Registry notes the high frequency of birth defects after first trimester exposure to didanosine relative to second/third trimester exposures. All cases were thoroughly reviewed and no pattern was discovered. These defects are listed below. The Registry will continue to monitor didanosine exposures.

---

---

**Listing of All Registry Cases with ddI exposure and Follow-up Data Closed Through 31 January 2006**

**Birth Defects with First-Trimester Exposure to NRTI(s) Only**

| | |
|---|---|
| Tracheomalacia, pectus excavatum | Temporally: Cannot rule out a possible association |

**Birth Defects with First-Trimester Exposure to NRTI(s) + PI(s)**

| | |
|---|---|
| Horseshoe kidney | Temporally: Cannot rule out a possible association |
| Spinal muscular atrophy | Temporally: Cannot rule out a possible association |
| Bilateral ankle anomaly. Lateral medialus positioned toward achilles tendon. Does not hinder movement | Temporally: Cannot rule out a possible association |
| Bigeminy- fetal bradyarrhythmia | Temporally: Cannot rule out a possible association |
| Down Syndrome, patent ductus arteriosus (PDA) | Temporally: Cannot rule out a possible association |
| Down Syndrome, ventricular septal defect (VSD), hypoplastic nasal bone | Temporally: Cannot rule out a possible association |
| * Malformed left external ear with non-patent ear canal | Temporally: Cannot rule out a possible association |

**Birth Defects with First-Trimester Exposure to NRTI(s) + NNRTI(s)**

| | |
|---|---|
| Chordee and hooded penis (hypospadias) | Temporally: Cannot rule out a possible association |
| Subluxation of bilateral hips, hip dislocation | Temporally: Unable to assess |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NtRTI(s)**

| | |
|---|---|
| Left kidney mild to moderate hydronephrosis | Temporally: Cannot rule out a possible association |

**Birth Defects with First-Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s)**

| | |
|---|---|
| Transposed organs | Temporally: Cannot rule out a possible association |
| Polydactyly (hand) | Temporally: Cannot rule out a possible association |
| Tricuspid atresia, tiny right ventricle, and atrial septal defect | Temporally: Cannot rule out a possible association |
| Trisomy 8 | Temporally: Cannot rule out a possible association |

**Birth Defects with Second/Third-Trimester Exposure to NRTI(s) + PI(s)**

| | |
|---|---|
| * Polydactyly (bilateral) | Temporally: No temporal association |

* Second/third trimester exposure to didanosine (may have had earlier trimester exposure to other antiretroviral drug(s).

Exposures in the first trimester to other antiretroviral therapies are of insufficient size to support a separate analysis. As the number of other specific therapy cases increases, evaluations of exposures to these therapies will be conducted. The Advisory Committee regularly reviews exposures to therapies alone and in combination. Comparative groups have been constructed for convenience of presentation. As an individual medication may be a larger contributor to a given group and dilute any potential signal, the Advisory Committee always reviews individual drug exposures alone and in combination with other agents.

The Advisory Committee pays particular attention to findings from animal studies. Therefore, the Advisory Committee is closely monitoring first trimester exposures to efavirenz for central nervous system defects. No signals have been detected to date in the prospective data.

Table 6 lists the frequencies of defects reported by organ system for prospectively reported first trimester antiretroviral exposures in combination or single treatment regimen. As mentioned previously, the organ system classifications have been redefined to better categorize the defects to be consistent with the CDC's Metropolitan Atlanta Congenital Defects Program (MACDP) classifications and to increase the potential to identify a possible pattern or signal (8). Further refinements are ongoing.

**Table 4:**   Summary of Pregnancy Outcomes [1] By Antiretroviral Treatment Regimen [2] - Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006

| | With Birth Defects[3] / Without Birth Defects[4] | | | | |
| | Live Births | Spontaneous Losses | Still-birth | Induced Abortions | Overall |
|---|---|---|---|---|---|
| Number of Outcomes [5] | 136 / 5424 | 0 / 111 | 4 / 68 | 5 / 180 | 5928 |
| **Earliest Exposure** | | | | | |
| First Trimester | 55 / 2062 | 0 / 98 | 3 / 32 | 4 / 178 | 2432 |
| Second/Third Trimester | 81 / 3362 | 0 / 13 | 1 / 36 | 1 / 2 | 3496 |
| **First Trimester:** | | | | | |
| NRTI | 9 / 455 | 0 / 21 | 1 / 8 | 2 / 50 | 546 |
| NtRTI | 0 / 11 | 0 / 3 | 0 / 0 | 0 / 9 | 23 |
| NNRTI | 0 / 10 | 0 / 2 | 0 / 0 | 0 / 1 | 13 |
| PI | 1 / 23 | 0 / 4 | 0 / 0 | 0 / 8 | 36 |
| NRTIs/NNRTIs | 11 / 494 | 0 / 19 | 0 / 8 | 0 / 28 | 560 |
| NRTIs/NtRTIs | 2 / 24 | 0 / 0 | 0 / 0 | 0 / 2 | 28 |
| NRTIs/NtRTIs/NNRTIs | 0 / 29 | 0 / 2 | 0 / 1 | 0 / 3 | 35 |
| NRTIs/PIs | 24 / 771 | 0 / 22 | 2 / 12 | 1 / 57 | 889 |
| NNRTIs/PIs | 0 / 4 | 0 / 2 | 0 / 1 | 0 / 5 | 12 |
| NRTIs/NNRTIs/PIs | 4 / 122 | 0 / 13 | 0 / 0 | 1 / 6 | 146 |
| NRTIs/NtRTIs/PIs | 2 / 67 | 0 / 4 | 0 / 1 | 0 / 6 | 80 |
| NtRTIs/NNRTIs/PIs | 1 / 11 | 0 / 3 | 0 / 1 | 0 / 1 | 17 |
| NRTIs/NtRTIs/NNRTIs/PIs | 0 / 35 | 0 / 2 | 0 / 0 | 0 / 0 | 37 |
| NRTIs/PIs/FIs | 0 / 4 | 0 / 1 | 0 / 0 | 0 / 1 | 6 |
| Other combination | 0 / 2 | 0 / 0 | 0 / 0 | 0 / 1 | 3 |
| Unspecified [3] | 1 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 1 |

[1] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥ 20 weeks gestation.
[2] NRTI=nucleoside analog reverse transcriptase inhibitor, which includes abacavir, didanosine, emtricitabine, entecavir, lamivudine, stavudine, zalcitabine, and zidovudine.
   NtRTI=nucleotide analog reverse transcriptase inhibitor, which includes adefovir dipivoxil, and tenofovir disoproxil fumarate.
   NNRTI=non-nucleoside analog reverse transcriptase inhibitor, which includes delavirdine mesylate, efavirenz, and nevirapine.
   PI=protease inhibitor, which includes amprenavir, atazanavir, fosamprenavir calcium, indinavir, lopinavir/ritonavir, nelfinavir, ritonavir, saquinavir, and tipranavir.
   FI=fusion inhibitor, which includes enfuvirtide.
[3] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.
[4] Includes cases where the occurrence of a birth defect was not reported.
Note: Treatment regimens for which no exposures were reported are excluded from the table.

**Table 5:     Number of Birth Defects [1] By Trimester of Earliest Exposure to Each Drug**
**Prospective Registry Cases with Follow-Up Data Closed Through 31 January 2006**
**Individuals may appear in more than one category, as exposures are not mutually exclusive**

| | Earliest Trimester of Exposure | | | |
| --- | --- | --- | --- | --- |
| | First Trimester | | Second/Third Trimester | |
| | Defects/ live births | Prevalence (95% CI) [2] | Defects/ live births | Prevalence (95% CI) |
| Proportion of defects reported with an exposure to any ART [3] | 62/2117 [4] | | 83/3443 | |
| Proportion of defects reported with an exposure to: [3, 5] | | | | |
| Any NRTI containing regimen | 60/2066 | | 99/3901 | |
| Any Abacavir regimen | 11/345 | 3.2% (1.6%, 5.6%) | 15/526 | 2.9% (1.6%, 4.7%) |
| Any Didanosine regimen [6] | 14/234 | 6.0% (3.3%, 9.8%) | 2/193 | 1.0% (0.1%, 3.7%) |
| Any Emtricitabine regimen | 1/38 | | 1/13 | |
| Any Lamivudine regimen | 45/1663 | 2.7% (2.0%, 3.6%) | 73/3000 | 2.4% (1.9%, 3.1%) |
| Any Stavudine regimen | 12/451 | 2.7% (1.4%, 4.6%) | 5/146 | 3.4% (1.1%, 7.8%) |
| Any Zalcitabine regimen | 2/28 | | 0/5 | |
| Any Zidovudine regimen | 43/1459 | 2.9% (2.1%, 4.0%) | 93/3675 | 2.5% (2.0%, 3.1%) |
| Any NtRTI containing regimen | 5/188 | | 2/159 | |
| Any Adefovir dipivoxil regimen [7] | 0/8 | | 0/0 | |
| Any Tenofovir regimen | 5/180 | | 2/159 | |
| Any NNRTI containing regimen | 15/672 | | 22/1014 | |
| Any Delavirdine regimen | 0/7 | | 0/1 | |
| Any Efavirenz regimen [8] | 6/244 | 2.5% (0.9%, 5.3%) | 1/15 | 6.7% (0.2%, 32.0%) |
| Any Nevirapine regimen | 9/479 | 1.9% (0.9%, 3.5%) | 21/1000 | 2.1% (1.3%, 3.2%) |
| Any PI containing regimen | 37/1066 | | 50/1987 | |
| Any Amprenavir regimen | 1/22 | | 0/8 | |
| Any Atazanavir sulfate regimen | 2/53 | | 0/31 | |
| Any Fosamprenavir calcium regimen | 0/23 | | 0/5 | |
| Any Indinavir regimen | 5/181 | | 1/106 | |
| Any Lopinavir regimen | 5/170 | | 11/425 | |
| Any Nelfinavir regimen | 21/572 | 3.7% (2.3%, 5.6%) | 35/1384 | 2.5% (1.8%, 3.5%) |
| Any Ritonavir regimen | 9/291 | 3.1% (1.4%, 5.8%) | 13/527 | 2.5% (1.3%, 4.2%) |
| Any Saquinavir regimen | 4/81 | | 5/104 | |
| Any Tipranavir regimen | 0/1 | | 0/0 | |
| Any FI containing regimen | 0/4 | | 0/1 | |
| Any Enfuvirtide regimen | 0/4 | | 0/1 | |

[1] Defects meeting the CDC Criteria only.  Excludes reported defects in abortions <20 weeks.
[2] Prevalence and 95% confidence intervals are reported for first trimester exposures to drugs that have a denominator of 200 or greater.
[3] Proportion of defects calculated by dividing the number of defects meeting the CDC Criteria by the number of live births reported.
[4] One case had a first trimester exposure to an unspecified antiretroviral drug.
[5] There were 51 outcomes with an exposure to a medication occurring in an unknown trimester. These are excluded.
[6] The Registry notes the high frequency of defects after first trimester exposure to didanosine compared with second/third trimester exposures.  All defects were reviewed and no pattern was discovered.  See page 11 for a description of these defects.
[7] For treatment of HBV
[8] The six defects reported with first trimester exposure to efavirenz were: 1) polydactyly, 2) hydronephrosis, 3) bilateral hip dislocation and umbilical hernia, 4) bilateral hip dislocation, 5) urinary obstruction, duplicated right collecting system with obstructed upper pole moiety, possibly associated with vesicoureteral reflux and 6) polydactyly.
Note:  For each exposure category (drug classification) counts represent the number of outcomes with at least one exposure in that classification, though other classes of ARTs could have been included in the regimen.  Additionally, any individual ART may have been used in combination with other ARTs, therefore, the counts represent the number of exposures to the individual ART contained in the regimen.  Hence, counts are not mutually exclusive across classifications or individual ART.

**Table 6a:** Summary of Birth Defects [1] By Organ System and Antiretroviral Treatment Regimen - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006

| | Earliest Antiretroviral Therapy (ART) Exposure in First Trimester | | | | | Earliest ART Exposure in Second and/or Third Trimester |
|---|---|---|---|---|---|---|
| | NRTI(s) only | NtRTI(s) only | NNRTI(s) only | PI(s) only | Overall First Trimester Exposure | |
| Pregnancies Identified | 537 | 23 | 13 | 36 | 2392 | 3437 |
| Number of Pregnancies with Multiple Gestations | 9 | 0 | 0 | 0 | 39 | 59 |
| Number of Outcomes [2] | 546 | 23 | 13 | 36 | 2432 | 3496 |
| Number of Live Births | 464 | 11 | 10 | 24 | 2117 | 3443 |
| Number of Outcomes with Defects [1,2] | 12 | 0 | 0 | 1 | 62 | 83 |
| CNS | 0 | 0 | 0 | 0 | 4 | 6 |
| Face and neck | 1 | 0 | 0 | 0 | 8 | 12 |
| Cleft lip and/or palate | 2 | 0 | 0 | 0 | 3 | 5 |
| Conotruncal heart defects | 1 | 0 | 0 | 0 | 3 | 2 |
| Obstructive heart defects - right sided | 0 | 0 | 0 | 1 | 3 | 4 |
| Obstructive heart defects - left sided | 0 | 0 | 0 | 0 | 0 | 2 |
| Heart - other defects | 0 | 0 | 0 | 0 | 10 | 13 |
| Other circulatory system | 1 | 0 | 0 | 0 | 3 | 3 |
| Respiratory system | 1 | 0 | 0 | 0 | 1 | 0 |
| Upper gastrointestinal system | 0 | 0 | 0 | 0 | 0 | 1 |
| Lower gastrointestinal system | 0 | 0 | 0 | 0 | 1 | 3 |
| Male genitalia | 0 | 0 | 0 | 0 | 4 | 6 |
| Renal and urinary system | 1 | 0 | 0 | 0 | 12 | 4 |
| Limb reduction/addition defects | 1 | 0 | 0 | 0 | 6 | 18 |
| Other musculoskeletal defects | 3 | 0 | 0 | 0 | 16 [3] | 19 |
| Skin and skin derivatives | 1 | 0 | 0 | 0 | 2 | 1 |
| Chromosome anomaly | 1 | 0 | 0 | 0 | 6 | 6 |
| Other organs and organ systems | 1 | 0 | 0 | 0 | 4 | 2 |
| Specified syndromes/sequences/associations | 1 | 0 | 0 | 0 | 5 | 6 |

[1] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.

[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.

[3] One case had a first trimester exposure to an unspecified antiretroviral drug. Therefore the row count does not add to the total.

Note: For each organ system, counts represent the number of outcomes with at least one defect occurring in that organ system. For each defect, counts represent the number of outcomes manifesting at least one occurrence of the defect. Hence, counts are not mutually exclusive across organ systems.

Note: Organ systems for which no defects were reported are excluded from the table.

Note: Treatment regimens for which no exposures were reported are excluded from the table.

Note: The cardiovascular organ systems reflect separate types of structural heart defects, therefore it is not appropriate to add them together.

**Table 6b:**   **Summary of Birth Defects [1] By Organ System and Antiretroviral Treatment Regimen - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006**

Earliest Antiretroviral Therapy (ART) Exposure in First Trimester

| | NRTI(s) + NNRTI(s) | NRTI(s) + NtRTI(s) | NtRTI(s) + NNRTI(s) | NRTI(s) + PI(s) | NtRTI(s) + PI(s) | NNRTI(s) + PI(s) | NRTI(s) + NtRTI(s) + NNRTI(s) |
|---|---|---|---|---|---|---|---|
| Pregnancies Identified | 547 | 27 | 1 | 876 | 2 | 12 | 35 |
| Number of Pregnancies with Multiple Gestations | 12 | 1 | 0 | 13 | 0 | 0 | 0 |
| Number of Outcomes [2] | 560 | 28 | 1 | 889 | 2 | 12 | 35 |
| Number of Live Births | 505 | 26 | 1 | 795 | 1 | 4 | 29 |
| Number of Outcomes with Defects [1,2] | 11 | 2 | 0 | 27 | 0 | 0 | 0 |
| CNS | 1 | 0 | 0 | 3 | 0 | 0 | 0 |
| Face and neck | 0 | 0 | 0 | 7 | 0 | 0 | 0 |
| Cleft lip and/or palate | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Conotruncal heart defects | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Obstructive heart defects - right sided | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Obstructive heart defects - left sided | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heart - other defects | 2 | 0 | 0 | 7 | 0 | 0 | 0 |
| Other circulatory system | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Respiratory system | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Upper gastrointestinal system | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lower gastrointestinal system | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Male genitalia | 1 | 0 | 0 | 3 | 0 | 0 | 0 |
| Renal and urinary system | 2 | 1 | 0 | 5 | 0 | 0 | 0 |
| Limb reduction/addition defects | 0 | 1 | 0 | 2 | 0 | 0 | 0 |
| Other musculoskeletal defects | 4 | 0 | 0 | 8 | 0 | 0 | 0 |
| Skin and skin derivatives | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Chromosome anomaly | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| Other organs and organ systems | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Specified syndromes/sequences/associations | 0 | 0 | 0 | 3 | 0 | 0 | 0 |

[1] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.
[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.
[3] One case had a first trimester exposure to an unspecified antiretroviral drug. Therefore the row count does not add to the total.
Note: For each organ system, counts represent the number of outcomes with at least one defect occurring in that organ system. For each defect, counts represent the number of outcomes manifesting at least one occurrence of the defect. Hence, counts are not mutually exclusive across organ systems.
Note: Organ systems for which no defects were reported are excluded from the table.
Note: Treatment regimens for which no exposures were reported are excluded from the table.
Note: The cardiovascular organ systems reflect separate types of structural heart defects, therefore it is not appropriate to add them together.

**Table 6b cont.: Summary of Birth Defects [1] By Organ System and Antiretroviral Treatment Regimen - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006**

| Earliest Antiretroviral Therapy (ART) Exposure in First Trimester | | | | | Earliest ART Exposure in Second and/or Third Trimester | |
|---|---|---|---|---|---|---|
| NRTI(s) + NNRTI(s) + PI(s) | NtRTI(s) + NNRTI(s) + PI(s) | NRTI(s) + NtRTI(s) + PI(s) | NRTI(s) + NtRTI(s) + NNRTI(s) + PI(s) | Overall First Trimester Exposure | | |
| 145 | 17 | 79 | 35 | 2392 | 3437 | Pregnancies Identified |
| 1 | 0 | 1 | 2 | 39 | 59 | Number of Pregnancies with Multiple Gestations |
| 146 | 17 | 80 | 37 | 2432 | 3496 | Number of Outcomes [2] |
| 126 | 12 | 69 | 35 | 2117 | 3443 | Number of Live Births |
| 5 | 1 | 2 | 0 | 62 | 83 | Number of Outcomes with Defects [1,2] |
| 0 | 0 | 0 | 0 | 4 | 6 | CNS |
| 0 | 0 | 0 | 0 | 8 | 12 | Face and neck |
| 0 | 1 | 0 | 0 | 3 | 5 | Cleft lip and/or palate |
| 0 | 1 | 0 | 0 | 3 | 2 | Conotruncal heart defects |
| 1 | 0 | 0 | 0 | 3 | 4 | Obstructive heart defects - right sided |
| 0 | 0 | 0 | 0 | 0 | 2 | Obstructive heart defects - left sided |
| 1 | 0 | 0 | 0 | 10 | 13 | Heart - other defects |
| 0 | 0 | 0 | 0 | 3 | 3 | Other circulatory system |
| 0 | 0 | 0 | 0 | 1 | 0 | Respiratory system |
| 0 | 0 | 0 | 0 | 0 | 1 | Upper gastrointestinal system |
| 0 | 0 | 0 | 0 | 1 | 3 | Lower gastrointestinal system |
| 0 | 0 | 0 | 0 | 4 | 6 | Male genitalia |
| 1 | 1 | 1 | 0 | 12 | 4 | Renal and urinary system |
| 2 | 0 | 0 | 0 | 6 | 18 | Limb reduction/addition defects |
| 0 | 0 | 0 | 0 | 16 [3] | 19 | Other musculoskeletal defects |
| 0 | 0 | 0 | 0 | 2 | 1 | Skin and skin derivatives |
| 0 | 1 | 1 | 0 | 6 | 6 | Chromosome anomaly |
| 1 | 0 | 0 | 0 | 4 | 2 | Other organs and organ systems |
| 0 | 1 | 0 | 0 | 5 | 6 | Specified syndromes/sequences/associations |

[1] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.

[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.

[3] One case had a first trimester exposure to an unspecified antiretroviral drug. Therefore the row count does not add to the total.

Note: For each organ system, counts represent the number of outcomes with at least one defect occurring in that organ system. For each defect, counts represent the number of outcomes manifesting at least one occurrence of the defect. Hence, counts are not mutually exclusive across organ systems.

Note: Organ systems for which no defects were reported are excluded from the table.

Note: Treatment regimens for which no exposures were reported are excluded from the table.

Note: The cardiovascular organ systems reflect separate types of structural heart defects, therefore it is not appropriate to add them together.

In summary, Table 7 shows that the prevalence of birth defects per 100 live births among women with a first trimester exposure to any of the antiretroviral therapies included in the Registry is 62 outcomes with defects of 2117 live births or 2.9% (95% CI: 2.3 - 3.7). Measured against 5560 live births with exposure at any time during pregnancy, there were 145 outcomes with birth defects, a prevalence of 2.6 birth defects per 100 live births (95% CI: 2.2 - 3.1). These proportions are not significantly higher than the CDC's population-based birth defects surveillance system where total prevalence of birth defects among births from 1991 through 1995 was 3.1 per 100 live births (95% CI: 3.1, 3.2), and the prevalence of birth defects identified either prior to birth or during the first day of life ("early diagnosis") was 2.2 (95% CI: 2.1, 2.2). Additionally, the prevalence of defects among offspring of women with first trimester exposure to antiretroviral medications (2.9 per 100 live births) is not significantly different from the prevalence of defects among women with the first exposure during the second and/or third trimester (2.4 per 100 live births) (prevalence ratio: 1.21, 95% CI: 0.88, 1.68).

For frequency monitoring, the Registry has adopted the convention of the "Rule of Three": once three or more similar individual defects have been accumulated with any specific exposure or exposure combination, these cases will be flagged for immediate review. To date, none have been detected.

| Table 7: | Confidence Intervals for Birth Defects [1] - All Prospective Registry Cases with Follow-up Data Closed Through 31 January 2006 | |
|---|---|---|
| | | Overall |
| Number of Live Births | | 5560 |
| Number of Outcomes with at least one defect [2] | | 145 (2.6%) |
| 95% Confidence Intervals for prevalence [3] of Birth Defects [4] for exposures in: | | |
| First Trimester | | 62/2117 (2.9%) 2.3% - 3.7% |
| Second/Third Trimester | | 83/3443 (2.4%) 1.9% - 3.0% |
| Any Trimester | | 145/5560 (2.6%) 2.2% - 3.1% |
| Risk of defects for first trimester exposures relative to second/third trimester exposures | | 1.21 (0.88, 1.68) |

[1] Defects meeting the CDC criteria only. Excludes reported defects in pregnancy losses <20 weeks.
[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.
Note: Only upper confidence limits are presented when no defects were observed.
Note: See Table 4 for the other pregnancy outcomes.

## Retrospective Reports

Though the Registry is a prospective registry, data from retrospective reports (pregnancies with a known outcome at the time of reporting) are also reviewed to assist in the detection of any unusual patterns in birth defects. Retrospective reports can be biased toward the reporting of more unusual and severe cases and are less likely to be representative of the general population experience. Therefore, the calculation of prevalence from these reports is inappropriate. See Appendix C for a list of birth defects reported retrospectively to the Registry with a temporality assessment indicated where possible. As with the prospective reports, these assessments were made in an initial review by the consultant defect evaluator with agreement by the Advisory Committee. Because of animal data, particular emphasis is placed on review of central nervous system (CNS) defects. To date the Registry has received retrospective reports of four myelomeningocele (neural tube) defects, three with efavirenz exposure and in addition a Dandy Walker defect with efavirenz exposure as reported in the product label (Sustiva®, efavirenz Product Information Bristol-Myers Squibb Company, revised August 2004).

## Reports from Clinical Studies in Pregnancy

The Registry receives reports of subjects enrolled in clinical studies conducted in pregnant women. These reports are important in evaluating and detecting potential signals. However, these data are examined separately from the primary Registry analysis due to the potential for selection or ascertainment bias. That is, the inclusion/exclusion criteria, severity of disease at the time of maternal enrollment, and the potentially longer, more rigorous follow-up process of these clinical studies may differ from the prospective Registry cases included in the primary analysis. For instance, the inclusion/exclusion criteria for some of these studies may exclude women with abnormal prenatal tests, so subjects may have a lower risk for defects than the Registry group. Regarding severity of disease at enrollment, women in clinical studies with first trimester exposure appear to have more advanced disease (7). Additionally, infants born to women enrolled in these studies continue to be seen for several months after delivery and often undergo additional tests. These additional tests may reveal defects that would not typically be seen by the maternal provider, such as an atrial septal defect diagnosed at 14 months of age on an echocardiogram done as part of a research protocol in an asymptomatic infant. In a comparison of the time to receipt of follow-up information after the outcome of pregnancy, there was a significantly longer time interval to receipt of follow-up on the clinical study reports than for the Registry cases.

The source of the clinical study reports varies. For example, some reports come from individual providers who happen to be participating in a clinical trial and other reports come from a single source, such as the clinical study data coordinating center or the study sponsor. The Registry has received data on all women enrolled in the PACTG 185 study and a South African study. The Registry pools all clinical trials data for the purposes of reporting data in this report. However, when possible, the Registry evaluates individual study results separately.

The Registry generally excludes reports from studies where one or more of the therapies are still blinded, as the complete exposure information is not available. The exception is PACTG 316 which is a blinded perinatal transmission trial in which nevirapine or placebo was given to the mother at delivery and to the newborn following delivery. All women in this study were on an antiretroviral therapy at enrollment into the study. This first exposure is of primary interest to the Registry since the Registry categorizes exposures by

earliest trimester of exposure as most structural defects or major malformations would have occurred prior to labor and delivery.

Data from two observational studies (ACTG 367 and WITS (Women and Infants Transmission Study)), formerly included in this section, have been moved to the primary Registry analysis. The rationale for moving these reports was that these reports were *a priori* no different from the Registry reports as no intervention or extended follow-up occurs for subjects in these studies. The WITS study has ended; as data become available they will be added to the primary analysis. Data from several clinical studies (ACTG 082, ACTG 326, ACTG 5084, NIH 00861) as well as data from a German multi-site clinical study with intensive follow-up of infants for 18 months were moved from the primary analysis to this section.

In an unpublished analysis from the Women and Infants Transmission Study, a potential increased risk of hypospadias after first trimester zidovudine exposure was detected. The WITS included HIV-infected pregnant women enrolled during pregnancy or within seven days after delivery, and this analysis included women enrolled between 1 January 1990 and 30 June 2004. Anomalies identified during the prenatal, neonatal, and follow-up periods were classified using the criteria of the APR. From 1 January 1990 through 30 June 2004, 2527 live births (LB) with known ARV exposure occurred to 2533 women. Defects were identified in 90 infants for a rate of 3.56 defects/100 LB. The rate of defects was 24/752, 3.19 /100 LB for women with first trimester ARV exposure, 41/1158, 3.54/100 LB with exposure beginning in the second or third trimester, and 25/617, 4.05/100 LB for women with no ARV use during pregnancy. While the overall rate of hypospadias (3.29/1000 LB) was not increased, hypospadias was significantly increased among infants born to women with first trimester exposure to antiretroviral therapy (7/382 male LB) compared to those with second or third trimester exposure (2/578 male LB, p=0.033). Exposure to zidovudine in the first trimester was associated with hypospadias (univariate p= 0.014). Seven cases of hypospadias were grade 1 (mild); two cases were severe, one after first trimester zidovudine and lamivudine exposure and one after first trimester didanosine, stavudine, and nelfinavir exposure. While the differences in rates of this specific defect have reached statistical significance in the case of this one comparison (in the face of multiple simultaneous comparisons), their importance remains unclear. The signal has not appeared in the primary analysis of the Registry. Further, WITS did not collect detailed information on concomitant medications such as opportunistic infection prophylaxis, which would be expected to be more common among women with more severe illness and first trimester antiretroviral exposure. Thus, the association noted between first trimester zidovudine exposure and hypospadias must be explored further as alternate explanations are possible. The Registry will continue to monitor this defect closely.

Table 8 provides a summary of the maternal age and disease status at the time of pregnancy.

**Table 8:** **Maternal Demographics at Registration - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed 31 January 2006**

|  | Clinical studies in Pregnancy |
|---|---|
| Pregnancies Reported | 1175 |
| **Age (years)** | |
| N | 1167 |
| Median (Interquartile Range) | 26.0 (9.0) |
| Min – Max | 13 – 43 |
| Missing | 8 |
| **CD4+ T-cell categories at start of pregnancy** | |
| >= 500 L | 234 (19.9%) |
| 200-499 L | 716 (60.9%) |
| < 200 L | 214 (18.2%) |
| Unknown | 2 (0.2%) |
| N/A | 0 (0.0%) |
| Missing | 9 (0.8%) |
| **Clinical categories at start of pregnancy *** | |
| A. Asymptomatic, acute (primary) HIV or PGL | 341 (29.0%) |
| B. Symptomatic, not (A) or (C) conditions | 41 (3.5%) |
| C. AIDS-indicator conditions | 29 (2.5%) |
| Unknown | 343 (29.2%) |
| Missing | 421 (35.8%) |

\* Includes 1 patient co-infected with HIV and Hepatitis B.

Table 9 summarizes the exposure classifications and earliest trimester of exposure. As in the primary analysis, only the therapy or combination of therapies taken in the earliest trimester of exposure are included. Some individuals may have received other therapies in a later trimester.

Table 9:    Summary of Treatment Classes [1] by Trimester of Earliest Exposure [2] - Reports from Clinical Studies in Pregnancy with Follow-Up Data Closed Through 31 January 2006

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| Pregnancies Reported | 242 | 479 | 454 | 1175 |
| NRTI | 159 | 375 | 416 | 950 |
| NRTIs/NNRTIs | 25 | 32 | 25 | 82 |
| NRTIs/PIs | 51 | 71 | 10 | 132 |
| NRTIs/NNRTIs/PIs | 6 | 0 | 1 | 7 |
| Other combination | 1 | 1 | 2 | 4 |

[1] NRTI=nucleoside analog reverse transcriptase inhibitor, which includes abacavir, didanosine, emtricitabine, entecavir, lamivudine, stavudine, zalcitabine, and zidovudine.
NtRTI=nucleotide analog reverse transcriptase inhibitor, which includes adefovir dipivoxil, and tenofovir disoproxil fumarate.
NNRTI=non-nucleoside analog reverse transcriptase inhibitor, which includes delavirdine mesylate, efavirenz, and nevirapine.
PI=protease inhibitor, which includes amprenavir, atazanavir, fosamprenavir calcium, indinavir, lopinavir/ritonavir, nelfinavir, ritonavir, saquinavir, and tipranavir.
FI=fusion inhibitor, which includes enfuvirtide.
[2] Exposures represent earliest trimester of exposure to an antiretroviral drug. Pregnant women may have been on other medications during the pregnancy.
Note:   Treatment regimens for which no exposures were reported are excluded from the table.
Note:   Treatment regimens with fewer than 5 exposures have been collapsed into the Other category.

Among the 1194 (Table 10) prospectively reported outcomes in this group, there were 249 live births with a first trimester exposure, with 16 / 233 defects reported. The prevalence of birth defects per 100 live births among women with first trimester exposures to an antiretroviral (primarily nucleoside analog reverse transcriptase inhibitors) is 6.4 (95% CI: 3.7 - 10.2) (Table 12). The number of defects identified with a first exposure in the second or third trimester was 22/936. The prevalence of birth defects per 100 live births among women in this group was 2.4 (95% CI: 1.5 - 3.5). The prevalence of defects among offspring of women with first trimester exposure to antiretroviral medications (6.4 per 100 live births) is significantly higher than the prevalence of defects among women with the first exposure during the second and/or third trimester (2.4 per 100 live births) [prevalence ratio: (2.73, 95% CI: 1.46, 5.13)]. This increased rate is an artifact of pooling the results from these individual studies. When the studies are analyzed separately, differences are only apparent in the following two studies.

The PACTG 185 study identified 4 reports of various forms of ventricular septal defects (VSD) (included in Heart – Other Defects category in Table 11). The Registry instituted a thorough re-analysis of these reports with the investigators. The defects were apparently not major; all resolved within the first year without treatment. Several of the biases described in this section may contribute to these findings. Mothers with more advanced disease, who became pregnant while being treated with zidovudine, are differentially included in the group (severity bias). Further, the likelihood of receiving an echocardiogram, and hence a diagnosis of VSD was high (ascertainment bias) and follow-up was often intensive. The finding of an excess rate of VSD has not been repeated in the other major study data, nor is there an apparent excess of VSD to date in the primary analysis of the Registry. Thus, this finding is viewed as not establishing a signal. The Registry will continue its regular review of VSD reports from all sources.

The other study with an increased prevalence of birth defects after first trimester exposure was a German multi-site study, which also makes extensive use of echocardiography and follows infants intensively for 18 months after birth. This study identified 3 heart defects on echocardiogram including VSD, atrial septal defect, and patent ductus arteriosus. The Registry is conducting a thorough evaluation of these cases.

As in the primary analysis, Table 11 summarizes the number of outcomes with defects by therapy classification and organ system of the defect. See Appendix C for a list of all defect reports from clinical studies in pregnancy with, where possible, the temporal assessment made by the consultant defect evaluator with agreement from the Advisory Committee.

Recognizing the difficulties in comparing the findings from prospective clinical studies with population-based data, separate review of the available information from the clinical studies remains inconclusive, and warrants further examination.

**Table 10:** Summary of Pregnancy Outcomes [1] By Antiretroviral Treatment Regimen [2] - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed Through 31 January 2006

| | With Birth Defects[3] / Without Birth Defects[4] | | | | |
| | Live Births | Spontaneous Losses | Still-birth | Induced Abortions | Overall |
|---|---|---|---|---|---|
| Number of Outcomes | 38 / 1147 | 0 / 1 | 0 / 8 | 0 / 0 | 1194 |
| **Earliest Exposure** | | | | | 250 |
| First Trimester | 16 / 233 | 0 / 1 | 0 / 0 | 0 / 0 | 250 |
| Second/Third Trimester | 22 / 914 | 0 / 0 | 0 / 8 | 0 / 0 | 944 |
| **First Trimester:** | | | | | |
| NRTI | 8 / 155 | 0 / 0 | 0 / 0 | 0 / 0 | 163 |
| NRTIs/NNRTIs | 2 / 26 | 0 / 1 | 0 / 0 | 0 / 0 | 29 |
| NRTIs/PIs | 5 / 46 | 0 / 0 | 0 / 0 | 0 / 0 | 51 |
| NRTIs/NNRTIs/PIs | 1 / 5 | 0 / 0 | 0 / 0 | 0 / 0 | 6 |
| Other combination | 0 / 1 | 0 / 0 | 0 / 0 | 0 / 0 | 1 |

[1] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.
[2] NRTI=nucleoside analog reverse transcriptase inhibitor, which includes abacavir, didanosine, emtricitabine, entecavir, lamivudine, stavudine, zalcitabine, and zidovudine.
NtRTI=nucleotide analog reverse transcriptase inhibitor, which includes adefovir dipivoxil, and tenofovir disoproxil fumarate.
NNRTI=non-nucleoside analog reverse transcriptase inhibitor, which includes delavirdine mesylate, efavirenz, and nevirapine.
PI=protease inhibitor, which includes amprenavir, atazanavir, fosamprenavir calcium, indinavir, lopinavir/ritonavir, nelfinavir, ritonavir, saquinavir, and tipranavir.
FI=fusion inhibitor, which includes enfuvirtide.
[3] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.
[4] Includes cases where the occurrence of a birth defect was not reported.
Note: Treatment regimens for which no exposures were reported are excluded from the table.

**Table 11:**    **Summary of Clinical Study Reports of Birth Defects [1] By Organ System and Treatment Regimen - First Trimester Exposures. All Reports with Follow-up Data Closed Through 31 January 2006**

| | Earliest Antiretroviral Therapy (ART) Exposure in First Trimester | | | | | Earliest ART Exposure in Second and/or Third Trimester |
| --- | --- | --- | --- | --- | --- | --- |
| | NRTI(s) only | NRTI(s) + NNRTI(s) | NRTI(s) + PI(s) | NRTI(s) + NNRTI(s) + PI(s) | Overall First Trimester Exposure | |
| Pregnancies Enrolled | 159 | 25 | 51 | 6 | 242 | 933 |
| Number of Pregnancies with Multiple Gestations | 4 | 4 | 0 | 0 | 8 | 11 |
| Number of Outcomes [2] | 163 | 29 | 51 | 6 | 250 | 944 |
| Number of Live Births | 163 | 28 | 51 | 6 | 249 | 936 |
| Number of Outcomes with Defects [1,2] | 8 | 2 | 5 | 1 | 16 | 22 |
| Face and neck | 0 | 0 | 0 | 0 | 0 | 1 |
| Cleft lip and/or palate | 0 | 0 | 0 | 0 | 0 | 1 |
| Obstructive heart defects - right sided | 0 | 0 | 1 | 0 | 1 | 0 |
| Heart - other defects | 6 | 2 | 3 | 0 | 11 | 5 |
| Other circulatory system | 0 | 1 | 1 | 0 | 2 | 1 |
| Respiratory system | 0 | 0 | 0 | 0 | 0 | 1 |
| Female genitalia | 0 | 0 | 0 | 0 | 0 | 1 |
| Male genitalia | 0 | 0 | 1 | 1 | 2 | 1 |
| Limb reduction/addition defects | 0 | 0 | 1 | 0 | 1 | 7 |
| Other musculoskeletal defects | 3 | 0 | 0 | 0 | 3 | 9 |
| Skin and skin derivatives | 2 | 0 | 0 | 0 | 2 | 0 |
| Chromosome anomaly | 1 | 0 | 0 | 0 | 1 | 1 |
| Other organs and organ systems | 0 | 0 | 0 | 0 | 0 | 1 |

[1] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.

[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.

Note: For each organ system, counts represent the number of outcomes with at least one defect occurring in that organ system. For each defect, counts represent the number of outcomes manifesting at least one occurrence of the defect. Hence, counts are not mutually exclusive across organ systems.

Note: Organ systems for which no defects were reported are excluded from the table.

Note: Treatment regimens for which no exposures were reported are excluded from the table.

Note: The cardiovascular organ systems reflect separate types of structural heart defects therefore, it is not appropriate to add them together.

**Table 12:** Confidence Intervals for Birth Defects [1] - Reports from Clinical Studies in Pregnancy with Follow-up Data Closed Through 31 January 2006

| | Overall |
|---|---|
| Number of Live Births | 1185 |
| Number of Outcomes with at least one defect [2] | 38 (3.2%) |
| 95% Confidence Intervals for prevalence [3] of Birth Defects [4] for exposures in: | |
| First Trimester | 16/249 (6.4%)<br>3.7% - 10.2% |
| Second/Third Trimester | 22/936 (2.4%)<br>1.5% - 3.5% |
| Any Trimester | 38/1185 (3.2%)<br>2.3% - 4.4% |
| Risk of defects for first trimester exposures relative to second/third trimester exposures | 2.73 (1.46, 5.13) |

[1] Defects meeting the CDC Criteria only. Excludes reported defects in pregnancy losses <20 weeks.
[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.
Note: Only upper confidence limits are presented when no defects were observed.
Note: See Table 10 for the other pregnancy outcomes.

### Reports from the Published Literature

There is a growing body of literature on the potential association between prenatal antiretroviral exposure and birth defects. This section summarizes the studies that have been identified by the Registry through a systematic literature search of MEDLINE, the US National Library of Medicine electronic bibliographic database from 1966 through July 2004. The following search terms were used: antiretroviral therapy or anti-HIV agents and congenital malformations or birth defects or pregnancy outcome. This section is not necessarily a comprehensive review of the international literature on this topic.[1]

**Studies with Large Sample Sizes:** The European Collaborative Study initiated in 1986 is a prospective cohort study of HIV-infected pregnant women seen at 26 centers in nine European countries. Infants are followed for at least 18 months. In a 2001 publication (9), the European Collaborative Study reported on infants born to 2876 HIV-infected pregnant women. There were 37 infants with reported birth defects. Among the 800 exposed to antiretroviral drugs in utero, there were 10 (1.25%) with reported birth defects; four with ventricular septal defects, two with Trisomy 21, and one each with cataract, hydrocephalus, polycystic kidney, and unspecified familial anomaly. A similar proportion of infants not exposed to antiretroviral drugs in utero had reported birth defects (1.40%, 27/2283). The pattern of defects was also similar in the two groups. In a 2003 publication (10), the European Collaborative Study reported on 2414 uninfected infants born to HIV-infected women. Among these infants, 37 were reported to have birth defects. The prevalence of birth defects among infants exposed to antiretroviral therapy in utero (13/906, 1.4%) was similar to those not exposed (24/1508, 1.6%). Of the 13 exposed infants, 7 were exposed in the first trimester; 1 had Trisomy 21, 1 hydronephrosis, 2 ventricular septal defects, and 3 had unspecified anomalies. Of the 6 who were exposed later in pregnancy, 2 had Trisomy 21, 1 had ventricular septal defects, 1 had polycystic kidney, 1 had polydactyly, and 1 had unspecified anomalies. Presumably there is overlap of the infants reported in these two publications.

In March 2006, the European Collaborative Study coordinating center produced Tables 13 and 14 specifically for the Registry. Additionally, the National Study of HIV in Pregnancy and Childhood in the United Kingdom and Ireland produced Tables 15 and 16 specifically for the Registry. For comparison purposes, they both used the same format as Registry tables 11 and 12.

---

[1] In addition to the studies and case series summarized in this section, individual case reports from the literature may be included in this report in the primary analysis section as prospective cases or in the retrospective listing of defects in Appendix C if they meet the inclusion criteria. Case reports from the literature are identified as such in a footnote.

**Table 13:** European Collaborative Study Data: Summary of Birth Defects by Organ System and Treatment Regimen – First Trimester Exposures. Data Reporting Period December 1984 – November 2005

| | Earliest Antiretroviral Therapy (ART) Exposure in First Trimester | | | | | Earliest ART Exposure 2nd and/or 3rd Trimester |
| --- | --- | --- | --- | --- | --- | --- |
| | NRTI(s) only | NRTI(s) + PI(s) | NRTI(s) + NNRTI(s) | NNRTI(s) + PI(s) | Overall First Trimester Exposure | |
| Pregnancies Identified | 287 | 292 | 229 | 44 | 852 | 1,273 |
| Number of Pregnancies with Multiple Gestations | 4 | 7 | 4 | 0 | 15 | 19 |
| Number of Outcomes [2] | 291 | 299 | 233 | 44 | 867 | 1,292 |
| Number of Live Births | 289 | 297 | 231 | 43 | 860 | 1,289 |
| Number of Outcomes w/ Defects [1, 2] | 3 | 8 | 6 | 0 | 17 | 19 |
| FACE AND NECK | 1 | 0 | 1 | 0 | 2 | 1 |
| CLEFT LIP AND/OR PALATE | 0 | 0 | 0 | 0 | 0 | 2 |
| OBSTRUCTIVE HEART DEFECTS - RIGHT SIDED | 0 | 1 | 0 | 0 | 1† | 0 |
| HEART – OTHER DEFECTS | 2 | 2 | 1 | 0 | 5† | 4 |
| OTHER CIRCULATORY SYSTEM | 0 | 1 | 0 | 0 | 1 | 0 |
| FEMALE GENITALIA | 0 | 0 | 1 | 0 | 0 | 0 |
| MALE GENITALIA | 0 | 0 | 0 | 0 | 1 | 0 |
| LIMB REDUCTION/ADDITION | 0 | 0 | 1 | 0 | 0 | 4 |
| OTHER MUSCULOSKELETAL | 0 | 0 | 0 | 0 | 0 | 0 |
| SKIN AND SKIN DERIVATIVES | 0 | 0 | 0 | 0 | 0 | 0 |
| CHROMOSOME ANOMALY | 0 | 1 | 0 | 0 | 0 | 3 |
| RENAL AND KIDNEY | 0 | 1 | 2 | 0 | 3‡ | 2 |
| GASTROINTESTINAL | 0 | 2 | 2 | 0 | 4* | 0 |
| NEUROLOGICAL | 0 | 0 | 0 | 0 | 0 | 1 |
| EYE | 0 | 0 | 0 | 0 | 0 | 1 |
| UNSPECIFIED | 0 | 0 | 1 | 0 | 1 | 1 |

† - includes four cases of ventricular septal defect and one case of open foramen ovale
‡ - includes two cases of hydronephrosis and one case of polycystic kidney
* - includes two cases of oesophageal atresia, one case of ileostoma + enteritis and one case of gastric perforation

[1] Defects meeting the CDC Criteria only. Excludes reported defects in abortions <20 weeks.
[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation.
Note: For each organ system, counts represent the number of outcomes with at least one defect occurring in that organ system. For each defect, counts represent the number of outcomes manifesting at least one occurrence of the defect. Hence, counts are not mutually exclusive across organ systems.
Note: Organ systems for which no defects were reported are excluded from the table.
Note: Treatment regimens for which no exposures were reported are excluded from the table.
Note: The cardiovascular organ systems reflect separate types of structural heart defects; therefore, it is not appropriate to add them together.

**Table 14: European Collaborative Study Data: Confidence Intervals for Birth Defects by Organ System and Treatment Regimen. Data Reporting Period December 1984 – November 2005**

| | Overall |
|---|---|
| Number of Live Births | 2149 |
| Number of Live Births with at least one defect [1] | 36  (1.7%) |
| 95% Confidence Intervals [2] for % of Birth Defects for exposures in: | |
| First Trimester | 17/860  (2.0%)<br>1.2 – 3.1 |
| Second/Third Trimester | 19/1289 (1.5%)<br>0.9 – 2.3 |
| Any Trimester | 36/2149 (1.7%)<br>1.2 – 2.3 |
| Risk of defects for first trimester exposures relative to second/third trimester exposures | 1.3 (0.7, 2.6) |

[1] Defects meeting the CDC Criteria only.  Excludes reported defects in abortions <20 weeks.
[2] Confidence intervals based on exact methods for the binomial distribution.

Newschaffer and colleagues (11) conducted a study on prenatal zidovudine use and birth defects among 3037 live births to HIV-infected women enrolled in the Medicaid program in New York State.  Maternal and infant Medicaid claims records were linked and longitudinal Medicaid claims files were created for the infants from delivery through two years of age.  Birth defects were obtained from the International Classification of Diseases, 9th revision, Clinical Modification (ICD-9-CM).  Of the 3037 live born infants in the cohort, 278 were excluded due to multiple gestations or multiple births in the study period, and 827 were excluded due to missing Medicaid data, leaving 1932 infants in the study group.  Of the 1932 infants, approximately 140 had a first trimester exposure to zidovudine, 430 had a second or third trimester exposure to zidovudine, and 1362 had no prenatal exposure to zidovudine based on Medicaid claims.  Overall, infants of HIV-infected women in the study group were significantly more likely to have a birth defect than infants of women in the general population of New York State.  However, there was no increased risk of birth defects among infants exposed to zidovudine in the first trimester (adjusted odds ratio 1.20 and 95% CI 0.58, 2.51), the period of organogenesis when susceptibility to drug exposure is greatest.

**Other Studies:**  In addition to the above studies with sample sizes large enough to calculate rates of birth defects, a number of descriptive studies have also been published.  Following is a list of these studies (12, 13, 14).  It is inappropriate to attempt to calculate rates of birth defects from these studies due to the small number of cases.

**Table 15:** Surveillance Data Collected Through the National Study of HIV in Pregnancy and Childhood (United Kingdom and Ireland) – Summary of Birth Defects by Organ System and Treatment Regimen

Pregnancies with delivery/outcome 1990-2005, reported by the end of February 2006

| | Earliest Antiretroviral Therapy (ART) Exposure in First Trimester | | | | | Earliest ART Exposure 2nd and/or 3rd Trimester |
|---|---|---|---|---|---|---|
| | NRTI(s) only | NRTI(s) + PI(s) | NRTI(s) + NNRTI(s) | NNRTI(s) + PI(s) | Overall First Trimester Exposure | |
| Pregnancies Identified | 136 | 240 | 523 | 40 | 939 | 3370 |
| Number of Pregnancies with Multiple Gestations | 1 | 5 | 11 | 2 | 19 | 45 |
| Number of Outcomes [2] | 137 | 245 | 534 | 42 | 958 | 3415 |
| Number of Live Births | 132 | 235 | 509 | 41 | 917 | 3378 |
| Number of Outcomes w/ Defects [1, 2] | 6 | 12 | 14 | 1 | 33 | 96 |
| EYE, EAR, FACE AND NECK | 1 | 0 | 0 | 0 | 1 | 4 |
| CLEFT LIP AND/OR PALATE | 0 | 0 | 0 | 0 | 0 | 5 |
| CONOTRUNCAL HEART DEFECTS | 0 | 0 | 1 | 0 | 1 | 1 |
| OBSTRUCTIVE HEART DEFECTS-RIGHT SIDED | 0 | 0 | 1 | 1 | 2 | 0 |
| OBSTRUCTIVE HEART DEFECTS-LEFTSIDED | 0 | 0 | 0 | 0 | 0 | 1 |
| HEART DEFECTS – OTHER | 2 | 2 | 2 | 0 | 6 | 8 |
| OTHER CIRCULATORY SYSTEM | 0 | 0 | 0 | 0 | 0 | 1 |
| RESPIRATORY | 0 | 0 | 0 | 0 | 0 | 2 |
| FEMALE GENITALIA | 0 | 0 | 0 | 0 | 0 | 0 |
| MALE GENITALIA | 0 | 1 | 2 | 0 | 3 | 8 |
| LIMB REDUCTION/ADDITION | 0 | 0 | 2 | 0 | 2 | 13 |
| OTHER MUSCULOSKELETAL DEFECTS | 2 | 2 | 2 | 0 | 6 | 17 |
| SKIN AND SKIN DERIVATIVES | 0 | 2 | 0 | 0 | 2 | 9 |
| CHROMOSOME ANOMALY | 1 | 0 | 1 | 0 | 2 | 9 |
| RENAL/URINARY | 0 | 1 | 3 | 0 | 4 | 8 |
| GASTROINTESTINAL | 1 | 0 | 0 | 0 | 1 | 7 |
| NEUROLOGICAL | 0 | 1 | 2 | 0 | 3 | 8 |
| OTHER ORGAN SYSTEMS | 0 | 1 | 0 | 0 | 1 | 0 |
| SPECIFIC SYNDROMES | 0 | 1 | 0 | 0 | 1 | 1 |
| UNSPECIFIED | 0 | 1 | 0 | 0 | 1 | 3 |

[1] Defects meeting WHO International Classification of Diseases (ICD-10) criteria only
[2] An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥20 weeks gestation
NB: Pregnancies/outcomes with no exposure to ART are excluded.

**Table 16:    Confidence Intervals for % of Birth Defects by Exposure to Antiretroviral Therapy – National Study of HIV in Pregnancy and Childhood Data (United Kingdom and Ireland)**

Pregnancies with delivery/outcome 1990-2005, reported by the end of February 2006

|  | Overall |
|---|---|
| Number of Live Births | 4295 |
| Number of outcomes with at least one defect* | 129   (3.0%) |
| **95% Confidence Intervals for % of Birth Defects for exposures in:** | |
| First Trimester | 33/917  (3.6%) 2.5 – 5.0 |
| Second/Third Trimester | 96/3378 (2.8%) 2.3 – 3.5 |
| Any Trimester | 129/4295 (3.0%) 2.5 – 3.6 |
| Risk of defects for first trimester exposures relative to second/third trimester exposures | 1.3  (0.9, 1.9) |

\* An outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion ≥ 20 weeks gestation.

---

**Citations of Other Studies Reviewed by the Registry**

Jungmann EM, Mercey D, DeRuiter A, et al.  Is first trimester exposure to the combination of antiretroviral therapy and folate antagonists a risk factor for congenital abnormalities?  Sex Transm Inf 77:441-3, 2001.

---

Lorenzi P, Spicher VM, Laubereau B, et al.  Antiretroviral therapies in pregnancy: Maternal, fetal and neonatal effects.  AIDS 1998;12(18):241.

---

Simon T, Funke AM, Hero B, Reiser-Hartwig S, Fuhrmann U.  Efficiency and side effects of antiretroviral treatment of HIV infected pregnant women.  Zentralbl Gynakol 2002 Aug-Sep;124(8-9):413-7.

---

**Conclusion:**  The Registry has not identified a signal in any of the published case series reviewed to date.

## Summary and Advisory Committee Consensus

### Primary Registry Analysis (Prospective Reports)

The Registry's analytic approach is to evaluate drugs in specific classes of antiretroviral therapies (FIs [fusion inhibitor(s)], NRTIs [nucleoside analog reverse transcriptase inhibitor(s)], NNRTIs [non-nucleoside reverse transcriptase inhibitor(s)], NtRTIs [nucleotide reverse transcriptase inhibitors], and PIs [protease inhibitor(s)]). Currently there are nine specific drugs with large enough groups of exposed women to warrant a separate analysis. These drugs are abacavir, didanosine, efavirenz, lamivudine, nelfinavir, nevirapine, ritonavir, stavudine, and zidovudine.

No increases in risk of overall birth defects or specific defects have been detected to date. For lamivudine and zidovudine sufficient numbers of first trimester exposures have been monitored to detect at least a 1.5-fold increase in risk of overall birth defects and a 2-fold increase in risk of birth defects in the more common classes, cardiovascular and genitourinary systems. No such increases have been detected to date. For abacavir, efavirenz, nelfinavir, nevirapine, and stavudine sufficient numbers of first trimester exposures have been monitored to detect at least a two-fold increase in risk of overall birth defects. No such increases have been detected to date. Although no pattern of birth defects has been detected with didanosine, the Committee continues to monitor the apparent increased frequency of defects among infants exposed to didanosine in the first trimester of gestation.

To date, the Registry has not demonstrated an increased prevalence of birth defects overall, or in the specific classes studied, or among women exposed to abacavir, didanosine, efavirenz, lamivudine, nelfinavir, nevirapine, ritonavir, stavudine, or zidovudine individually or in combination during the first trimester when compared with observed rates for "early diagnoses" in population-based birth defects surveillance systems. While the Registry to date has not detected a major teratogenic signal overall or within classes of drugs or the nine individual drugs analyzed separately, the population exposed and monitored to date is not sufficient to detect an increase in the risk of relatively rare defects.

These findings should provide some assurance when counseling patients.

### Supplemental Analyses

**Retrospective Reports:** Retrospective reports are those reported to the Registry after the outcome or perceived outcome of pregnancy is known. Isolated cases of neural tube defects with efavirenz exposure have been reported. No other pattern of defects (isolated or syndromic) has been found in the overall evaluation of retrospective reports and Registry cases of birth defects.

**Reports from Clinical Studies in Pregnancy:** Recognizing the difficulties in comparing the findings from prospective clinical studies with population-based data, separate review of the available information from the clinical studies remains inconclusive. The Registry will continue to examine data as available from further studies. In an unpublished analysis from the Women and Infants Transmission Study, a potential increased risk of hypospadias after first trimester zidovudine exposure was detected. The WITS included HIV-infected pregnant women enrolled during pregnancy or within seven days after delivery, and this analysis included women enrolled between 1/1/90 and 6/30/2004. Anomalies identified during the prenatal, neonatal, and follow-up periods were classified using the criteria of the APR. From 1 January 1990 through 30 June 2004, 2527 live births (LB) with known ARV exposure occurred to 2533 women. Defects were identified in 90 infants for a rate of 3.56 defects/100 LB. The rate of defects was 24/752, 3.19 /100 LB for women with first trimester ARV exposure, 41/1158, 3.54/100 LB with exposure beginning in the second or third trimester, and

25/617, 4.05/100 LB for women with no ARV use during pregnancy. While the overall rate of hypospadias (3.29/1000 LB) was not increased, hypospadias was significantly increased among infants born to women with first trimester exposure to antiretroviral therapy (7/382 male LB) compared to those with second or third trimester exposure (2/578 male LB, p=0.033). Exposure to zidovudine in the first trimester was associated with hypospadias (univariate p= 0.014). Seven cases of hypospadias were grade 1 (mild); two cases were severe, one after first trimester zidovudine and lamivudine exposure and one after first trimester didanosine, stavudine, and nelfinavir exposure. While the differences in rates of this specific defect have reached statistical significance in the case of this one comparison (in the face of multiple simultaneous comparisons), their importance remains unclear. The signal has not appeared in the primary analysis of the APR. Further, WITS did not collect detailed information on concomitant medications such as opportunistic infection prophylaxis, which would be expected to be more common among women with more severe illness and first trimester antiretroviral exposure. Thus, the association noted between first trimester zidovudine exposure and hypospadias must be explored further as alternate explanations are possible. The APR will continue to monitor this defect closely.

**Reports from the Published Literature:** The registry has not identified a signal in any of the published studies reviewed to date.

# METHODS

In an effort to assure that the Registry collects, analyzes, and presents information which is accurate and useful to the health care provider, the Registry continues to review and update its processes and procedures. The Registry conforms to the FDA Guidance for Industry: Establishing Pregnancy Exposure Registries (15, 16), the Guidelines for Good Pharmacoepidemiology Practices (GPP) (17), and the FDA Guidance on Pharmacovigilance (25).

### Institutional Review Board (IRB) Review

The Registry is committed to the highest standards of ethical conduct; assuring patient rights, including protection of patient privacy, is a very high priority for the Registry. For this reason the Registry sought and obtained IRB approval from Western IRB (WIRB®) in March 2000. With the IRB approval of the protocol, the Registry was granted a waiver from having to obtain patient informed consent. The IRB reviews the Registry protocol annually with quarterly interim status reports required. Additionally, the Registry reviews data privacy issues on a regular basis.

### HIPAA Privacy Rule: Protecting Personal Health Information in Research

The HIPAA Privacy Rule allows covered entities (e.g., health care providers) to disclose protected health information (PHI) without subject authorization if the covered entity obtains documentation that an Institutional Review Board has waived the requirement for authorization (18).

On April 29, 2003, Western Institutional Review Board (WIRB) approved a request for a waiver of authorization for use and disclosure of PHI. WIRB determined that documentation received from this Registry satisfies the three requirements for a waiver of authorization. These requirements are:

1. The use or disclosure of the PHI involves no more than minimal risk to the individuals, based on the following elements:

    a. an adequate plan to protect identifiers from improper use and disclosure;

    b. an adequate plan to destroy the identifiers at the earliest opportunity consistent with conduct of the research (unless there is a health or research justification for retaining the identifiers, or such retention is otherwise required by law); and

    c. adequate written assurances that the PHI will not be reused or redisclosed to any other person or entity, except as required by law, for authorized oversight of the research project, or for other research for which the use of disclosure of PHI would be permitted by HIPAA.

2. The research could not be practicably conducted without access to and use of the PHI; and

3. The research could not practicably be conducted without the waiver.

The Board determined that a waiver of authorization for use of the following PHI is needed and approved for this research:

Information about subjects on antiretroviral drugs during pregnancy, including dates of services, estimated date of delivery, date of last menstrual period, dates of exposure to antiretroviral drugs and date of pregnancy outcome.

## The Registration and Follow-up

The Antiretroviral Pregnancy Registry collects data on use of abacavir, adefovir dipivoxil, amprenavir, atazanavir, delavirdine mesylate, didanosine, efavirenz, emtricitabine, enfuvirtide, entecavir, fosamprenavir calcium, indinavir, lamivudine, lopinavir/ritonavir, nelfinavir, nevirapine, ritonavir, saquinavir, stavudine, tenofovir disoproxil fumarate, tipranavir, zalcitabine, and zidovudine during pregnancy. There are risks associated with any new chemical entity or combination therapy and the historic precedent of less specific antiviral agents causing genetic damage. The Registry requests information on antiretroviral therapy, though there may be other exposures to other drugs, which are not systematically collected. As more data are collected in the Registry, clinicians will be provided with updated information on the use of these drugs during pregnancy.

Registration is voluntary. Health professionals are strongly encouraged to enroll their antiretroviral-exposed pregnant patients into the Registry as early in the pregnancy as possible, preferably before prenatal testing is done to maximize the validity of the data by minimizing the potential biases introduced. Certain minimal information must be provided in order to register or enroll a patient.

Patients are followed through health care providers who provide information on maternal risk factors, pregnancy outcome, and neonatal health. Information is provided on a short registration form, with follow-up obtained at the outcome of the pregnancy. In the month of the expected date of delivery, a short follow-up form is sent to the health care provider with a copy of the original Antiviral Therapy During Pregnancy Form to ascertain the pregnancy outcome and completion of the antiviral therapy information. Additional follow-up is not sought from subsequent health care providers. Information can be provided to the Registry over the phone or by faxing or mailing completed forms. Additionally, electronic enrollment and follow-up is now available to providers online at www.APRegistry.com. Copies of the current forms are included in this report.

In an attempt to limit the bias in the analysis, the Registry assembled a group of providers who have committed in writing to report to the Registry every prospective antiretroviral therapy exposure during pregnancy that comes to their site. This allows the Registry to include every report from that site as an evaluable case. As the number of cases from these sites increases, the Registry will be able to analyze these cases separately. Providers are encouraged to participate in this group.

ANTIRETROVIRAL PREGNANCY REGISTRY INTERIM REPORT
1 January 1989 through through 31 January 2006

### Registration Process

**The minimum requirements for an evaluable case are: a prospective report with clear information on the antiretroviral therapy exposure during pregnancy, source of the report, enough information to search for duplicate reporting of a case (e.g., LMP, EDD, maternal age). If follow-up information on the outcome of the pregnancy is unavailable, a case may be considered lost to follow-up.** Cases were rendered unevaluable or lost to follow-up if the reporting health care provider could no longer locate the patient to provide pregnancy outcome data, if after numerous attempts, there are no follow-up data forthcoming from the health care provider, or if the birth outcome is missing or indication of a defect is marked as unknown. **Only data from evaluable prospective cases with known outcomes were summarized in this report.**

To preserve the patient's confidentiality, registration is conducted through the health care provider rather than the patient. The Registry _assigns_ patient ID numbers rather than using a patient ID chosen by the provider. To obtain a Registry-assigned patient ID:

- **Notify the Registry:** The health care provider should notify the Registry of the pregnancy exposure by phone or fax (as early in pregnancy as possible, preferably before prenatal testing for defects is done). The Registry will assign a sequential number to the provider for that patient. This number is used to identify the patient when communicating with the Registry for follow-up.

  (If necessary, a block of numbers may be obtained by providers who enroll patients into the Registry on a regular basis.)

- **Patient Log:** The Registry provides a patient log as a possible way a provider might cross-reference the identity of the patient at the site to the Registry Patient ID. (This log must be kept in a secure place separate from the patient charts to protect patient confidentiality at the site.)

_**The Registry prefers and encourages prospective registration, which is defined as registration of a pregnancy prior to knowledge of the pregnancy outcome.**_ The outcome of pregnancy is defined at the time of delivery or fetal loss, or when a defect reported at enrollment is detected on a prenatal test. Retrospective reports, i.e., reports after the outcome of the pregnancy is known, are welcomed and carefully reviewed by the Registry. However, retrospective reports may be biased toward more abnormal outcomes and are less likely to be representative of the general population experience. Therefore, the retrospective outcomes are summarized independent of the prospective outcomes. Due to difficulty in obtaining follow-up, retrospective reports with outcomes without defects over two years prior to receipt by the Registry are not included. Retrospective reports of exposed infants with defects can be useful in the identification of patterns of defects suggestive of common etiology.

> _The Registry is interested in identifying and receiving written commitment from providers who are willing to report all of their site's antiretroviral pregnancy exposures to the Registry. The Registry encourages providers to become part of this special group. Please contact the Registry to receive more information on how to participate. (Call 800-258-4263 or 910-256-0238 or Fax 800-800-1052 or 910-256-0637.) For UK, Germany, France toll free call 00800-5913-1359 or Fax 00800-5812-1658. Complete ascertainment of cases from a site decreases the potential selection bias. As the number of cases from these sites becomes larger, the Registry will conduct a sub-set analysis of these data._

A sample copy of the data collection form is included in this report, or may be obtained by contacting the Registry, or printing from the www.APRegistry.com website. Patient registration may be completed online (www.APRegistry.com), mail, FAX transmission to 800-800-1052 (US, Canada), 011-910-256-0637 (International), or by calling the Registry at 800-258-4263 (US, Canada) or 011-910-256-0238 (International). For UK, Germany, France toll free call 00800-5913-1359 or Fax 00800-5812-1658. After receipt of the registration information, the Registry will send at the time of delivery either an email notification to enter follow-up (if enrollment was online), or will send a follow-up form and a copy of the antiretroviral therapy information reported at registration (for those submitting paper forms) to ascertain the outcome of the pregnancy and additional therapy information.

### Review of Birth Defects Identified

The Advisory Committee reviews all reports of birth defects. Initial review, request for further information (as necessary), and assessment is conducted by a consultant geneticist (19) trained on MACDP classification and the Registry evaluation process by staff at the CDC, Division of Birth Defects and Developmental Disabilities. At the semi-annual Steering Committee meeting, the Advisory Committee reviews each of the defect reports with the consultant's evaluations and reaches a consensus on the final assessment.

### Classification of Outcomes

The Registry is intended to provide an early signal of teratogenicity associated with prenatal use of antiretroviral therapy for those drugs monitored in the Registry. This is accomplished through monitoring the pregnancy and birth outcomes following pregnancy exposure to an antiretroviral drug. Pregnancy outcomes are mutually exclusive and include spontaneous pregnancy loss, induced abortion, stillbirth, and live birth. Stillbirth refers to fetuses born dead after 20 weeks gestation or weighing more than 500 grams. However, the Registry will accept the health care provider's determination for spontaneous pregnancy loss or stillbirth if gestational age and weight are not available.

The Registry defines a birth defect as any major structural or chromosomal defect diagnosed by six years of age, or any cluster of two or more conditional abnormalities. In addition, any structural or chromosomal defect detected in the prenatal evaluation of a pregnancy or in the gross or pathologic examination of an abortus, fetus, or deceased infant is evaluated. All birth defects are reviewed and classified by the consultant geneticist using the CDC MACDP system (5). The Registry's definition of birth defects is consistent with, but not restricted to the CDC list. Clusters of conditional abnormalities (as defined by CDC MACDP) and data from abortuses of $\geq 20$ weeks, when available, have been included to increase the sensitivity of Registry monitoring. The MACDP includes major defects, as well as conditional defects in the presence of a major defect, as defect cases. The Registry considers reports of 2 or more conditional defects as a defect case so as not to miss a potential signal and to capture the instance where the combination of conditional events might constitute a major defect. To facilitate the ability to identify a potential signal, the Registry has developed an organ system classification based on the CDC MACDP terminology (8). (See Appendix B for a summary of the Organ System Classification.) The classification of similar defects or defects with similar etiology into groups reduces granularity and increases the possibility of identifying a potential signal. Once a potential signal is identified, the individual defect cases can be evaluated.

The Registry focuses on birth defect data detected and reported during the perinatal period. To protect the privacy of the mother, the Registry limits contact to the health care provider who initiated the report, which is

usually the mother's health care provider. Most major structural defects and clusters of conditional abnormalities are readily apparent at birth. However, underascertainment of other birth defects is possible since follow-up is usually obtained from the mother's health care provider in the immediate postnatal period and not by the infant's pediatrician who is more likely to observe defects not easily detected during the neonatal period (such as some cardiac or intestinal abnormalities). The Registry does update case reports if information is received on any birth defect diagnosed or with signs/symptoms occurring up to six years of age. However, this information is not systematically collected.

Certain conditions, such as hepatomegaly and/or splenomegaly, are considered conditional birth defects if they occur at birth. These conditions can also be acquired after birth. To attempt to avoid misclassifying conditions that are acquired after birth as congenital birth defects, such conditions are not coded as birth defects if they are clearly diagnosed after one week of birth.

The Registry does not systematically collect, but accepts information on conditional abnormalities, transient or infectious conditions or biochemical abnormalities that reporting clinicians deem important. Because these data are not systematically collected, their utility is very limited. It is therefore out of the scope of this Registry to evaluate information on other clinical conditions associated with pregnancy or events at outcome which are not considered defects. These other events are subject to monitoring and evaluation by other sources. Providers are encouraged to report information on events not monitored by the Registry to the manufacturer of the drug and/or the FDA.

## Analysis

An important aspect of the Registry is the Registry Steering Committee comprised of the Advisory Committee and Sponsor representatives. The Registry Advisory Committee consists of members from the CDC, FDA, NIH, and private sector. Membership consists of specialists in maternal and fetal medicine, infectious disease, teratology, epidemiology, and biostatistics. The Sponsor Company members are from Abbott Laboratories; Agouron Pharmaceuticals, Inc., a Pfizer Company; Aurobindo Pharma Ltd.; Barr Laboratories; Boehringer Ingelheim Pharmaceuticals, Inc.; Bristol-Myers Squibb Company; Gilead Sciences, Inc.; GlaxoSmithKline; F. Hoffmann-La Roche Ltd.; Merck & Co., Inc.; and Ranbaxy, Inc. This Steering Committee oversees the Registry process and reviews the results from the Registry data. The Antiretroviral Pregnancy Registry Interim Report is prepared semi-annually, summarizing the aggregate data collected by the Registry. Because the report contains historical information as well as new data, each report completely supercedes all previous reports. This report is available to health care providers who treat this specialized population or to any health care provider who requests a report.

Data analysis is conducted on prospective, closed cases for which adequate follow-up exists. In addition, these cases must meet the following minimum criteria for evaluation:

- Documentation that a Registry drug was taken during pregnancy
- Timing of the prenatal exposure to the Registry medication (no broader than which trimester)
- Source of report (patient or health care provider, self-reported or through Sponsor Companies)
- Documentation on whether the patient was enrolled in a study conducted in pregnancy, during the reported pregnancy

As women participating in a clinical study involving use of antiretrovirals in pregnancy must meet certain selection criteria and may be followed more closely than women not participating in such studies, such prospective study cases are analyzed separately from the prospective Registry reports.

The outcome data are presented by the earliest trimester of exposure to an antiretroviral regimen.  For this Registry, gestational weeks are calculated beginning from the first day of the last menstrual period.  (If the date of the last menstrual period is not available, the estimated date of delivery may be used.  If the gestation week is inconsistent with the exposure dates and/or the date of outcome [outside ± 1 week for the first trimester, outside ± 2 weeks for the second and third trimesters] and a corrected estimated date of delivery [i.e., generally by ultrasound] is available, the corrected estimated date of delivery is used for gestational age calculations.)  The second trimester begins at week 14, and the third trimester begins at week 28.

To ease interpretation of the data and to calculate prevalence of birth defects in live infants among various treatment regimens, the actual treatment regimens received are grouped according to their component drug classifications, i.e., nucleoside analog reverse transcriptase inhibitors (NRTI), nucleotide reverse transcriptase inhibitors (NtRTI), non-nucleoside analog reverse transcriptase inhibitors (NNRTI), protease inhibitors (PI), and fusion inhibitors (FI).  Each regimen is then reported as a combination of its corresponding drug classifications.  However, if there is more than one drug within the classification, only one occurrence is counted.  The calculations of prevalence are patterned after the CDC population-based birth defects surveillance system, which includes all major defects meeting the MACDP case definition for a defect occurring in infants/fetuses of at least 20 weeks gestational age (5).  The prevalence of birth defects is calculated by dividing the number of outcomes with reported birth defects by the total number of of live births.  Spontaneous losses and induced abortions with or without birth defects are excluded from the denominator to be consistent with the calculation used by the MACDP, which is the primary comparator for the Registry.  Defects reported in pregnancies terminating before 20 weeks are included in this report (Appendix C) and reviewed with other related defects, but not included in rate calculations.  As the behavior of a specific antiretroviral may differ widely from others in its drug classification, it is reasonable to prepare an analysis that would highlight potential increased risk for a given compound.  For such an analysis, exposures to a given antiretroviral will be summarized according to the earliest trimester of that exposure.

Studies have shown that risk of spontaneous pregnancy loss in the general population is high early in pregnancy and decreases substantially from week 8 to week 28, yielding a cumulative estimated risk of 14–22% (20).  Although the Steering Committee carefully reviews each pregnancy outcome, calculation of risk of spontaneous pregnancy losses attributable to drug intervention overall is outside the scope of the Registry and should not be attempted because pregnancies in this Registry may be reported at variable and imprecise times during gestation.  Further, the reader is reminded of the context in which this Registry is conducted, i.e., generally an HIV-infected population, often with advanced disease, at possibly increased risk of adverse outcomes of pregnancy unrelated to teratology.  This Registry is not designed to monitor these unrelated effects.

The Advisory Committee uses the following concepts to review the data: The general population risk of birth defects meeting the CDC criteria is approximately 3% of live births (21).  The overall prevalence of birth defects by year (1968-1999 ranges from 2% to 5%) (21).  The baseline risk of a specific birth defect may be as low as 1-2 per 1000 live births or less.

Given the inherent difficulties in identifying a comparison group, three different methods are used to review the data for any signals of teratogenicity.  First, the prevalence of birth defects in the Registry is compared to the prevalence observed in the MACDP, a population-based birth defects surveillance system administered by the CDC.  The total prevalence of birth defects identified among births from 1991 through 1995 was 3.1% (95% CI: 3.1%, 3.2%), and the prevalence of birth defects identified either prior to birth or during the first day

of life was 2.2% (95% CI: 2.1%, 2.2%) (21). The prevalence of "early diagnoses" is important for Registry comparisons since the majority of outcome reports are from obstetricians who may have limited access to diagnoses made after the day of birth. As a second method of analysis, the risk of birth defects among women with first trimester exposures to antiretroviral medications are compared with the risk of birth defects among women with second or third trimester exposures to antiretroviral medications. Prevalence ratios and 95% confidence intervals are calculated to assess the presence or absence of any excess risk associated with timing of the exposure. A third is a qualitative analysis of cases for the emergence of any unique defects or patterns of defects. The CDC and other population-based registries ascertain defect cases by active review of medical records. This Registry's methods differ by using voluntary registration with active solicitation of outcome data.

## Defect Monitoring Plan

The intent of the Registry is to provide useful information to health care providers on the outcomes of pregnancy following prenatal exposure to antiretroviral therapy, including determination if there is a signal that might indicate a potential risk of a major defect in the offspring. Therefore, it is necessary to determine in the evaluation of the cumulative data what the indicators of a signal or pattern are and what course of action will be taken when the signal is noted. The Registry may never have sufficient power to detect a risk for a particular rare outcome to a particular drug. However, the Registry Steering Committee has developed a process for determining what constitutes a signal, how it is reviewed, and what action might be taken should such a signal be seen. For example, the "Rule of Three" convention adopted by the Registry specifies that once 3 similar birth defects have accumulated with any specific exposure or exposure combination, these cases are flagged for immediate review. The monitoring process is detailed in the Birth Defect Monitoring, Analysis, and Registry Termination Plan for the Antiretroviral Pregnancy Registry (22) (monograph available upon request).

Information about the Registry can be found in other Registry publications (24).

## REGISTRY ENROLLMENT / PATIENT ENROLLMENT FORMS

The case-registration approach for collecting information depends on the continued participation of health care providers who register patients and assist in providing follow-up information postpartum. The assistance of health care providers who have provided information to this Registry is greatly appreciated and the help of others is eagerly sought.

---

### INTERNET ACCESS FOR PATIENT ENROLLMENT

To facilitate reporting to the Registry, we now offer a website whereby health care providers can enroll patients and provide follow-up data electronically online.   We anticipate this system being fully functional by August 2006. Please visit us at APRegistry.com for details.

---

The antiretrovirals being followed in this Registry include: lopinavir+ritonavir (KALETRA®, LPV/r) and ritonavir (NORVIR®, RTV) manufactured by Abbott Laboratories; delavirdine mesylate (RESCRIPTOR®, DLV) and nelfinavir (VIRACEPT®, NFV) licensed and manufactured by Agouron Pharmaceuticals, Inc., a Pfizer Company; generic combivir, nevirapine, stavudine, zidovudine manufactured by Aurobindo Pharma Ltd.; generic didanosine manufactured by Barr Laboratories; nevirapine (VIRAMUNE®, NVP) and tipranavir (APTIVUS®, TPV) manufactured by Boehringer Ingelheim Pharmaceuticals, Inc., and generic zidovudine distributed by Roxane Laboratories, Inc., a unit of Boehringer Ingelheim Pharmaceuticals; atazanavir (REYATAZ®, ATV), didanosine (VIDEX®, VIDEX® EC, ddI), entecavir (BARACLUDE™, ENT), and stavudine (ZERIT®, d4T) manufactured by Bristol-Myers Squibb Company; adefovir dipivoxil (HEPSERA®, ADV), emtricitabine (EMTRIVA®, FTC), tenofovir disoproxil fumarate (VIREAD®, TDF) and tenofovir disoproxil fumarate+emtricitabine (TRUVADA®, TVD) manufactured by Gilead Sciences, Inc.; abacavir (ZIAGEN®, ABC), abacavir+lamivudine (EPZICOM™), abacavir+ lamivudine+ zidovudine (TRIZIVIR®, TZV), amprenavir (AGENERASE®, APV), fosamprenavir calcium (LEXIVA®, FOS), lamivudine (EPIVIR®, 3TC), lamivudine+zidovudine (COMBIVIR®, ZDV+3TC), and zidovudine (RETROVIR®, ZDV) manufactured by GlaxoSmithKline Inc., and generic zidovudine distributed by TEVA Pharmaceuticals Industries LTD; enfuvirtide (FUZEON®, T-20), saquinavir (FORTOVASE®, SQV-SGC), saquinavir mesylate (INVIRASE®, SQV-HGC), and zalcitabine (HIVID®, ddC) manufactured by F. Hoffmann-La Roche Ltd.; and indinavir (CRIXIVAN®, IDV) manufactured by Merck & Co., Inc.; and efavirenz co-marketed by Bristol-Myers Squibb Company (SUSTIVA®, EFV) and Merck & Co., Inc. (STOCRIN®, EFV); and generic zidovudine manufactured by Ranbaxy, Inc.

The Registry encourages the reporting of all known pregnancy exposures to a Registry drug, but prospectively reported cases are preferred.  Registry enrollment and follow-up forms may be obtained by contacting the Pregnancy Registry or the included data forms may be photocopied. Prospective or retrospective notifications of prenatal exposures to therapies followed by the Registry can be registered online or mailed, phoned, or faxed to the Registry.

### Instructions for Completing Forms

#### Patient Anonymity and Patient Identifiers

The Registry makes every effort to assure patient confidentiality within the Registry.  The Registry does not collect identifying information such as maternal date of birth, initials, or chart number.  The patient identifier is a Registry-assigned number provided to the reporter at the time the patient is enrolled (patient log ID).

Patient log ID numbers can be obtained by calling or faxing the Registry Office for a number (or a block of numbers, for providers who register patients on a regular basis). The Registry also provides a Patient Log as a possible way the reporter might cross-reference the patient with the Registry Patient ID number. Whatever method is used, this record must be kept in a secure place separate from patient charts to assist in protecting patient confidentiality at your site.

Please note that patient log ID numbers are not required for online enrollments.

*Prospective Registration*

<u>Registration Form</u> - (To be completed when notifying Registry of prenatal exposure while patient is still pregnant.)

- REGISTER VIA INTERNET: www.APRegistry.com
- REGISTER VIA PHONE OR FAX: contact the Registry Office for patient ID number
  US, CANADA (toll-free): 800-258-4263 (Telephone)
  800-800-1052 (Fax)
  INTERNATIONAL: 910-256-0238 (Telephone)
  910-256-0637 (Fax)
  UK, GERMANY, FRANCE (toll-free):  00800-5913-1359 (Telephone)
  00800-5812-1658 (Fax)
  EUROPE:  +32-2-714-5028 (Telephone)
  +32-2-714-5024 (Fax)
  - Track the Registry-assigned patient ID number with your own identification of the patient
  - Secure the tracking log to protect patient confidentiality
- Photocopy the Registration Form pages from the report
- Complete as much information as is available at the time of reporting
- <u>Report as early as possible after the pregnancy exposure is known</u>
- Return the Registration Form to the Registry (by mail or fax)

<u>Follow-up:</u> In the month of the estimated date of delivery, the reporter will be sent a two-page Follow-Up Form with a copy of the originally submitted Antiviral Therapy During Pregnancy Form.  Please complete the information on the Follow-up Form and update the Antiviral Therapy During Pregnancy Form with any therapy modifications or additions since registration.

*Retrospective Registration*

<u>Registration and Follow-Up Forms</u> - (To be completed when notifying Registry of prenatal exposure *after* the pregnancy outcome is known.)

- Register via Internet at www.APRegistry.com OR
- Contact the Registry Office for a patient ID #at:
  US, CANADA (toll-free): 800-258-4263 (Telephone)
  800-800-1052 (Fax)
  INTERNATIONAL: 910-256-0238 (Telephone)
  910-256-0637 (Fax)
  UK, GERMANY, FRANCE (toll-free):  00800-5913-1359 (Telephone)
  00800-5812-1658 (Fax)
  EUROPE:  +32-2-714-5028 (Telephone)
  +32-2-714-5024 (Fax)
  - Track the Registry-assigned patient ID number with your own identification of the patient
  - Secure the tracking log to protect patient confidentiality
- Photocopy both the Registration and Follow-Up Forms pages
- Complete as much information as is available to you

| <u>*Mail the completed form(s) to:*</u> | *Enroll Online:* | <u>*Register via FAX:*</u> |
|---|---|---|
| Antiretroviral Pregnancy Registry Research Park 1011 Ashes Drive Wilmington, NC  28405 | www.APRegistry.com | (800) 800-1052 (US, Canada) 011-910-256-0637 (International) or +32-2-714-5024 (Europe) (00800) 5812 1658 (UK, Germany, France) |

Data Forms included (see next 7 pages)

| Keep in a secure place to protect patient confidentiality |
|---|

| HCP # |
|---|

## ANTIRETROVIRAL PREGNANCY REGISTRY
## PATIENT LOG

### Call the Registry Office for Patient ID Numbers
### 800-258-4263 or 910-256-0238

In an effort to assure patient confidentiality and anonymity the Registry does not collect identifying information (e.g., initials, chart number, date of birth) on patients enrolled in the Registry. The identifier used to refer to your patient for further follow-up on the outcome of this pregnancy will be a Registry assigned Patient (Log) ID number.

This log is provided for your convenience. You may want to use this to track your Registry patients and to easily cross-reference the APR Registry assigned Patient (Log) ID with your patient.
**THIS IS FOR YOUR USE ONLY, <u>DO NOT</u> RETURN THIS TO THE REGISTRY.**
Please call the Registry Office at 1-800-258-4263 if you have questions.

| Patient (Log) ID *Assigned by the Registry* | Suggested information to use to reference this patient when Registry follow-up is necessary | | | |
|---|---|---|---|---|
| | Patient Name | Chart number | EDD | Date APR form completed |
| 10111 | Jane Doe | 123656 | 01 Jun 2006 | 03 Dec 2005 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Phone Contact: | US/Canada Phone: 800-258-4263 (Toll Free) or 910-256-0238 UK, Germany, France Phone: 00800-5913-1359 (Toll Free) International Phone: 910-256-0238 (US) or +32-2-714-5028 (Europe) |
|---|---|
| Address: | Research Park, 1011 Ashes Drive, Wilmington, NC 28405 |
| Internet: | www.APRegistry.com |

| CONFIDENTIAL |
|---|

### *The Antiretroviral Pregnancy Registry*
## Instructions for Completing the REGISTRATION FORMS

**Patient (Log) ID:** The Registry assigned number for the patient assigned at registration number *(not required if registering via internet)*.

**Date first seen:** This date is only required for providers who have committed to provide all pregnancy exposures to antiretroviral drugs reports at their site.

1. **Maternal Information**
   1.1 **Clinical Study:** Indicate if the patient is in a clinical study and if yes, whether that study is being conducted in pregnant women. If yes, please provide the study/protocol number.

   1.2 **Last Menstrual Period:** Provide the date of the woman's last menstrual period.

   1.3 **Corrected Estimated Date of Delivery:** If available, an EDD based on the 20 week prenatal test, especially if this is the date being used to calculate gestational age for medication exposures and outcome. Preferred over the LMP.

   1.4 **Patient Age:** Provide age of the pregnant woman at time of conception.

   1.5 **Race:** Check the appropriate box for the pregnant woman's race.

2. **Prenatal Tests**
   2.1 **Prenatal Test Done:** Indicate if a prenatal test was done.
   - If no, move to section 3: Clinical Indicators
   - If yes, continue by providing the date or gestational age when the test was done and which test was done. Go to section 2.2.

   2.2 **Evidence of a Structural Defect:** Indicate if a structural defect(s) was identified on a prenatal test.
   - If no, move to section 3: Clinical Indicators
   - If yes, continue by providing the structural and/or chromosomal defect(s) identified and by what test the defect was identified. Go to section 3.

3. **Clinical Indicators (at the START of pregnancy)**
   3.1 **Clinical Categories as Defined by the CDC:** www.cdc.gov/mmwr/preview/mmwrhtml/00018871.htm

   Check *all* appropriate categories as they apply as close to the beginning of the pregnancy as possible.
   - **Category A:** Consists of one or more of the CDC defined Category A conditions in a person with documented HIV infection. Conditions in Categories B and C must not have occurred.
   - **Category B:** Consists of symptomatic conditions in an HIV-infected person not included in Category C and meeting at least one of the two Category B conditions. For classification purposes, someone previously treated for a Category B condition but who is now asymptomatic should be classified in Category B.
   - **Category C:** Includes the clinical conditions listed in the AIDS surveillance case definition. For classification purposes, once a Category C condition has occurred, the person will remain in Category C.

   3.2 **CD4 + T-cell Categories:** Check the appropriate range for the counts as they were as close to the beginning of the pregnancy (not applicable should be marked if the patient is not HIV positive).

   3.3 **Hepatitis Severity Indicator:** Check the appropriate indication for severity of the hepatitis at a time as close to the beginning of the pregnancy as possible (not applicable should be marked if the patient does not have hepatitis or if Pugh score is not yet known).

4. **ANTIVIRAL THERAPY DURING PREGNANCY FORM**
   - **Course:** Enter the number of the course of treatment for each medication (i.e. if the patient received 2 courses of the same medication, list them separately and number each sequentially).
   - **Total Daily Dose:** Provide the total daily dose with units (e.g., stavudine 80 mg, ZDV (IV) 650 mg).
   - **Route:** Provide the code "1" for oral, "2" for IV, and "3" for subcutaneous (sub-Q).
   - **Pt taking Meds at Conception:** "1" if yes at conception, "2" if during pregnancy, "3" if unknown.
   - **Gestation Week Course Began:** Indicate the gestation week (if unknown and a date the therapy began is available, that is sufficient) when treatment began.
   - **Date Treatment Began OR Gestation Week Calculated:** Indicate the date *or* the gestational age when therapy began for each course, but not both.
   - **Gestation Week or Date Therapy was Discontinued or if Continued Following Delivery:** Provide date or gestation week or if therapy continues through and continuing at delivery, check "ongoing" box. Do not check the "ongoing" box if only providing registration information. This box should only be checked when providing outcome information.

**Please write "unk" or "N/A" on the forms if any information is unknown or not applicable.**

The Registry is not designed to monitor all types of events that might occur during pregnancy, labor and delivery, or other neonatal or post-natal events other than defects. If such events occur the provider is encouraged to contact the manufacturer of the individual drug and/or FDA. FDA can be reached by faxing the information to 800-FDA-0178 or at http://www.fda.gov/medwatch/.

| Phone Contact: | US/Canada Phone: 800-258-4263 (Toll Free) or 910-256-0238 |
| --- | --- |
| | UK, Germany, France Phone: 00800-5913-1359 (Toll Free) |
| | International Phone: 910-256-0238 (US) or +32-2-714-5028 (Europe) |
| Address: | Research Park, 1011 Ashes Drive, Wilmington, NC 28405 |
| Internet: | www.APRegistry.com |

Revised (March 2006)

**ANTIRETROVIRAL PREGNANCY REGISTRY**
**REGISTRATION FORM**

Fax to:  800-800-1052 (US, Canada)
         910-2560637 (International) or +32-2-714-5024 (Europe)
         00800-5812-1658 (UK, Germany, France)

FOR OFFICE USE ONLY                                        (1)
Registry Patient ID _____  HCP ID _____
Pro ☐  Retro ☐  100% provider ☐
Country _____  State _____
Report type Orig  U/L ☐  MP ☐        Current  U/L ☐  MP ☐
Registry date of notification _____ _____ _____  ☐ Phone

Patient (Log) ID: _____  *Registry assigned ID number*
*Note:  To help assure patient anonymity the Registry uses a Registry assigned patient ID to refer to your patient to obtain follow-up and outcome information.*

Date patient first seen during this pregnancy
Date: _____ _____ _____
         M         D         Y

## 1. MATERNAL INFORMATION

1.1  Is the patient enrolled in a clinical study? *(treatment or observational study)*  ☐ Yes  ☐ No  ☐ Unknown
     If yes, provide the protocol number
     Was the clinical trial conducted in pregnant women?  ☐ Yes  ☐ No  ☐ Unknown

1.2  Last Menstrual Period  _____ _____ _____
                              M     D     Y

1.3  Corrected EDD  _____ _____ _____  *(e.g., by ultrasound)*
                      M     D     Y

1.4  Patient Age: _____  *(at conception)*
1.5  Race:  ☐ White   ☐ Black
            ☐ Hispanic  ☐ Asian
            ☐ Other _____ (specify)

## 2. PRENATAL TESTS

2.1  Was a prenatal test done?
     ☐ No *(go to section 3)*
     ☐ Yes *(complete below and question 2.2)*
     Date when test(s) done:
(✓) test(s)  ☐ Ultrasound _____ date
             ☐ Ultrasound _____ date
             ☐ Ultrasound _____ date
             ☐ Amniocentesis _____ date
             ☐ MSAFP/serum markers _____ date
             ☐ Other: _____ _____ date
☐ Unknown *(go to section 3)*

2.2  Is there evidence of a <u>structural</u> defect from one or more of these prenatal tests?
     ☐ No *(go to section 3)*
     ☐ Yes *(complete below, then go to section 3)*
     Specify structural defect _____
     (✓) test(s) where defect noted
             ☐ Ultrasound _____ date
             ☐ Amniocentesis _____ date
             ☐ MSAFP/serum markers _____ date
             ☐ Other: _____ _____ date
☐ Unknown *(go to section 3)*

## 3. CLINICAL INDICATORS (at the *START* of pregnancy)

3.1  Clinical Categories *(√ all that apply at the start of pregnancy)*:
     ☐ A. Asymptomatic, acute (primary) HIV or PGL*
     ☐ B. Symptomatic, not (A) or (C) conditions
     ☐ C. Other AIDS-indicator conditions and/or CD4<200
     ☐ D. HIV prophylaxis
     ☐ E. Hepatitis B (HBV)
     ☐ F. Hepatitis C (HCV)
     *PGL-persistent generalized lymphadenopathy
     *For additional descriptions of categories refer to the 1993 CDC revised classification system, December 1992 issue of MMWR.*

3.2  CD4+ T-cell Categories *(at start of pregnancy)*
     ☐ ≥ 500 µL
     ☐ 200-499 µL
     ☐ <200 µL
     ☐ Not applicable

3.3  Hepatitis Severity Indicator *(at start of pregnancy)*:
     ☐ A. Compensated liver disease (Pugh score <7)
     ☐ B. Decompensated liver disease (Pugh score ≥7)
     ☐ C. Not applicable

Complete applicable information on:  ANTIVIRAL THERAPY DURING PREGNANCY Form

**HEALTH CARE PROVIDER INFORMATION**

Name _____
Address _____
        _____
        _____
Alternate Contact _____
Provider's Signature _____

Specialty _____
Phone _____
Fax _____
Email _____

Date _____ _____ _____
       M     D     Y

Phone: (US, Canada) 800-258-4263 (Toll Free) or 910-256-0238
Phone: (International) 910-256-0238
Phone: (UK, Germany, France) 00800-5913-1359 (Toll Free)
Phone: (Europe): +32-2-714-5028
Internet: www.APRegistry.com
Address: Research Park, 1011 Ashes Drive, Wilmington, NC 28405

Revised (March 2006)

CONFIDENTIAL

**ANTIRETROVIRAL PREGNANCY REGISTRY**
**ANTIVIRAL THERAPY DURING PREGNANCY**
*(Initiated at registration and completed at follow-up)*

FOR OFFICE USE ONLY:     (2)
Registry ID_____
☐ Update

Patient (Log) ID: _____     *The Registry assigned, non-patient identifying patient ID number*

Complete as much of this page as applicable at Registration. A copy of this form will be sent to you in the expected month of delivery for completion.

## 4. ANTIVIRAL THERAPY DURING PREGNANCY

1. Use the med. codes below for antiviral medication taken during pregnancy. If not coded, Specify Medication.

| | | | |
|---|---|---|---|
| 1. | Abacavir (ZIAGEN®, ABC) | 13. | Zidovudine (RETROVIR®, ZDV) |
| 2. | Didanosine (VIDEX®, VIDEX® EC, ddI) | 13.1 | Zidovudine generic – Ranbaxy |
| 2.1 | Didanosine generic – Barr Labs | 13.2 | Zidovudine generic – Teva/GSK |
| 2.99 | Didanosine (unknown manufacturer) | 13.3 | Zidovudine generic – Roxane/BI |
| 3. | Efavirenz (SUSTIVA®, STOCRIN®, EFV) | 13.4 | Zidovudine generic – Aurobindo |
| 3.1 | Efavirenz generic – Aurobindo | 13.99 | Zidovudine (unknown manufacturer) |
| 3.99 | Efavirenz (unknown manufacturer) | 14. | Amprenavir (AGENERASE®, APV) |
| 4. | Lamivudine (EPIVIR®, 3TC) | 15. | Indinavir (CRIXIVAN®, IDV) |
| 4.1 | Lamivudine generic – Aurobindo | 16. | Delavirdine mesylate (RESCRIPTOR®, DLV) |
| 4.99 | Lamivudine (unknown manufacturer) | 17. | Lopinavir+ritonavir (KALETRA®, LPV/r) |
| 5. | Lamivudine+zidovudine (COMBIVIR®, ZDV+3TC) | 18. | Abacavir+lamivudine+zidovudine (TRIZIVIR®, TZV) |
| 5.1 | Lamivudine+zidovudine generic – Aurobindo | 19. | Tenofovir disoproxil fumarate (VIREAD®, TDF) |
| 5.99 | Lamivudine+zidovudine (unknown manufacturer) | 20. | Adefovir dipivoxil (HEPSERA®, ADV) |
| 6. | Nelfinavir (VIRACEPT®, NFV) | 21. | Enfuviritide (FUZEON®, T-20) |
| 7. | Nevirapine (VIRAMUNE®, NVP) | 22. | Atazanavir sulfate (REYATAZ®, ATV) |
| 7.1 | Nevirapine generic – Aurobindo | 23. | Emtricitabine (EMTRIVA®, FTC) |
| 7.99 | Nevirapine (unknown manufacturer) | 24. | Fosamprenavir calcium (LEXIVA®, FOS) |
| 8. | Ritonavir (NORVIR®, RTV) | 25. | Abacavir+lamivudine (EPZICOM™) |
| 9. | Saquinavir (FORTOVASE®, SQV-SGC) | 26. | Tenofovir disoproxil fumarate+emtricitabine (TRUVADA®, TVD) |
| 10. | Saquinavir mesylate (INVIRASE®, SQV-HGC) | | |
| 11. | Stavudine (ZERIT®, d4T) | 27. | Entecavir (BARACLUDE™, ENT) |
| 11.1 | Stavudine generic – Aurobindo | 28. | Tipranavir (APTIVUS®, TPV) |
| 11.99 | Stavudine (unknown manufacturer) | 29. | Efavirenz+tenofovir disoproxil fumarate+emtricitabine |
| 12. | Zalcitabine (HIVID®, ddC) | | (ATRIPLA™, ATR) |

2. In the following table, describe each course or change in route for each applicable therapy.

| Med. Code (1-28)<br><br>or<br><br>If no code indicated, please write medication name<br>Specify if Generic | Total Daily Dose<br>(mg/day)<br><br>or<br><br>mg/kg/day)<br>*please indicate | Route<br>(enter code)<br><br>1 = oral<br>2 = IV<br>3 = sub-Q | Pt Taking Med. at Conception?<br><br>1 = Yes<br>2 = No<br>3 = Unknown | Date Treatment Course Began (m/d/y)<br>OR<br>gestational age<br>(0 = prior to conception)<br>If calculated by gestational age:<br>☐ (from LMP)<br>☐ (by corrected EDD) | Date Treatment Stopped<br>(m/d/y)<br>(Note: Ongoing = ongoing following delivery) |
|---|---|---|---|---|---|
| Course | | | | | |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |
| ☐ generic | | | | | or ☐ ongoing |

Phone: (US, Canada) 800-258-4263 (Toll Free) or 910-256-0238
Phone: (International) 910-256-0238
Phone: (UK, Germany, France) 00800-5913-1359 (Toll Free)
Phone: (Europe): +32-2-714-5028
Internet: www.APRegistry.com
Address: Research Park, 1011 Ashes Drive, Wilmington, NC 28405

CONFIDENTIAL

Revised (March 2006)

| Phone Contact: | US/Canada Phone: 800-258-4263 (Toll Free) or 910-256-0238 | |
|---|---|---|
| | UK, Germany, France Phone: 00800-5913-1359 (Toll Free) | |
| | International Phone: 910-256-0238 (US) or +32-2-714-5028 (Europe) | |
| Address: | Research Park, 1011 Ashes Drive, Wilmington, NC 28405 | CONFIDENTIAL |
| Internet: | www.APRegistry.com | |

# The Antiretroviral Pregnancy Registry
## Instructions for completing the FOLLOW-UP FORM

**Patient (Log) ID:** The Registry assigned number for the patient assigned at registration number *(not required if registering via internet)*.

1. **Maternal Information**

   1.1 **Clinical Study:** Indicate if the patient is in a clinical study and if yes, whether that study is being conducted in pregnant women. If yes, please provide the study/protocol number.

2. **Fetal Outcome**

   If there are multiple outcomes (e.g., twins, triplets) provide details for each outcome. Make copies of page 3 or indicate the information for each outcome.

   2.1 **Birth Defect Noted:** Was a structural birth defect noted? Required. Check "yes", "no", or "unknown". If yes, then list defects on the next page. *Please try to determine if a defect was present. If this information is unknown, this case cannot be included in the analysis.*

   2.2 **Outcome:** Check one box for outcome (live birth, spontaneous or induced abortion, or stillbirth). Required. For a fetal loss, provide details on page 4, section 4 of the form.

   2.3 **Date of Outcome:** Provide the date live birth or fetal loss occurred. Required.

   2.4 **Gender:** Provide the gender of the infant. Required for birth defect case.

   2.5 **Length:** Provide the length of the infant at birth (indicate "N/A" if not available). Required for birth defect cases.

   2.6 **Gestational Age:** Provide the gestational age at outcome. Required unless Date of Outcome is provided.

   2.7 **Birth Weight:** Provide the birth weight in grams (indicate "N/A" if not available). Required for birth defect cases.

   2.8 **Head Circumference:** Provide the infant's head circumference at birth (indicate "N/A" if not available). Required for birth defect cases.

3. **Birth Defects**

   1) List the structural birth defect(s) and 2) indicate if the defect, in your opinion, was attributed to the antiviral therapy ("yes", "no", or "unknown") and 3) if other factors might have contributed to this outcome. Required for birth defect cases.

4. **Fetal Loss (Stillbirth, Spontaneous or Induced Abortion)**

   List factors, other than the birth defects, that may have had an impact on the fetal loss.

## ANTIVIRAL THERAPY DURING PREGNANCY FORM

- **Course:** Enter the number of the course of treatment for each medication (i.e. if the patient received 2 courses of the same medication, list them separately and number each sequentially).
- **Med Code:** Indicate the code number from the list above. If it is a drug that is not listed, provide the name of the drug.
- **Total Daily Dose:** Provide the total daily dose with units (e.g., stavudine 80 mg, ZDV (IV) 650 mg).
- **Route:** Provide the code "1" for oral, "2" for IV, and "3" for subcutaneous (sub-Q).
- **Pt taking Meds at Conception?:** "1" if yes at conception, "2" if during pregnancy, "3" if unknown.
- **Gestation Week Course Began:** Indicate the gestation week (if unknown and a date the therapy began is available, that is sufficient) when treatment began.
- **Date Treatment Began:** Indicate the date therapy began for each course.
- **Gestation Week Calculated:** At times, we must contact providers when dates and gestation weeks provided are not consistent with the dates for LMP or EDD written on the Registration Form. To ensure that we are calculating from the same date and to save having to contact you, we have added a box for indicating how the gestation weeks were calculated.
- **Gestation Week or Date Therapy was Discontinued or if Continuing Following Delivery:** Provide date or gestation week or if therapy continues through and following delivery, check "ongoing" box. Be sure to check this field for therapies reported at Registration.

You will receive a copy of this form with the information as submitted at Registration. Please update and append any further therapy information on this form.

**Please write "unk" or "N/A" on the forms if any information is unknown or not applicable.**

The Registry is not designed to monitor all types of events that might occur during pregnancy, labor and delivery, or other neonatal or post-natal events other than defects. If such events occur the provider is encouraged to contact the manufacturer of the individual drug and/or FDA. FDA can be reached by faxing the information to 800-FDA-0178 or at http://www.fda.gov/medwatch/.

| | |
|---|---|
| **Phone Contact:** | US/Canada Phone: 800-258-4263 (Toll Free) or 910-256-0238 |
| | UK, Germany, France Phone: 00800-5913-1359 (Toll Free) |
| | International Phone: 910-256-0238 (US) or +32-2-714-5028 (Europe) |
| **Address:** | Research Park, 1011 Ashes Drive, Wilmington, NC 28405 |
| **Internet:** | www.APRegistry.com |

CONFIDENTIAL

**ANTIRETROVIRAL PREGNANCY REGISTRY
FOLLOW-UP FORM**

Fax to: 800-800-1052 (US, Canada)
910-256-0637 (International) or +32-2-714-5024 (Europe)
00800-5812-1658 (UK, Germany, France)

FOR OFFICE USE ONLY                                    (3)
Registry Patient ID _____  HCP ID _____
Date Case Closed ____ ____ ____  ☐ Phone
☐ Normal Outcome Verified

Patient (Log) ID: _____  *The Registry assigned, non-patient identifying patient ID number*

---

**1.  MATERNAL INFORMATION**

1.1  Is the patient enrolled in a clinical study? *(treatment or observational study)*   ☐ Yes   ☐ No   ☐ Unknown

If yes, provide the protocol number  _____

Was the clinical trial conducted in pregnant women?   ☐ Yes   ☐ No   ☐ Unknown

---

**2.  FETAL OUTCOME**

2.1  Birth Defect Noted?   ☐ Yes  *(If yes, list on page 4)*   ☐ No   ☐ Unknown

2.2  Outcome:   ☐ Live Infant

FOR REGISTRY USE ONLY
Baby ID: _____

☐ Abortion, Spontaneous
☐ Abortion, Induced          } *If a fetal loss, go to page 4: Defects (section 3)
and/or other factors that may have contributed to
the fetal loss (section 4)*
☐ Stillbirth

2.3  Date of Outcome: ____ ____ ____
                      M    D    Y

2.6  Gestational Age: _____ weeks

2.4  Gender: ☐ Male  ☐ Female

2.7  Birth Weight: _____ ☐ grams ☐ lbs/oz.

2.5  Length: _____ ☐ cm. ☐ in.

2.8  Head Circumference: _____ ☐ cm. ☐ in.

---

**NOTES:**
- If DEFECT or FETAL LOSS, go to page 4
- **Complete** the enclosed ANTIVIRAL THERAPY DURING PREGNANCY form.  The form includes the initial information provided to the Registry at registration.

---

**HEALTH CARE PROVIDER INFORMATION**

Name _____          Specialty _____

Address _____       Phone _____

_____               Fax _____

_____               Email _____

Alternate Contact _____

Provider's Signature _____   Date ____ ____ ____
                                                M    D    Y

Phone: (US, Canada) 800-258-4263 (Toll Free) or 910-256-0238
Phone: (International) 011-910-256-0238
Phone: (UK, Germany, France) 00800-5913-1359 (Toll Free)
Phone: (Europe): +32-2-714-5028
Internet: www.APRegistry.com
Address: Research Park, 1011 Ashes Drive, Wilmington, NC 28405

CONFIDENTIAL

Revised (March 2006)

**Antiretroviral Pregnancy Registry**
**Follow–up Form**

FOR OFFICE USE ONLY
Registry Patient ID _____                          (4)

Patient (Log) ID: _____    *The Registry assigned, non-patient identifying patient ID number*

**Complete this page ONLY if there is a <u>birth defect</u> or information on a <u>fetal loss</u> (stillbirth, spontaneous or induced abortion)**

| 3. BIRTH DEFECTS — *List birth defects below.* | | Was the defect attributed to antiviral therapy? <br> 1 = Yes <br> 2 = No <br> 3 = Unknown | Other factors that might contribute to this outcome <br> 1 = Maternal age <br> 2 = Unknown <br> 3 = Other, specify |
|---|---|---|---|
| | *Birth defect* <br> *(list birth defect)* | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| 4. FETAL LOSS (STILLBIRTH, SPONTANEOUS OR INDUCED ABORTION) <br> *List factors, other than birth defects, that may have had an impact on the fetal loss.* |
|---|
| 1. |
| 2. |
| 3. |
| 4. |

<u>Complete</u> the enclosed ANTIVIRAL THERAPY DURING PREGNANCY Form. The form includes the initial information provided to the Registry at registration.

Thank you for your participation in the Antiretroviral Pregnancy Registry

| Phone Contact: | US/Canada Phone: 800-258-4263 (Toll Free) or 910-256-0238 <br> UK, Germany, France Phone: 00800-5913-1359 (Toll Free) <br> International Phone: 910-256-0238 (US) or +32-2-714-5028 (Europe) | |
|---|---|---|
| Address: <br> Internet: | Research Park, 1011 Ashes Drive, Wilmington, NC 28405 <br> www.APRegistry.com | CONFIDENTIAL |

# REFERENCES

1. Centers for Disease Control and Prevention. Public Health Service task force recommendations for the use of antiretroviral drugs in pregnant women infected with HIV-1 for maternal health and for reducing perinatal HIV-1 transmission in the United States. MMWR 1998;47 (No. RR-2). Available from URL: http://www.cdc.gov/mmwr/PDF/RR/RR4702.pdf

2. Bulterys M, Nolan M, Jamieson D, et al. Advances in the prevention of mother-to-child HIV-1 transmission: current issues, future challenges. AIDScience Vol. 2, No. 4, February 28, 2002. Available from URL: http://www.aidscience.org/Articles/aidscience017.asp.

3. Clopper CJ, Pearson ES. The use of confidence or fiducial limits illustrated in the case of the binomial. Biometrika 1934;26:404-413.

4. Kleinbaum DG, Kupper LL, Morgenstern H. Epidemiologic research: Principles and quantitative methods. New York: Van Nostrand Reinhold Company; 1982.

5. Centers for Disease Control and Prevention. Metropolitan Atlanta Congenital Defects Program. Surveillance procedure manual and guide to computerized anomaly record. Atlanta (GA): US Department of Health and Human Services, Public Health Service; 1998. To obtain a copy of the MACDP Procedure Manual or Defect Code, send an email request to macdp@cdc.gov.

6. Correa-Villasenor A, Cragan J, Kucik J, O'Leary L, Siffel C, Williams L. The Metropolitan Atlanta Congenital Defects Program: 35 years of birth defects surveillance at the Centers for Disease Control and Prevention. Birth Defects Research (Part A) 2003; 67:617-624.

7. Mofenson LM, Lambert JS, Stiehm ER, et al. Risk factors for perinatal transmission of human immunodeficiency virus type 1 in women treated with zidovudine. N Engl J Med 1999;341:385-93.

8. Scheuerle A, Tilson H. Birth defect classification by organ system: A novel approach to heighten teratogenic signalling in a pregnancy registry. Pharmacoepidemiology and Drug Safety 2002;11:465-475.

9. European Collaborative Study. HIV-infected pregnant women and vertical transmission in Europe since 1986. AIDS 2001;15:761-70.

10. European Collaborative Study. Exposure to antiretroviral therapy in utero or early life: the health of uninfected children born to HIV-infected women. JAIDS 2003;32:380-7.

11. Newschaffer CJ, Cocroft J, Anderson CE, Hauck WW, Turner BJ. Prenatal zidovudine use and congenital anomalies in a Medicaid population. JAIDS 2000;24:249-56.

12. Jungmann EM, Mercey D, DeRuiter A, et al. Is first trimester exposure to the combination of antiretroviral therapy and folate antagonists a risk factor for congenital abnormalities? Sex Transm Inf 2001;77:441-3.

13. Simon T, Funke AM, Hero B, Reiser-Hartwig S, Fuhrmann U. Efficiency and side effects of antiretroviral treatment of HIV infected pregnant women. Zentralbl Gynakol 2002 Aug-Sep;124(8-9):413-7.

14. Lorenzi P, Spicher VM, Laubereau B, et al. Antiretroviral therapies in pregnancy: Maternal, fetal and neonatal effects. AIDS 1998;12(18):241-7.

15. Food and Drug Administration (FDA). Guidance for Industry: Establishing pregnancy exposure registries. Rockville (MD): US Department of Health and Human Services, Center for Drug Evaluation and Research and Center for Biologics Evaluation and Research; 2002. Available from URL: http://www.fda.gov/cber/gdlns/pregnancy.pdf.

16. Covington DL, Doi PA, Tilson H, APR Steering Committee. Antiretroviral Pregnancy Registry conforms with FDA Guidelines for Pregnancy Exposure Registries. Pharmacoepidemiology and Drug Safety 2003;12 (Supplement 1):S22.

17. International Society for Pharmacoepidemiology (ISPE). Guidelines for Good Pharmacoepidemiology Practices (GPP). August 2004. Available from URL: http://www.pharmacoepi.org/resources/goodprac.htm.

18. Department of Health and Human Services. Protecting Personal Health Information in Research: Understanding the HIPAA Privacy Rule. NIH Publication Number 03-5388. Available from URL: http://privacyruleandresearch.nih.gov.

19. Scheuerle A, Covington DL. Clinical Review Procedures for the Antiretroviral Pregnancy Registry. Pharmacoepidemiology and Drug Safety 2004;13:529-536.

20. Kline J, Stein Z, Susser M. Conception to birth: Epidemiology of prenatal development. New York: Oxford University Press; 1989.

21. Honein MA, Paulozzi LJ, Cragan JD, Correa A. Evaluation of selected characteristics of pregnancy drug registries. Teratology 1999;60:356-364.

22. Covington DL, Tilson H, Elder J, Doi PA, APR Steering Committee. Assessing teratogenicity of antiretroviral drugs: Monitoring and analysis plan of the Antiretroviral Pregnancy Registry. Pharmacoepidemiology and Drug Safety 2004;13:537-545.

23. British Pediatric Association (BPA) Classification of Diseases (1979) and the World Health Organization's International Classification of Diseases, 9th Revision, Clinical Modification (ICD-9-CM) (1979).

24. Watts DH, Covington DL, Beckerman K, Garcia P, Scheuerle A, Dominguez K, Ross B, Sacks S, Chavers S, Tilson HH. Assessing the risk of birth defects associated with antiretroviral exposure during pregnancy. Am J Obstet Gynecol 2004;191:985-992.

25. Food and Drug Administration (FDA). Guidance for IndustryGood Pharmacovigilance Practices and Pharmacoepidemiologic Assessment U.S. Department of Health and Human ServicesFood and Drug AdministrationCenter for Drug Evaluation and Research (CDER) Center for Biologics Evaluation and Research (CBER). Available from URL http://www.fda.gov/cder/guidance/index.htm.

## GLOSSARY AND ABBREVIATIONS

**Birth Defect** – A "birth defect" in this Registry 1) follows the CDC guidelines and is defined as any major structural malformation or chromosomal defect diagnosed or with signs/symptoms before six years of age, in addition 2) on a case by case basis, subject to independent review, any cluster of two or more conditional abnormalities, or 3) on a case by case basis, subject to independent review, any structural or chromosomal defect detected in the prenatal evaluation of a pregnancy or in the gross or pathologic examination of an abortus, fetus, or deceased infant. The Registry excludes birth defects attributed to prematurity itself (e.g., patent ductus arteriosus, patent foramen ovale, and inguinal hernias).

**Birth Outcome** – A birth outcome is defined as a live or stillborn infant, or a spontaneous or induced abortion $\geq$20 weeks gestation.

**Cirrhosis** – Liver disease that involves scarring and damage of the liver cells and interruption of the blood flow through the liver.

**Clinical Studies in Pregnancy** – Prospective reports of women exposed to one or more of the Registry drugs during the course of a clinical study conducted in pregnant women are included in the Registry.

**Compensated Liver Disease** – The liver is diseased or cirrhotic but is still functioning relatively normally.

**Corrected EDD** – Estimated date of delivery obtained by prenatal test (e.g., ultrasound)

**Decompensated Liver Disease** – The liver is damaged and is not functioning properly. The subject is getting constantly worse and may have repeated episodes of gastrointestinal bleeding, marked fluid retention in the abdomen (ascites), and episodic confusion.

**EDD** – Estimated date of delivery

**Entry Inhibitor** – Compound designed to disrupt the interactions between the HIV virus and the cell surface. These compounds can block or prevent binding to human cell surface receptors (CD4, CCR5, and CXCR4, for instance), or prevent fusion of the HIV virus to the cell. There are currently three types of HIV entry inhibitors being researched and they work at three key steps in the HIV entry process.

**Attachment Inhibitor** – The first step in the process of viral entry involves the interaction between HIV's external "viral envelope" and the area of the CD4 cells that allow HIV to bind and attach to the cell. Attachment inhibitors try to disrupt the process that leads to the next step in viral entry – coreceptor binding.

**Coreceptor Inhibitor** – Following the attachment step, a change in the "viral envelope" occurs that allows the virus to interact with parts of CD4 cells known as

coreceptors (e.g., CCR5, CXCR4). Coreceptor inhibitors act as antagonists and block binding to coreceptors on the cell surface.

Fusion Inhibitor – Once attachment and coreceptor binding have occurred, the HIV envelope then drives the "fusion" of the viral membrane with the CD4 cell membrane. Successful fusion of these membranes delivers into the cell the viral machinery required for a virus to replicate. Fusion inhibitors bind to envelope proteins and block the structural changes necessary for the virus to fuse with the host CD4 cell. When the virus cannot penetrate the host cell membrane and infect the cell, HIV replication within that host cell is prevented.

**Evaluable report** – An evaluable report is a case, confirmed by a Provider, containing at least the minimum criteria for a report, and is not lost to follow-up. Prospectively reported evaluable cases with known outcomes are included in the analysis for the Interim Report produced semi-annually. Also included in this group are reports where the patient is in a clinical study in pregnancy. However, these reports are evaluated separately.

**FDA** – Food and Drug Administration

**FI** – Fusion Inhibitor (Represented in this registry by enfuvirtide)

**HIPAA** – Health Insurance Portability and Accountability Act

**LMP** – Last menstrual period

**Lost to follow-up** – A prospective report where follow-up information on the outcome (live birth, fetal loss) is never obtained, is unavailable, and/or where the indication of a defect is designated as "unknown" is considered "lost to follow-up".

**MACDP (The Metropolitan Atlanta Congenital Defects Program)** – A program that monitors all major birth defects in five counties of the metropolitan Atlanta area (Clayton, Cobb, DeKalb, Fulton, and Gwinnett) with approximately 50,000 annual births from a population of about 2.9 million. MACDP acts as the model for many state-based programs and as a resource for the development of uniform methods and approaches to birth defect surveillance.

**NNRTI** – Non-nucleoside analog reverse transcriptase inhibitor (Represented in this Registry by delavirdine, efavirenz, nevirapine.)

**NRTI** – Nucleoside analog reverse transcriptase inhibitor (Represented in this Registry by abacavir, didanosine, emtricitabine, enfuvirtide, lamivudine, stavudine, zalcitabine, zidovudine.)

**NtRTI** – Nucleotide analog reverse transcriptase inhibitor (Represented in this Registry by adefovir dipivoxil, tenofovir disoproxil fumarate)

**PI** – Protease inhibitor (Represented in this Registry by amprenavir, atazanavir, fosamprenavir calcium, indinavir, nelfinavir, ritonavir, saquinavir, tipranavir.)

**Pregnancy Category A –** <u>Controlled studies show no risk:</u> Adequate, well-controlled studies in pregnant women failed to demonstrate risk to the fetus.

**Pregnancy Category B –** <u>No evidence of risk in humans:</u> Either animal findings show risk, but human findings do not; or, if no adequate human studies have been done, animal findings are negative.

**Pregnancy Category C –** <u>Risk cannot be ruled out:</u> Human studies are lacking, and animal studies are either positive for fetal risk, or lacking as well. However, potential benefits may justify the potential risk.

**Pregnancy Category D –** <u>Positive evidence of risk:</u> Investigational or postmarketing data show risk to the fetus. Nevertheless, potential benefits may outweigh the potential risk.

**Pregnancy Category X –** <u>Contraindicated in pregnancy:</u> Studies in animals or humans, or investigational or postmarketing reports, have shown fetal risk which clearly outweighs any possible benefit to the patient.

**Premature Birth –** An infant at outcome <36 weeks gestational age or if gestational age not available, weighing <2500 gms as defined by CDC's criteria in the MACDP manual.

**Prospective report –** Any report of a pregnancy exposure to a Registry antiretroviral drug(s) reported before the outcome of pregnancy is known.

**Retrospective report –** Any report of a pregnancy exposure to a Registry antiretroviral drug reported after the outcome or perceived outcome of the pregnancy is known (i.e., if the results of a prenatal test indicate a birth defect).

**Spontaneous Abortion –** A fetal loss occurring <20 weeks gestation.

**Stillbirth –** A fetal death occurring $\geq$20 weeks gestation, the fetus weighs 500 gms or more, or is designated as such by the reporter.

**Temporality Assessment –** The determination of the probable association or non-association of the timing of the maternal antiretroviral exposure in pregnancy relative to the probable timing of organogenesis of a defect.

# APPENDICES

## Appendix A: Summary of Treatment Regimens

**Taken During the Trimester of Earliest Exposure by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| Pregnancies Enrolled | 2392 | 2550 | 887 | 5829 |
| 3TC & NFV & ZDV | 315 | 794 | 240 | 1349 |
| 3TC & NVP & ZDV | 234 | 493 | 159 | 886 |
| ZDV | 135 | 283 | 174 | 592 |
| 3TC & ZDV | 150 | 259 | 68 | 477 |
| ABC & 3TC & ZDV | 128 | 241 | 79 | 448 |
| 3TC & LPV/RTV & ZDV | 41 | 145 | 44 | 230 |
| IDV & 3TC & ZDV | 97 | 35 | 9 | 141 |
| 3TC & NFV & d4T | 69 | 8 | 0 | 77 |
| EFV & 3TC & ZDV | 56 | 0 | 4 | 60 |
| 3TC & NVP & d4T | 48 | 3 | 7 | 58 |
| 3TC & NFV & NVP & ZDV | 11 | 24 | 7 | 42 |
| ABC & 3TC & NVP & ZDV | 17 | 13 | 10 | 40 |
| 3TC | 29 | 4 | 0 | 33 |
| ddI & NFV & d4T | 28 | 3 | 1 | 32 |
| ABC & 3TC & LPV/RTV & ZDV | 12 | 13 | 5 | 30 |
| EFV & 3TC & NVP & ZDV | 26 | 0 | 0 | 26 |
| 3TC & RTV & SQV & ZDV | 6 | 11 | 8 | 25 |
| EFV & 3TC & d4T | 25 | 0 | 0 | 25 |
| IDV & 3TC & d4T | 24 | 1 | 0 | 25 |
| 3TC & SQV & ZDV | 17 | 3 | 3 | 23 |
| ddI & NFV & ZDV | 10 | 9 | 4 | 23 |
| 3TC & d4T | 20 | 2 | 0 | 22 |
| IDV | 20 | 2 | 0 | 22 |
| ABC & 3TC & NFV & ZDV | 11 | 9 | 1 | 21 |
| ABC & 3TC & TDF & ZDV | 13 | 5 | 2 | 20 |
| 3TC & TDF & ZDV | 5 | 6 | 6 | 17 |
| EFV & 3TC & NFV & ZDV | 17 | 0 | 0 | 17 |
| ddC & ZDV | 17 | 0 | 0 | 17 |
| 3TC & LPV/RTV & TDF & ZDV | 9 | 4 | 3 | 16 |
| ADV | 16 | 0 | 0 | 16 |
| SQV & 3TC & ZDV | 9 | 5 | 2 | 16 |
| ddI & NVP & d4T | 11 | 5 | 0 | 16 |
| ddI & ZDV | 7 | 7 | 1 | 15 |
| NVP & ZDV | 0 | 0 | 14 | 14 |
| 3TC & NVP & TDF | 12 | 1 | 0 | 13 |
| 3TC & NVP & d4T & ZDV | 4 | 7 | 2 | 13 |
| 3TC & LPV/RTV & d4T | 11 | 1 | 0 | 12 |
| ABC & EFV & 3TC & ZDV | 12 | 0 | 0 | 12 |
| ABC & 3TC & NVP | 10 | 1 | 0 | 11 |
| EFV | 11 | 0 | 0 | 11 |
| 3TC & NFV & TDF & ZDV | 3 | 6 | 1 | 10 |
| 3TC & NFV & d4T & ZDV | 6 | 2 | 2 | 10 |
| 3TC & RTV & ZDV | 7 | 3 | 0 | 10 |
| ABC & 3TC & d4T | 9 | 1 | 0 | 10 |
| ddI & 3TC & ZDV | 4 | 6 | 0 | 10 |
| 3TC & LPV/RTV & NFV & ZDV | 2 | 6 | 1 | 9 |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddC=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disoproxil fumarate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 :: w:_tables.sas... (Jelder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| 3TC & LPV/RTV & NVP & ZDV | 0 | 5 | 4 | 9 |
| EFV & 3TC & TDF | 9 | 0 | 0 | 9 |
| ddI & NVP & ZDV | 6 | 2 | 1 | 9 |
| 3TC & LPV/RTV & TDF | 7 | 1 | 0 | 8 |
| ABC & EFV & 3TC | 8 | 0 | 0 | 8 |
| ABC & EFV & d4T | 8 | 0 | 0 | 8 |
| IDV & 3TC & RTV & ZDV | 4 | 4 | 0 | 8 |
| IDV & 3TC & RTV & d4T | 8 | 0 | 0 | 8 |
| SQV & ddC & ZDV | 8 | 0 | 0 | 8 |
| ddC | 8 | 0 | 0 | 8 |
| ddI & EFV & d4T | 7 | 1 | 0 | 8 |
| ddI & LPV/RTV & TDF | 7 | 0 | 0 | 7 |
| ABC & FOS & 3TC & RTV | 7 | 0 | 0 | 7 |
| ABC & SQV & d4T | 7 | 0 | 0 | 7 |
| SQV | 7 | 0 | 0 | 7 |
| SQV & 3TC & RTV & TDF | 7 | 0 | 0 | 7 |
| TDF | 7 | 0 | 0 | 7 |
| d4T | 5 | 1 | 0 | 6 |
| 3TC & RTV & SQV & d4T | 4 | 2 | 0 | 6 |
| ABC & 3TC & NFV | 6 | 0 | 0 | 6 |
| EFV & 3TC & NFV & d4T | 6 | 0 | 0 | 6 |
| EFV & IDV | 6 | 0 | 0 | 6 |
| SQV & ZDV | 6 | 0 | 0 | 6 |
| SQV & d4T | 5 | 0 | 1 | 6 |
| ddI | 4 | 2 | 0 | 6 |
| ddI & 3TC & NVP | 6 | 0 | 0 | 6 |
| ddI & IDV & d4T | 2 | 3 | 1 | 6 |
| ddI & LPV/RTV & d4T | 3 | 2 | 0 | 5 |
| ddI & SQV & ZDV | 4 | 1 | 0 | 5 |
| 3TC & NFV & NVP & d4T & ZDV | 3 | 0 | 2 | 5 |
| 3TC & NFV & TDF | 4 | 1 | 0 | 5 |
| 3TC & NVP & TDF & ZDV | 2 | 1 | 2 | 5 |
| ABC & 3TC & LPV/RTV | 4 | 1 | 0 | 5 |
| ABC & LPV/RTV & TDF | 2 | 2 | 1 | 5 |
| ABC & NVP & d4T | 5 | 0 | 0 | 5 |
| EFV & 3TC & LPV/RTV & ZDV | 5 | 0 | 0 | 5 |
| EFV & 3TC & NVP & d4T | 3 | 1 | 1 | 5 |
| IDV & 3TC & NFV & ZDV | 3 | 2 | 0 | 5 |
| LPV/RTV & TDF & ZDV | 3 | 1 | 1 | 5 |
| NFV | 4 | 1 | 0 | 5 |
| SQV & FTC & RTV & TDF | 3 | 2 | 0 | 5 |
| ddI & 3TC & LPV/RTV | 2 | 0 | 3 | 5 |
| ddI & 3TC & NFV | 5 | 0 | 1 | 5 |
| ddI & 3TC & NFV & d4T & ZDV | 4 | 1 | 0 | 5 |
| ddI & 3TC & NVP & d4T & ZDV | 5 | 0 | 0 | 5 |
| ddI & EFV & NVP & d4T | 1 | 2 | 1 | 4 |
| 3TC & NFV | 4 | 0 | 0 | 4 |
| 3TC & NFV & SQV & d4T | 3 | 1 | 0 | 4 |
| ABC & 3TC & LPV/RTV & TDF | 4 | 0 | 0 | 4 |
| ABC & FOS & 3TC | 3 | 1 | 0 | 4 |
| ABC & NFV & TDF | 4 | 0 | 0 | 4 |
| ABC & NFV & d4T | 3 | 1 | 0 | 4 |
| ABC & NVP & ZDV | 2 | 2 | 0 | 4 |
| ABC & SQV & 3TC & ZDV | | | | |

---

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddC=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disporoxil fumarate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 :: w:_tables.sas... (JElder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| ABC & ddI & NFV | 4 | 0 | 0 | 4 |
| EFV & SQV & TDF | 4 | 0 | 0 | 4 |
| IDV & 3TC & d4T & ZDV | 4 | 0 | 0 | 4 |
| IDV & ZDV | 1 | 3 | 0 | 4 |
| LPV/RTV | 4 | 0 | 0 | 4 |
| LPV/RTV & d4T & TDF | 1 | 2 | 1 | 4 |
| NVP & TDF & ZDV | 4 | 0 | 0 | 4 |
| SQV & 3TC & NVP & d4T | 4 | 0 | 0 | 4 |
| SQV & 3TC & d4T | 3 | 1 | 0 | 4 |
| ddI & 3TC & LPV/RTV & ZDV | 0 | 4 | 0 | 4 |
| ddI & LPV/RTV & ZDV | 1 | 1 | 1 | 3 |
| 3TC & LPV/RTV & d4T & ZDV | 3 | 0 | 0 | 3 |
| 3TC & SQV & d4T | 3 | 0 | 0 | 3 |
| 3TC & TDF | 2 | 1 | 0 | 3 |
| ABC & 3TC & LPV/RTV & TDF & ZDV | 2 | 0 | 1 | 3 |
| ABC & 3TC & NFV & NVP & ZDV | 2 | 1 | 0 | 3 |
| ABC & IDV & 3TC & ZDV | 2 | 1 | 0 | 3 |
| ABC & LPV/RTV & d4T | 3 | 0 | 0 | 3 |
| ABC & ddI & T20 & FOS & 3TC & TDF | 3 | 0 | 0 | 3 |
| APV & 3TC & d4T | 3 | 0 | 0 | 3 |
| EFV & 3TC & NFV & d4T & ZDV | 1 | 2 | 0 | 3 |
| IDV & 3TC & NVP & ZDV | 3 | 0 | 0 | 3 |
| IDV & d4T & ZDV | 3 | 0 | 0 | 3 |
| SQV & NVP & d4T | 3 | 0 | 0 | 3 |
| SQV & ddI & RTV & TDF | 1 | 2 | 0 | 3 |
| ddI & 3TC & TDF | 3 | 0 | 0 | 3 |
| ddI & LPV/RTV & NVP | 3 | 0 | 0 | 3 |
| ddI & NFV & NVP | 3 | 0 | 0 | 3 |
| 3TC & LPV/RTV & NFV & TDF | 2 | 0 | 0 | 2 |
| 3TC & LPV/RTV & NFV & TDF & ZDV | 0 | 2 | 0 | 2 |
| 3TC & LPV/RTV & NVP & TDF & ZDV | 1 | 0 | 1 | 2 |
| 3TC & LPV/RTV & NVP & d4T | 2 | 0 | 0 | 2 |
| 3TC & LPV/RTV & d4T & TDF | 2 | 0 | 0 | 2 |
| 3TC & NFV & RTV & SQV & ZDV | 1 | 1 | 0 | 2 |
| 3TC & NFV & SQV & ZDV | 2 | 0 | 0 | 2 |
| 3TC & NFV & ddC & ZDV | 1 | 1 | 0 | 2 |
| 3TC & NVP & RTV & SQV & ZDV | 1 | 0 | 1 | 2 |
| 3TC & RTV & SQV | 2 | 0 | 0 | 2 |
| ABC & 3TC & LPV/RTV & d4T | 2 | 0 | 0 | 2 |
| ABC & 3TC & NVP & d4T | 1 | 1 | 0 | 2 |
| ABC & 3TC & TDF | 2 | 0 | 0 | 2 |
| ABC & 3TC & d4T & ZDV | 1 | 1 | 0 | 2 |
| ABC & EFV & 3TC & NFV & ZDV | 2 | 0 | 0 | 2 |
| ABC & EFV & NVP & d4T | 2 | 0 | 0 | 2 |
| ABC & IDV & 3TC & RTV & ZDV | 2 | 0 | 0 | 2 |
| ABC & NVP & TDF | 2 | 0 | 0 | 2 |
| ABC & SQV & 3TC & RTV | 2 | 0 | 0 | 2 |
| ABC & SQV & 3TC & RTV & ZDV | 2 | 0 | 0 | 2 |
| ABC & SQV & ddI & RTV | 2 | 0 | 0 | 2 |
| ABC & d4T | 2 | 0 | 0 | 2 |
| ABC & ddI & LPV/RTV | 2 | 0 | 0 | 2 |
| ABC & ddI & NVP | 2 | 0 | 0 | 2 |
| ABC & ddI & NVP & d4T | 2 | 0 | 0 | 2 |
| ABC & ddI & d4T | 2 | 0 | 0 | 2 |
| EFV & 3TC & NFV & NVP & ZDV | 2 | 0 | 0 | 2 |
| EFV & 3TC & NFV & TDF & ZDV | 2 | 0 | 0 | 2 |
| EFV & 3TC & TDF & ZDV | 2 | 0 | 0 | 2 |
| EFV & FTC & TDF | 2 | 0 | 0 | 2 |
| EFV & SQV & 3TC & NFV & TDF & ZDV | 2 | 0 | 0 | 2 |
| FOS & 3TC & RTV & ZDV | 2 | 0 | 0 | 2 |
| FOS & 3TC & ZDV | 1 | 0 | 1 | 2 |
| FTC & 3TC & LPV/RTV & TDF | 2 | 0 | 0 | 2 |
| IDV & 3TC & NFV & d4T & ZDV | 0 | 2 | 0 | 2 |
| IDV & 3TC & NVP & RTV & ZDV | 2 | 0 | 0 | 2 |
| IDV & 3TC & RTV & d4T & ZDV | 2 | 0 | 0 | 2 |
| IDV & NVP & ZDV | 1 | 1 | 0 | 2 |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddC=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disproxil fumatrate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

Appendix A (cont.)
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| IDV & NVP & d4T | 1 | 1 | 0 | 2 |
| LPV/RTV & NVP | 1 | 1 | 0 | 2 |
| LPV/RTV & ZDV | 0 | 2 | 0 | 2 |
| NFV & NVP & ZDV | 0 | 2 | 0 | 2 |
| NVP | 0 | 0 | 2 | 2 |
| RTV & SQV | 2 | 0 | 0 | 2 |
| RTV & SQV & d4T | 2 | 0 | 0 | 2 |
| SQV & 3TC & RTV & ZDV | 2 | 0 | 0 | 2 |
| SQV & FTC & TDF | 1 | 1 | 0 | 2 |
| SQV & RTV & TDF & ZDV | 2 | 0 | 0 | 2 |
| SQV & ddI & d4T | 2 | 0 | 0 | 2 |
| ddI & 3TC | 2 | 0 | 0 | 2 |
| ddI & 3TC & LPV/RTV & NFV & d4T | 2 | 0 | 0 | 2 |
| ddI & 3TC & LPV/RTV & TDF | 2 | 0 | 0 | 2 |
| ddI & 3TC & LPV/RTV & TDF & ZDV | 0 | 1 | 1 | 2 |
| ddI & 3TC & NVP & ZDV | 2 | 0 | 0 | 2 |
| ddI & 3TC & RTV & SQV & d4T & ZDV | 1 | 1 | 0 | 2 |
| ddI & 3TC & SQV & d4T & ZDV | 1 | 0 | 1 | 2 |
| ddI & 3TC & d4T & ZDV | 2 | 0 | 0 | 2 |
| ddI & EFV & 3TC | 2 | 0 | 0 | 2 |
| ddI & EFV & 3TC & NFV & d4T & ZDV | 2 | 0 | 0 | 2 |
| ddI & EFV & NFV & d4T | 2 | 0 | 0 | 2 |
| ddI & EFV & SQV | 2 | 0 | 0 | 2 |
| ddI & FOS & RTV & TDF | 1 | 1 | 0 | 2 |
| ddI & NFV | 1 | 0 | 1 | 2 |
| ddI & NFV & d4T & ZDV | 2 | 0 | 0 | 2 |
| ddI & d4T | 2 | 0 | 0 | 2 |
| 3TC & LPV/RTV | 1 | 0 | 0 | 1 |
| 3TC & LPV/RTV & NFV & NVP & ZDV | 0 | 1 | 0 | 1 |
| 3TC & LPV/RTV & NVP & TDF | 1 | 0 | 0 | 1 |
| 3TC & LPV/RTV & NVP & d4T & ZDV | 0 | 0 | 1 | 1 |
| 3TC & LPV/RTV & RTV | 1 | 0 | 0 | 1 |
| 3TC & LPV/RTV & SQV & d4T | 1 | 0 | 0 | 1 |
| 3TC & NFV & NVP | 1 | 0 | 0 | 1 |
| 3TC & NFV & NVP & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NFV & NVP & TDF & ZDV | 0 | 1 | 0 | 1 |
| 3TC & NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| 3TC & NFV & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NVP & RTV & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NVP & RTV & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NVP & SQV & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NVP & SQV & d4T & TDF & ZDV | 1 | 0 | 0 | 1 |
| 3TC & NVP & d4T & TDF | 1 | 0 | 0 | 1 |
| 3TC & RTV & SQV & TDF | 0 | 1 | 0 | 1 |
| 3TC & RTV & SQV & TDF & ZDV | 0 | 1 | 0 | 1 |
| 3TC & RTV & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & RTV & d4T | 1 | 0 | 0 | 1 |
| 3TC & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| 3TC & d4T & ddC & ZDV | 1 | 0 | 0 | 1 |
| 3TC & ddC & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC | 1 | 0 | 0 | 1 |
| ABC & 3TC & LPV/RTV & NFV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & LPV/RTV & NVP & SQV & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & LPV/RTV & RTV & SQV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & LPV/RTV & RTV & SQV & ZDV | 0 | 1 | 0 | 1 |
| ABC & 3TC & LPV/RTV & d4T & TDF | 1 | 0 | 0 | 1 |
| ABC & 3TC & LPV/RTV & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & NFV & NVP & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & NFV & RTV & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & NFV & TDF & ZDV | 0 | 0 | 1 | 1 |
| ABC & 3TC & NFV & d4T | 1 | 0 | 0 | 1 |
| ABC & 3TC & NFV & d4T & TDF | 1 | 0 | 0 | 1 |
| ABC & 3TC & NFV & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & 3TC & NVP & d4T & TDF & ZDV | 0 | 1 | 0 | 1 |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddc=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disproxil fumarate, TVD=viread/lamivudine,
TZV=abacavir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| ABC & 3TC & RTV & SQV | 1 | 0 | 0 | 1 |
| ABC & 3TC & RTV & SQV & ZDV | 0 | 1 | 0 | 1 |
| ABC & 3TC & d4T & TDF | 1 | 0 | 0 | 1 |
| ABC & APV & 3TC & LPV/RTV & NVP & TDF & ZDV | 0 | 1 | 0 | 1 |
| ABC & APV & 3TC & RTV | 1 | 0 | 0 | 1 |
| ABC & APV & FOS & 3TC | 1 | 0 | 0 | 1 |
| ABC & APV & RTV & TDF | 1 | 0 | 0 | 1 |
| ABC & APV & RTV & d4T | 1 | 0 | 0 | 1 |
| ABC & APV & ddI & IDV & 3TC & RTV & ZDV | 1 | 0 | 0 | 1 |
| ABC & APV & ddI & RTV | 1 | 0 | 0 | 1 |
| ABC & APV & ddI & RTV & d4T | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & LPV/RTV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & LPV/RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & NFV & d4T | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & NVP | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & NVP & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & NVP & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & FOS & 3TC & RTV & ZDV | 1 | 0 | 0 | 1 |
| ABC & EFV & IDV | 1 | 0 | 0 | 1 |
| ABC & EFV & NFV & NVP | 1 | 0 | 0 | 1 |
| ABC & EFV & NFV & ZDV | 1 | 0 | 0 | 1 |
| ABC & FOS & 3TC & LPV/RTV | 1 | 0 | 0 | 1 |
| ABC & FOS & 3TC & TDF | 1 | 0 | 0 | 1 |
| ABC & FOS & 3TC & ZDV | 1 | 0 | 0 | 1 |
| ABC & IDV & 3TC & NFV & NVP & RTV & ZDV | 1 | 0 | 0 | 1 |
| ABC & IDV & 3TC & RTV & d4T | 0 | 0 | 1 | 1 |
| ABC & IDV & RTV & d4T | 1 | 0 | 0 | 1 |
| ABC & IDV & ZDV | 1 | 0 | 0 | 1 |
| ABC & IDV & d4T | 1 | 0 | 0 | 1 |
| ABC & LPV/RTV & NFV & TDF | 1 | 0 | 0 | 1 |
| ABC & LPV/RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & NFV & NVP | 1 | 0 | 0 | 1 |
| ABC & NFV & NVP & TDF | 1 | 0 | 0 | 1 |
| ABC & NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| ABC & NFV & SQV | 1 | 0 | 0 | 1 |
| ABC & NFV & ZDV | 0 | 1 | 0 | 1 |
| ABC & NVP | 1 | 0 | 0 | 1 |
| ABC & SQV | 0 | 1 | 0 | 1 |
| ABC & SQV & 3TC & LPV/RTV & RTV | 0 | 1 | 0 | 1 |
| ABC & SQV & NVP & RTV & SQV & ZDV | 0 | 1 | 0 | 1 |
| ABC & SQV & RTV & d4T | 1 | 0 | 0 | 1 |
| ABC & SQV & TDF | 1 | 0 | 0 | 1 |
| ABC & SQV & ZDV | 1 | 0 | 0 | 1 |
| ABC & SQV & ddI | 1 | 0 | 0 | 1 |
| ABC & SQV & ddI & EFV | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC & LPV/RTV & NFV & TDF & ZDV | 0 | 1 | 0 | 1 |
| ABC & ddI & 3TC & LPV/RTV & d4T & ZDV | 0 | 1 | 0 | 1 |
| ABC & ddI & 3TC & NFV & NVP & d4T & ZDV | 0 | 1 | 0 | 1 |
| ABC & ddI & 3TC & NFV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC & NFV & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC & NFV & d4T | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC & NFV & d4T & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & 3TC & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & EFV | 1 | 0 | 0 | 1 |
| ABC & ddI & EFV & 3TC & NFV & d4T & TDF | 1 | 0 | 0 | 1 |
| ABC & ddI & EFV & NVP | 1 | 0 | 0 | 1 |
| ABC & ddI & EFV & d4T | 1 | 0 | 0 | 1 |
| ABC & ddI & FOS & 3TC & LPV/RTV | 1 | 0 | 0 | 1 |
| ABC & ddI & IDV & LPV/RTV | 1 | 0 | 0 | 1 |
| ABC & ddI & LPV/RTV & NFV & NVP & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & LPV/RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ABC & ddI & NFV & d4T | 1 | 0 | 0 | 1 |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddc=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disproxil fumarate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:58:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| ABC & ddI & NVP & TDF | 1 | 0 | 0 | 1 |
| ABC & ddI & NVP & ZDV | 0 | 1 | 0 | 1 |
| ABC & ddI & NVP & ddC | 1 | 0 | 0 | 1 |
| ABC & ddI & ZDV | 0 | 1 | 0 | 1 |
| ADV & 3TC | 1 | 0 | 0 | 1 |
| ADV & EFV & IDV | 0 | 0 | 0 | 1 |
| APV & 3TC & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| APV & 3TC & RTV & ZDV | 1 | 0 | 0 | 1 |
| APV & 3TC & RTV & d4T & ZDV | 1 | 0 | 0 | 1 |
| APV & EFV & 3TC & RTV & ZDV | 1 | 0 | 0 | 1 |
| APV & EFV & NFV & NVP & d4T & ddC | 1 | 0 | 0 | 1 |
| APV & FOS & 3TC & RTV & TDF | 1 | 0 | 0 | 1 |
| APV & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| APV & NFV & d4T | 1 | 0 | 0 | 1 |
| APV & NVP & d4T & ZDV | 1 | 0 | 0 | 1 |
| APV & RTV | 1 | 0 | 0 | 1 |
| APV & RTV & SQV | 1 | 0 | 0 | 1 |
| APV & ddI & 3TC & RTV | 1 | 0 | 0 | 1 |
| APV & ddI & 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| APV & ddI & LPV/RTV | 1 | 0 | 0 | 1 |
| APV & ddI & RTV & d4T | 1 | 0 | 0 | 1 |
| APV & ddI & d4T | 1 | 0 | 0 | 1 |
| EFV & 3TC & LPV/RTV | 1 | 0 | 0 | 1 |
| EFV & 3TC & LPV/RTV & NVP & ZDV | 1 | 0 | 0 | 1 |
| EFV & 3TC & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| EFV & 3TC & NFV | 1 | 0 | 0 | 1 |
| EFV & 3TC & NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| EFV & 3TC & NFV & d4T & TDF | 1 | 0 | 0 | 1 |
| EFV & 3TC & NVP & RTV & TPV | 1 | 0 | 0 | 1 |
| EFV & 3TC & RTV & SQV & ZDV | 1 | 0 | 0 | 1 |
| EFV & 3TC & d4T & TDF & ZDV | 1 | 0 | 0 | 1 |
| EFV & IDV & 3TC & d4T | 1 | 0 | 0 | 1 |
| EFV & IDV & 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| EFV & LPV/RTV & NVP & d4T & TDF | 1 | 0 | 0 | 1 |
| EFV & LPV/RTV & d4T | 1 | 0 | 0 | 1 |
| EFV & NFV | 1 | 0 | 0 | 1 |
| EFV & NFV & d4T | 1 | 0 | 0 | 1 |
| EFV & NVP | 1 | 0 | 0 | 1 |
| EFV & NVP & RTV & SQV | 1 | 0 | 0 | 1 |
| EFV & NVP & d4T | 1 | 0 | 0 | 1 |
| EFV & SQV & 3TC & LPV/RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| EFV & SQV & 3TC & d4T | 1 | 0 | 0 | 1 |
| EFV & SQV & NVP & TDF | 1 | 0 | 0 | 1 |
| EFV & SQV & d4T | 1 | 0 | 0 | 1 |
| EFV & ZDV | 1 | 0 | 0 | 1 |
| FOS & 3TC & RTV & TDF | 0 | 0 | 1 | 1 |
| FOS & 3TC & RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| FOS & RTV | 1 | 0 | 0 | 1 |
| FOS & SQV | 1 | 0 | 0 | 1 |
| FTC & 3TC & LPV/RTV & NFV & TDF & ZDV | 0 | 0 | 1 | 1 |
| FTC & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| FTC & NFV & TDF & ZDV | 0 | 1 | 0 | 1 |
| IDV & 3TC | 1 | 0 | 0 | 1 |
| IDV & 3TC & LPV/RTV & RTV & d4T & TDF & ZDV | 1 | 0 | 0 | 1 |
| IDV & 3TC & NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| IDV & 3TC & NFV & d4T | 1 | 0 | 0 | 1 |
| IDV & 3TC & NVP & RTV & d4T & ZDV | 1 | 0 | 0 | 1 |
| IDV & 3TC & SQV & d4T & ZDV | 1 | 0 | 0 | 1 |
| IDV & 3TC & d4T & ddC | 1 | 0 | 0 | 1 |
| IDV & 3TC & ddC & ZDV | 1 | 0 | 0 | 1 |
| IDV & LPV/RTV & RTV & d4T & TDF | 1 | 0 | 0 | 1 |
| IDV & NFV & NVP & ddC & ZDV | 1 | 0 | 0 | 1 |
| IDV & RTV & d4T | 1 | 0 | 0 | 1 |
| IDV & RTV & d4T & TDF | 1 | 0 | 0 | 1 |
| IDV & d4T | 1 | 0 | 0 | 1 |
| IDV & d4T & ddC | 1 | 0 | 0 | 1 |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddc=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disoproxil fumatrate, TVD=viread/lamivudine,
TZV=abacavir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| IDV & ddC & ZDV | 1 | 0 | 0 | 1 |
| LPV/RTV & NVP & TDF | 1 | 0 | 0 | 1 |
| LPV/RTV & NVP & d4T | 0 | 1 | 0 | 1 |
| LPV/RTV & RTV & SQV & d4T | 1 | 0 | 0 | 1 |
| LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| LPV/RTV & d4T & TDF & ZDV | 0 | 1 | 0 | 1 |
| LPV/RTV & d4T & ddC | 1 | 0 | 0 | 1 |
| N/A | 1 | 0 | 0 | 1 |
| NFV & NVP | 1 | 0 | 0 | 1 |
| NFV & NVP & SQV | 1 | 0 | 0 | 1 |
| NFV & NVP & SQV & ddC & ZDV | 0 | 1 | 0 | 1 |
| NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| NFV & SQV & d4T | 1 | 0 | 0 | 1 |
| NFV & TDF & ZDV | 0 | 1 | 0 | 1 |
| NFV & ZDV | 1 | 0 | 0 | 1 |
| NFV & d4T | 0 | 1 | 0 | 1 |
| NFV & d4T & TDF | 0 | 1 | 0 | 1 |
| NFV & d4T & ddC | 1 | 0 | 0 | 1 |
| NVP & RTV & SQV | 1 | 0 | 0 | 1 |
| NVP & RTV & SQV & ZDV | 1 | 0 | 0 | 1 |
| NVP & SQV & d4T | 1 | 0 | 0 | 1 |
| NVP & TDF | 1 | 0 | 0 | 1 |
| NVP & d4T & TDF & ZDV | 0 | 1 | 0 | 1 |
| NVP & ddC & ZDV | 1 | 0 | 0 | 1 |
| RTV & SQV & ddC | 0 | 1 | 0 | 1 |
| SQV & 3TC & LPV/RTV & RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & LPV/RTV & RTV & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & LPV/RTV & d4T & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & NFV & RTV & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & NFV & SQV & ZDV | 0 | 1 | 0 | 1 |
| SQV & 3TC & NFV & ZDV | 0 | 1 | 0 | 1 |
| SQV & 3TC & NVP & TDF & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| SQV & 3TC & RTV & d4T | 1 | 0 | 0 | 1 |
| SQV & 3TC & SQV | 1 | 0 | 0 | 1 |
| SQV & EFV & 3TC & RTV & TDF & ZDV | 1 | 0 | 0 | 1 |
| SQV & EFV & 3TC & ZDV | 1 | 0 | 0 | 1 |
| SQV & IDV & 3TC & RTV & ZDV | 0 | 0 | 1 | 1 |
| SQV & LPV/RTV & NVP & TDF & ZDV | 0 | 0 | 1 | 1 |
| SQV & LPV/RTV & RTV & TDF & ZDV | 0 | 1 | 0 | 1 |
| SQV & NFV & TDF | 1 | 0 | 0 | 1 |
| SQV & NFV & d4T | 1 | 0 | 0 | 1 |
| SQV & SQV & 3TC & NFV & TDF & ZDV | 1 | 0 | 0 | 1 |
| SQV & SQV & LPV/RTV & RTV & TDF | 1 | 0 | 0 | 1 |
| SQV & SQV & RTV & TDF | 0 | 1 | 0 | 1 |
| SQV & SQV & TDF | 1 | 0 | 0 | 1 |
| SQV & T20 & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| SQV & d4T & ddC | 1 | 0 | 0 | 1 |
| SQV & ddI & 3TC & NFV & ZDV | 1 | 0 | 0 | 1 |
| SQV & ddI & 3TC & RTV | 0 | 1 | 0 | 1 |
| SQV & ddI & 3TC & TDF | 1 | 0 | 0 | 1 |
| SQV & ddI & EFV & NVP & RTV | 0 | 1 | 0 | 1 |
| SQV & ddI & LPV/RTV | 1 | 0 | 0 | 1 |
| SQV & ddI & LPV/RTV & TDF | 1 | 0 | 0 | 1 |
| SQV & ddI & NFV | 1 | 0 | 0 | 1 |
| d4T & ZDV | 1 | 0 | 0 | 1 |
| ddI & 3TC & LPV/RTV & NVP & TDF & ZDV | 1 | 0 | 0 | 1 |
| ddI & 3TC & NFV & NVP | 1 | 0 | 0 | 1 |
| ddI & 3TC & NFV & NVP & ZDV | 1 | 0 | 0 | 1 |
| ddI & 3TC & NFV & NVP & d4T | 0 | 1 | 0 | 1 |
| ddI & 3TC & NFV & ZDV | 1 | 0 | 0 | 1 |
| ddI & 3TC & NVP & RTV & d4T | 1 | 0 | 0 | 1 |
| ddI & 3TC & NVP & SQV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ddI & 3TC & RTV & SQV | 1 | 0 | 0 | 1 |
| ddI & 3TC & d4T | | | | |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddC=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disoproxil fumarate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

**Appendix A (cont.)**
**Summary of Treatment Regimens Taken During the Trimester of Earliest Exposure**
**by Trimester of Earliest Exposure**
**All Registry Cases with Follow-up Data Closed Through 31 January 2006**

| | First Trimester | Second Trimester | Third Trimester | Overall |
|---|---|---|---|---|
| ddI & EFV & 3TC & NFV & TDF & ZDV | 1 | 0 | 0 | 1 |
| ddI & EFV & 3TC & NVP | 1 | 0 | 0 | 1 |
| ddI & EFV & 3TC & NVP & d4T | 1 | 0 | 0 | 1 |
| ddI & EFV & IDV & 3TC & NVP & d4T | 1 | 0 | 0 | 1 |
| ddI & EFV & IDV & 3TC & ZDV | 1 | 0 | 0 | 1 |
| ddI & EFV & LPV/RTV | 1 | 0 | 0 | 1 |
| ddI & EFV & LPV/RTV & NFV & d4T & TDF & ZDV | 1 | 0 | 0 | 1 |
| ddI & EFV & NFV & NVP & RTV | 1 | 0 | 0 | 1 |
| ddI & EFV & NFV & NVP & d4T | 1 | 0 | 0 | 1 |
| ddI & EFV & SQV & 3TC & NVP & ZDV | 1 | 0 | 0 | 1 |
| ddI & EFV & SQV & NFV | 1 | 0 | 0 | 1 |
| ddI & EFV. & SQV & d4T | 1 | 0 | 0 | 1 |
| ddI & EFV & TDF | 1 | 0 | 0 | 1 |
| ddI & EFV & ZDV | 1 | 0 | 0 | 1 |
| ddI &.FOS & RTV & d4T | 1 | 0 | 0 | 1 |
| ddI & IDV & 3TC | 1 | 0 | 0 | 1 |
| ddI & IDV & 3TC & ZDV | 1 | 0 | 0 | 1 |
| ddI & IDV & 3TC & d4T & ZDV | 1 | 0 | 0 | 1 |
| ddI & IDV & NFV | 1 | 0 | 0 | 1 |
| ddI & IDV & RTV & ZDV | 0 | 1 | 0 | 1 |
| ddI & IDV & RTV & d4T | 1 | 0 | 0 | 1 |
| ddI & IDV & ZDV | 0 | 1 | 0 | 1 |
| ddI & IDV & d4T & ZDV | 1 | 0 | 0 | 1 |
| ddI & LPV/RTV & NVP & TDF | 0 | 1 | 0 | 1 |
| ddI & LPV/RTV & NVP & ZDV | 0 | 1 | 0 | 1 |
| ddI & NFV & TDF | 1 | 0 | 0 | 1 |
| ddI & NFV & d4T & TDF | 1 | 0 | 0 | 1 |
| ddI & NVP & RTV | 1 | 0 | 0 | 1 |
| ddI & NVP & RTV & SQV | 1 | 0 | 0 | 1 |
| ddI & NVP & TDF | 1 | 0 | 0 | 1 |
| ddI & RTV & SQV & TDF | 1 | 0 | 0 | 1 |
| ddI & RTV & SQV & d4T | 1 | 0 | 0 | 1 |
| ddI & RTV & TDF | 1 | 0 | 0 | 1 |
| ddI & SQV & NVP & TDF | 1 | 0 | 0 | 1 |
| ddI & T20 & 3TC & RTV | 1 | 0 | 0 | 1 |
| ddI & T20 & LPV/RTV & RTV | 0 | 0 | 0 | . |

Note: 3TC=lamivudine, ABC=abacavir, ADV=adefovir dipivoxil, APV=amprenavir,
ATV=atazanavir sulfate, d4T=stavudine, ddC=zalcitabine, ddI=didanosine,
DLV=delavirdine mesylate, EFV=efavirenz, ENT=entecavir, FOS=fosamprenavir calcium,
FTC=emtricitabine, IDV=indinavir, LPV/r=lopinavir/ritonavir, NFV=nelfinavir,
NVP=nevirapine, RTV=ritonavir, SQV=saquinavir mesylate or saquinavir,
TDF=tenofovir disoproxil fumarate, TVD=viread/lamivudine,
TZV=abacabir/lamivudine/zidovudine, ZDV=zidovudine, TPV=tipranavir.
Occurrences of 3TC & ZDV may represent the combination product.
Source: Charles River Laboratories, 16:38:25 on THU, 25MAY2006 ::
w:_tables.sas... (JElder)

ANTIRETROVIRAL PREGNANCY REGISTRY INTERIM REPORT
1 January 1989 through 31 January 2006

**Appendix B: Antiretroviral Pregnancy Registry Organ System Classification**

*Introduction*

In order to facilitate case analysis, the Antiretroviral Pregnancy Registry classifies birth defects by affected organ and then by organ system. This system is based on the British Pediatric Association (BPA) and the MACDP (5, 23). What follows is the scheme used to place specific defects within an organ system.

The purpose of the list is two-fold. The organ system categories represent groups of defects with presumed common embryologic pathogenesis. Defects are not grouped by genetic or environmental etiology. Syndromes are listed within the organ system categories when all components of the syndrome can be found in that category.

Individual defect terms are the most common in current use. Defects are passively reported using various terminologies, even when the defects themselves are the same. Upon case review, the reported defects are given the standard terminology from the organ system list. This eliminates artifactual variation and facilitates analysis.

The result is a three-level hierarchy of defect classification:

| Organ System Classification | Defect Std Terminology | Reported Defect |
|---|---|---|
| Cleft lip and/or palate | Cleft lip of any type without cleft palate | • L cleft lip<br>• Unilateral cleft alveolus<br>• Cleft lip |

The value of the system is its ability to decrease granularity to facilitate detection of a potential cluster of events identifying a potential signal. Once the potential signal is identified, reanalysis of the individual components within the cluster can be conducted to determine whether the signal is cause for concern.

Medical terminology and knowledge of embryogenesis does evolve over time. This list will be reviewed intermittently and updated as needed. Also, the standard defect terminology and organ system classifications are relatively general. If a general defect term is used frequently, it will be evaluated to see if more specific terminology is warranted for that defect.

## Appendix C: List of Defects as Reported to the Registry

### Prospective Reports of Defects

The following lists the individual prospective reports of defects made to the Registry, listed by the trimester of exposure and treatment regimen:

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Agenesis of right kidney and cyst in thymic gland tissue | Temporally: Cannot rule out a possible association[1] |
| ¥ 2. | Tracheomalacia, pectus excavatum | Temporally: Cannot rule out a possible association[1] |
| 3. | Hypoplasia of the right femur, agenesis of the right fibula, a bend in the middle of the right tibia, and a right pes valgus | Temporally: Cannot rule out a possible association[1] |
| 4. | Congenital giant nevus of anterior abdominal wall with high risk of malignant degeneration | Temporally: Cannot rule out a possible association[1] |
| 5. | Hemangioma (2"x1"x1") on upper right arm | Temporally: Cannot rule out a possible association[1] |
| 6. | Trisomy 21 | Temporally: Cannot rule out a possible association[1] |
| 7. | Bilateral skin tags- ears. Preauricular sinus- left ear | Temporally: Cannot rule out a possible association[1] |
| 8. | Midline cleft lip and palate | Temporally: Cannot rule out a possible association[1] |
| 9. | Left unilateral cleft lip and palate | Temporally: Cannot rule out a possible association[1] |
| 10. | Congenital adrenal hyperplasia | Temporally: No temporal association |
| 11. | Truncus arteriosis | Temporally: No temporal association |
| 12. | Club Foot | Temporally: Unable to assess[2] |

**Birth Defects from Pregnancies with First-Trimester Exposure to PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Pulmonary Atresia, Aplastic right heart | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Transposition of the great vessels, right malformed pinna/atretic canal, hepatosplenomegaly, atrial septal defect | Temporally: Cannot rule out a possible association[1] |
| 2. | Severe pericardial effusion, cardiomegaly (congestive heart failure), hyaline membrane disease, velocardiofacial syndrome, undescended testicle | Temporally Cannot rule out a possible association[1]- --- --- |
| 3. | Bowing of right and left femurs, subluxable left hip | Temporally: Cannot rule out a possible association[1] |
| 4. | Polydactyly (both hands) | Temporally: Cannot rule out a possible association[1] |
| 5. | Multicystic dysplastic kidney | Temporally: Cannot rule out a possible association[1] |
| 6. | Hearing deficit | Temporally: Cannot rule out a possible association[1] |
| 7. | Long thin toes | Temporally: Cannot rule out a possible association[1] |
| | Benign external hydrocephalus, frontal bossing | Temporally: Unable to assess[2] |
| ¥ 8. | Horseshoe kidney | Temporally: Cannot rule out a possible association[1] |
| ¥ 9. | Spinal muscular atrophy | Temporally: Cannot rule out a possible association[1] |
| 10. | Polycystic kidneys (aborted <20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period, ¥ didanosine first trimester defects (Table 6), ‡ didanosine second/third trimester defects (Table 5)
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

**Prospective Reports (continued)**

| | | |
|---|---|---|
| | 11. | Chronic Granulomatous disease |
| | 12. | Atrial septal defect with atrial wall aneurysm |
| | 13. | Cardiac arrythmia |
| | 14. | Bilateral club feet |
| ¥ | 15. | Bilateral ankle anomaly. Lateral medialus positioned toward achilles tendon. Does not hinder movement |
| | 16. | Trisomy 21 |
| ¥ | 17. | Bigeminy- fetal bradyarrhythmia |
| | 18. | Ascites, imperforate external auditory meatus, low set ears |
| ¥ | 19. | Down Syndrome, patent ductus arterious (PDA) |
| ¥ | 20. | Down Syndrome, ventricular septal defect (VSD), hypoplastic nasal bone |
| | 21. | Ureteropelvic junction obstruction with mild bilateral pyelectasis noted on prenatal ultrasound (unconfirmed at outcome) |
| | 22. | Polydactyly (Extra 5th digit bilateral hands) |
| ‡ | 23. | Malformed left external ear with non-patent ear canal |
| | 24. | Hydrocephalus, smooth philtrum, lowest ears, accessory nipple, bilateral club feet, undescended testes, and polycystic kidney disease |
| | 25. | Brain growth retardation, Microcephaly, Micropenis, 2 vessel cord |
| | 26. | Right hydronephrosis |
| | 27. | Abnormal posturing of hands and wrists, Unilateral left choroids plexus cysts, Unilateral ventriculomegaly |

Temporality: Cannot rule out a possible association[1] *(for items 11–27 above, each with this temporality line)*

| | | | |
|---|---|---|---|
| | | Questionable abnormality of cavum septum pellucidum, Questionable forniceal fusion, Qustionable septo-optic dysplasia | Temporality: Unable to assess[2] |
| | 28. | Muscular ventricular septal defect (VSD) | Temporality: Unable to assess[2] |
| | 29. | Chromosomic aberration, no karyotype done (aborted <20 weeks gestation) | Temporality: Unable to assess[2] |
| | 30. | Developmental hip dysplasia | Temporality: No temporal association |
| | 31. | Polydactyly (Extra digit left hand) | |
| *¥ | 32. | Trisomy 21 (Induced abortion <20 weeks gestation) | Temporality: Known cause |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Hydrocephalus, holoprosencephaly | Temporality: Cannot rule out a possible association[1] |
| 2. | Patent foramen ovale (or possible small secundum atrial septal defect), small patent ductus arteriosis (PDA) | Temporality: Cannot rule out a possible association[1] |
| 3. | Mild hydronephrosis | Temporality: Cannot rule out a possible association[1] |
| 4. | Talipes (positional, both feet) | Temporality: Cannot rule out a possible association[1] |
| 5. | Umbilical hernia with a small granuloma | Temporality: Cannot rule out a possible association[1] |
| | Bilateral hip dislocation | Temporality: Unable to assess[2] |
| 6. | Hypoplastic right ventricle, Pulmonary atresia | Temporality: Cannot rule out a possible association[1] |

---

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period, ¥ didanosine first trimester defects (Table 5), ‡ didanosine second/third trimester defects (Table 5)
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

Prospective Reports (continued)

| | | | |
|---|---|---|---|
| | 7. | Urinary obstruction, duplicated right collecting system with obstructed upper pole moiety, possibly with associated vesicoureteral reflux | Temporally: Cannot rule out a possible association[1] |
| ¥ | 8. | Chordee and hooded penis (hypospadias) | Temporally: Cannot rule out a possible association[1] |
| | 9. | Atrial septal defect (ASD), biventricular hypertrophy, dilated renal pelvis, and dilated cerebral ventricle | Temporally: Cannot rule out a possible association[1] |
| | 10. | Small muscular ventricular septal defect (VSD) | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NtRTI(s) Regimen:**

| | | | |
|---|---|---|---|
| ¥ | 1. | Subluxation of bilateral hips, hip dislocation | Temporally: Unable to assess[2] |
| | 2. | Bilateral congenital dislocation of hips | Temporally: Unable to assess[2] |
| ¥ | 3. | Left kidney mild to moderate hydronephrosis | Temporally: Cannot rule out a possible association[1] |
| | 4. | Polydactyly (postaxial - bilateral hands) | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s) Regimen:**

| | | | |
|---|---|---|---|
| ¥ | 1. | Transposed organs | Temporally: Cannot rule out a possible association[1] |
| | 2. | Right renal pelvic dilatation, resolved within one month | Temporally: Cannot rule out a possible association[1] |
| ¥ | 3. | Polydactyly (hand) | Temporally: Cannot rule out a possible association[1] |
| ¥ | 4. | Tricuspid atresia, tiny right ventricle, and atrial septal defect | Temporally: Cannot rule out a possible association[1] |
| ¥ | 5. | Trisomy 8 | Temporally: Cannot rule out a possible association[1] |
| * | 6. | Dilated right pyelum | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First Trimester Exposure to NRTI(s) + NtRTI(s) + PI(s) Regimen:**

| | | | |
|---|---|---|---|
| * | 1. | Tetralogy of Fallot, Cleft palate, bilateral small kidneys | Temporally: Cannot rule out a possible association[1] |
| | 2. | DiGeorge Syndrome, 22q11.2 deletion positive | Temporally: Known cause |

**Birth Defects from Pregnancies with First-Trimester Exposure to Unspecified Antiretroviral Regimen:**

| | | | |
|---|---|---|---|
| | 1. | Gastroschisis | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) Only Regimen:**

| | | | |
|---|---|---|---|
| | 1. | Pectus excavatum | Temporally: Cannot rule out a possible association[1] |
| | 2. | Fetal Alcohol Syndrome | Temporally: Cannot rule out a possible association[1] |
| | 3. | Trisomy 13 | Temporally: Cannot rule out a possible association[1] |
| | | Dysmorphic eyes, patent ductus arteriosus, atrial septal defect, ventricular septal defect, duodenal atresia, rocker-bottom feet | Temporally: No temporal association |
| | 4. | Down syndrome with facies, low set ears, simian crease, trisomy 21 | Temporally: Cannot rule out a possible association[1] |
| | 5. | Bilateral polydactyly and feet anomalies, bilateral talipes equinovarus (TEV) positive; intrauterine growth retardation (IUGR). | Temporally: Cannot rule out a possible association[1] |
| | 6. | Patent ductus arteriosus (PDA), patent foramen ovale (PFO), cardiomyopathy | Temporally: Cannot rule out a possible association[1] |

---

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period, ¥ didanosine first trimester defects (Table 5), ‡ didanosine second/third trimester defects (Table 5)
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

**Prospective Reports (continued)**

| | | |
|---|---|---|
| 7. | Ventricular septal defect (VSD) -muscular | Temporality: Cannot rule out a possible association[1] |
| 8. | Myocardial hypertrophy, enlarged adrenals, pulmonary hypoplasia, ascites | Temporality: Cannot rule out a possible association[1] |
| 9. | Dacryocystocele | Temporality: Cannot rule out a possible association[1] |
| 10. | Secundum atrial septal defect | Temporality: Cannot rule out a possible association[1] |
| | Chondrodystrophy | Temporality: No temporal association |
| 11. | Trisomy 21 | Temporality: Cannot rule out a possible association[1] |
| | Ventricular septal defect (VSD), imperforate pulmonary valve, aortic stenosis, cardiomegaly, tricuspid regurgitation, aneurysm of septum primum | Temporality: No temporal association |
| 12. | Down Syndrome, Ostium Secundum atrial septal defect (ASD), Micropenis | Temporality: Cannot rule out a possible association[1] |
| | Congenital anomaly of face and neck, Congenital anomaly of upper limb | Temporality: Unable to assess[2] |
| 13. | Polydactyly | Temporality: No temporal association |
| 14. | Atrial septal defect (ASD) | Temporality: No temporal association |
| 15. | Micrognathia, left ear low set pinna microtia, right ear malformation, small muscular ventricular septal defect | Temporality: No temporal association |
| 16. | Microphthalmos of right eye with a possible coexistent cataract | Temporality: No temporal association |
| 17. | Small cleft in front gum – very benign | Temporality: No temporal association |
| 18. | Hand defect, missing digits | Temporality: No temporal association |
| 19. | Bicuspid aortic valve, abnormal pulmonic valve and possibly abnormal aorta but no gross aortic coarctation | Temporality: No temporal association |
| 20. | Polydactyly | Temporality: No temporal association |
| 21. | Syndactyly, right hand | Temporality: No temporal association |
| 22. | Hypospadias, mild | Temporality: No temporal association |
| 23. | Ventricular septal defect (VSD) - membranous; diagnosed at 2 months of age | Temporality: No temporal association |
| 24. | Polydactyly (bilateral hands and feet, postaxial) | Temporality: No temporal association |
| 25. | Absence of mouth and esophagus, transversed organs | Temporality: No temporal association |
| 26. | Cleft palate and lip | Temporality: No temporal association |
| 27. | Hypospadias | Temporality: No temporal association |
| * 28. | Alobar holoprosencephaly (stillbirth), hypotelorism, proboscis | Temporality: No temporal association |
| * 29. | Polydactyly (bilateral) | Temporality: No temporal association |
| 30. | Dandy Walker Malformation, ventriculomegaly | Temporality: No temporal association |
| | Cardiac axis abnormality | Temporality: Unable to assess[2] |
| 31. | Hydrocephalus of anterior lateral ventricle | Temporality: Unable to assess[2] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Bilateral talipes equinovarus | Temporality: Cannot rule out a possible association[1] |
| 2. | Ventriculomegaly | Temporality: Cannot rule out a possible association[1] |
| 3. | Undescended testes | Temporality: Cannot rule out a possible association[1] |
| | Polydactyly (hand) | Temporality: No temporal association |
| 4. | Secundum atrial septal defect (ASD)/Stretched patent foramen ovale (PFO) | Temporality: Cannot rule out a possible association[1] |
| | Tetrology of Fallot | Temporality: No temporal association |
| 5. | Neuroblastoma at 1 yr. old | Temporality: Cannot rule out a possible association[1] |
| 6. | Pulmonary regurgitation | Temporality: Cannot rule out a possible association[1] |
| 7. | Congenital toxoplasmosis | Temporality: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period, ¥ didanosine first trimester defects (Table 5) ‡ didanosine second/third trimester defects (Table 5)
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

**Prospective Reports (continued)**

| | | |
|---|---|---|
| 8. | Myotonic dystrophy | Temporality: Cannot rule out a possible association[1] |
| 9. | Two mucosal cysts | Temporality: Cannot rule out a possible association[1] |
| 10. | Multiple intestinal atresias | Temporality: Cannot rule out a possible association[1] |
| 11. | Cataract – OU | Temporality: Cannot rule out a possible association[1] |
| 12. | Tethered cord, lipomeningocele, right kidney duplicated collecting system | Temporality: No temporal association |
| 13. | Cleft palate, micrognathia | Temporality: No temporal association |
| ‡ 14. | Polydactyly (bilateral) | Temporality: No temporal association |
| 15. | Polydactyly (bilateral hands) | Temporality: No temporal association |
| 16. | Congenital toxoplasmosis | Temporality: No temporal association |
| 17. | Hydronephrosis of the left kidney with mild pelviectasis of the right collecting system | Temporality: No temporal association |
| 18. | Gastroschisis | Temporality: No temporal association |
| 19. | Omphalocele | Temporality: No temporal association |
| 20. | Polydactyly (foot), long fingers, short ears with folded helices, low hairline front and posterior | Temporality: No temporal association |
| 21. | Polydactyly | Temporality: No temporal association |
| 22. | Mild hypospadius | Temporality: No temporal association |
| 23. | Diaphragmatic hernia | Temporality: No temporal association |
| * 24. | Polydactyly (bilateral hands) | Temporality: No temporal association |
| * 25. | Polydactyly (bilateral hands) | Temporality: No temporal association |
| * 26. | Cleft lip and palate | Temporality: No temporal association |
| 27. | Hypospadias | Temporality: Cannot rule out a possible association[1] |
| 28. | Right Cryptorchism | Temporality: Cannot rule out a possible association[1] |
| * 29. | Hirschprung Disease | Temporality: Cannot rule out a possible association[1] |
| * 30. | Midmuscular ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 31. | Patent ductus arteriosus (PDA), Suspect ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| | Lowset/widespread thumb, hypoplastic left leg | Temporality: No temporal association |
| | Left club foot, spine curvature | Temporality: Unable to assess[2] |
| 32. | Bilateral club feet | Temporality: Unable to assess[2] |
| 33. | Right club foot | Temporality: Unable to assess[2] |
| * 34. | Umbilical cord anomaly | Temporality: Unable to assess[2] |
| * 35. | Left club foot | Temporality: Not yet defined |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Hydronephrosis | Temporality: Cannot rule out a possible association[1] |
| 2. | Caudal thalamic notch cyst | Temporality: Cannot rule out a possible association[1] |
| 3. | Suspected hearing deficit | Temporality: Cannot rule out a possible association[1] |
| 4. | Ventricular septal defect (VSD), atrial septal defect (ASD) | Temporality: Cannot rule out a possible association[1] |
| 5. | Trisomy 21 | Temporality: Cannot rule out a possible association[1] |
| 6. | Fetal alcohol syndrome, moderate patent ductus arteriosus (PDA), microcephaly | Temporality: Cannot rule out a possible association[1] |
| 7. | Flattened wide nasal ridge, wide set eyes, borderline low set ears, short neck, and widespread nipples | Temporality: No temporal association |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period, ½ didanosine first trimester defects (Table 5), ‡ didanosine second/third trimester defects (Table 5)
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

Prospective Reports (continued)

| | | |
|---|---|---|
| 8. | Pulmonary valve stenosis | Temporality: No temporal association |
| 9. | II/VI systolic murmur, polydactyly (bilateral hands) | Temporality: No temporal association |
| 10. | Clubfoot | Temporality: No temporal association |
| 11. | Cleft palate | Temporality: No temporal association |
| 12. | Dysplastic toes | Temporality: No temporal association |
| 13. | Renal agenesis, left | Temporality: No temporal association |
| * 14. | Polydactyly | Temporality: No temporal association |
| 15. | Congenital heart disease | · Temporality: Unable to assess[2] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| * 1. | Skull ossification defect | Temporality: No temporal association |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Down Syndrome | Temporality: Cannot rule out a possible association[1] |
| 2. | Polydactyly (right hand) | Temporality: No temporal association |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period, ¥ didanosine first trimester defects (Table 5), ‡ didanosine second/third trimester defects (Table 5)
[1]  The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2]  Insufficient data to assess temporality

*Retrospective Reports of Defects*

List of reports of defects received after the outcome of the pregnancy was known.

**Birth Defects from Pregnancies with First-Trimester Exposure to PI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Small ventricular septal defect | Temporally: Cannot rule out a possible association[1] |
| | Loud heart murmur | No temporal association |
| 2. | Cleft palate | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Multiple conditional abnormalities, including low set ears posteriorly, superior helix of ear, retrognathia, epicanthal folds of eyes, hirsute, triangular face, blue sclera, long feet, palmar crease on index and middle fingers, hyperpigmented skin macules, prominent sacral dimple | Temporally: Cannot rule out a possible association[1] |
| 2. | Pulmonary artery and aorta did not separate | Temporally: Cannot rule out a possible association[1] |
| 3. | Total anomalous pulmonary venous return to coronary sinus with atrial septal defect on neonatal echo, intrauterine growth retardation | Temporally: Cannot rule out a possible association[1] |
| 4. | Imperforate anus | Temporally: Cannot rule out a possible association[1] |
| 5. | Polymalformative syndrome: ventricular dilatation, duodenal atresia, single kidney, delayed development in utero, microgenitalia and osseous abnormalities, possible triangular agenesis of the lower lip | Temporally: Cannot rule out a possible association[1] |
| 6. | Vertebral defects: second lumbar vertebra consists of hemivertebrae and projects into spinal canal.  First lumbar vertebra also displaced posteriorly | Temporally: Cannot rule out a possible association[1] |
| 7. | Probable atrial septal defect (ASD) | Temporally: Cannot rule out a possible association[1] |
| 8. | Congenital anomaly of brain, spinal cord, nervous system pachygyria/polymicrogyria, generalized mild hypotonia, cortical dysplasia, splenic agenesis of corpus callosum, asymmetric kidneys | Temporally: Cannot rule out a possible association[1] |
| 9. | Ostium secundum type atrial septal defect (ASD), mild right ventricular hypertrophy | Temporally: Cannot rule out a possible association[1] |
| 10. | Ventricular septal defect (VSD) | Temporally: Cannot rule out a possible association[1] |
| | Cardiac murmur- Gr II-III/ VI | Temporally: No temporal association |
| 11. | Panhypopituitarism, congenital anomalies of brain, musculoskeletal system, larynx, trachea & bronchus (cerebral dyegenesis, cartilaginous dysplasia) | Temporally: Cannot rule out a possible association[1] |
| 12. | Polydactyly (bilateral hands). | Temporally: Cannot rule out a possible association[1] |
| 13. | Polydactyly | Temporally: Cannot rule out a possible association[1] |
| 14. | Malformation of external genitalia | Temporally: Cannot rule out a possible association[1] |
| 15. | Bilateral club feet (equinovarus) | Temporally: Cannot rule out a possible association[1] |
| 16. | Multiple rhabdomyomas in left ventrical and atrium, tuberosis sclerosis | Temporally: Cannot rule out a possible association[1] |
| 17. | Congenital spine malformation | Temporally: Cannot rule out a possible association[1] |
| 18. | Livedo reticularis, splenomegaly | Temporally: Cannot rule out a possible association[1] |
| 19. | Holoprosencephaly, facial anomaly | Temporally: Cannot rule out a possible association[1] |
| 20. | Lung valve dysplasia, minor | Temporally: Cannot rule out a possible association[1] |
| 21. | Abnormal macula | Temporally: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporally

## Retrospective Reports (continued)

| | | |
|---|---|---|
| 22. | Short neck, loose skin, bilateral club feet, contractures of hands/fingers, reduction of index finger left hand, possible arthrogryposis, lipodystrophy | Temporality: Cannot rule out a possible association[1] |
| 23. | Ventricular septal defect (VSD), hepatosplenomegaly | Temporality: Cannot rule out a possible association[1] |
| 24. | Inguinal hernia (resolved spontaneously at two months) | Temporality: Cannot rule out a possible association[1] |
| 25. | Holoprosencephaly, cleft lip and palate, chromosome 18p deletion, cryptorchidism | Temporality: Cannot rule out a possible association[1] |
| 26. | Strabismus, dysmorphic features of face and skull, atrophy of maculae and pigmental retinitis, cerebral atrophy | Temporality: Cannot rule out a possible association[1] |
| 27. | Facial dysmorphism | Temporality: Cannot rule out a possible association[1] |
| 28. | Trisomy 21 | Temporality: Cannot rule out a possible association[1] |
| 29. | Alopecia, cavum septum pellucidum | Temporality: Cannot rule out a possible association[1] |
| * 30. | Hypospadias | Temporality: Cannot rule out a possible association[1] |
| 31. | Albinism | Temporality: No temporal association |
| 32. | Hepatosplenomegaly, enlarged tongue, mongoloid appearance. Chromosomal evaluation showed no abnormalities | Temporality: No temporal association |
| 33. | Cleft lip and palate | Temporality: No temporal association |
| 34. | Large omphalocele including liver, spleen, and intestine (aborted <20 weeks gestation) | Temporality: No temporal association |
| 35. | Congenital exomphalos | Temporality: No temporal association |
| 36. | Dysmorphogenesis, bilateral deformity of feet, left hip dislocation, vertical talus of left foot | Temporality: No temporal association |
| 37. | Transposition of great vessels | Temporality: No temporal association |
| 38. | Plagiocephaly | Temporality: Unable to assess[2] |
| 39. | Umbilical hernia, strabismus | Temporality: Unable to assess[2] |
| 40. | Aortic coarctation, atrial septal defect (ASD), ventricular septal defect (VSD), hearing impairment | Temporality: Unable to assess[2] |
| 41. | Prognathism, genu valgum | Temporality: Unable to assess[2] |

## Birth Defects from Pregnances with First-Trimester Exposure to NRTI(s) + PI(s) Regimen:

| | | |
|---|---|---|
| 1. | Severe hypertrophic cardiomyopathy | Temporality: Cannot rule out a possible association[1] |
| 2. | Trisomy 21 | Temporality: Cannot rule out a possible association[1] |
| 3. | Cystic hygroma, congenital kyphosis; hemivertebra of L2 with partially dislocated spine (aborted <20 weeks gestation) | Temporality: Cannot rule out a possible association[1] |
| 4. | Underdeveloped ribs, displaced hip, absence of chest muscle, abnormally placed kidney | Temporality: Cannot rule out a possible association[1] |
| 5. | Hydrocephalus, cataracts, cardiac murmur | Temporality: Cannot rule out a possible association[1] |
| 6. | Facial nerve palsy (Bell's Palsy) | Temporality: Cannot rule out a possible association[1] |
| 7. | Right ear atresia. No external auditory canal visualized. Failed hearing screen in left ear. Bilateral hydronephrosis. | Temporality: Cannot rule out a possible association[1] |
| 8. | Syndactyly of 2nd and 3rd toes | Temporality: Cannot rule out a possible association[1] |
| 9. | Bilateral choroid plexus cysts, microcephaly | Temporality: Cannot rule out a possible association[1] |
| 10. | Pyloric stenosis | Temporality: Cannot rule out a possible association[1] |
| 11. | Cleft lip/palate, precuricular skin tag, low set left ear with no external auditory canal, ventricular septal defect | Temporality: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporally

Retrospective Reports (continued)

| | | | |
|---|---|---|---|
| 12. | Polydactyly (right hand) | | Temporality: Cannot rule out a possible association[1] |
| 13. | Congenital glaucoma | | Temporality: Cannot rule out a possible association[1] |
| 14. | Vertebral column anomaly, spine malformation, aortic coarctation, atrial septal defect (ASD), ventricular septal defect (VSD) | | Temporality: Cannot rule out a possible association[1] |
| 15. | Severe cystic hygroma, chromosomal analysis normal, viral cultures negative. (aborted <20 weeks gestation) | | Temporality: Cannot rule out a possible association[1] |
| 16. | Skin rash over torso, face and head, bilateral talipes equinovarus, omphalocele | | Temporality: Cannot rule out a possible association[1] |
| 17. | Extrahepatic biliary atresia, one month after birth | | Temporality: Cannot rule out a possible association[1] |
| 18. | Tricuspid insufficiency, patent ductus arteriosus (PDA) | | Temporality: Cannot rule out a possible association[1] |
| 19. | CMV hepatitis | | Temporality: Cannot rule out a possible association[1] |
| 20. | Atrial septal defect (ASD) | | Temporality: Cannot rule out a possible association[1] |
| 21. | At 19th month internal rotation of left lower limb, asymmetry between both hands; left smaller than right | | Temporality: Cannot rule out a possible association[1] |
| 22. | Bilateral choroid plexus cysts | | Temporality: Cannot rule out a possible association[1] |
| 23. | Ascites, left ventricular dilatation | | Temporality: Cannot rule out a possible association[1] |
| 24. | Retraction of eyelid, pulmonary valvular stenosis | | Temporality: Cannot rule out a possible association[1] |
| 25. | Polycystic dysplasia of right kidney | | Temporality: Cannot rule out a possible association[1] |
| 26. | Congenital heart malformation | | Temporality: Cannot rule out a possible association[1] |
| | Suspected Trisomy 18 | | Unable to assess[2] |
| 27. | Hydrocephalus, strabismus | | Temporality: Cannot rule out a possible association[1] |
| 28. | Metatarsus varus on right foot at 6.5 months | | Temporality: Cannot rule out a possible association[1] |
| | Genu valgum developed at 3 years 8 months | | Temporality: Unable to assess[2] |
| 29. | Cardiomegaly, tricuspid insufficiency, and hepatomegaly | | Temporality: Cannot rule out a possible association[1] |
| 30. | Meconium peritonitis, ascites | | Temporality: Cannot rule out a possible association[1] |
| 31. | One kidney | | Temporality: Cannot rule out a possible association[1] |
| **32. | Mild hydronephrosis | | Temporality: Cannot rule out a possible association[1] |
| | Hypospadias (3rd degree) | | Temporality: Cannot rule out a possible association[1] |
| * 33. | Myelomeningocele, Arnold-Chiari Malformation | | Temporality: Cannot rule out a possible association[1] |
| | Membranous ventricular septal defect (VSD) | | Temporality: Cannot rule out a possible association[1] |
| | Atrial septal defect (ASD) | | Temporality: Cannot rule out a possible association[1] |
| * 34. | Polydactyly (right hand) | | Temporality: Cannot rule out a possible association[1] |
| 35. | Abdominal hernia, cryptorchism | | Temporality: Cannot rule out a possible association[1] |
| | Murmur | | Temporality: Unable to assess[2] |
| 36. | Talus Valgus, craniostenosis | | Temporality: Unable to assess[2] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

Retrospective Reports (continued)

| | | |
|---|---|---|
| 37. | Hypospadias | Temporally: No temporal association |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Fetal malformation. Hydrocephalus, ventriculomegaly, Arnold-Chiari malformation, sacral spina bifida, lumbo-sacral meningomyelocele (aborted ≥ 20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |
| 2. | Down syndrome | Temporally: Cannot rule out a possible association[1] |
| | Ventricular septal defect (VSD), ostium secundum type atrial septal defect (ASD) | Temporally: No temporal association |
| 3. | Retrognathia | Temporally: Cannot rule out a possible association[1] |
| 4. | Polycystic right kidney | Temporally: Cannot rule out a possible association[1] |
| 5. | Pulmonary abnormalities, bone abnormalities (aborted <20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |
| 6. | Left kidney oligohydramnios (severe), abnormally enlarged with pyelectasis, severe intrauterine growth retardation (IUGR) | Temporally: Cannot rule out a possible association[1] |
| 7. | Trisomy 21 | Temporally: Cannot rule out a possible association[1] |
| 8. | Single ventricle, pulmonary atresia, discontinuous pulmonary arteries, dextrocardia, asplenia, situs inversus, heterotaxia syndrome | Temporally: Cannot rule put a possible association[1] |
| 9. | Extended lumbosacral meningomyelocele | Temporally: Cannot rule out a possible association[1] |
| 10. | Hydrocephalic, patent ductus arteriosus (PDA) | Temporally: Cannot rule out a possible association[1] |
| 11. | Congenital torticollis | Temporally: Cannot rule out a possible association[1] |
| 12. | Trisomy 21 (questionable, aborted <20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |
| 13. | Frontal osteoma, deviated right 3-4 fingers, asymmetric feet | Temporally: Cannot rule out a possible association[1] |
| 14. | Bilateral absent kidney, dysplastic kidney | Temporally: Cannot rule out a possible association[1] |
| 15. | Ependymal cyst | Temporally: Cannot rule out a possible association[1] |
| 16. | Atrioventricular septal defect with double outlet right ventricle, transposition of great arteries, coarctation of aorta, ventriculomegaly of brain, situs inversus (liver and spleen) | Temporally: Cannot rule out a possible association[1] |
| 17. | Defective hearing in one ear | Temporally: Cannot rule out a possible association[1] |
| 18. | Dandy Walker malformation, cystic hygroma/ nuchal edema (aborted <20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |
| 19. | Cleft palate | Temporally: Cannot rule out a possible association[1] |
| 20. | Bilateral clubfeet, hydrocephalus, lumbosacral meningomyelocele with Arnold-Chiari malformation (aborted ≥ 20 weeks gestation) | Temporally: Cannot rule out a possible association[1] |
| 21. | Abnormal right auditory evoked potentials were evidenced at 22 months | Temporally: Cannot rule out a possible association[1] |
| 22. | Central cleft palate | Temporally: Cannot rule out a possible association[1] |
| 23. | Congenital hernia, ventricular septal defect (VSD), labial fissure | Temporally: Cannot rule out a possible association[1] |
| 24. | Interventricular septal defect, persistent ductus botalli | Temporally: Cannot rule out a possible association[1] |
| 25. | Agenesis of the corpus callosum | Temporally: Cannot rule out a possible association[1] |
| 26. | Septo-optic dysplasia, hypoplasia of cerebellum | Temporally: Cannot rule out a possible association[1] |
| 27. | Possible spinal defect | Temporally: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

**Retrospective Reports (continued)**

| | | |
|---|---|---|
| 28. | Patent ductus arteriosus (PDA), patent foramen ovale (PFO), mild mitral valve atresia, mild tricuspid valve atresia | Temporally: Cannot rule out a possible association[1] |
| 29. | Heart murmur<br>Posterior cervical hygroma, hydrops (aborted <20 weeks gestation) | Temporally: Unable to assess[2]<br>Temporally: Unable to assess[2] |
| 30. | Atrioventricular canal, singular artery of umbilicus, symmetrical skeletal malformation; mesomelic dysplasia with short ulnae (left and right). Deviation to ulnar side for both hands | Temporally: No temporal association |
| * 31. | Trisomy 18 | Temporally: Known cause |

### Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s) Regimen:

| | | |
|---|---|---|
| 1. | Ambiguous genitalia | Temporally: Cannot rule out a possible association[1] |
| 2. | Cystic adenomatoid malformation of lung | Temporally: Cannot rule out a possible association[1] |
| 3. | Angioma | Temporally: Unable to assess[2] |

### Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + PI(s) Regimen

| | | |
|---|---|---|
| 1. | Ocular abnormality | Temporally: Cannot rule out a possible association[1] |

### Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NTRTI(s) + NNRTI(s) Regimen:

| | | |
|---|---|---|
| 1. | Epidermolysis bullosa | Temporally: Cannot rule out a possible association[1] |
| 2. | Myelomeningocele | Temporally: Cannot rule out a possible association[1] |

### Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) Only Regimen:

| | | |
|---|---|---|
| 1. | Left hydronephrosis and ureteropelvic junction (UPJ) obstruction | Temporally: Cannot rule out a possible association[1] |
| 2. | Spastic torticollis of left sternocleidomastoid muscle | Temporally: Cannot rule out a possible association[1] |
| 3. | Talipes (right) | Temporally: Cannot rule out a possible association[1] |
| 4. | Appearance consistent with Down Syndrome, chromosomes confirm trisomy 21 | Temporally: Cannot rule out a possible association[1] |
| 5. | Ureteral pelvic junction obstruction | Temporally: Cannot rule out a possible association[1] |
| 6. | Fetal cardiac defect, epicanthus<br>Cardiomyopathy | Temporally: No temporal association<br>Temporally: Cannot rule out a possible association[1] |
| 7. | Septal defect (NOS)<br>Down syndrome | Temporally: No temporal association<br>Temporally: Cannot rule out a possible association[1] |
| 8. | A-V Canal<br>Bilateral genu recurvatum | Temporally: No temporal association<br>Temporally: Cannot rule out a possible association[1] |
| 9. | Congenital hydronephrosis (left kidney) | Temporally: Cannot rule out a possible association[1] |
| 10. | Hypoplastic toes (left foot) | Temporally: Cannot rule out a possible association[1] |
| 11. | Ventricular septal defect (VSD) | Temporally: Cannot rule out a possible association[1] |
| 12. | Functional, undiagnosed cardiac murmurs (I, II/VI SEM) | Temporally: Cannot rule out a possible association[1] |
| 13. | Small atrial septal defect (ASD) | Temporally: Cannot rule out a possible association[1] |
| 14. | Ventricular septal defect (VSD) | Temporally: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period
[1]  The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2]  Insufficient data to assess temporally

Retrospective Reports (continued)

| | | |
|---|---|---|
| 15. | Fetal arrhythmia | Temporally: Cannot rule out a possible association[1] |
| 16. | Congenital anomalies of heart (hypertrophic cardiomyopathy) | Temporally: Cannot rule out a possible association[1] |
| 17. | Abnormal fetal heart rate/rhythm | Temporally: Cannot rule out a possible association[1] |
| 18. | Congenital obstructive defects of renal pelvis and ureter, cardiac murmur | Temporally: Cannot rule out a possible association[1] |
| 19. | Right ureteral pelvic junction obstruction | Temporally: Cannot rule out a possible association[1] |
| 20. | Microcephalus | Temporally: Cannot rule out a possible association[1] |
| 21. | Polydactyly | Temporally: Cannot rule out a possible association[1] |
| 22. | Congenital talipes equinovarus | Temporally: Cannot rule out a possible association[1] |
| 23. | Macroglossia, oblique palpebral fissures | Temporally: Cannot rule out a possible association[1] |
| 24. | Hypertrophic cardiomyopathy | Temporally: Cannot rule out a possible association[1] |
| 25. | Ptosis, strabismus, nystagmus | Temporally: Cannot rule out a possible association[1] |
| | Epicanthal folds | Temporally: No temporal association |
| 26. | Hepatosplenomegaly | Temporally: Cannot rule out a possible association[1] |
| 27. | Hernia (left ovary) | Temporally: Cannot rule out a possible association[1] |
| 28. | Macrocephaly | Temporally: Cannot rule out a possible association[1] |
| 29. | Cardiac arrhythmia | Temporally: Cannot rule out a possible association[1] |
| 30. | Hepatomegaly, cardiac rhythm disorder | Temporally: Cannot rule out a possible association[1] |
| 31. | Angioma (nape of neck) | Temporally: Cannot rule out a possible association[1] |
| | Umbilical hernia | Temporally: No temporal association |
| 32. | Convergent strabismus, torticollis, pedipes valgus | Temporally: Cannot rule out a possible association[1] |
| 33. | Hollow feet, twisted right foot | Temporally: Cannot rule out a possible association[1] |
| 34. | Albinism, nystagmus | Temporally: Cannot rule out a possible association[1] |
| 35. | Multiple exostosis | Temporally: Cannot rule out a possible association[1] |
| 36. | Inguinal hernia, hydrocele, strabismus | Temporally: Cannot rule out a possible association[1] |
| 37. | Renal dilatation (left) | Temporally: Cannot rule out a possible association[1] |
| 38. | Polydactyly (bilateral hands) | Temporally: No temporal association |
| 39. | Asymptomatic ventricular septal defect  (VSD) | Temporally: No temporal association |
| 40. | Diaphragmatic hernia | Temporally: No temporal association |
| 41. | Two-vessel cord, hypoplastic left heart and mitral atresia | Temporally: No temporal association |
| 42. | Mitral valve atresia | Temporally: No temporal association |
| 43. | Robert Syndrome: cleft palate with cleft lip, bilateral, incomplete; congenital anomalies of skull and face bones; absent clitoris and labia minora; phocomelia (upper and lower extremities); right ectopic kidney, nevus flammeus forehead, hypertelorism, malformed ears, fusion of left humerus and radius, marked widening of symphysis pubis, absent fibulas, hips fused | |
| 44. | Ventricular septal defect (VSD), diaphragmatic hernia | Temporally: No temporal association |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporally removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period
[1]  The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2]  Insufficient data to assess temporality

Retrospective Reports (continued)

| | | |
|---|---|---|
| 45. | Polydactyly (left hand) | Temporality: No temporal association |
| 46. | Enlarged penis (>97 percentile) | Temporality: No temporal association |
| 47. | Double-outlet right ventricle and ventricular septal defect (VSD) | Temporality: No temporal association |
| 48. | Ventricular septal defect (VSD), atrial septal defect (ASD) | Temporality: No temporal association |
| 49. | Cleft palate | Temporality: No temporal association |
| 50. | Acrania, sacral neural tube defect, bilateral cleft upper palate, contracted lower limbs | Temporality: No temporal association |
| 51. | Atrial septal defect (ASD) | Temporality: No temporal association |
| 52. | Hypospadias | Temporality: No temporal association |
| 53. | Missing/depressed right angularis muscle and absent orbicularis muscle, small patent ductus arteriosus (PDA) | Temporality: No temporal association |
| 54. | Congenital obstructive defect of renal pelvis and ureter | Temporality: No temporal association |
| 55. | Congenital subluxation of hip (unilateral) | Temporality: No temporal association |
| 56. | Abnormality of chorion and amnion, cephalhematoma, caput succedaneum, chignon/massive epicranial hemorrhage, erythema toxicum, urticaria neonatorum, congenital anomaly of breast | Temporality: No temporal association |
| 57. | Congenital anomalies of larynx, trachea, and bronchus (congenital anterior subglottis web) | Temporality: No temporal association |
| 58. | Cardiac murmurs, congenital anomalies of brain (right choroid plexus cyst) | Temporality: No temporal association |
| 59. | Congenital musculoskeletal deformities of skull, face and jaw. Microcephalus seizures | Temporality: No temporal association |
| 60. | Polydactyly (left foot) | Temporality: No temporal association |
| 61. | Polydactyly (left hand) | Temporality: No temporal association |
| 62. | Nonspecific abnormality of skull/head, questionable click of left hip | Temporality: No temporal association |
| 63. | Congenital heart disease (biventricular hypertrophy), cardiomegaly | Temporality: No temporal association |
| 64. | Cardiac murmurs | Temporality: No temporal association |
| 65. | Cardiac murmur | Temporality: No temporal association |
| 66. | Cardiac murmur | Temporality: No temporal association |
| 67. | Potter's syndrome | Temporality: No temporal association |
| 68. | Polydactyly (bilateral hands) | Temporality: No temporal association |
| 69. | Congenital anomaly of genital organs (ambiguous genitalia) | Temporality: No temporal association |
| 70. | Atrial septal defect (ASD) | Temporality: No temporal association |
| 71. | Polydactyly (hand) | Temporality: No temporal association |
| 72. | Congenital subluxation of hip (unilateral), toxic erythema | Temporality: No temporal association |
| 73. | Polydactyly (hand) | Temporality: No temporal association |
| 74. | Hypospadias, epispadias | Temporality: No temporal association |
| 75. | Abnormal left ventricle | Temporality: No temporal association |
| 76. | Atrial septal defect (ASD) | Temporality: No temporal association |
| 77. | Hypospadias, microphallus | Temporality: No temporal association |
| 78. | Microcephalus | Temporality: No temporal association |
| 79. | Congenital stenosis of pulmonary valve, congenital anomaly of biliary tract | Temporality: No temporal association |
| 80. | Amniotic band syndrome right ankle | Temporality: No temporal association |
| 81. | Polydactyly (left hand) | Temporality: No temporal association |
| 82. | Hypoplastic left ventricle/atresic aortic arch | Temporality: No temporal association |
| 83. | Finger tag, heart murmur | Temporality: No temporal association |
| 84. | Vater/vacterl. Bilateral radial abnormalities, deformed thumbs, imperforate anus, single testes, mild hypospadias, hemivertebrae S1-2-3, small ventricular septal defect (VSD) and patent ductus arteriosus (PDA) | Temporality: No temporal association |
| 85. | Scaphocephaly | Temporality: No temporal association |
| | Left ventricular hypertrophy | Temporality: Unable to assess[2] |
| 86. | Talipes varus | Temporality: No temporal association |
| 87. | Fetal hydronephrosis | Temporality: No temporal association |
| 88. | Hypospadias | Temporality: No temporal association |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period

[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

Retrospective Reports (continued)

| | | |
|---|---|---|
| 89. | Congenital megacolon | Temporally: No temporal association |
| 90. | Congenital megacolon | Temporally: No temporal association |
| 91. | Complex heart disease, aortic outflow obstruction | Temporally: No temporal association |
| 92. | Syndactyly of right 3-4 fingers, syndactyly of left 3-4 toes, left cleft lip | Temporally: No temporal association |
| 93. | Left choral atresia, possible flattened facies, possible positional plagiocephaly | Temporally: No temporal association |
| 94. | Congenital dislocated hip (left) | Temporally: No temporal association |
| 95. | Duodenal atresia, cardiac malformation | Temporally: No temporal association |
| 96. | Mild strabismus, abnormal left ear | Temporally: No temporal association |
| 97. | Pulmonary atresia | Temporally: No temporal association |
| 98. | Left cleft lip and soft palate | Temporally: No temporal association |
| | Left eye defect | Temporally: Unable to assess[2] |
| 99. | Microcephaly, dilated left cerebral ventricle | Temporally: No temporal association |
| 100. | Malrotation of small intestine | Temporally: No temporal association |
| 101. | Hypertrophic cardiomyopathy | Temporally: Unable to assess[2] |
| 102. | Genu valgum | Temporally: Unable to assess[2] |
| 103. | Ventricular septal defect (VSD) | Temporally: Unable to assess[2] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Trisomy 21, renal anomalies, bilateral hydroureter to the bladder, mild left hydronephrosis, patent ductus arteriosis (PDA) | Temporally: Cannot rule out a possible association[1] |
| 2. | Clubfeet, bilateral | Temporally: Cannot rule out a possible association[1] |
| 3. | Cystic hygroma | Temporally: Cannot rule out a possible association[1] |
| 4. | Down syndrome | Temporally: Cannot rule out a possible association[1] |
| 5. | Poor growth, short stature, question chromosomal or dwarfism | Temporally: Cannot rule out a possible association[1] |
| 6. | Ventricular dilatation and hydrocephalus– external, possible cerebral atrophy, beta Thalassemia | Temporally: Cannot rule out a possible association[1] |
| 7. | Angiomas (2), facial asymmetry, valgus foot | Temporally: Cannot rule out a possible association[1] |
| 8. | Eyelid retraction | Temporally: Cannot rule out a possible association[1] |
| 9. | Sickle cell disease | Temporally: Cannot rule out a possible association[1] |
| | Polydactyly (hand) | Temporally: No temporal association |
| 10. | Varus feet at 4 ½ months | Temporally: Cannot rule out a possible association[1] |
| * 11. | Right hydronephrosis | Temporally: Cannot rule out a possible association[1] |
| * 12. | Congenital hydronephrosis | Temporally: Cannot rule out a possible association[1] |
| * 13. | Micrognathia | Temporally: Cannot rule out a possible association[1] |
| | Myotonic dystrophy | Known cause |
| 14. | Omphalocele with bowel gangrene | Temporally: No temporal association |
| 15. | Hypoplastic left heart ventricle | Temporally: No temporal association |
| 16. | Coarctation of the aorta and patent ductus arteriosus (PDA) | Temporally: No temporal association |
| 17. | Polycystic kidney, hypoplastic lungs | Temporally: No temporal association |
| 18. | Prognathism | Temporally: No temporal association |
| 19. | Anencephaly (aborted <20 weeks gestation) | Temporally: No temporal association |
| 20. | Polydactyly (bilateral hands), accessory auricle left ear | Temporally: No temporal association |
| 21. | Trisomy 21, atrioventricular canal defect | Temporally: No temporal association |
| 22. | Craniosynostosis | Temporally: Unable to assess[2] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporally

Retrospective Reports (continued)

### Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:

1. Congenital diaphragmatic hernia, dysmorphic features, clinodactyly, long forehead, long ears, Zellweger syndrome — Temporality: Cannot rule out a possible association[1]
2. Down syndrome — Temporality: Cannot rule out a possible association[1]
3. Turner syndrome — Temporality: No temporal association
4. Syndactyly of both hands — Temporality: No temporal association
5. Partial midline cleft palate — Temporality: No temporal association
6. Polydactyly — Temporality: No temporal association
7. Large fontanelle anterior and posterior, large glabellar crease, multicystic dysplastic left kidney — Temporality: No temporal association
8. Tetralogy of Fallot — Temporality: No temporal association
9. Mild dysmorphic features including cleft soft palate, long fingers, toes, low set ears, simple philtrum, wide nipples, flat nasal bridge — Temporality: No temporal association
10. Maxillolabial cleft — Temporality: No temporal association
    Undescended testicles — Unable to assess[2]
11. No fingers and toes, hypoplastic mandible, long right femur, and long right radius and ulna (bilateral) — Temporality: No temporal association
12. Imperforate rectum, cleft palate / cleft lip (double), absent corpus callosum, patent ductus arteriosus (PDA), no external ears, ambiguous genitals, hypoplastic pulmonary artery — Temporality: No temporal association
13. Occipital plagiocephaly — Temporality: Unable to assess[2]

### Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s)+ NNRTI + PI(s) Regimen:

1. Umbilical hernia, hepatomegaly, strabismus — Temporality: Cannot rule out a possible association[1]

### Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s)+ NTRTI(s) + PI(s) Regimen:

1. Macroglossia, patent ductus arteriosus (PDA), patent foramen ovale (PFO) — Temporality: Cannot rule out a possible association[1]

### Birth Defects from Pregnancies with Unspecified Trimester Exposure to NRTI(s) only Regimen:

1. Glycogenosis type II (Pompe's disease) — Temporality: Cannot rule out a possible association[1]
2. Fetal Alcohol Syndrome — Temporality: Cannot rule out a possible association[1]
   Microcephaly, posterior segment anomaly, dysmorphic facies, other specified anomaly of the eye — Temporality: Unable to assess[2]
3. Dysmelia of right hand — Temporality: Unable to assess[2]
4. Hypospadias (presumed male) — Temporality: Unable to assess[2]
5. Short segment Hirschsprung disease, bilateral supernumary nipples — Temporality: Unable to assess[2]
6. Microcephaly — Temporality: Unable to assess[2]
7. Intestinal atresia — Temporality: Unable to assess[2]
8. Biventricular hypertrophy, tricuspid regurgitation, patent foramen ovale (PFO), patent ductus arteriousus (PDA) — Temporality: Unable to assess[2]
9. Imperforate anus – no fistula, 2 vessel umbilical cord, minimal dilation of the cerebral ventricles, small ventricular septal defect (VSD), moderate bilateral hydronephrosis, urogenital sinus malformation — Temporality: Unable to assess[2]
10. Polydactyly (bilateral hands, left foot) — Temporality: Unable to assess[2]
11. Communicating hydrocephalus, Ex vacuo ventriculomegaly — Temporality: Unable to assess[2]
12. Talipes valgus — Temporality: Unable to assess[2]
13. Potter's sequence — Temporality: Unable to assess[2]
14. White matter degeneration — Temporality: Unable to assess[2]
    Corpus callosum hypoplasia — Temporality: No temporal association
    Mitochondriopathy — Temporality: Cannot rule out[1]

---

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.

* New, **Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporality

Retrospective Reports (continued)

**Birth Defects from Pregnancies with Unspecified Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Glaucoma (right eye), café au lait spots: Recklinghausen disease | Temporally: No temporal association |
| 2. | Talipes equinus (bilateral) | Temporally: Unable to assess[2] |
| 3. | Malrotation, incomplete obstruction of intestines | Temporally: Unable to assess[2] |
| 4. | Patent foramen ovale (PFO), patent ductus arteriosus (PDA), mild TI, apical muscular ventricular septal defect (VSD) | Temporally: Unable to assess[2] |
| 5. | Hepatomegaly, hypertrophic cardiomyopathy | Temporally: Unable to assess[2] |
| 6. | Multiple congenital anomalies | Temporally: Unable to assess[2] |
| 7. | Congenital club foot | Temporally: Unable to assess[2] |
| 8. | Unspecified fetal abnormalities | Temporally: Unable to assess[2] |
| 9. | Bilateral Glaucoma, corneal opacity | Temporally: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with Unspecified Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Tetralogy of Fallot | Temporally: Unable to assess[2] |

**Birth Defects from Pregnancies with Unspecified Trimester Exposure to NNRTI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Congenital deafness | Temporally: Unable to assess[2] |

**Birth Defects from Pregnancies with Unspecified Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Bilateral renal dilation | Temporally: Unable to assess[2] |
| 2. | Bilateral inguinal hernia, hydronephrosis, UJP obstruction, right ureter dilation, nasal piriform aperture stenosis, and single midline incisor | Temporally: Unable to assess[2] |

---

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, etc., or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
* New, **Updated reports this period
[1]  The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2]  Insufficient data to assess temporality

## *Reports from Clinical Studies in Pregnancy*

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Trisomy 21 (Down Syndrome) | Temporality: Cannot rule out a possible association[1] |
| 2. | Ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 3. | Atrial septal defect (ASD) | Temporality: Cannot rule out a possible association[1] |
| 4. | Small muscular ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 5. | Partial fusion proximal radius, ulna; ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 6. | Membranous ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 7. | Left costal margin birthmark, pilonidal dimple, grade II/IV systolic murmur | Temporality: Cannot rule out a possible association[1] |
| 8. | Deformed right ear, skin tags, facial asymmetry (hemifacial microsomia) | Temporality: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + PI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Small muscular ventricular septal defect (VSD) with L-R shunting; moderate peripheral pulmonary artery stenosis | Temporality: Cannot rule out a possible association[1] |
| 2. | Polydactyly (right foot) | Temporality: Cannot rule out a possible association[1] |
| 3. | Atrial septal defect (ASD) | Temporality: Cannot rule out a possible association[1] |
| 4. | Patent Ductus Arteriosus (PDA), atrial septal defect (ASD) | Temporality: Cannot rule out a possible association[1] |
| 5. | Hypospadias | Temporality: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Ventricular septal defect (VSD) | Temporality: Cannot rule out a possible association[1] |
| 2. | Patent ductus arteriosus (PDA), patent foramen ovale (PFO) | Temporality: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with First-Trimester Exposure to NRTI(s) + NNRTI(s) + PI(s) Regimen:**

| | | |
|---|---|---|
| 1. | Hypospadias | Temporality: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) Only Regimen:**

| | | |
|---|---|---|
| 1. | Cystic lesions of head | Temporality: Cannot rule out a possible association[1] |
| 2. | Umbilical hernia | Temporality: Cannot rule out a possible association[1] |
| | Polydactyly | No temporal association |
| 3. | Clitoromegaly with hyperkalemia | Temporality: Cannot rule out a possible association[1] |
| | Polydactyly, syndactyly (both big toes) | No temporal association |
| 4. | Pectus excavatum | Temporality: Cannot rule out a possible association[1] |
| 5. | Bilateral club feet | Temporality: Cannot rule out a possible association[1] |
| | Cleft lip and palate | No temporal association |
| 6. | Atrial septal defect (ASD) | Temporality: Cannot rule out a possible association[1] |

Note: Some affected cases are twins, triplets, etc., who had normal co-twins, co-triplets, or in which more than one fetus had a defect. This portion of the cases is small, which puts confidentiality at risk for those families. The multiple gestation indicator is temporarily removed from the report until the sample is of adequate size not to compromise the mother's privacy.
\* New, \*\*Updated reports this period
[1] The development of this defect and the timing of the exposure to antiretroviral drug therapy cannot rule out a possible association
[2] Insufficient data to assess temporally

| 7. | Down Syndrome | Temporality: Cannot rule out a possible association[1] |
| 8. | Clubfoot | Temporality: Cannot rule out a possible association[1] |
| 9. | Syndactyly (fingers without fusion of bone) | Temporality: No temporal association |
| 10. | Hemivertibra (S2-S3) | Temporality: No temporal association |
| 11. | Polydactyly (bilateral hands) | Temporality: No temporal association |
| 12. | Hypospadias | Temporality: No temporal association |
| 13. | Polydactyly | Temporality: No temporal association |
| 14. | Polydactyly (bilateral) | Temporality: No temporal association |
| 15. | Polydactyly (bilateral) | Temporality: No temporal association |
| 16. | Polydactyly (bilateral) | Temporality: No temporal association |
| 17. | Thyroglossal cysts | Temporality: No temporal association |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + PI(s) Regimen:**

| 1. | Membranous ventricular septal defect (VSD) | Temporality: No temporal association |
| 2. | Ventricular septal defect (VSD) | Temporality: No temporal association |
| | Patent ductus arteriosus (PDA) | Temporality: Cannot rule out a possible association[1] |

**Birth Defects from Pregnancies with Second/Third-Trimester Exposure to NRTI(s) + NNRTI(s) Regimen:**

| 1. | Inguinal herniation (right) | Temporality: Cannot rule out a possible association[1] |
| | Herniation of umbilicus | No temporal association |

**Appendix D: Index**

3TC, *page 94*
Abacavir, *page 84*
ABC, *page 83*
Adefovir dipivoxil, *page 84*
ADV, *page 84*
AGENERASE®, *page 85*
Amprenavir, *page 85*
APTIVUS®, *page 101*
APV, *page 85*
Atazanavir sulfate, *page 85*
ATV, *page 85*
BARACLUDE™, *page 90*
COMBIVIR®
   Lamivudine, *page 94*
   Zidovudine, *page 103*
CRIXIVAN®, *page 93*
d4T, *page 99*
ddC, *page 102*
Delavirdine mesylate, *page 86*
Didanosine, *page 87*
DLV, *page 86*
Efavirenz, *page 88*
EFV, *page 88*
Emtricitabine, *page 89*
EMTRIVA®, *page 89*
Enfuvirtide, *page 90*
ENT, *page 90*
Entecavir, *page 90*
EPIVIR®, *page 94*
EPZICOM™
   Abacavir, *page 83*
   Lamivudine, *page 94*
FORTOVASE®, *page 98*
FOS, *page 92*
Fosamprenavir calcium, *page 92*
FTC, *page 89*
FUZEON®, *page 90*
HEPSERA®, *page 84*
HIVID®, *page 102*
IDV, *page 93*
Indinavir, *page 93*
INVIRASE®, *page 98*

KALETRA®, *page 94*
   Lopinavir, *page 94*
   Ritonavir, *page 94, 98*
Lamivudine, *page 94*
LEXIVA®, *page 92*
Lopinavir, *page 94*
LPV/R, *page 94*
Nelfinavir, *page 96*
Nevirapine, *page 96*
NFV, *page 96*
NORVIR®, *page 98*
NVP, *page 96*
RESCRIPTOR®, *page 86*
RETROVIR®, *page 103*
REYATAZ®, *page 85*
Ritonavir, *page 98*
RTV, *page 98*
Saquinavir mesylate, *page 98*
SQV-HGC, *page 98*
SQV-SGC, *page 98*
Stavudine, *page 99*
STOCRIN®, *page 88*
SUSTIVA®, *page 88*
T-20, *page 90*
TDF, *page 100*
Tenofovir disoproxil fumarate, *page 100*
Tipranavir, *page 101*
TPV, *page 101*
TRIZIVIR®
   Abacavir, *page 83*
   Lamivudine, *page 94*
   Zidovudine, *page 103*
TRUVADA®
   Tenofovir, *page 100*
   Emtricitabine, *page 89*
VIDEX®, *page 87*
VIRACEPT®, *page 96*
VIRAMUNE®, *page 96*
VIREAD®, *page 100*
Zalcitabine, *page 102*
ZDV, *page 103*
ZERIT®, *page 99*
ZIAGEN®, *page 82*
Zidovudine, *page 103*

**Appendix D: Brief Descriptions of Antiretroviral Drugs Included in the Registry**

This appendix includes a synopsis of safety data relative to pregnancy for each drug included in the Registry. To provide consistent, relevant information to health care providers on the use and safety of the registry drugs during pregnancy, the drug descriptions in this appendix include the following sections from the label, which are derived from the FDA's final rule on Requirements on Content and Format of Labeling for Human Prescription Drug and Biologic Products (Federal Register, January 24, 2006, Vol 71, No. 15, p. 3987):

> Indications and usage
> Pregnancy
> Labor and Delivery
> Nursing Mothers
> Pediatric use
> Carcinogenesis, mutagenesis, impairment of fertility
> Patient Counseling Information (to be included only if it relates to pregnancy)

For complete safety data, please consult the appropriate drug label and relevant published literature.

Generic products are available for didanosine, efavirenz, lamivudine, nevirapine, stavudine and zidovudine. The safety information for generic drugs is, by law, identical to the parent drug.

**Abacavir (ZIAGEN®, ABC)**

ZIAGEN® is the brand name for abacavir sulfate, a synthetic carbocyclic nucleoside analogue with inhibitory activity against HIV.

Abacavir induced chromosomal aberrations both in the presence and absence of metabolic activation in an *in vitro* cytogenetic study in human lymphocytes. Abacavir was mutagenic in the absence of metabolic activation, although it was not mutagenic in the presence of metabolic activation in an L5178Y mouse lymphoma assay. At systemic exposures approximately nine times higher than that in humans at the therapeutic dose, abacavir was clastogenic in males and not clastogenic in females in an *in vivo* mouse bone marrow micronucleus assay. Abacavir was not mutagenic in bacterial mutagenicity assays in the presence and absence of metabolic activation. Abacavir had no adverse effects on the mating performance or fertility of male and female rats at doses of up to 500 mg/kg per day, a dose expected to produce exposures approximately eight-fold higher than that in humans at the therapeutic dose based on body surface area comparisons.

Abacavir is assigned FDA Pregnancy Category C status. Studies in pregnant rats showed that abacavir is transferred to the fetus through the placenta. Developmental toxicity (depressed fetal body weight and reduced crown-rump length) and increased incidences of fetal anasarca and skeletal malformations were observed when rats were treated with abacavir at doses of 1000 mg/kg during organogenesis. This dose produced 35 times the human exposure, based on AUC. In a fertility study, evidence of toxicity to the developing embryo and fetuses (increased resorptions, decreased fetal body weights) occurred only at 500 mg/kg per day. The offspring of female rats treated with abacavir at 500 mg/kg (beginning at embryo implantation and ending at weaning) showed increased incidence of stillbirth and lower body weights

throughout life. In the rabbit, there was no evidence of drug-related developmental toxicity and no increases in fetal malformations at doses up to 700 mg/kg (8.5 times the human exposure at the recommended dose, based on AUC). There are no adequate and well-controlled studies in pregnant women. ZIAGEN should be used during pregnancy only if the potential benefits outweigh the risk.

### Adefovir dipivoxil (HEPSERA®, ADV)

Adefovir dipivoxil is a diester prodrug of the active moiety adefovir, a nucleoside monophosphate (nucleotide) analogue of adenosine monophosphate. Adefovir is phosphorylated to the active metabolite, adefovir diphosphate, by cellular kinases. Adefovir diphosphate inhibits HBV DNA polymerase (reverse transcriptase) by competing with the natural substrate deoxyadenosine triphosphate and by causing DNA chain termination after its incorporation into viral DNA. The inhibition constant ($K_i$) for adefovir diphosphate for HBV DNA polymerase was 0.1 µM. Adefovir diphosphate is a weak inhibitor of human DNA polymerases α and γ with $K_i$ values of 1.18 µM and 0.97 µM, respectively.

HEPSERA® is indicated for the treatment of chronic hepatitis B in adults with evidence of active viral replication and either evidence of persistent elevations in serum aminotransferases (ALT or AST) or histologically active disease. This indication is based on histological, virological, biochemical, and serological responses in adult patients with HBeAg+ and HBeAg- chronic hepatitis B with compensated liver function, and in adult patients with clinical evidence of lamivudine-resistant hepatitis B virus with either compensated or decompensated liver function.

Carcinogenicity studies in mice and rats receiving adefovir have been conducted. In mice, at dose levels of 1, 3, or 10 mg/kg/day, no treatment-related increases in tumor incidence were found at 10 mg/kg/day (systemic exposure was 10 times that achieved in humans at a therapeutic dose of 10 mg/day). In rats dosed at levels of 0.5, 1.5, or 5 mg/kg/day, no drug-related increase in tumor incidence was observed. The exposure at the high dose was four times that at the human therapeutic dose. Adefovir dipivoxil was mutagenic in the *in vitro* mouse lymphoma cell assay (with or without metabolic activation).

Adefovir induced chromosomal aberrations in the *in vitro* human peripheral blood lymphocyte assay without metabolic activation. Adefovir was not clastogenic in the *in vivo* mouse micronucleus assay at doses up to 2,000 mg/kg. and it was not mutagenic in the Ames bacterial reverse mutation assay using *S. typhimurium* and *E. coli* strains in the presence and absence of metabolic activation. In reproductive toxicology studies, no evidence of impaired fertility was seen in male or female rats at doses up to 30 mg/kg/day (systemic exposure 19 times that achieved in humans at the therapeutic dose).

HEPSERA® is assigned FDA Pregnancy Category C status. Reproduction studies conducted with adefovir dipivoxil administered orally have shown no embryotoxicity or teratogenicity in rats at doses up to 35 mg/kg/day (systemic exposure approximately 23 times that achieved in humans at the therapeutic dose of 10 mg/day), or in rabbits at 20 mg/kg/day (systemic exposure 40 times humans). When adefovir was administered intravenously to pregnant rats at doses associated with notable maternal toxicity (20 mg/kg/day, systemic exposure 38 times human), embryotoxicity and an increased incidence of fetal malformations (anasarca, depressed eye bulge, umbilical hernia and kinked tail) were observed. No adverse effects on development were seen with adefovir administered intravenously to pregnant rats at 2.5 mg/kg/day (systemic exposure 12 times humans). There are no adequate and well-controlled studies in pregnant women.

## Amprenavir (AGENERASE®, APV)

Amprenavir (AGENERASE®) is an inhibitor of the human immunodeficiency virus (HIV) protease. AGENERASE® is assigned FDA Pregnancy Category C. Embryo/fetal development studies were conducted in rats (dosed from 15 days before pairing to day 17 of gestation) and rabbits (dosed from day 8 to day 20 of gestation). In pregnant rabbits, amprenavir administration was associated with abortions and an increased incidence of three minor skeletal variations resulting from deficient ossification of the femur, humerus trochlea, and humerus. Systemic exposure at the highest tested dose was approximately one-twentieth of the exposure seen at the recommended human dose. In rat fetuses, thymic elongation and incomplete ossification of bones were attributed to amprenavir. Both findings were seen at systemic exposures that were one half of that associated with the recommended human dose. Pre- and post-natal developmental studies were performed in rats dosed from day 7 of gestation to day 22 of lactation. Reduced body weights (10% to 20%) were observed in the offspring. The systemic exposure associated with this finding was approximately twice the exposure in humans following administration of the recommended human dose. The subsequent development of these offspring, including fertility and reproductive performance, was not affected by the maternal administration of amprenavir. There are no adequate and well-controlled studies in pregnant women. Amprenavir should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

## Atazanavir sulfate (REYATAZ®, ATV)

Atazanavir is an antiviral agent that is an inhibitor of HIV-1 protease. Atazanavir selectively inhibits the virus-specific processing of viral Gag and Gag-Pol polyproteins in HIV-1 infected cells, thus preventing formation of mature virions.

Long-term carcinogenicity studies of atazanavir in animals have not been completed. Atazanavir tested positive in an *in vitro* clastogenicity test using primary human lymphocytes, in the absence and presence of metabolic activation. Atazanavir tested negative in the *in vitro* Ames reverse-mutation assay, *in vivo* micronucleus and DNA repair tests in rats, and *in vivo* DNA damage test in rat duodenum (comet assay). Atazanavir did not produce significant effects on mating, fertility, or early embryonic development in rats at the systemic drug exposure levels equal to (males) or two times (females) those at the human clinical dose (400 mg daily).

Atazanavir is labeled Pregnancy Category B. Atazanavir did not produce teratogenic effects at maternal doses producing systemic drug exposure levels equal to (in rabbits) or two times (in rats) those at the human clinical dose (400 mg daily). In pre- and post-natal development assessments in rats, atazanavir caused body weight loss or weight gain suppression in offspring at maternally toxic drug exposure levels two times those at the human clinical dose. Offspring were unaffected at a lower dose that produced maternal exposure equivalent to that observed in humans given 400 mg once daily.

There are no adequate and well-controlled studies of atazanavir in pregnant women. Hyperbilirubinemia occurred frequently during treatment with atazanavir. It is not known whether atazanavir administered to the mother during pregnancy will exacerbate the physiological hyperbilirubinemia of neonates and lead to kernicterus in this age group. In the prepartum period, additional monitoring and alternative therapy to atazanavir should be considered. Cases of lactic acidosis syndrome (LAS), sometimes fatal, and symptomatic hyperlactatemia have been reported in patients (including pregnant women) receiving atazanavir in combination with nucleoside analogues, which are known to be associated with increased risk of LAS.

Female gender and obesity are known risk factors for LAS. The contribution of atazanavir to the risk of development of LAS has not been established. Atazanavir should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

### Delavirdine mesylate (RESCRIPTOR®, DLV)

Delavirdine mesylate (RESCRIPTOR®) is a non-nucleoside reverse transcriptase inhibitor of HIV-1. Lifetime carcinogenicity studies were conducted in rats at doses of 10, 32, and 100 mg/kg/day and in mice at doses of 62.5, 250, and 500 mg/kg/day for males and 62.5, 125, and 250 mg/kg/day for females. In rats, delavirdine, was noncarcinogenetic at maximally tolerated doses that produced exposures (AUC) up to 12 (male rats) and 9 (female rats) times human exposure at recommended doses. In mice, delavirdine produced significantly increases in the incidence of hepatocellular adenoma/adenocarcinoma in both males and females.

A battery of genetic toxicology tests, including the Ames assay, in vitro unscheduled DNA synthesis assay, a chromosomal aberration assay in human peripheral lymphocytes, a mammalian mutation assay in Chinese hamster ovary cells, and the micronucleus test in mice were negative, indicating delavirdine is not mutagenic. Delavirdine did not cause impairment of fertility in male or female rats.

Delavirdine is assigned FDA Pregnancy Category C. Delavirdine has been shown to be teratogenic in rats. Delavirdine caused ventricular septal defects in rats at doses of 50, 100, and 200 mg/kg/day when administered during the period of organogenesis. The lowest dose of delavirdine that caused malformations produced systemic exposures in pregnant rats equal to or lower than the expected human exposure to delavirdine at the recommended dose. Exposure in rats approximately 5-fold higher than the expected human exposure resulted in marked maternal toxicity, embryotoxicity, fetal developmental delay, and reduced pup survival. Reduced pup survival on postpartum day 0 occurred at an exposure approximately equal to the expected human exposure.

Delavirdine at doses of 200 and 400 mg/kg/day administered during the period of organogenesis caused maternal toxicity, embryotoxicity and abortions in rabbits. The lowest dose of delavirdine that resulted in these toxic effects produced systemic exposures in pregnant rabbits approximately 6-fold higher than the expected human exposure to delavirdine at the recommended dose. The no-observed-adverse-effect dose in the pregnant rabbit was 100 mg/kg/day. Various malformations were observed at this dose, but the incidence of such malformations was not statistically significantly different from those in the control group. Systemic exposures in pregnant rabbits at 100 mg/kg/day were lower than those expected in humans at the recommended clinical dose. Malformations were not apparent at 200 and 400 mg/kg/day; however, only a limited number of fetuses were available for examination as a result of maternal and embryo death.

No adequate and well-controlled studies in pregnant women have been conducted. Delavirdine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Of the 9 pregnancies reported in premarketing clinical studies and post marketing experience, a total of 10 infants were born (including 1 set of twins). Eight of the infants were born healthy. One infant was born HIV-positive but was otherwise healthy and with no congenital abnormalities detected, and 1 infant was born prematurely (34 to 35 weeks) with a small muscular ventricular septal defect that spontaneously resolved. The patient received approximately six weeks of treatment with delavirdine and zidovudine early in the course of the pregnancy.

**Didanosine (VIDEX®, VIDEX® EC, ddl)**

Didanosine, a nucleoside analogue of deoxyadenosine, inhibits the *in vitro* replication of HIV in human primary cell cultures and in established cell lines. After didanosine enters the cell, it is converted by cellular enzymes to the active antiviral metabolite, dideoxyadenosine triphosphate (ddATP). The intracellular half-life of ddATP, calculated from results obtained from *in vitro* cell culture studies, varied from 8 to 24 hours.

A common feature of dideoxynucleoside (the class of compounds to which didanosine belongs) is the lack of a free 3'-hydroxyl group. In nucleic acid replication, the 3'-hydroxyl of a naturally occurring nucleoside is the acceptor for covalent attachment of subsequent nucleoside 5'-monophosphates; its presence is therefore a requisite for continued DNA chain extension. Because ddATP lacks a 3'-hydroxyl group, incorporation of ddATP into viral DNA leads to chain termination and, thus, inhibition of viral replication. In addition, ddATP further contributes to inhibition of viral replication through interference with the HIV-RNA dependent DNA polymerase (reverse transcriptase) by competing with the natural nucleoside triphosphate, dATP, for binding to the active site of the enzyme.

Evidence of a dose-limiting skeletal muscle toxicity has been observed in mice and rats (but not in dogs) following long-term (greater than 90 days) dosing with didanosine at doses that were approximately 1.2 to 12 times the estimated human exposure. The relationship of this finding to the potential of didanosine to cause myopathy in humans is unclear. However, human myopathy has been associated with administration of other nucleoside analogues.

Lifetime carcinogenicity studies were conducted in mice and rats for 22 and 24 months, respectively. In the mouse study, initial doses of 120, 800, and 1200 mg/kg/day for each sex, were lowered after 8 months to 120, 210, and 210 mg/kg/day for females and 120, 300, and 600 mg/kg/day for males. The two higher doses exceeded the maximally tolerated doses in females and the high dose exceeded the maximally tolerated doses in males. The low dose in females represented 0.68-fold maximum human exposure and the intermediate dose in males represented 1.7-fold maximum human exposure. In the rat study, initial doses were 100, 250, and 1000 mg/kg/day, and the high dose was lowered to 500 mg/k/day after 18 months. The upper dose in male and female rats represented 3-fold maximum human exposure.

Didanosine induced no significant increase in neoplastic lesions in mice or rats at maximally tolerated doses.

No evidence of mutagenicity (with or without metabolic activation) was observed in Ames *Salmonella* mutagenicity assays or in a mutagenicity assay conducted with *Escherichia Coli* tester strain WP2 uvrA where only a slight increase in revertant was observed with didanosine. In a mammalian cell gene mutation assay conducted in L5178Y/TK+/- mouse lymphoma cells, didanosine was weakly positive both in the absence and presence of metabolic activation at concentrations of approximately 2000 µg/mL and above. In an *in vitro* cytogenic study performed in cultured human peripheral lymphocytes, high concentrations of didanosine (500 µg/mL) elevated the frequency of cells bearing chromosome aberrations. Another *in vitro* mammalian cell chromosome aberration study using Chinese hamster lung cells revealed that didanosine produces chromosome aberrations at 500 µg/mL after 48 hours of exposure. However, no significant elevations in the frequency of cells with chromosome aberrations were seen at didanosine concentrations up to 250 µg/mL. In a BALB/c 3T3 *in vitro* transformation assay, didanosine was considered positive only at concentrations of 3000 µg/mL and above. No evidence of genotoxicity was observed in rat and mouse micronucleus assays.

The results from the genotoxicity studies suggest that didanosine is not mutagenic at biologically and pharmacologically relevant doses. At significantly elevated doses in vitro, the genotoxic effects of didanosine are similar in magnitude to those seen with natural DNA nucleosides.

Didanosine is assigned FDA Pregnancy Category B status. Reproduction studies have been performed in rats and rabbits at doses up to 12 and 14.2 times the estimated human exposure (based upon plasma levels), respectively, and have revealed no evidence of impaired fertility or harm to the fetus due to didanosine. At approximately 12 times the estimated human exposure, didanosine was slightly toxic to female rats and their pups during mid and late lactation. These rats showed reduced food intake and body weight gains but the physical and functional development of the offspring was not impaired and there were no major changes in the F2 generation. A study in rats showed that didanosine and/or its metabolites are transferred to the fetus through the placenta. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

Fatal lactic acidosis has been reported in pregnant women who received the combination of stavudine and didanosine with other antiretroviral agents. It is not known if pregnancy augments the risk of lactic acidosis/hepatic steatosis syndrome reported in nonpregnant individuals receiving nucleoside analogues. The combination of stavudine and didanosine should be used with caution during pregnancy and is recommended only if the potential benefit clearly outweighs the potential risk. Health care providers caring for HIV-infected pregnant women receiving stavudine should be alert for early diagnosis of lactic acidosis/hepatic steatosis syndrome.

## Efavirenz (SUSTIVA®, STOCRIN®, EFV)

Efavirenz is marketed as SUSTIVA® by Bristol-Myers Squibb Company and as STOCRIN® by Merck & Co., Inc. Efavirenz is an HIV-1 specific, non-nucleoside, reverse transcriptase inhibitor (NNRTI). Efavirenz activity is mediated predominantly by non-competitive inhibition of HIV-1 reverse transcriptase. Studies in humans and in vitro studies using human liver microsomes have demonstrated that efavirenz is principally metabolized by the cytochrome P450 system to hydroxylated metabolites with subsequent glucuronidation of these hydroxylated metabolites. The in vitro studies suggest that CYP3A4 and CYP2B6 are the major isoenzymes responsible for efavirenz metabolism. Efavirenz has a terminal half-life of 52-76 hours after single doses and 40-55 hours after multiple doses.

Long-term carcinogenicity studies in mice and rats were carried out with efavirenz. Mice were dosed with 25, 75, 150, or 300 mg/kg/day for 2 years. Compared with untreated mice, incidences of hepatocellular adenomas and carcinomas and pulmonary alveolar/bronchiolar adenomas were increased above background in females. No increases in tumor incidence above background were seen in males. In controlled studies in which rats were administered efavirenz at doses of 25, 50, or 100 mg/kg/day for 2 years, no increases in tumor incidence above background were observed. The systemic exposure (based on AUCs) in mice was approximately 1.7-fold that in humans receiving the 600-mg/day dose. The exposure in rats was lower than that in humans. The mechanism of the carcinogenic potential in female mice is unknown. However, in genetic toxicology assays, efavirenz showed no evidence of mutagenic or clastogenic activity in a battery of in vitro and in vivo studies. These included bacterial mutation assays in S. typhimurium and E .coli, mammalian mutation assays in Chinese hamster ovary cells, chromosome aberration assays in human peripheral blood

ANTIRETROVIRAL PREGNANCY REGISTRY INTERIM REPORT
1 January 1989 through 31 January 2006

lymphocytes or Chinese hamster ovary cells, and an *in vivo* mouse bone marrow micronucleus assay. Given the lack of genotoxic activity of efavirenz, the relevance to humans of neoplasms in efavirenz-treated mice is not known.

In December 2004, the pregnancy category for SUSTIVA® was changed from Category C (Risk of Fetal Harm Cannot Be Ruled Out) to Category D (Positive Evidence of Fetal Risk). This change was a result of four retrospective reports of neural tube defects in infants born to women with first trimester exposure to SUSTIVA® including three cases of meningomyelocele and one Dandy Walker Syndrome. As SUSTIVA® may cause fetal harm when administered during the first trimester to a pregnant woman, pregnancy should be avoided in women receiving SUSTIVA®.

Women of childbearing potential should undergo pregnancy testing before initiation of SUSTIVA®. If SUSTIVA® is used during the first trimester of pregnancy, or if the patient becomes pregnant while taking this drug, the patient should be apprised of the potential harm to the fetus. Though there are no adequate, well-controlled studies in pregnant women, SUSTIVA® should be used during the first trimester of pregnancy only if the potential benefit justifies the potential risk to the fetus, such as in pregnant women without other therapeutic options. Barrier contraception should always be used in combination with other contraceptive methods.

An Antiretroviral Pregnancy Registry has been established to monitor fetal outcomes of pregnant women exposed to SUSTIVA® and/or other antiretroviral agents. Physicians are encouraged to register their pregnant patients by calling (800) 258-4263 no matter what antiretroviral medication they are receiving. Birth defects have been reported to the Registry involving all three classes of antiretroviral agents in various regimens. Additional information can be retrieved on the Registry's website at www.APRegistry.com.

Malformations have been observed in fetuses from efavirenz-treated animals. Limited data are available regarding human birth defects occurring after intrauterine exposure to SUSTIVA®. Refer to the current Antiretroviral Pregnancy Registry Interim Report table 5 for SUSTIVA® exposure and birth defect data. None of these events *prospectively* reported defects were neural tube defects. However, there have been four *retrospective* reports (i.e., after the results of the pregnancy were known) of findings consistent with neural tube defects, including meningomyelocele. All mothers were exposed to efavirenz-containing regimens in the first trimester.

### Emtricitabine (EMTRIVA®, FTC)

EMTRIVA® is a synthetic nucleoside analog of cytosine with demonstrated activity against HIV types 1 and 2 *in vitro*. Following oral administration to HIV-infected patients, EMTRIVA® is rapidly and extensively absorbed with peak plasma concentrations occurring at 1 to 2 hours post-dose. *In vitro* binding of EMTRIVA® to human plasma proteins was <4% and independent of concentration over range of 0.02-200 µg/ml. The mean plasma to blood concentration ratio was approximately 1.0 and the mean semen to plasma concentration ratio was approximately 4.0. The apparent volume of distribution after intravenous administration of emtricitabine was $1.4 \pm 0.3$ l/kg, indicating that emtricitabine is widely distributed throughout the body to both intracellular and extracellular fluid spaces.

Treatment with EMTRIVA® is well tolerated. Adverse events and laboratory abnormalities were reported with similar frequency in EMTRIVA® and control treatment groups with the exception of skin discoloration which

was reported with higher frequency in the EMTRIVA® treated group. Skin discoloration, manifested by hyperpigmentation on the palms and/or soles was generally mild and asymptomatic. The mechanism is undergoing further study.

EMTRIVA® is assigned FDA Pregnancy Category B status. Animal studies did not indicate harmful effects of emtricitabine with respect to fertility, pregnancy, fetal development, parturition or postnatal development. The incidence of fetal variations and malformations was not increased in embryofetal toxicity studies performed with emtricitabine in mice at exposures (AUC) approximately 60-fold higher and in rabbits at approximately 120-fold higher than human exposures at the recommended daily dose. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, EMTRIVA® should be used during pregnancy only if the benefits are thought to exceed the risk.

**Enfuvirtide (FUZEON®, T-20)**

Enfuvirtide (FUZEON®) is an inhibitor of the fusion of HIV-1 with CD4 cells. Enfuvirtide in combination with other antiretroviral agents is indicated for the treatment of HIV-1 infection in treatment-experienced patients with evidence of HIV-1 replication despite ongoing antiretroviral therapy. This indication is based on analyses of plasma HIV-1 RNA levels and CD4 cell counts in controlled studies of FUZEON® of 24 weeks duration. Subjects enrolled were treatment-experienced adults; many had advanced disease. There are no studies of FUZEON® in antiretroviral naive patients. There are no results from controlled trials evaluating the effect of FUZEON® on clinical progression of HIV-1.

Long-term animal carcinogenicity studies of enfuvirtide have not been conducted.

Enfuvirtide was neither mutagenic nor clastogenic in a series of *in vivo* and *in vitro* assays including the Ames bacterial reverse mutation assay, a mammalian cell forward gene mutation assay in AS52 Chinese Hamster ovary cells or an *in vivo* mouse micronucleus assay.

Enfuvirtide produced no adverse effects on fertility in male or female rats at doses of up to 30 mg/kg/day administered by subcutaneous injection (1.6 times the maximum recommended adult human daily dose on a $m^2$ basis).

Enfuvirtide is assigned FDA Pregnancy Category B. Reproduction studies have been performed in rats and rabbits at doses up to 27 times and 3.2 times the adult human dose on a $m^2$ basis. The animal studies revealed no evidence of harm to the fetus from enfuvirtide. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

**Entecavir (BARACLUDE™, ENT)**

Entecavir (BARACLUDE™, ENT) is a guanosine nucleoside analogue with selective activity against hepatitis B virus (HBV). Entecavir inhibits HBV polymerase and is efficiently phosphorylated to the active triphosphate form, which has an intracellular half-life of 15 hours. By competing with the natural substrate deoxyguanosine triphosphate, entecavir triphosphate functionally inhibits all three activities of the HBV polymerase (reverse transcriptase, rt): (1) base priming, (2) reverse transcription of the negative strand from the pregenomic

messenger RNA, and (3) synthesis of the positive strand of HBV DNA. Entecavir triphosphate has an inhibition constant (Ki) for HBV DNA polymerase of 0.0012 µM. Entecavir triphosphate is a weak inhibitor of cellular DNA polymerases α, ß, and δ and mitochondrial DNA polymerase γ with Ki values ranging from 18 > 160 µM.

Entecavir is indicated for the treatment of chronic hepatitis B virus infection in adults with evidence of active viral replication and either evidence of persistent elevations in serum aminotransferases (ALT or AST) or histologically active disease.

This indication is based on histologic, virologic, biochemical, and serologic responses after one year of treatment in nucleoside-treatment- naïve and lamivudine resistant adult patients with HBeAg-positive or HBeAg-negative chronic HBV infection with compensated liver disease and on more limited data in adult patients with HIV/HBV co-infection who have received prior lamivudine therapy.

Long-term oral carcinogenicity studies of entecavir in mice and rats were carried out at exposures up to approximately 42 times (mice) and 35 times (rats) those observed in humans at the highest recommended dose of 1 mg/day. In mouse and rat studies, entecavir was positive for carcinogenic findings.

In mice, lung adenomas were increased in males and females at exposures 3 and 40 times those in humans. Lung carcinomas in both male and female mice were increased at exposures 40 times those in humans. Combined lung adenomas and carcinomas were increased in male mice at exposures 3 times and in female mice at exposures 40 times those in humans. Tumor development was preceded by pneumocyte proliferation in the lung, which was not observed in rats, dogs, or monkeys, administered entecavir, supporting the conclusion that lung tumors in mice may be a species-specific event. Hepatocellular carcinomas were increased in males and combined liver adenomas and carcinomas were also increased at exposures 42 times those in humans. Vascular tumors in female mice (hemangiomas of ovaries and uterus and hemangiosarcomas of spleen) were increased at exposures 24 times those in humans; combined adenomas and carcinomas were also increased in females at exposures 24 times those in humans. Brain gliomas were induced in both males and females at exposures 35 and 24 times those in humans. Skin fibromas were induced in females at exposures 4 times those in humans.

It is not known how predictive the results of rodent carcinogenicity studies may be for humans.

Entecavir was clastogenic to human lymphocyte cultures. Entecavir was not mutagenic in the Ames bacterial reverse mutation assay using S. typhimurium and E. Coli strains in the presence or absence of metabolic activation, a mammalian-cell gene mutation assay, and transformation assay with Syrian hamster embryo cells. Entecavir was also negative in an oral micronucleus study and an oral DNA repair study in rats. In reproductive toxicology studies, in which animals were administered entecavir at up to 30 mg/kg for up to four weeks, no evidence of impaired fertility was seen in male or female rats at systemic exposures > 90 times those achieved in humans. No testicular changes were evident in monkeys.

Entecavir is labeled Pregnancy Category C. Reproduction studies have been performed in rats and rabbits at orally administered doses of 200 and 16 mg/kg/day and showed no embryotoxicity or maternal toxicity in rat and rabbit at doses producing systemic exposures approximately 28 and 212 times those achieved at the highest recommended dose of 1 mg/day in humans. In rats, maternal toxicity, embryo-fetal toxicity (resorptions), lower fetal body weights, tail and vertebral malformations, reduced ossification (vertebrae, sternebrea, and phalanges), and extra lumbar vertebrae and ribs were observed at exposures 3100 times

those in humans. In rabbits, embryo-fetal toxicity (resorptions), reduced ossification (hyoid), and an increased incidence of 13th rib were observed at exposures 883 times those in humans. In a peri-post-natal study, no adverse effects on offspring were seen with entecavir administered orally to rats at exposures > 94 times those in humans. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, entecavir should be used during pregnancy only if clearly needed and after consideration of the risks and benefits.

### Fosamprenavir calcium (LEXIVA®, FOS)

LEXIVA® is the brand name for fosamprenavir calcium, a prodrug of amprenavir, an inhibitor of human immunodeficiency virus (HIV) protease.

Fosamprenavir calcium was not mutagenic or genotoxic in a battery of *in vitro* and *in vivo* assays. These assays included bacterial reverse mutation (Ames), mouse lymphoma, rat micronucleus and chromosome aberrations in human lymphocytes. The effects of fosamprenavir calcium on fertility and general reproductive performance were investigated in male (treated for 4 weeks before mating) and female rats (treated for 2 weeks before mating through postpartum day 6). Systemic exposures (AUC0-24 hr) to amprenavir in these studies were 3 (males) to 4 (females) times higher than exposures in humans following administration of the maximum recommended human dose (MRHD) of fosamprenavir calcium alone or similar to those seen in humans following administration of fosamprenavir calcium in combination with ritonavir. Fosamprenavir calcium did not impair mating or fertility of male or female rats and did not affect the development and maturation of sperm from treated rats.

LEXIVA® is assigned FDA Pregnancy Category C status. Embryo/fetal development studies were conducted in rats (dosed from day 6 to day 17 of gestation) and rabbits (dosed from day 7 to day 20 of gestation). Administration of fosamprenavir calcium to pregnant rats and rabbits produced no major effects on embryo-fetal development; however, the incidence of abortion was increased in rabbits that were administered fosamprenavir calcium. Systemic exposures (AUC0-24 hr) to amprenavir at these dosages were 0.8 (rabbits) to 2 (rats) times the exposures in humans following administration of the MRHD of fosamprenavir calcium alone or 0.3 (rabbits) to 0.7 (rats) times the exposures in humans following administration of the MRHD of fosamprenavir calcium in combination with ritonavir. In contrast, administration of amprenavir was associated with abortions and an increased incidence of minor skeletal variations resulting from deficient ossification of the femur, humerus, and trochlea, in pregnant rabbits at the tested dose; approximately one twentieth the exposure seen at the recommended human dose. The mating and fertility of the F1 generation born to female rats given fosamprenavir calcium was not different from control animals; however, fosamprenavir calcium did cause a reduction in both pup survival and body weights. Surviving F1 female rats showed an increased time to successful mating, an increased length of gestation, a reduced number of uterine implantation sites per litter, and reduced gestational body weights compared to control animals. Systemic exposure (AUC0-24 hr) to amprenavir in the F0 pregnant rats was approximately 2 times higher than exposures in humans following administration of the MRHD of fosamprenavir calcium alone or approximately the same as those seen in humans following administration of the MRHD of fosamprenavir calcium in combination with ritonavir. There are no adequate and well-controlled studies in pregnant women. LEXIVA® should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Indinavir (CRIXIVAN®, IDV)**

Please refer to the package circular for full product information. Indinavir sulfate (CRIXIVAN®) is a potent and selective inhibitor of human immunodeficiency virus (HIV) protease. Indinavir in combination with antiretroviral agents is indicated for the treatment of HIV infection. In vitro studies indicate that cytochrome P-450 3A4 (CYP3A4) is the major enzyme responsible for formation of the six oxidative metabolites of indinavir. Indinavir is eliminated rapidly from the body, with a half-life of approximately 1.8 hours following a single dose. Multiple dosing at 800 mg every 8 hours did not result in significant accumulation of indinavir in the body.

Indinavir is assigned FDA Pregnancy Category C status. Developmental toxicity studies were performed in rabbits (at doses up to 240 mg/kg/day), dogs (at doses up to 80 mg/kg/day), and rats (at doses up to 640 mg/kg/day). The highest doses in these studies produced systemic exposures in these species comparable to, or slightly greater than, human exposure. No treatment-related external, visceral, or skeletal changes were observed in rabbits or dogs. No treatment-related external or visceral changes were observed in rats. Treatment-related increases over controls in the incidence of supernumerary ribs (at exposures at or below those in humans) and of cervical ribs (at exposures comparable to, or slightly greater than, those in humans) were seen in rats. In all three species, no treatment-related effects on embryonic/fetal survival or fetal weights were observed.

In rabbits, at a maternal dose of 240 mg/kg/day, no drug was detected in fetal plasma 1 hour after dosing. Fetal plasma drug levels 2 hours after dosing were approximately 3% of maternal plasma drug levels. In dogs, at a maternal dose of 80 mg/kg/day, fetal plasma drug levels were approximately 50% of maternal plasma drug levels both 1 and 2 hours after dosing. In rats, at maternal doses of 40 and 640 mg/kg/day, fetal plasma drug levels were approximately 10 to 15% and 10 to 20% of maternal plasma drug levels 1 and 2 hours after dosing, respectively.

Indinavir was administered to Rhesus monkeys during the third trimester of pregnancy (at doses up to 160 mg/kg twice daily) and to neonatal Rhesus monkeys (at doses up to 160 mg/kg twice daily). When administered to neonates, indinavir caused an exacerbation of the transient physiologic hyperbilirubinemia seen in this species after birth; serum bilirubin values were approximately fourfold above controls at 160 mg/kg twice daily. A similar exacerbation did not occur in neonates after in utero exposure to indinavir during the third trimester of pregnancy. In Rhesus monkeys, fetal plasma drug levels were approximately 1 to 2% of maternal plasma drug levels approximately 1 hour after maternal dosing at 40, 80, or 160 mg/kg twice daily.

Hyperbilirubinemia has occurred during treatment with indinavir. It is unknown whether indinavir administered to the mother in the perinatal period will exacerbate physiologic hyperbilirubinemia in neonates.

Carcinogenicity studies were conducted in mice and rats. In mice, no increased incidence of any tumor type was observed. The highest dose tested in rats was 640 mg/kg/day; at this dose a statistically significant increased incidence of thyroid adenomas was seen only in male rats. At that dose, daily systemic exposure in rats was approximately 1.3 times higher than daily systemic exposure in humans. No evidence of mutagenicity or genotoxicity was observed in in vitro microbial mutagenesis (Ames) tests, in vitro alkaline elution assays for DNA breakage, in vitro and in vivo chromosomal aberration studies, and in vitro mammalian cell mutagenesis assays. No treatment-related effects on mating, fertility, or embryo survival were seen in female rats and no treatment-related effects on mating performance were seen in male rats at doses providing systemic exposure comparable to or slightly higher than that with the clinical dose. In addition, no treatment-related effects were observed in fecundity or fertility of untreated females mated to treated males.

There are no adequate and well-controlled studies in pregnant women. Indinavir should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

The optimal dosing regimen for use of indinavir in pregnant patients has not been established. A CRIXIVAN dose of 800 mg every 8 hours (with zidovudine 200 mg every 8 hours and lamivudine 150 mg twice a day) has been studied in 16 HIV-infected pregnant patients at 14 to 28 weeks of gestation at enrollment (study PACTG 358). The mean indinavir plasma AUC0-8hr at weeks 30-32 of gestation (n=11) was 9231 nM•hr, which is 74% (95% CI: 50%, 86%) lower than that observed 6 weeks postpartum. Six of these 11 (55%) patients had mean indinavir plasma concentrations 8 hours post-dose (Cmin) below assay threshold of reliable quantification. The pharmacokinetics of indinavir in these 11 patients at 6 weeks postpartum were generally similar to those observed in non-pregnant patients in another study. Given the substantially lower antepartum exposures observed and the limited data in this patient population, indinavir use is not recommended in HIV-infected pregnant patients.

### Lamivudine (EPIVIR®, 3TC)

EPIVIR® (formerly known as 3TC) is the brand name for lamivudine, a synthetic nucleoside analogue with activity against HIV.

Long-term carcinogenicity studies of lamivudine in animals have not yet been completed. Lamivudine was not active in a microbial mutagenicity screen or an *in vitro* cell transformation assay, but showed weak *in vitro* mutagenic activity in a cytogenetic assay using cultured human lymphocytes and in the mouse lymphoma assay. However, lamivudine showed no evidence of *in vivo* genotoxic activity in the rat at oral doses of up to 2,000 mg/kg (approximately 65 times the recommended human dose based on body surface area comparisons). In a study of reproductive performance, lamivudine, administered to rats at doses up to 130 times the usual adult dose based on body surface area comparisons, revealed no evidence of impaired fertility and no effect on the survival, growth, and development to weaning of the offspring.

Lamivudine is assigned FDA Pregnancy Category C status. Reproduction studies have been performed in rats and rabbits at orally administered doses up to approximately 130 and 60 times, respectively, the usual adult dose and have revealed no evidence of harm to the fetus due to lamivudine. Some evidence of early embryolethality was seen in the rabbit at doses similar to those produced by the usual adult dose and higher, but there was no indication of this effect in the rat at orally administered doses up to 130 times the usual adult dose. Studies in pregnant rats and rabbits showed that lamivudine is transferred to the fetus through the placenta. There are no adequate and well-controlled studies in pregnant women. Because animal reproductive toxicity studies are not always predictive of human response, lamivudine should be used during pregnancy only if the potential benefits outweigh the risks.

### Lopinavir/ritonavir (KALETRA®, LPV/r)

Lopinavir/ritonavir (KALETRA®, LPV/r) is a co-formulation of lopinavir and ritonavir. Lopinavir is an inhibitor of the HIV protease. As co-formulated in KALETRA®, ritonavir inhibits the CYP3A-mediated metabolism of lopinavir, thereby providing increased plasma levels of lopinavir. Lopinavir/ritonavir has been tested extensively for its ability to inhibit the HIV-1 protease enzyme and HIV viral replication in cell culture. HIV-1

protease is the virus-encoded enzyme necessary for the processing of the viral Gag-Pol polyprotein. Inhibition of this enzyme yields noninfectious, immature virions.

Lopinavir/ritonavir, as a co-formulation, has a broad spectrum of activity against HIV type 1, including resistant strains of HIV, in a variety of transformed and primary human cell lines. Clinical trials with lopinavir/ritonavir at 400/100 mg twice daily, alone or in combination with reverse transcriptase inhibitors demonstrated profound reductions in viral RNA levels and substantial increases in CD4 cell counts among patients across a wide spectrum of HIV disease. Lopinavir/ritonavir is labeled for use in combination with other antiretroviral agents for the treatment of HIV infection in the adult and pediatric (>6 months of age) populations.

Long-term carcinogenicity studies utilizing a 2:1 combination of lopinavir/ritonavir in rats and mice have been completed. There were no carcinogenic effects in rats dosed at levels of 10/5, 20/10 or 50/25 mg/kg/day of lopinavir/ritonavir. In this study, the mean drug exposures at the high dosages (50/25 mg/kg/day) were approximately 0.5-times (lopinavir) and 0.8 times (ritonavir) the exposures in humans with the recommended therapeutic dose of 400/100 mg BID. In mice dosed at levels of 20/10, 60/30 and 120/60 mg/kg/day of lopinavir/ritonavir, the incidences of benign hepatocellular adenomas, and combined incidences of hepatocellular adenomas and carcinomas in both male and female mice receiving the high dosage (120/60 mg/kg/day) were higher than the controls. Based on AUC measurements, the drug exposure at the high dose was approximately 2-fold (lopinavir) to 5-fold (ritonavir) higher than the exposures in humans with the recommended therapeutic dose. The increase tumor incidence was considered to have resulted from drug-related mitogenic stimuli and not genotoxicity. Such a tumor response in the murine liver is generally considered not to have a human correlate at anticipated clinical exposures, and therefore, the increases in the liver tumors in the mouse study were considered to have little human clinical relevance. However, neither lopinavir nor ritonavir was found to be mutagenic or clastogenic in a battery of *in vitro* or *in vivo* assays including the Ames bacterial reverse mutation assay using *S. typhimurium* and *E. coli*, the mouse lymphoma assay, the mouse micronucleus test and chromosomal aberration assays in human lymphocytes.

Lopinavir/ritonavir is labeled FDA Pregnancy Category C. No treatment-related malformations were observed when lopinavir in combination with ritonavir was administered to pregnant rats or rabbits. Embryonic developmental toxicities (early resorption, decreased fetal viability, decreased fetal body weight, increased incidence of skeletal variations or skeletal ossification delays) occurred in rats receiving a maternally toxic dosage that produced drug exposures (AUCs) that are approximately 0.7 times the lopinavir and 1.8 times the ritonavir exposures in humans at the recommended therapeutic dose of 400/100 mg BID. No embryonic or fetal developmental toxicities were observed in rabbits at a maternally toxic dosage. Based on AUC measurements, the drug exposures in rabbits at this maternally toxic dosage were approximately 0.6 times the lopinavir and 1.0-fold for ritonavir exposures in humans at the recommended therapeutic dose of 400/100 mg BID. Lopinavir in combination with ritonavir produced no effects on fertility in female or male rats at the dosage tested. There are no adequate and well-controlled studies in pregnant women. Because animal studies are not always predictive of human response, lopinavir/ritonavir should be used during pregnancy only when benefits outweigh the risks.

**Nelfinavir (VIRACEPT®, NFV)**

Nelfinavir mesylate is an inhibitor of the human immunodeficiency virus (HIV) protease. Inhibition of the viral protease prevents cleavage of the gag-pol polyprotein resulting in the production of immature, non-infectious virus.

Nelfinavir was not mutagenic or clastogenic in a battery of *in vitro* and *in vivo* tests including microbial mutagenesis (Ames), mouse lymphoma, chromosome aberrations in human lymphocytes, and an *in vivo* rat micronucleus assay. Carcinogenicity studies in animals have not yet been completed.

Nelfinavir is assigned FDA Pregnancy Category B status. Nelfinavir produced no effects on either male or female mating and fertility or embryo survival in rat studies at exposures (based on the steady-state area under the plasma concentration time curve) comparable to human therapeutic exposure. There were also no effects on fetal development or maternal toxicity when nelfinavir was administered to pregnant rats at systemic exposures comparable to human exposure. Administration of nelfinavir to pregnant rabbits resulted in no fetal development effects up to a dose at which a slight decrease in maternal body weight was observed; however, even at the highest dose evaluated, systemic exposure in rabbits was significantly lower than human exposure. Additional studies in rats indicated that exposure to nelfinavir in females from mid-pregnancy through lactation had no effect on the survival, growth, and development of the offspring to weaning. Subsequent reproductive performance of these offspring was also not affected by maternal exposure to nelfinavir. However, there are no adequate and well-controlled studies in pregnant women. Animal reproduction studies are not always predictive of human response; nelfinavir should be used during pregnancy with caution.

**Nevirapine (VIRAMUNE®, NVP)**

VIRAMUNE® (nevirapine) is a non-nucleoside reverse transcriptase inhibitor with activity against Human Immunodeficiency Virus Type 1 (HIV-1). Nevirapine binds directly to reverse transcriptase (RT) and blocks the RNA-dependent and DNA-dependent DNA polymerase activities by causing a disruption of the enzyme's catalytic site. The activity of nevirapine does not compete with template or nucleoside triphosphates. HIV-2 RT and eukaryotic DNA polymerase (such as human DNA polymerase a, b, g, or d) are not inhibited by nevirapine.

Nevirapine is highly lipophilic and is essentially nonionized at physiologic pH. Following intravenous administration to healthy adults, the apparent volume of distribution (Vdss) of nevirapine was 1.21 +/- 0.09 L/kg, suggesting that nevirapine is widely distributed in humans. Nevirapine readily crosses the placenta and is found in breast milk.

Carcinogenesis, Mutagenesis, Impairment of Fertility: Long-term carcinogenicity studies of nevirapine in animals are currently in progress. In genetic toxicology assays, nevirapine showed no evidence of mutagenic or clastogenic activity in a battery of *in vitro* and *in vivo* assays including microbial assays for gene mutation (Ames: Salmonella strains and E. coli), mammalian cell gene mutation assays (CHO/HGPRT), cytogenetic assays using a Chinese hamster ovary cell line and a mouse bone marrow micronucleus assay following oral administration. In reproductive toxicology studies, evidence of impaired fertility was seen in female rats at doses providing systemic exposure, based on AUC, approximately equivalent to that provided with the recommended clinical dose of nevirapine.

Pregnancy: Nevirapine is assigned to the FDA Pregnancy Category C. No observable teratogenicity was detected in reproductive studies performed in pregnant rats and rabbits. In rats, a significant decrease in fetal body weight occurred at doses providing systemic exposure approximately 50% higher, respectively, than those seen at the recommended daily human dose, based on AUC. There are no adequate and well-controlled studies in pregnant women. Nevirapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nursing Mothers: Results from a pharmacokinetic study (ACTG 250) in 10 HIV-1 infected pregnant women who were administered a single oral dose of 100 or 200 mg nevirapine at a median of 5.8 hours before delivery, indicate that nevirapine readily crosses the placenta and is found in breast milk. Consistent with the recommendation by the U.S. Public Health Service Centers for Disease Control and Prevention that HIV-infected mothers not breast-feed their infants to avoid postnatal transmission of HIV, mothers should discontinue nursing if they are receiving nevirapine.

Adverse Reactions: VIRAMUNE® (nevirapine) is marketed in the Unites States with a black box warning. The specific warning reads:

Severe, life-threatening, and in some cases fatal hepatotoxicity, particularly in the first 18 weeks, has been reported in patients treated with VIRAMUNE®. In some cases, patients presented with non-specific prodromal signs or symptoms of hepatitis and progressed to hepatic failure. These events are often associated with rash. Female gender and higher CD4 counts at initiation of therapy place patients at increased risk; women with CD4 counts >250 cells/mm$^3$, including pregnant women receiving VIRAMUNE® in combination with other antiretrovirals for the treatment of HIV infection, are at the greatest risk. However, hepatotoxicity associated with VIRAMUNE® use can occur in both genders, all CD4 counts and at any time during treatment. Patients with signs or symptoms of hepatitis, or with increased transaminases combined with rash or other systemic symptoms, must discontinue VIRAMUNE® and seek medical evaluation immediately (see WARNINGS). Severe, life-threatening skin reactions, including fatal cases, have occurred in patients treated with VIRAMUNE®. These have included cases of Stevens-Johnson syndrome, toxic epidermal necrolysis, and hypersensitivity reactions characterized by rash, constitutional findings and organ dysfunction. Patients developing signs or symptoms of severe skin reactions or hypersensitivity reactions must discontinue VIRAMUNE® and seek medical evaluation immediately (see WARNINGS).

It is essential that patients be monitored intensively during the first 18 weeks of therapy with VIRAMUNE® to detect potentially life-threatening hepatotoxicity or skin reactions. Extra vigilance is warranted during the first 6 weeks of therapy, which is the period of greatest risk of these events. Do not restart VIRAMUNE® following severe hepatic, skin or hypersensitivity reactions. In some cases, hepatic injury has progressed despite discontinuation of treatment. In addition, the 14-day lead-in period with VIRAMUNE® 200 mg daily dosing must be strictly followed (see WARNINGS).

In addition, serious hepatotoxicity (including liver failure requiring transplantation in one instance) has been reported in HIV-uninfected individuals receiving multiple doses of VIRAMUNE® in the setting of post-exposure prophylaxis, an unapproved use.

### Ritonavir (NORVIR®, RTV)

Ritonavir (NORVIR®) is an HIV protease inhibitor that has been tested extensively for its ability to inhibit the HIV-1 protease enzyme and HIV viral replication in cell culture. HIV-1 protease is the virus-encoded enzyme necessary for the processing of the viral gagpol polyprotein. Inhibition of this enzyme yields noninfectious immature virions.

Ritonavir has a broad spectrum of activity against HIV types 1 and 2, including zidovudine-resistant HIV in a variety of transformed and primary human cell lines. Clinical trials with ritonavir at a dose of 600 mg twice daily, alone or in combination with nucleoside analogues, demonstrated profound reductions in viral RNA levels and substantial increases in CD4 cell counts among patients across a wide spectrum of HIV disease. In a Phase III trial ritonavir treatment compared with placebo led to decreases of approximately 50% in mortality and disease progression in patients with advanced disease who continued to receive various nucleoside analogue regimens. Ritonavir is labeled for use in combination with other antiretroviral agents or as monotherapy for the treatment of HIV-infection.

Ritonavir was not mutagenic or clastogenic in a battery of *in vitro* and *in vivo* assays including bacterial reverse mutation (Ames) using S. Typhimurium and E. coli, mouse lymphoma, mouse micronucleus, and chromosome aberrations in human lymphocytes.

Ritonavir is labeled Pregnancy Category B. Ritonavir produced no effects on fertility in rats at drug exposures approximately 40% (male) and 60% (female) of that achieved with the proposed therapeutic dose. Higher dosages were not feasible due to hepatic toxicity. No treatment-related malformations were observed when ritonavir was administered to pregnant rats or rabbits. Developmental toxicity observed in rats (early resorptions, decreased fetal body weight and ossification delays and developmental variations) occurred at a maternally toxic dosage at an exposure equivalent to approximately 30% of that achieved with the proposed therapeutic dose. A slight increase in the incidence of cryptorchidism was also noted in rats at an exposure approximately 22% of that achieved with the proposed therapeutic dose. Developmental toxicity observed in rabbits (resorptions, decreased litter size and decreased fetal weights) also occurred at a maternally toxic dosage equivalent to 1.8 times the proposed therapeutic dose based on a body surface area conversion factor.

There is minimal information on ritonavir use in pregnant women from clinical trials and postmarketing surveillance. However, the use of ritonavir with lamivudine and zidovudine in HIV infected pregnant women is currently being evaluated in ACTG Study 354. In addition, a multicenter trial to study ritonavir use for the prevention of vertical transmission of HIV infection in treatment naïve pregnant women is being conducted in Thailand. Because animal studies are not always predictive of human response, ritonavir should be used during pregnancy only if clearly needed.

### Saquinavir mesylate (INVIRASE®, SQV-HGC), saquinavir (FORTOVASE®, SQV-SGC)

Saquinavir mesylate is an inhibitor of the human immunodeficiency virus (HIV) protease. HIV protease cleaves viral polyprotein precursors to generate functional proteins in HIV infected cells. The cleavage of viral polyprotein precursors is essential for maturation of infectious virus. Saquinavir is a synthetic peptide-like substrate analogue that inhibits the activity of HIV protease and prevents the cleavage of viral polyproteins.

In cell culture, saquinavir demonstrated additive to synergistic effects against HIV in double and triple combination regimens with reverse transcriptase inhibitors zidovudine (ZDV), zalcitabine (ddC), and didanosine (ddI), without enhanced cytotoxicity. The potential for HIV cross resistance between protease inhibitors has not been explored.

Carcinogenicity studies in rats and mice found no indication of carcinogenic activity in rats and mice administered saquinavir for approximately 2 years. The plasma exposures (AUC values) in the respective species were up to approximately 60% of and equivalent to those obtained in humans at the recommended clinical dose. Mutagenicity and genotoxicity studies, with and without metabolic activation where appropriate, have shown that saquinavir has no mutagenic activity *in vitro* in either bacterial (Ames test) or mammalian cells (Chinese hamster lung V79/HPRT test). Saquinavir does not induce chromosomal damage *in vivo* in the mouse micronucleus assay or *in vitro* in the unscheduled DNA synthesis test and does not induce primary DNA damage *in vitro* in the unscheduled DNA synthesis test.

Fertility and reproductive performance were not affected in rats at plasma exposures (AUC) values up to five times those achieved in humans at the recommended dose.

Saquinavir is assigned FDA Pregnancy Category B status. Reproduction studies conducted with saquinavir in rats have shown no embryotoxicity or teratogenicity at plasma exposures (AUC values) up to five times those achieved in humans at the recommended dose or in rabbits at plasma exposures at four times those achieved at the recommended clinical dose. Studies in rats indicated that exposure to saquinavir from late pregnancy through lactation at plasma exposures (AUC values) up to five times those achieved in humans at the recommended dose had no effect on the survival, growth and development of offspring to weaning. Because animal reproduction studies are not always predictive of the human response, saquinavir should be used during pregnancy after taking into account the importance of the drug to the mother. Presently there are no reports of infants being born after women receiving saquinavir in clinical trials became pregnant.

### Stavudine (ZERIT®, d4T)

Stavudine, a nucleoside analogue of thymidine, inhibits the replication of HIV in human cells *in vitro*. Stavudine is phosphorylated by cellular kinases to stavudine triphosphate, which exerts antiviral activity. Stavudine triphosphate has an intracellular half-life of 3.5 hours in CEM and peripheral blood mononuclear cells. Stavudine triphosphate inhibits HIV replication by two known mechanisms: 1) it inhibits HIV reverse transcriptase by competing with the natural substrate deoxythymidine triphosphate (K - 0.0083 to 0.032 µM); and 2) it inhibits viral DNA synthesis by causing DNA chain termination because virus infection and stavudine treatment, size of virus oculum, the cell type employed and the particular assay method used.

In 2-year carcinogenicity studies in mice and rats, stavudine was noncarcinogenic at doses, which produced exposures (AUC) 39 and 168 times, respectively, human exposure at the recommended clinical dose. Benign and malignant liver tumors in mice and rats and malignant urinary bladder tumors in male rats occurred at levels of exposure, 250 (mice) and 732 (rats) time human exposure at the recommended clinical dose.

This information can also be found in the official prescribing information.

Stavudine was not mutagenic in the Ames *E. coli* reverse mutation or the CHO/HGPRT mammalian cell forward gene mutation assays with and without metabolic activation. Stavudine produced positive results in

the *in vitro* human lymphocyte clastogenesis and mouse fibroblast assays and in the *in vivo* mouse micronucleus test. In the *in vitro* assays, stavudine elevated the frequency of chromosome aberrations in human lymphocytes (concentrations of 25 to 250 µg/mL, without metabolic activation) and increased the frequency of transformed foci in mouse fibroblast cells (concentrations of 25 to 2500 µg/mL, with and without metabolic activation). In the *in vivo* micronucleus assay, stavudine was clastogenic in bone marrow cells following oral stavudine administration to mice at dosages of 600 to 2000 mg/kg/day for three days.

No evidence of impaired fertility was seen in rats with exposures based on $C_{max}$ up to 216 times that observed following a clinical dosage of 1 mg/kg/day.

Stavudine is assigned FDA Pregnancy Category C status. Reproduction studies have been performed in rats and rabbits with exposures (based on $C_{max}$) up to 399 and 183 times, respectively, of that seen at a clinical dosage of 1 mg/kg/day and have revealed no evidence of teratogenicity. The incidence of fetuses of a common skeletal variation, unossified or incomplete ossification of sternebra, was increased in rats at 399 times human exposure, while no effect was observed at 216 times human exposure. A slight post-implantation loss was noted at 216 times the human exposure with no effect noted at approximately 135 times the human exposure. An increase in early rat neonatal mortality (birth to four days of age) occurred at 399 times the human exposure, while survival of neonates was unaffected at approximately 135 times the human exposure. A study in rats showed that stavudine is transferred to the fetus through the placenta. The concentration in fetal tissue was approximately one-half the concentration in maternal plasma. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, stavudine should be used during pregnancy only if clearly needed.

Stavudine should be used during pregnancy only if the potential benefit justifies the potential risk. Fatal lactic acidosis has been reported in pregnant women who received the combination of stavudine and didanosine with other antiretroviral agents. It is not known if pregnancy augments the risk of lactic acidosis/hepatic steatosis syndrome reported in nonpregnant individuals receiving nucleoside analogues. The combination of stavudine and didanosine should be used with caution during pregnancy and is recommended only if the potential benefit clearly outweighs the potential risk. Health care providers caring for HIV-infected pregnant women receiving stavudine should be alert for early diagnosis of lactic acidosis/hepatic steatosis syndrome.

### Tenofovir disoproxil fumarate (VIREAD®, TDF)

VIREAD® (tenofovir disoproxil fumarate or tenofovir DF) is an acyclic nucleotide analog with demonstrated activity against HIV types 1 and 2 *in vitro*. Following oral administration to HIV-infected patients, VIREAD® is rapidly absorbed and converted to tenofovir with maximum concentrations achieved in serum approximately 1 hour following dosing in the fasted state. After oral administration of VIREAD®, tenofovir is distributed to most tissues with the highest concentrations occurring in the kidney, liver and the intestinal contents (pre-clinical studies). *In vitro* protein binding of tenofovir to plasma or serum protein was negligible over the concentration range of 0.01 to 25 µg/mL. The mean percentages of tenofovir unbound in human plasma and human serum were 99.1% and 92.6%, respectively.

Treatment with VIREAD® is well tolerated. Adverse events, laboratory abnormalities, and rates of study drug discontinuation in clinical trials were similar in patients treated with VIREAD® or placebo. A slightly higher incidence of mild to moderate gastrointestinal adverse events was reported in patients treated with VIREAD®, including nausea, vomiting, diarrhea and flatulence. In vitro studies evaluating tenofovir binding to DNA

polymerase gamma, the ratio of mitochondrial/ cellular DNA, and production of lactic acid have shown a low potential for the development of mitochondrial toxicity.

Tenofovir DF did not show any carcinogenic potential in a long term oral carcinogenicity study in rats. Tenofovir disoproxil fumarate was mutagenic in the *in vitro* mouse lymphoma assay and negative in an *in vitro* bacterial mutagenicity test (Ames test). In an *in vivo* mouse micronucleus assay, tenofovir disoproxil fumarate was negative at doses up to 2000 mg/kg when administered to male mice. There were no effects on fertility, mating performance or early embryonic development when tenofovir disoproxil fumarate was administered at 600 mg/kg/day to male rats for 28 days prior to mating and to female rats for 15 days prior to mating through , day seven of gestation. There was, however, an alteration of the estrous cycle in female rats. A dose of 600 mg/kg/day is equivalent to 10 times the human dose based on body surface area comparisons.

VIREAD® is assigned FDA pregnancy category B status. Animal studies do not indicate direct or indirect harmful effects of tenofivir DF with respect to pregnancy, fetal development, parturition or postnatal development. Reproduction studies have been performed in rats and rabbits at doses up to 14 and 19 times the human dose based on body surface area comparisons and revealed no evidence of impaired fertility or harm to the fetus due to tenofovir. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human responses, VIREAD® should be used during pregnancy only if clearly needed.

### Tipranavir (APTIVUS®, TPV)

Tipranavir (APTIVUS®, TPV) is a non-peptidic HIV-1 protease inhibitor that inhibits the virus-specific processing of the viral Gag and Gag-Pol polyproteins in HIV-1 infected cells, thus preventing formation of mature virions. Tipranavir, co-administered with 200 mg of ritonavir, is indicated for combination antiretroviral treatment of HIV-1 infected adult patients with evidence of viral replication, who are highly treatment-experienced or have HIV-1 strains resistant to multiple protease inhibitors.

Carcinogenesis, Mutagenesis, Impairment of Fertility: Long term animal carcinogenicity bioassays with tipranavir and tipranavir/ritonavir are currently in progress. However, tipranavir showed no evidence of mutagenicity or clastogenicity in a battery of five *in vitro* and *in vivo* tests including the Ames bacterial reverse mutation assay using *S. typhimurium* and *E. coli*, unscheduled DNA synthesis in rat hepatocytes, induction of gene mutation in Chinese hamster ovary cells, a chromosome aberration assay in human peripheral lymphocytes, and a micronucleus assay in mice.

Tipranavir had no effect on fertility or early embryonic development in rats at dose levels up to 1000 mg/kg/day, equivalent to a Cmax of 258 µM in females. Based on Cmax levels in these rats, as well as an exposure (AUC) of 1670 µM·h in pregnant rats from another study, this exposure was approximately equivalent to the anticipated exposure in humans at the recommended dose level of 500/200 mg tipranavir/ritonavir BID.

Pregnancy: Tipranavir is assigned to the FDA Pregnancy Category C: No teratogenicity was detected in reproductive studies performed in pregnant rats and rabbits up to dose levels of 1000 mg/kg/day and 150 mg/kg/day tipranavir, respectively, at exposure levels approximately 1.1-fold and 0.1-fold human exposure. At 400 mg/kg/day and above in rats, fetal toxicity (decreased sternebrae ossification and body weights) was observed, corresponding to an AUC of 1310 µM·h or approximately 0.8-fold human exposure at the

recommended dose. In rats and rabbits, fetal toxicity was not noted at 40 mg/kg/day, 150 mg/kg/day, respectively, corresponding accordingly to Cmax/AUC0-24h levels of 30.4 µM/340 µM·h and 8.4 µM/120 µM·h. These exposure levels (AUC) are approximately 0.2-fold and 0.1-fold the exposure in humans at the recommended dose. In pre- and post-development studies in rats, tipranavir showed no adverse effects at 40 mg/kg/day (~0.2-fold human exposure), but caused growth inhibition in pups and maternal toxicity at dose levels of 400 mg/kg/day (~0.8-fold human exposure). No post-weaning functions were affected at any dose level.

There are no adequate and well-controlled studies in pregnant women for the treatment of HIV-1infection. APTIVUS® should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nursing Mothers: The Centers for Disease Control and Prevention recommend that HIV-infected mothers not breastfeed their infants to avoid risking postnatal transmission of HIV. Because of both the potential for HIV transmission and any possible adverse effects of tipranavir, mothers should be instructed not to breastfeed if they are receiving APTIVUS®.

### Zalcitabine (HIVID®, ddC)

Zalcitabine is a synthetic nucleoside analogue of the naturally occurring nucleoside 2'-deoxycytidine in which the 3'-hydroxyl group is replaced by hydrogen. Within cells, zalcitabine is converted to the active metabolite, dideoxycytidine-5'-triphosphate (ddCTP) by cellular enzymes. Dideoxycytidine-5'-triphosphate serves as an alternative substrate to deoxycytidine triphosphate (dCTP) for HIV-reverse transcriptase and inhibits the *in vitro* replication of HIV by competitive inhibition of viral DNA synthesis due to premature chain termination.

Repeated administration of very high doses of zalcitabine (1000 mg/kg/day) for 13 weeks produced an increased incidence of thymic lymphoma in B6C4F1 mice. The development of thymic lymphoma is considered to be unique to the mouse, as no such lymphomas were observed in dogs, rabbits, cynomolgus monkeys and rats treated with HIVID®, and hence not clinically relevant. Lymphoma has been identified as a consequence of HIV infection. This most likely represents a consequence of prolonged immunodeficiency and not antiviral therapy.

Human peripheral blood lymphocytes were exposed to zalcitabine, with and without metabolic activation, and at 1.5mcg/mL and higher, dose-related increases in chromosomal aberration were seen.

Oral doses of zalcitabine at 2500 and 4500 mg/kg were clastogenic in the mouse micronucleus assay.

Fertility and reproductive performance were assessed in rats at plasma concentrations up to 2142 times those achieved with the maximum recommended human dose (MRHD) based on AUC measurements. No adverse effects on rate of conception or general reproductive performance were observed. The highest dose was associated with embryolethality and evidence of teratogenicity. The next lower dose studied (plasma concentrations equivalent to 485 times the MRHD) was associated with a lower frequency of embryotoxicity but not teratogenicity.

Zalcitabine is assigned FDA Pregnancy Category C status. It has been shown to be teratogenic in mice at calculated exposure levels of 1365 and 2730 times that at the MRHD (based on AUC measurements). In rats, zalcitabine was teratogenic at a calculated exposure level of 2142 times the MRHD but not an exposure level of 485 times the MRHD. In a perinatal and postnatal study in the rat, a high incidence of hydrocephalus was

observed in the F1 offspring derived from litters of dams treated with 1071 (but not 485) times the MRHD (based on AUC measurements).

Increased embryolethality was observed in pregnant mice at doses 2730 times the MRHD and in pregnant rats above 485 (but not 98) times the MRHD (based on AUC measurements). Average fetal body weight was significantly decreased in mice at doses of 1365 times the MRHD and in rats at 2142 times the MRHD (based on AUC measurements). In a perinatal and postnatal study, the learning and memory of a significant number of F1 offspring were impaired, and they tended to stay hyperactive for a longer period of time. These effects, observed at a calculated exposure level of 1071 (but not 485) times the MRHD (based on AUC measurements) were considered to result from extensive damage to or gross underdevelopment of the brain of these F1 offspring consistent with the finding of hydrocephalus.

There are no adequate and well-controlled studies of zalcitabine in pregnant women. Zalcitabine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Fertile women should not receive zalcitabine unless they are using effective contraception during therapy.

### Zidovudine (RETROVIR®, ZDV)

Zidovudine is an antiviral agent, which is a potent inhibitor of the replication of HIV. In nonclinical oral toxicology studies in rats and monkeys, the principal toxicologic finding was reversible macrocytic anemia, which occurred at 150–500 mg/kg/day in rats and 35–300 mg/kg/day in monkeys. In mutagenicity assays, zidovudine was weakly positive at high concentrations in mouse lymphoma cells; dose-related structural chromosomal alterations were seen at low to moderate concentrations in cultured human lymphocytes; and BALB/c-3T3 cells were transformed at low concentrations. No effects were seen in bacterial mutagenicity assays (possibly due to bactericidal activity of zidovudine at low concentrations) or in a single dose intravenous bone marrow cytogenetic assay in rats. Positive results were noted in multidose micronucleus studies.

Zidovudine is assigned FDA Pregnancy Category C status. In a rat reproductive toxicity study, there was an increase in early resorptions and a decrease in litter size at 150 or 450 mg/kg/day of zidovudine. When treated males were mated to virgin, untreated females, all reproductive parameters were normal in the untreated females, indicating that the embryotoxic effect of the drug was not likely mediated by a genotoxic or other effect in the male. Early embryo death did not occur in rats or rabbits in standard developmental (teratology) studies, however, pregnant New Zealand white rabbits given 500 mg/kg/day during gestation days 6-18 showed an increase in late fetal deaths. No other evidence of developmental toxicity was noted in either species, and zidovudine was not teratogenic in rats or rabbits given up to 500 mg/kg/day during the period of major organogenesis. When oral doses of 3000 mg/kg/day (near the median lethal dose of 3683 mg/kg) of zidovudine were given to pregnant rats (unpublished data) during the period of organogenesis, there was severe maternal toxicity and an increased incidence of a variety of types of fetal malformations. The area-under-the-concentration-time-curve (AUC) for zidovudine at this dose was 300-fold higher than the daily AUC in humans given 600 mg per day.

In both the reproduction/fertility study and a peri- and postnatal study in rats, there were no adverse effects of zidovudine treatment on survival, growth, or developmental measurements in live-born offspring.

In standard oral carcinogenicity bioassays, no evidence of carcinogenicity was seen in male mice or rats. In female mice, five malignant and two benign vaginal epithelial neoplasms occurred in animals given 40 mg/kg/day. A single benign vaginal epithelial tumor was seen in a mouse given 30 mg/kg/day. In rats, two malignant vaginal epithelial neoplasms were seen in animals given 300 mg/kg/day. In a subsequent lifetime carcinogenicity bioassay in which zidovudine was given intravaginally, 13 vaginal squamous cell carcinomas were seen at the highest dose tested. It was concluded that the vaginal tumors seen in the oral carcinogenicity studies were the result of chronic local exposure of the highly replicative rodent vaginal epithelium to high urine concentrations of zidovudine.

To determine if exposure to zidovudine prenatally and continuing for the lifetime of the animals would alter the pattern of carcinogenicity seen in the standard lifetime oral carcinogenicity bioassay in mice, a transplacental carcinogenicity study was conducted. In this study, pregnant Charles River CD-1 mice were treated with zidovudine (at doses of 20 and 40 mg/kg/day) beginning on gestation day 10, and continuing through parturition. During lactation the pups were exposed via the milk. At weaning, pups were given zidovudine in the drinking water for two weeks, at which time dosing via gavage was initiated. Treatment with zidovudine was continued for 23 months.

ZDV-related findings were limited to the vagina, where there were 11 vaginal squamous cell carcinomas in Group 4. None of the tumors metastasized. The earliest a vaginal tumor was seen was after 694 days (23 months) daily dosing. Treatment with zidovudine did not induce tumors in any tissue or organ in males. These findings are identical to those seen in the standard oral carcinogenicity study in mice. As noted above, in that study there were 7 vaginal epithelial cell tumors seen in a group of 60 mice, for an incidence rate of 12%. In this transplacental carcinogenicity study there were 11 vaginal epithelial cell tumors in a group of 70 mice, for an incidence rate of 16%. Time of onset was also unaltered by prenatal treatment with zidovudine. In the standard oral carcinogenicity study in mice, the earliest that a vaginal tumor was noted was after 19 months of daily dosing. In the transplacental study, vaginal tumors were first seen after 23 months of daily dosing. These studies support the conclusion that zidovudine is not a transplacental carcinogen.

Another transplacental carcinogenicity study was conducted by the National Cancer Institute in order to explore the carcinogenic potential of zidovudine in mice at the maximum maternal doses that were not associated with fetal death. In this NCI study, pregnant CD-1 mice were given 12.5 mg or 25 mg of zidovudine (~1000 mg/kg nonpregnant body weight or ~450 mg/kg of term body weight) orally per day on gestation days 12 to 18. One year post-partum, male progeny given 25 mg per day had increased numbers of lung and liver tumors, while female progeny at this dose had increased numbers of lung and reproductive tract tumors. These findings did not show a clear dose-response relationship.

Clinical trials with zidovudine indicate that the drug can be used safely and effectively in adult and pediatric patients with HIV infection. Studies specifically concerning the safety and efficacy of zidovudine in pregnant women are ongoing.

A randomized, double-blind, placebo-controlled trial was conducted in HIV-infected pregnant women with CD4+ cell counts of 200 to 1818 cells/mm$^3$ to determine the utility of zidovudine for the prevention of maternal-fetal HIV-transmission (ACTG-076). Oral zidovudine was initiated between 14 and 34 weeks of pregnancy, followed by intravenous administration during labor and delivery. Congenital abnormalities occurred with similar frequency between infants born to mothers who received zidovudine and infants born to mothers who received placebo. Abnormalities were either problems in embryogenesis (prior to 14 weeks) or were

recognized on ultrasound before or immediately after initiation of study drug.  Abnormalities reported in infants exposed to zidovudine included systolic murmurs [3], cardiomyopathy-like hypoxia [1], seizures [2], polydactyly [3], diaphragmatic hernia [1], amniotic band syndrome [1], cleft-lip and heart disease [1], 2-vessel cord and arrhythmias [1], and dysmorphic toes [1].  Grade 2 or 3 anemia was more common in zidovudine treated infants compared to the placebo groups; however, all values recovered by 12 weeks of age.  Other laboratory results were balanced between the treatment and placebo groups of infants.  Women in this study did not receive zidovudine during the first trimester of pregnancy.  Therapy with zidovudine reduced the risk of HIV transmission by 67.5% but did not prevent HIV infection in 8.3% of exposed infants.  The Data and Safety Monitoring Board recommended that zidovudine should be made available to women who had not yet delivered and to infants who were less than 6 weeks of age in the study.  It is unknown whether there are any long-term maternal or newborn adverse effects associated with exposure to zidovudine during pregnancy.

# EXHIBIT 18



Scaling up the
# organisation

Annual Report
2004 - 2005



EXHIBIT NO. _18_
APL
4-3-08
jmstcno.com

**Chairman**
Mr. P. V. Ramaprasad Reddy

**Managing Director**
Mr. K. Nityananda Reddy

**Whole-time Directors**
Dr. M. Sivakumaran
Mr. B. Sivaprasad Reddy

**Non-Executive Directors**
Mr. Srinivas Lanka
Dr. I. Sathyamurthy
Mr. V. S. Janardhanam
Dr. S. Bimal Singh
Dr. K. A. Balasubramanian
Mr. Karamjit Singh Butalia

**Chief Financial Officer**
Mr. Sudhir B. Singhi

**Company Secretary**
Mr. B. Adi Reddy

**Internal Auditors**
M/s. K. Nagaraju & Associates
Chartered Accountants
1-8-197, Chikkadpally,
Hyderabad - 500 020

**Auditors**
M/s. S.R. Batliboi & Co.
Chartered Accountants
205, Ashok Bhoopal Chambers,
Sardar Patel Road,
Secunderabad – 500 003

**Registrars & Share Transfer Agents**
M/s. Karvy Computershare Private Ltd.,
46, Avenue – 4, Street No.1
Banjara Hills, Hyderabad – 500 034.
Tel Nos. +91 40 2337 6715 / 2331 2454
Fax Nos. +91 40 2331 1968
E-mail: mailmanager@karvy.com

**Bankers**
Andhra Bank
Canara Bank
EXIM Bank
HDFC Bank Limited
ICICI Bank Limited
Standard Chartered Bank
State Bank of Hyderabad
State Bank of India

APL 000586

Aurobindo Pharma Limited
Notes

Rs. Millions

|  |  |  |  |
|---|---|---:|---:|
|  | Aurobindo (Datong) Bio-pharma Co. Ltd, China |  |  |
|  | Purchase of Goods | 929.1 | 589.9 |
|  | Sale of Goods | 15.6 | 6.3 |
|  | Interest received | 44.6 | 17.6 |
|  | Finance (including loans and equity contribution in cash or in kind) | 201.6 | 424.3 |
|  | Guarantees and collaterals | 583.9 | 610.4 |
|  | Aurobindo Tongling (Datong) Pharmaceutical Co. Ltd, China |  |  |
|  | Purchase of Goods | 2.5 | 1.0 |
|  | Interest received | – | 1.5 |
|  | Receipt against Loan | – | 70.8 |
|  | Aurobindo Pharma USA Inc., USA |  |  |
|  | Sale of Goods | 209.9 | – |
|  | Rebates & Discounts | 51.9 | – |
|  | Finance (including loans and equity contribution in cash or in kind) | 176.6 | – |
|  | Interest received | 4.8 | – |
|  | Helix Healthcare B.V. - The Netherlands |  |  |
|  | Finance (including loans and equity contribution in cash or in kind) | 2.5 | 0.9 |
| ii. | Companies over which significant influence exists |  |  |
|  | Pravesha Industries (P) Ltd. |  |  |
|  | Purchase of Goods | 34.9 | 33.7 |
|  | Purchase of Fixed Assets | 12.4 | 34.3 |
|  | Rendering Services | 3.7 | 5.3 |
|  | Sale of Fixed Assets | 0.1 | – |
|  | Andhra Organics Ltd.* |  |  |
|  | Purchase of Goods | 31.4 | 251.5 |
|  | Sale of Goods | 61.0 | 88.5 |
|  | Purchase of Fixed Assets | – | 1.0 |
|  | Rendering Services | 2.4 | 1.9 |
|  | Receipt of Services | 9.3 | 21.8 |
| iii. | Joint Ventures |  |  |
|  | Citadel Aurobindo Biotech Ltd. |  |  |
|  | Management Fee received | 12.0 | 12.0 |
|  | Guarantees and Collaterals | 400.0 | 460.0 |
|  | Interest Received | 3.9 | 3.9 |
|  | Bad debts written off | 30.0 | – |
|  | Provision for Diminution in value of investments | – | 10.0 |
|  | Provision for doubtful debts | – | 30.0 |
| iv. | Key Management Personnel |  |  |
|  | Mr. P. V. Ramaprasad Reddy |  |  |
|  | Managerial Remuneration | 2.7 | 2.6 |
|  | Dividend | 6.6 | 29.7 |
|  | Investment in equity | – | 494.9 |
|  | Guarantees and Collaterals | 6,793.2 | 4,242.4 |

76

APL 000644

# EXHIBIT 19

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND
CORRECT COPY OF THE ANNUAL REPORT OF "AUROBINDO PHARMA U.S.A.,
INC." AS FILED IN THIS OFFICE.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6517425

DATE: 04-11-08

3769913   8200

080418210

You may verify this certificate online
at corp.delaware.gov/authver.shtml

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| AUROBINDO PHARMA U.S.A., INC. | | | | 2007 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 3769913 | 2004/02/26 | 2008/03/02 | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 2400 Route 130 North | 732/839-9408 |
| Dayton NJ 08810 United States | |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| REGISTERED OFFICE SERVICE COMPANY | 9362265 |
| 203 NE FRONT STREET, SUITE 101 | |
| MILFORD                 DE 19963 | |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2004/02/26 | | COMMON | 1,000 | |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| | Gangadhararao gorla | | |
| | 2400 Route 130 North | | Manager - Finance |
| | Dayton NJ 08810 United States | | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| | Scott J.White | |
| | 2400 Route 130 North | |
| | Dayton NJ 08810 United States | |
| | Phaneendra Prasad Gorla | |
| | Plot No.2, Maitri Vihar,Ameerpet | |
| | Hyderabad Andhra Pradesh 500038 INDIA | |
| | Sudhir Singhi | |
| | Plot No.2, Maitri Vihar,Ameerpet | |
| | Hyderabad Andhra Pradesh 500038 INDIA | |

Total number of directors:3

NOTICE: *Pursuant to 8 Del. C. 502(b). If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| Gangadhararao Gorla | | |
| 2400 Route 130 North | 2008-03-14 | Manager - Finance |
| Dayton NJ 08810 United States | | |

# Delaware

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "AUROBINDO PHARMA U.S.A., INC." AS FILED IN THIS OFFICE.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6517428

DATE: 04-11-08

# State of Delaware - Annual Franchise Tax Report

| FILE NUMBER | CORPORATION NAME | | | TAX YR. | PHONE NUMBER |
|---|---|---|---|---|---|
| 3769913 | AUROBINDO PHARMA U.S.A., INC. | | | 2006 | 908/812-9970 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY |
|---|---|---|---|
| | 2004/02/26 | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| 35.00 | 100.00 | 4.91 | 25.00 | 25.82 | 0.00 |

| NATURE OF BUSINESS | | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|
| Pharmaceuticals Trading & Manufacturing | | 139.09 | 139.09 |

**PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE**
2400 Route 130 North , Dayton , NJ 08810

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| Gangadhara Rao Gorla | Director | 2007-05-31 |

| REGISTERED AGENT | ASSETS FOR REGULATED INVESTMENT CORPS | JAN. 1st. | DEC. 31st. |
|---|---|---|---|
| 9362265 | | | |

REGISTERED OFFICE SERVICE COMPANY
203 NE FRONT STREET, SUITE 101

MILFORD                    DE  19963

| AUTHORIZED STOCK BEGIN DATE  END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|---|---|---|---|
| 04/02/26 | COMMON | 1,000 | .000000 | | | |

| OFFICER/DIRECTOR | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| Dir Prasada R Kambham | | 2400 Route 130 North Dayton NJ 088100000 US | 06/30/2008 |
| Dir Scott White | | 2400 Route 130 North Dayton NJ 088100000 US | 06/30/2008 |
| Dir Phaneemdra Prasad Gorla | | 2400 Route 130 North Dayton NJ 088100000 US | 06/30/2008 |
| Officer Scott White | | 2400 Route 130 North Dayton NJ 088100000 US | 06/30/2009 |

# Delaware

PAGE  1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND
CORRECT COPY OF THE ANNUAL REPORT OF "AUROBINDO PHARMA U.S.A.,
INC." AS FILED IN THIS OFFICE.

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6517426

DATE:  04-11-08

3769913   8200

080418210

You may verify this certificate online
at corp.delaware.gov/authver.shtml

D04619
DSSAR

# STATE OF DELAWARE
## 2005 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 5769913 | AUROBINDO PHARMA U.S.A., INC. | | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| | FEBRUARY 26, 2004 | | / / | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 02-26-2004 | | COMMON | 1,900 | | | | | JAN. 1st DEC. 31st |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 35.00 | $ 100.00 | $ 4.06 | $ 25.00 | $ | $ |

| | AMOUNT DUE |
|---|---|
| | $ 164.06 |

REGISTERED AGENT  9362265
REGISTERED OFFICE SERVICE COMPANY
203 NE FRONT STREET, SUITE 101
MILFORD , DE 19963

**MAKE CHECK PAYABLE TO:**
**DELAWARE SECRETARY OF STATE**

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 7732 | $200.00 |

2    030106    3769913    000016406 0    3

$100.00 PENALTY if not Received on or before
MAR 1, 2006  Plus 1.5% Interest per month.

SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|---|

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | NARENDRA BORKAR | | |
| 2. | RAMA PRASAD REDDY PENAKA | | |
| 3. | PRASADA REDDY KAMBHAM | | |
| 4. | SRINIVAS LANKA | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X  R-PrR A S | Vice President | 9/25/2006 |

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "AUROBINDO PHARMA U.S.A., INC." AS FILED IN THIS OFFICE.

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6517427

DATE: 04-11-08

3769913  8200

080418210

You may verify this certificate online
at corp.delaware.gov/authver.shtml

022756

# STATE OF DELAWARE
## 2004 ANNUAL FRANCHISE TAX REPORT
DO NOT ALTER FILE NUMBER

| FILE NUMBER 3769913 | CORPORATION NAME AUROBINDO PHARMA U.S.A., INC. | | PHONE NUMBER 609716 1190 |
|---|---|---|---|

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE FEBRUARY 26, 2004 | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY / / | FROM / / | TO / / |
|---|---|---|---|---|---|

| AUTHORIZED STOCK BEGIN DATE 02-26-2004 | ENDING DATE | DESIGNATION OR STOCK CLASS COMMON | NO. OF SHARES 1,000 | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |
|---|---|---|---|---|---|---|---|---|

| FRANCHISE TAX $ 35.00 | $100.00 PENALTY $ | 1.5% MONTHLY INTEREST $ | ANN. FILING FEE $ 25.00 | PREV CREDIT OR BALANCE $ | PREPAID QRTY. PAYMENTS $ |
|---|---|---|---|---|---|
| | | | | | AMOUNT DUE $ 60.00 |

REGISTERED AGENT 9362265
REGISTERED OFFICE SERVICE COMPANY
205 NE FRONT STREET, SUITE 101
MILFORD , DE 19963

**MAKE CHECK PAYABLE TO:**
**DELAWARE SECRETARY OF STATE**

| CHECK NO. 6156 | AMOUNT ENCLOSED 60/00 |
|---|---|

$100.00 PENALTY if not Received on or before
MAR 1, 2005 Plus 1.5% Interest per month.

2   030105   3769913   000006000 0   5

SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| PHARMACEUTICALS | 666 PLAINSBORO Rd, SUITE 210, PLAINBORO, NJ 08536 |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. CHAIRMAN | VENKATA RAM PRASAD REDDY PENAKA | 666 Plainsboro, Plainsboro NJ | |
| 2. CEO / DIRECTOR | NARENDRA BORKAR | 7 Congressional Court, MONROE, NJ 08831 | |
| 3. SRINIVAS DIRECTOR | SRINIVAS LANKA | 666 Plainsboro Plainsboro, NJ | |
| 4. DIRECTOR / Secretary | PRASADA REDDY KAMBHAM | 15 Greyhound Ct, Kendall Park, NJ 08824 | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

179  75400  00    1   0100   12
CAT  008302.05

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. SECRETARY | PRASADA REDDY KAMBHAM | 15 Greyhound Ct, Kendall Park, NJ 08824 | |
| 2. CEO | NARENDRA BORKAR | 7 CONGRESSIONAL COURT, MONROE, NJ 08831 | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X | DIRECTOR | 2/22/2005 |

# EXHIBIT 20





*Delivering on promises*

**Annual Report 2005-2006**



AUROBINDO PHARMA LTD.

EXHIBIT NO. *19*
*APL*
*4-3-08*

APL 000691

Aurobindo Pharma Ltd.
Schedules

| | | | As at | | |
|---|---|---|---|---|---|
| | Face Value per Share | As at March 31, 2006 | | As at March 31, 2005 | |
| | | No. of Shares | Rs. | No. of Shares | Rs. |
| **9** INVESTMENTS (Refer Note 9 on Schedule 24) | | | | | |
| **I. LONG TERM** (Unquoted and at cost) | | | | | |
| **TRADE INVESTMENTS** | | | | | |
| A. Equity Shares (Fully Paid-up) | | | | | |
| Jeedimetla Effluent Treatment Limited | Rs.100 | 753 | 0.1 | 753 | 0.1 |
| Patancheru Envirotech Limited | Rs.10 | 103,709 | 1.0 | 103,709 | 1.0 |
| Progressive Effluent Treatment Limited | Rs.100 | 1,000 | 0.1 | 1,000 | 0.1 |
| | | | 1.2 | | 1.2 |
| B. Other than Trade | | | | | |
| Government Securities | | | | | |
| Kisan Vikas Patra | | | 1.0 | | 1.0 |
| National Savings Certificate* | | | 0.2 | | 0.2 |
| *includes Rs.0.1 held by income | | | | | |
| tax authorities (Rs.0.1) | | | 1.2 | | 1.2 |
| C. In Subsidiaries | | | | | |
| Equity Shares (Fully Paid-up) | | | | | |
| Aurobindo Pharma USA Inc. | $1 | 100% of Paid-in-Capital | 288.4 | 100% of Paid-in-Capital | 51.9 |
| (Purchased during the year Rs.236.5) | | | | | |
| Aurobindo (H.K.) Limited, Hong Kong | $1 | 2,999,999 | 142.3 | 2,999,999 | 142.3 |
| APL Pharma Thai Limited, Thailand | 100 Baht | 19,200 | 2.2 | 19,200 | 2.2 |
| APL Holdings Inc. U.S.A. | $100 | — | | 33,000 | 157.4 |
| (Merged with Aurobindo Pharma USA Inc. during the year) | | | | | |
| APL Life Sciences Limited | Rs.10 | 5,000,000 | 50.0 | 5,000,000 | 50.0 |
| (Erstwhile APL Chemi Natura Limited) | | | | | |
| Aurobindo (Datong) Bio-Pharma | | 100% of Paid-in-Capital | 1,057.3 | 100% of Paid-in-Capital | 1,057.3 |
| Co. Ltd, China | | | | | |
| AB Farmo Quimica Limitada, Brazil | 100 Reais | 21,248 | 48.6 | 21,248 | 48.6 |
| Aurobindo TongLing (Datong) | | 50% of Paid-in-Capital | 154.1 | 50% of Paid-in-Capital | 154.1 |
| Pharmaceutical Co. Ltd. China | | | | | |
| Helix Healthcare B.V., The Netherlands | | 100% of Paid-in-Capital | 152.1 | 100% of Paid-in-Capital | 2.7 |
| (Purchased during the year.Rs.149.5) | | | | | |
| | | | 1,895.0 | | 1,666.5 |

69

APL 000761

# EXHIBIT 21



AUROBINDO

Annexure to
Directors' Report

Reports & Accounts of
Subsidiary Companies
2006-07

On Track



# AUROBINDO
## PHARMA LIMITED



EXHIBIT NO. 8
APL
4-3-08

APL 000827

Aurobindo Pharma USA, Inc.

AUROBINDO

All amounts in Indian Rupees, except share data

## Directors' Report

The Directors present their report and the audited financial statements for the year ended March 31, 2007.

### PRINCIPAL ACTIVITY

The Principle object of the Company is to Trade, deal in Pharmaceuticals/health sector and other allied products and services. It may also acquire, participate in other companies with similar activities.

### REVIEW OF OPERATIONS

During the year, your Company has registered a total turnover of Rs. 1,549,079,722 and earned a Profit of Rs. 55,627,702.

### AUDITORS

The Auditors, Strayer Saylors & Associates, Inc. CPA have expressed their willingness to accept re-appointment.

### DIRECTORS

The Directors at the date of this report are:

Mr.Scott White

Mr.G.P.Prasad

Mr.Attur Sreesha

Mr.K.Prasada Reddy

### SHARE CAPITAL

During the year, there was increase of Rs. 483,649,125 in Share Capital. Further, your Directors confirm that none of the Directors holding office at the end of the financial year had any interest in the shares in or debentures of the Company.

### UNUSUAL ITEMS AFTER THE FINANCIAL YEAR

No item, transaction or event of a material nature has arisen during the period between the end of the financial year and the date of this report which would affect substantially the operations of the Company during the current year.

### STATEMENT BY DIRECTORS

In the opinion of the Directors, the accompanying financial statements were drawn up so as to give a true and fair view of the state of affairs of Company as at March 31, 2007 and of the results of the business of that period. Your Directors have taken all reasonable steps to prepare these financial statements on a going concern basis and that suitable accounting policies have been adopted consistently. Further, your directors are confident that with the support and guidance of the parent company, your Company can achieve better results in the future.

By Order of the Board

G.P.Prasad
Director

Scott White
Director

California, June 14, 2007.

## Auditor's Report

The Board of Directors
Aurobindo Pharma USA, Inc.

We have audited the accompanying balance sheet of Aurobindo Pharma USA, Inc. (the Company) as of March 31, 2007, and the related statements of income twelve month ended March 31, 2007. These financial statements are the responsibility of the Company management. Our responsibility is to express an opinion on these financial statements.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. Additional procedures will be performed on accounts receivable, inventory valuation and costs of goods sold. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Aurobindo Pharma USA, Inc. as of March 31, 2007, and the results of operations for the 12 months ended March 31, 2007 in conformity with accounting principles generally accepted in the United States of America.

California, June 14, 2007

Brian Saylors
Certified Public Accountant

APL 000837

# EXHIBIT 22



AUROBINDO

Annual
Report
2006-07



On Track



# AUROBINDO
## PHARMA LIMITED



EXHIBIT NO. 20
APL
438060

APL 000951

The profitability program includes not only cost savings but also investments in the competitiveness of our production facilities to overcome the challenges of the market. We are also investing in the products and creating a marketing infrastructure in about 15 countries of Europe, further strengthening the US operations and making a foray into Australia.

Aurobindo has products and markets that display excellent strength. We have a very large regulatory approved product basket of generics for US, Europe as well as South Africa.

Our greatest strengths are world class manufacturing facility, vertically integrated production platform from fermentation to active ingredients that meets the needs of manufacturing formulations, a large portfolio of regulatory approved products in high demand therapeutic/ product segments such as antibiotics, anti-retrovirals, CVS, CNS, gastroenterologicals, and anti-allergics.

We at Aurobindo have filed todate 114 DMFs and 100 ANDAs for the USA market in addition to several filings in other countries. The pace of filings is matched by rapid product approvals from various markets. Till date Aurobindo received 50 ANDA approvals (both final and tentative) from US alone. Today Aurobindo operates in over 100 countries and markets over 180 APIs and 250 formulations.

The formulation portfolio is built on six technology platforms such as immediate release generics, SR/CR generics, and orally disintegrating/mouth dissolving generics, combination products, sterile/lyophilized generics and liquids/dry syrups.

Globally expanding businesses require continuous and structural adaptation to ensure scalability, effectiveness, consistency and quality. We have ensured that Aurobindo stays on these dynamics to implement global strategies consistently to become more effective at operational level. Our efforts are providing multifold improvements in productivity, and in mastering processes efficiently.

We remain committed to improving our operational efficiencies to be ahead of the dynamics of the changing global pharma market. Recognising that there will be increased competition, we have placed greater emphasis on efficiency, process improvements and competitive differentiations. We are at the crossroads of this transformation and stand to gain market share.

We are implementing new programs that standardize the best practices across the Company making us the most cost effective as well as more responsive to our customers' needs.

Finally we continue to invest in recruitment and training programs to attract, retain and motivate the best associates in the business. Since our past success rests on the shoulders of our associates, our future growth in an increasingly competitive market will depend even more on their creativity, entrepreneurial spirit and dedication.

**K. Nityananda Reddy**
Managing Director

APL 000958


AUROBINDO

**Our transformation so far**

Over the last few years we have adopted strategic courses, which shaped our decisions in the year under review.

✓ Since our shift from domestic market bias to developed market orientation, we have consistently geared our pharmaceutical business to the objective of profitability and growth;

✓ We have prioritised our target markets, customers and products according to anticipated earnings;

✓ We have substantially reduced the risks in our market and product portfolio;

✓ We have significantly strengthened our cash flow.

**Our challenges and market prospects**

The demand for effective and affordable drugs is increasing in all markets. While healthcare costs are increasing, customers have been seeking for more effective drugs at affordable prices. These challenges need to be met, for in the long run there is no getting round the fact that healthcare needs to be inexpensive and within reach of the common man.

Aurobindo has a vertically integrated manufacturing platform that enables costs to be contained and facilitates offering the products at competitive prices. Being a producer from fermentation to formulations, Aurobindo is straddling the value chain.

The Company is far better placed to provide quality products with raw materials under its control, within shortest time to market and at prices that are competitive.

**Our strategic guidelines**

Profitability with growth. We keep both perspectives in the interest of all the stakeholders.

Our application for ANDAs, pipeline of approvals and product mix are geared to long-term sustainable profitability. This commitment to consistent earnings preference recognises margin oriented growth.

Our simultaneous involvement in APIs and formulations improves our internal balance of risks and results and creates a greater overall stability. It is our objective to achieve sustainable profitability in all business segments.

Decision making tools are fine tuned to developments in our business environment. At Aurobindo, the team realises that sustainable companies tend to outperform their peers.

Our sustainability emphasis enables us to initiate change and structure our future. At Aurobindo the sustainability practices include commitment to quality, consistent performance, a history of good execution in business and strong balance sheet.

APL 000961

## Board of Directors

**Chairman**
Mr. P. V. Ramaprasad Reddy

**Managing Director**
Mr. K. Nityananda Reddy

**Wholetime Directors**
Dr. M. Sivakumaran
Mr. M. Madan Mohan Reddy

**Non-executive Directors**
Mr. Srinivas Lanka
Dr. K. Ramachandran
Mr. V. S. Janardhanam
Dr. S. Bimal Singh
Dr. K. A. Balasubramanian
Mr. B. Sivaprasad Reddy

**Chief Financial Officer**
Mr. Sudhir B. Singhi

**Company Secretary**
Mr. A. Mohan Rami Reddy

**Internal Auditors**
M/s. K. Nagaraju & Associates
Chartered Accountants
1-8-197, Chikkadpally,
Hyderabad - 500 020

**Statutory Auditors**
M/s. S.R. Batliboi & Co.
Chartered Accountants
205, Ashoka Bhoopal Chambers,
Sardar Patel Road,
Secunderabad – 500 003

**Registrars & Share Transfer Agents**
M/s. Karvy Computershare Private Limited
46, Avenue – 4, Street No.1
Banjara Hills, Hyderabad – 500 034
Tel Nos. +91 40 2342 0818 to 0825
Fax Nos. +91 40 2342 0814
E-mail: mailmanager@karvy.com

**Bankers**
Andhra Bank
Canara Bank
HDFC Bank Limited
ICICI Bank Limited
IDBI Bank Limited
Standard Chartered Bank
State Bank of Hyderabad
State Bank of India

APL 000972

Notes

Rs. Millions

| | 2006-2007 | 2005-2006 |
|---|---|---|
| **Aurobindo (H.K.) Limited, Hong Kong** | | |
| Finance (including loans and equity contribution in cash or in kind) | 12.2 | – |
| **Aurobindo (Datong) Bio-Pharma Company Limited, China** | | |
| Purchase of goods | 1,465.1 | 906.0 |
| Sale of goods | 5.8 | 9.2 |
| Interest received | 89.3 | 69.0 |
| Finance (including loans and equity contribution in cash or in kind) | 839.7 | 210.5 |
| Investment adjusted against Securities Premium Account | 757.0 | – |
| Guarantees and collaterals | – | 504.2 |
| **Aurobindo TongLing (Datong) Pharmaceutical Company Limited, China** | | |
| Purchase of goods | – | 3.2 |
| Sale of goods | 48.9 | 126.3 |
| Interest received | 13.1 | 0.1 |
| Finance (including loans and equity contribution in cash or in kind) | 80.8 | 192.1 |
| Finance adjusted against Securities Premium Account | 243.3 | – |
| Investment written off | 1.4 | – |
| **Aurobindo Pharma USA Inc., U.S.A.** | | |
| Sale of goods | 1,400.6 | 639.9 |
| Product development expenses incurred on behalf of APL | 28.9 | – |
| Finance (including loans and equity contribution in cash or in kind) | 1,553.9 | 441.9 |
| Receipt against loan | – | 387.4 |
| Interest received | 47.0 | 7.1 |
| **Helix Healthcare B.V., The Netherlands** | | |
| Receipt against loan | – | 16.2 |
| Interest received | 28.3 | 3.0 |
| Finance (including loans and equity contribution in cash or in kind) | 386.6 | – |
| **Aurex Generics Limited, U.K.** | | |
| Sale of goods | 104.4 | 23.4 |
| **ZAO Aurobindo Pharma, Russia** | | |
| Sale of goods | 10.6 | – |
| **Auro Pharma Inc., Canada** | | |
| Sale of goods | 22.7 | – |
| APL Research Centre Limited, India | | |
| Finance (including loans and equity contribution in cash or in kind) | 1.7 | – |
| **APL Healthcare Limited, India** | | |
| Finance (including loans and equity contribution in cash or in kind) | 25.0 | – |
| **ii. Enterprises over which Company has significant influence exists** | | |
| **Pravesha Industries (Private) Limited** | | |
| Purchase of goods | 185.1 | 82.4 |
| Services received | – | 1.0 |
| Sale of goods | 10.5 | 0.4 |
| **Trident Life Sciences Limited** | | |
| Services Received | 102.4 | 34.1 |
| Sale of Goods | 0.1 | – |
| Rent paid | 2.6 | – |
| Sale of fixed assets | 26.0 | – |
| Advance transferred | 3.9 | – |

APL 001032

# EXHIBIT 23
## Fully Redacted

# EXHIBIT 24
# Fully Redacted

# EXHIBIT 25
## Fully Redacted

# EXHIBIT 26

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SANOFI-AVENTIS and<br>SANOFI-AVENTIS U.S. LLC, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 07-572 GMS |
| ACTAVIS SOUTH ATLANTIC LLC,<br>AUROBINDO PHARMA LTD.,<br>AUROBINDO PHARMA USA INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>PAR PHARMACEUTICAL, INC.,<br>RANBAXY INC., RANBAXY<br>LABORATORIES LIMITED, SUN<br>PHARMACEUTICAL INDUSTRIES, INC.,<br>SUN PHARMACEUTICAL INDUSTRIES<br>LTD, TEVA PHARMACEUTICALS USA,<br>INC., TORRENT PHARMA INC. and<br>TORRENT PHARMACEUTICALS<br>LIMITED, | : | |
| Defendants. | : | |

### ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND JURY DEMAND OF DEFENDANT AUROBINDO PHARMA LTD. TO PLAINTIFFS' COMPLAINT

Defendant Aurobindo Pharma Ltd. ("Aurobindo Ltd."), by and through the

undersigned attorneys, answers the Complaint of Plaintiffs Sanofi-Aventis and Sanofi-Aventis

U.S. LLC ("Sanofi-Aventis US") as follows:

### PARTIES

**COMPLAINT:**

1.    Plaintiff sanofi-aventis is a corporation organized and existing under the laws of

France, having its principal place of business at 174 avenue de France, Paris, France 75013.

**ANSWER:** Aurobindo Ltd. lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in Paragraph 1, and therefore denies all such allegations.



**COMPLAINT:**

2.    Plaintiff sanofi-aventis U.S. is a limited liability company organized and existing under the laws of Delaware with its North American headquarters located at 55 Corporate Drive, Bridgewater, New Jersey 08807.

**ANSWER:**  Aurobindo Ltd. lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies all such allegations.

**COMPLAINT:**

3.    Upon information and belief, Defendant Actavis is a Delaware limited liability company having a place of business at 13800 NW 2nd Street, Ste-190, Fort Lauderdale, Florida 33325.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

4.    Upon information and belief, Defendant Aurobindo Inc. is a Delaware corporation, and the wholly-owned subsidiary and agent of Defendant Aurobindo Ltd., having a place of business at 2400 Route 130 North, Dayton, New Jersey 08810.

**ANSWER:** Admitted.

**COMPLAINT:**

5.    Upon information and belief, Defendant Aurobindo Ltd. is an Indian corporation having a place of business at Plot No. 2, Maitri Vihar, Ameerpet, Hyderabad – 500 038, Andhra Pradesh, India.  Upon information and belief, Defendant Aurobindo Ltd. manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district, through its wholly-owned subsidiary and agent Aurobindo Inc.

**ANSWER:**  Aurobindo Ltd. admits that it is an Indian corporation having a place of business at Plot No. 2, Maitri Vihar, Ameerpet, Hyderabad – 500 038, Andhra Pradesh, India. Aurobindo Ltd. denies the remaining allegations in Paragraph 5.

**COMPLAINT:**

6.     Upon information and belief, Defendant Mylan is a West Virginia corporation having a place of business at 781 Chestnut Ridge Road, Morgantown, West Virginia, 26504. Upon information and belief, Defendant Mylan manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

7.     Upon information and belief, Defendant Par is a Delaware corporation having a place of business at 300 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

8.     Upon information and belief, Defendant Ranbaxy Inc. is a Delaware corporation, and the wholly-owned subsidiary and agent of Defendant Ranbaxy Ltd., having a place of business at 600 College Road East, Princeton, New Jersey 08540.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

9.     Upon information and belief, Defendant Ranbaxy Ltd. is an Indian corporation having a place of business at Plot 90, Sector 32, Gurgaon -122001 (Haryana), India.  Upon information and belief, Defendant Ranbaxy Ltd. manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district, through its wholly-owned subsidiary and agent Defendant Ranbaxy Inc.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

10.    Upon information and belief, Defendant Sun Inc. was a Michigan corporation, and the wholly-owned subsidiary and agent of Defendant Sun Ltd., having a place of business at 29714 Orion CT, Fannington Hills, Michigan 48334 at the time it submitted its Abbreviated New Drug Application. Upon information and belief, Sun Inc. dissolved as a corporation on or about July 15, 2007. Upon information and belief, Defendant Sun Inc. manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

11.    Upon information and belief, Defendant Sun Ltd. is an Indian corporation having a place of business at Acme Plaza, Andheri - Kurla Rd, Andheri (E), Mumbai - 400 059. Upon information and belief, Defendant Sun Ltd., itself and through its wholly-owned subsidiary and agent Defendant Sun Inc., manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

12.    Upon information and belief, Defendant Teva is a Delaware corporation having a place of business at 1090 Horsham Road, North Wales, Pennsylvania 19454.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

4

COMPLAINT:

13.    Upon information and belief, Defendant Torrent Inc. is a Delaware corporation, and the wholly-owned subsidiary and agent of Defendant Torrent Ltd., having a place of business at 3585 Bellflower Drive, Portage, Michigan 49024.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo

Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

COMPLAINT:

14.    Upon information and belief, Defendant Torrent Ltd. is an Indian company having a place of business at Torrent House, Off Ashram Road, Ahmedabad - 380 009, Gujarat, India.    Upon information and belief, Defendant Torrent Ltd. manufactures numerous generic drugs for sale and use throughout the United States, including in this judicial district, through its wholly-owned subsidiary and agent Defendant Torrent Inc.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo

Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

## NATURE OF THE ACTION

COMPLAINT:

15.    This is a civil action for the infringement of United States Patent No. 4,661,491 ("the '491 patent") (Exhibit A) and United States Patent No. 6,149,940 ("the '940 patent") (Exhibit B). This action is based upon the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

ANSWER:    This Paragraph contains legal conclusions to which no answer is required.

To the extent that an answer is required, Aurobindo Ltd. admits that Plaintiffs' Complaint asserts

a claim that purports to arise under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*,

for infringement of U.S. Patent No. 4,661,491 and U.S. Patent No. 6,149,940 (collectively, "the

patents-in-suit"). Aurobindo Ltd. denies the remaining allegations of Paragraph 15.

5

## JURISDICTION AND VENUE

**COMPLAINT:**

16.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**ANSWER:** Paragraph 16 contains legal conclusions to which no answer is required. To the extent an answer is required, Aurobindo Ltd. admits that subject matter jurisdiction over Plaintiffs' infringement claim on the patents-in-suit is proper for claims directed to Aurobindo Ltd. and denies that subject matter jurisdiction exists over Plaintiffs' infringement claim on the patents-in-suit directed to Aurobindo USA. Aurobindo Ltd. denies the remaining allegations of Paragraph 16.

**COMPLAINT:**

17.    This Court has personal jurisdiction over each of the Defendants by virtue of the fact that, *inter alia*, each Defendant has committed, or aided, abetted, contributed to and/or participated in the commission of, the tortious act of patent infringement that has led to foreseeable harm and injury to a Delaware company, Plaintiff sanofi-aventis U.S. This Court has personal jurisdiction over each of the Defendants for the additional reasons set forth below and for other reasons that will be presented to the Court if such jurisdiction is challenged.

**ANSWER:** Paragraph 17 contains legal conclusions to which no answer is required. To the extent that these allegations are directed towards a Defendant other than Aurobindo Ltd. and an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph. As to Aurobindo Ltd., to the extent an answer is required, Aurobindo Ltd. denies the factual allegations in Paragraph 17. While Aurobindo Ltd. denies that it is subject to personal jurisdiction in this District, to conserve the resources of the parties and for purposes of judicial efficiency, Aurobindo Ltd. will not contest personal jurisdiction for purposes of this multi-defendant action only. Aurobindo Ltd. denies the remaining allegations of this Paragraph.

COMPLAINT:

18.    This Court has personal jurisdiction over Defendant Actavis by virtue of the fact that, *inter alia*, Actavis is a Delaware limited liability company.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

19.    This Court has personal jurisdiction over Defendant Aurobindo Inc. by virtue of the fact that, *inter alia*, Aurobindo Inc. is a Delaware corporation.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

20.    This Court has personal jurisdiction over Defendant Aurobindo Ltd. by virtue of, *inter alia*:  (1) its presence in Delaware through its subsidiary and agent Aurobindo Inc.; and (2) its systematic and continuous contacts with Delaware, including through its subsidiary and agent Aurobindo Inc.

ANSWER:    Paragraph 20 contains legal conclusions to which no answer is required.    To the extent an answer is required, Aurobindo Ltd. denies the factual allegations in Paragraph 20. While Aurobindo Ltd. denies that it is subject to personal jurisdiction in this District, to conserve the resources of the parties and for purposes of judicial efficiency, Aurobindo Ltd. will not contest personal jurisdiction for purposes of this multi-defendant action only.  Aurobindo Ltd. denies the remaining allegations of this Paragraph.

COMPLAINT:

21.    This Court has personal jurisdiction over Defendant Mylan by virtue of, *inter alia*, its systematic and continuous contacts with Delaware.

7

ANSWER:  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

22.    This Court has personal jurisdiction over Defendant Par by virtue of the fact that, *inter alia*, Par is a Delaware corporation.

ANSWER:  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

23.    This Court has personal jurisdiction over Defendant Ranbaxy Inc. by virtue of the fact that, *inter alia*, Ranbaxy Inc. is a Delaware corporation.

ANSWER:  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

24.    This Court has personal jurisdiction over Defendant Ranbaxy Ltd. by virtue of, *inter alia*:  (1) its presence in Delaware through its subsidiary and agent Ranbaxy Inc.; and (2) its systematic and continuous contacts with Delaware, including through its subsidiary and agent Ranbaxy Inc.

ANSWER:  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

25.    This Court has personal jurisdiction over Defendant Sun Inc. by virtue of, *inter alia*, its systematic and continuous contacts with Delaware.

8

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

26.    This Court has personal jurisdiction over Defendant Sun Ltd. by virtue of, *inter alia*, its systematic and continuous contacts with Delaware, including through its subsidiary and agent Sun Inc.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

27.    This Court has personal jurisdiction over Defendant Teva by virtue of the fact that, *inter alia*, Teva is a Delaware corporation.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

28.    This Court has personal jurisdiction over Defendant Torrent Inc. by virtue of the fact that, *inter alia*, Torrent Inc. is a Delaware corporation.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

29.    This Court has personal jurisdiction over Defendant Torrent Ltd. by virtue of, *inter alia*: (1) its presence in Delaware through its subsidiary and agent Torrent Inc.; and (2) its systematic and continuous contacts with Delaware, including through its subsidiary and agent Torrent Inc.

9

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

30.    Venue is proper in this judicial district as to each defendant pursuant to 28 U.S.C. §§ 1391 and 1400(b).

ANSWER: Paragraph 30 contains legal conclusions to which no answer is required. To the extent that these allegations are directed towards a Defendant other than Aurobindo Ltd. and an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph. As to Aurobindo Ltd., to conserve the resources of the parties and for purposes of judicial efficiency, Aurobindo Ltd. will not contest venue in this judicial district for purposes of this multi-defendant action only. Aurobindo Ltd. denies the remaining allegations of this Paragraph.

## THE PATENTS

COMPLAINT:

31.    On April 28, 1987, the '491 patent, titled "Alfuzosine Compositions and Use," was duly and legally issued by the United States Patent and Trademark Office ("PTO"). Plaintiff sanofi-aventis is the current assignee of the '491 patent. Plaintiff sanofi-aventis U.S. holds New Drug Application ("NDA") No. 21-287 on Uroxatral® brand alfuzosin hydrochloride extended release tablets, and is the exclusive distributor of Uroxatral® in the United States. The '491 patent is listed in the Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book") for Uroxatral®.

ANSWER: Paragraph 31 contains legal conclusions to which no answer is required. To the extent an answer is required, Aurobindo Ltd. admits the following: (1) according to the online records of the PTO, the '491 patent, entitled "Alfuzosine Compositions and Use," issued on April 28, 1987; (2) according to the electronic assignment records of the PTO, Sanofi-Aventis

is identified as the current assignee of record of the '491 patent; (3) according to the electronic version of the U.S. Food and Drug Administration's ("FDA") Orange Book publication (current through October 2007), "SANOFI AVENTIS US" is identified as the applicant for approved NDA No. 21-287 for Uroxatral® (alfuzosin hydrochloride) Extended Release Tablets 10 mg; and (4) according to the electronic version of the Orange Book, the '491 patent is listed for the drug Uroxatral®. Aurobindo Ltd. denies all remaining allegations of Paragraph 31.

**COMPLAINT:**

32.    On November 21, 2000, the '940 patent, titled "Tablet with Controlled Release of Alfuzosine Chlorhydrate," was duly and legally issued by the PTO. Plaintiff sanofi-aventis and Jagotec AG are the current assignees of the '940 patent. Plaintiff sanofi-aventis has an exclusive license to Jagotec AG's interests in the '940 patent. Pursuant to that license, sanofi-aventis has the right to unilaterally bring and proceed with this action in its own name. Jagotec has also consented to sanofi-aventis bringing this action. The '940 patent is listed in the Orange Book for Uroxatral®.

**ANSWER:** Paragraph 32 contains legal conclusions to which no answer is required. To the extent an answer is required, Aurobindo Ltd. admits the following: (1) according to the online records of the PTO, the '940 patent, entitled "Tablet With Controlled Release of Alfuzosine Chlorhydrate," issued on November 21, 2000; (2) according to the electronic assignment records of the PTO, Sanofi-Aventis and Jagotec AG are identified as the current assignees of record of the '940 patent; and (3) according to the electronic version of the Orange Book, the '940 patent is listed for the drug Uroxatral®. Aurobindo Ltd. denies all remaining allegations of Paragraph 32.

### Acts Giving Rise to this Action
### Count I - Infringement of the '491 Patent by Defendants Actavis and Par

**COMPLAINT:**

33.    Upon information and belief, Actavis submitted Abbreviated New Drug Application ("ANDA") 79-055 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of

alfuzosin hydrochloride per tablet. ANDA 79-055 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfzosin hydrochloride 10 mg tablet product prior to the expiration of the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

34.     Actavis alleged in ANDA 79-055 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '491 patent are invalid. Plaintiffs received written notification of ANDA 79-055 on or about August 17, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

35.     Actavis' submission of ANDA 79-055 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A). Actavis' commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

36.     Par is jointly and severally liable for Actavis' infringement of the '491 patent. Upon information and belief, Par participated in, contributed to, aided, abetted and/or induced Actavis' submission of ANDA 79-055 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

37.    Par's participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-055 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A).    Moreover, Par's commercial manufacture, use, offer for sale or sale of the proposed generic versions of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo

Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

COMPLAINT:

38.    This is an exceptional case under 35 U.S.C. § 285 because Actavis and Par were aware of the existence of the '491 patent at the time of the submission of ANDA 79-055 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '491 patent.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo

Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

COMPLAINT:

39.    Plaintiffs will be irreparably harmed by Defendant Actavis' and Defendant Par's infringing activities unless those activities are enjoined by this Court.    Plaintiffs do not have an adequate remedy at law.

ANSWER:    These allegations are directed towards a Defendant other than Aurobindo

Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

### Count II - Infringement of the '940 Patent by Defendants Actavis and Par

**COMPLAINT:**

40.    ANDA 79-055 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

41.    Actavis has alleged in ANDA 79-055 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product.  Plaintiffs received written notification of ANDA 79-055 on or about August 17, 2007.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

42.    Actavis' submission of ANDA 79-055 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A).  Actavis' commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

43.    Par is jointly and severally liable for Actavis' infringement of the '940 patent. Upon information and belief, Par participated in, contributed to, aided, abetted and/or induced Actavis' submission of ANDA 79-055 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

14

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

44.    Par's participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-055 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Par's commercial manufacture, use, offer for sale or sale of its proposed generic versions of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

45.    This is an exceptional case under 35 U.S.C. § 285 because Actavis and Par were aware of the existence of the '940 patent at the time of the submission of ANDA 79-055 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

46.    Plaintiffs will be irreparably harmed by Defendant Actavis' and Defendant Par's infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

### Count III – Infringement of the '491 Patent by Defendants Aurobindo Ltd. and Aurobindo Inc.

**COMPLAINT:**

47.    Upon information and belief, Aurobindo Ltd., through its subsidiary and agent Aurobindo Inc., submitted ANDA 79-060 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-060 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '491 patent.

**ANSWER:** Paragraph 47 contains legal conclusions to which no answer is required. To the extent an answer is required, Aurobindo Ltd. admits that Aurobindo Ltd. submitted ANDA No. 79-060 to FDA under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)), and that Aurobindo Ltd.'s ANDA No. 79-060 seeks FDA approval for alfuzosin hydrochloride extended release tablets, 10 mg, before the expiration of the '491 patent. Aurobindo Ltd. denies all remaining allegations of Paragraph 47.

**COMPLAINT:**

48.    Aurobindo Ltd. alleged in ANDA 79-060 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '491 patent are invalid or not infringed by the manufacture, use or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-060 on or about August 30, 2007.

**ANSWER:** Aurobindo Ltd. admits that Aurobindo Ltd.'s ANDA No. 79-060 contains a so-called "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), stating that the '491 patent is invalid, unenforceable and/or will not be infringed by the manufacture, sale or use of the drug product for which Aurobindo Ltd. submitted its ANDA No. 79-060. Aurobindo Ltd. admits that Sanofi-Aventis US received Aurobindo Ltd.'s notice under 21 U.S.C. § 355(j)(2)(B) on August 30, 2007. Aurobindo Ltd. denies all remaining allegations of Paragraph 48.

16

**COMPLAINT:**

49.    Aurobindo Ltd.'s submission of ANDA 79-060 to the FDA, through Aurobindo Inc., including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A).  Aurobindo Ltd.'s commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** Denied.

**COMPLAINT:**

50.    Aurobindo Inc. is jointly and severally liable for Aurobindo Ltd.'s infringement of the '491 patent.  Upon information and belief, Aurobindo Inc. participated in, contributed to, aided, abetted and/or induced Aurobindo Ltd.'s submission of ANDA 79-060 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** Denied.

**COMPLAINT:**

51.    Aurobindo Inc.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-060 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A).  Moreover, Aurobindo Inc.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** Denied.

**COMPLAINT:**

52.    This is an exceptional case under 35 U.S.C. § 285 because Aurobindo Ltd. and Aurobindo Inc. were aware of the existence of the '491 patent at the time of the submission of ANDA 79-060 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '491 patent.

**ANSWER:** Denied.

**COMPLAINT:**

53.    Plaintiffs will be irreparably harmed by Defendant Aurobindo Ltd.'s and Defendant Aurobindo Inc.'s infringing activities unless those activities are enjoined by this Court.  Plaintiffs do not have an adequate remedy at law.

**ANSWER:** Denied.

### Count IV - Infringement of the '940 Patent by Defendants Aurobindo Ltd. and Aurobindo Inc.

**COMPLAINT:**

54.     ANDA 79-060 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

**ANSWER:** Paragraph 54 contains legal conclusions to which no answer is required. To the extent an answer is required, Aurobindo Ltd. admits that Aurobindo Ltd.'s ANDA No. 79-060 seeks FDA approval for alfuzosin hydrochloride extended release tablets, 10 mg, before the expiration of the '940 patent. Aurobindo Ltd. denies all remaining allegations of Paragraph 54.

**COMPLAINT:**

55.     Aurobindo Ltd. alleged in ANDA 79-060 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are invalid or not infringed by the manufacture, use or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-060 on or about August 30, 2007.

**ANSWER:** Aurobindo Ltd. admits that Aurobindo Ltd.'s ANDA No. 79-060 contains a so-called "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV), stating that the '940 patent is invalid, unenforceable and/or will not be infringed by the manufacture, sale or use of the drug product for which Aurobindo Ltd. submitted its ANDA 79-060. Aurobindo Ltd. admits that Sanofi-Aventis US received Aurobindo Ltd.'s notice under 21 U.S.C. § 355(j)(2)(B) on August 30, 2007. Aurobindo Ltd. denies all remaining allegations of Paragraph 55.

**COMPLAINT:**

56.     Aurobindo Ltd.'s submission of ANDA 79-060 to the FDA, through Aurobindo Inc., including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Aurobindo Ltd.'s commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:** Denied.

18

**COMPLAINT:**

57.     Aurobindo Inc. is jointly and severally liable for Aurobindo Ltd.'s infringement of the '940 patent. Upon information and belief, Aurobindo Inc. participated in, contributed to, aided, abetted and/or induced Aurobindo Ltd.'s submission of ANDA 79-060 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** Denied.

**COMPLAINT:**

58.     Aurobindo Inc.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-060 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Moreover, Aurobindo Inc.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:** Denied.

**COMPLAINT:**

59.     This is an exceptional case under 35 U.S.C. § 285 because Aurobindo Ltd. and Aurobindo Inc. were aware of the existence of the '940 patent at the time of the submission of ANDA 79-060 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:** Denied.

**COMPLAINT:**

60.     Plaintiffs will be irreparably harmed by Defendant Aurobindo Ltd.'s and Defendant Aurobindo Inc.'s infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

**ANSWER:** Denied.

<u>**Count V – Infringement of the '491 Patent by Defendant Mylan**</u>

**COMPLAINT:**

61.     Upon information and belief, Mylan submitted ANDA 79-014 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-014 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis'

Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

62.    Mylan alleged in ANDA 79-014 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '491 patent are invalid. Plaintiffs received written notification of ANDA 79-014 on or about August 27, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

63.    Mylan's submission of ANDA 79-014 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A). Mylan's commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

64.    This is an exceptional case under 35 U.S.C. § 285 because Mylan was aware of the existence of the '491 patent at the time of the submission of ANDA 79-014 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

65.    Plaintiffs will be irreparably harmed by Defendant Mylan's infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo

Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

### Count VI – Infringement of the '940 Patent by Defendant Mylan

**COMPLAINT:**

66.    ANDA 79-014 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo

Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

**COMPLAINT:**

67.    Mylan alleged in ANDA 79-014 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-014 on or about August 27, 2007.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo

Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

**COMPLAINT:**

68.    Mylan's submission of ANDA 79-014 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Mylan has provided limited information related to its proposed generic version of sanofi-aventis' Uroxatral® brand product that is the subject of ANDA 79-014. However, given Mylan's claim of bioequivalence contained within ANDA 79-014, Plaintiffs believe that

they are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery that will demonstrate that Mylan's commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

69. This is an exceptional case under 35 U.S.C. § 285 because Mylan was aware of the existence of the '940 patent at the time of the submission of ANDA 79-014 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

70. Plaintiffs will be irreparably harmed by Defendant Mylan's infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

## Count VII - Infringement of the '940 Patent by Defendants Ranbaxy Ltd. and Ranbaxy Inc.

**COMPLAINT:**

71. Upon information and belief, Ranbaxy Ltd., through its subsidiary and agent Ranbaxy Inc., submitted ANDA 79-006 to the FDA under §505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-006 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

22

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

72.     Ranbaxy Ltd. alleged in ANDA 79-006 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-006 on or about August 14, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

73.     Ranbaxy Ltd.'s submission of ANDA 79-006 to the FDA, through Ranbaxy Inc., including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Ranbaxy Ltd.'s commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

74.     Ranbaxy Inc. is jointly and severally liable for any infringement of the '940 patent. Upon information and belief, Ranbaxy Inc. participated in, contributed to, aided, abetted and/or induced Ranbaxy Ltd.'s submission of ANDA 79-006 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

23

**COMPLAINT:**

75.    Ranbaxy Inc.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-006 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '940 patent under 35 U.S.C. §271(e)(2)(A).  Moreover, Ranbaxy Inc.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

76.    This is an exceptional case under 35 U.S.C. § 285 because Ranbaxy Ltd. and Ranbaxy Inc. were aware of the existence of the '940 patent at the time of the submission of ANDA 79-006 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

77.    Plaintiffs will be irreparably harmed by Defendant Ranbaxy. Ltd.'s and Defendant Ranbaxy Inc.'s infringing activities unless those activities are enjoined by this Court.  Plaintiffs do not have an adequate remedy at law.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**Count VIII - Infringement of the '940 Patent by Defendants Sun Inc. and Sun Ltd.**

**COMPLAINT:**

78.    Upon information and belief, Sun Inc. acting as a subsidiary and agent of Sun Ltd., submitted ANDA 79-057 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)).  ANDA 79-057 seeks FDA approval for the commercial

24

manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-057 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

79.    Sun Inc. alleged in ANDA 79-057 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-057 on or about September 6, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

80.    Sun Inc.'s submission of ANDA 79-057 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Sun Inc. has provided no information related to its proposed generic version of sanofi-aventis' Uroxatral® brand product that is the subject of ANDA 79-057. However, given Sun Inc.'s claim of bioequivalence contained within ANDA 79-057, Plaintiffs believe that they are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery that will demonstrate that Sun Inc.'s commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

81.    Sun Ltd. is jointly and severally liable for Sun Inc.'s infringement of the '940 patent. Upon information and belief, Sun Ltd. participated in, contributed to, aided, abetted

and/or induced Sun Inc.'s submission of ANDA 79-057 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

82.    Sun Ltd.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-057 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Sun Ltd.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

83.    This is an exceptional case under 35 U.S.C. § 285 because Sun Inc. and Sun Ltd. were aware of the existence of the '940 patent at the time of the submission of ANDA 79-057 and their § 505(j)(2)(A)(vii)(1V) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

84.    Plaintiffs will be irreparably harmed by Defendant Sun Inc.'s and Defendant Sun Ltd.'s infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

### Count IX - Infringement of the '491 Patent by Defendant Teva

COMPLAINT:

85.    Upon information and belief, Teva submitted ANDA 79-056 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-056 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '491 patent.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

86.    Teva alleged in ANDA 79-056 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '491 patent are invalid or not infringed by the manufacture, use or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-056 on or about August 15, 2007.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

87.    Teva's submission of ANDA 79-056 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A). Teva's commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

88.    Thus is an exceptional case under 35 U.S.C. § 285 because Teva was aware of the existence of the '491 patent at the time of the submission of ANDA 79-056 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '491 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

89.    Plaintiffs will be irreparably harmed by Defendant Teva's infringing activities unless those activities are enjoined by this Court.  Plaintiffs do not have an adequate remedy at law.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

<u>**Count X – Infringement of the '940 Patent by Defendant Teva**</u>

**COMPLAINT:**

90.    ANDA 79-056 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

**ANSWER:**  These allegations are directed towards a Defendant other than Aurobindo Ltd.  To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

91.    Teva alleged in ANDA 79-056 under § 505(j)(2)(A)(vii)(IV) of the, Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-056 on or about August 15, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

92.    Teva's submission of ANDA 79-056 to the FDA, including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Teva has provided limited information related to its proposed generic version of sanofi-aventis' Uroxatral® brand product that is the subject of ANDA 79-056. However, given Teva's claim of bioequivalence contained within ANDA 79-056, Plaintiffs believe that they are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery that will demonstrate that Teva's commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

93.    This is an exceptional case under 35 U.S.C. § 285 because Teva was aware of the existence of the '940 patent at the time of the submission of ANDA 79-056 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

29

**COMPLAINT:**

94.    Plaintiffs will be irreparably harmed by Defendant Teva's infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

<u>**Count XI - Infringement of the '491 Patent by Defendants
Torrent Ltd. and Torrent Inc.**</u>

**COMPLAINT:**

95.    Upon information and belief, Torrent Ltd., through its subsidiary and agent Torrent Inc., submitted ANDA 79-054 to the FDA under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)). That ANDA seeks FDA approval for the commercial manufacture, use, offer for sale and sale of generic extended release tablets containing 10 mg of alfuzosin hydrochloride per tablet. ANDA 79-054 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

96.    Torrent Ltd. alleged in ANDA 79-054 under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '491 patent are invalid. Plaintiffs received written notification of ANDA 79-054 on or about August 16, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

97.    Torrent Ltd.'s submission of ANDA 79-054 to the FDA, through Torrent Inc., including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A). Torrent Ltd.'s commercial use, offer for sale or sale of its proposed generic version, of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo

Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

**COMPLAINT:**

98.    Torrent Inc. is jointly and severally liable for any infringement of the '491 patent. Upon information and belief, Torrent Inc. participated in, contributed to, aided, abetted and/or induced Torrent Ltd.'s submission of ANDA 79-054 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo

Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

**COMPLAINT:**

99.    Torrent Inc.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-054 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '491 patent under 35 U.S.C. § 271(e)(2)(A). Torrent Inc.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '491 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo

Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the

allegations of this Paragraph.

**COMPLAINT:**

100.    This is an exceptional case under 35 U.S.C. § 285 because Torrent Ltd. and Torrent Inc. were aware of the existence of the '491 patent at the time of the submission of

ANDA 79-054 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '491 patent.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

101. Plaintiffs will be irreparably harmed by Defendant Torrent Ltd.'s and Defendant Torrent Inc.'s infringing activities unless those activities are enjoined by this Court. Plaintiffs do not have an adequate remedy at law.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

### Count XII - Infringement of the '940 Patent by Defendants Torrent Ltd. and Torrent Inc.

COMPLAINT:

102. ANDA 79-054 specifically seeks FDA approval to market a proposed generic version of sanofi-aventis' Uroxatral® brand alfuzosin hydrochloride 10 mg tablet product prior to the expiration of the '940 patent.

ANSWER: These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

COMPLAINT:

103. Torrent Ltd. alleged in ANDA 79-054 Under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act that the claims of the '940 patent are invalid and not infringed by the manufacture, use or sale of the proposed generic version of sanofi-aventis' Uroxatral® brand product. Plaintiffs received written notification of ANDA 79-054 on or about August 16, 2007.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

104.    Torrent Ltd.'s submission of ANDA 79-054 to the FDA, through Torrent Inc., including the § 505(j)(2)(A)(vii)(IV) allegations, constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Torrent Ltd.'s commercial use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

105.    Torrent Inc. is jointly and severally liable for Torrent Ltd.'s infringement of the '940 patent. Upon information and belief, Torrent Inc. participated in, contributed to, aided, abetted and/or induced the submission of ANDA 79-054 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

106.    Torrent Inc.'s participation in, contribution to, aiding, abetting and/or inducement of the submission of ANDA 79-054 and its § 505(j)(2)(A)(vii)(IV) allegations to the FDA constitutes infringement of the '940 patent under 35 U.S.C. § 271(e)(2)(A). Moreover, Torrent Inc.'s commercial manufacture, use, offer for sale or sale of its proposed generic version of sanofi-aventis' Uroxatral® brand product would infringe the '940 patent.

**ANSWER:** These allegations are directed towards a Defendant other than Aurobindo Ltd. To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

107.    This is an exceptional case under 35 U.S.C. § 285 because Torrent Ltd. and Torrent Inc. were aware of the existence of the '940 patent at the time of the submission of ANDA 79-054 and their § 505(j)(2)(A)(vii)(IV) allegations to the FDA and that filing constituted infringement of the '940 patent.

**ANSWER:**    These allegations are directed towards a Defendant other than Aurobindo Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

**COMPLAINT:**

108.    Plaintiffs will be irreparably harmed by Defendant Torrent Ltd.'s and Defendant Torrent Inc.'s infringing activities unless those activities are enjoined by this Court.    Plaintiffs do not have an adequate remedy at law.

**ANSWER:**    These allegations are directed towards a Defendant other than Aurobindo Ltd.    To the extent an answer by Aurobindo Ltd. is required, Aurobindo Ltd. denies the allegations of this Paragraph.

Aurobindo Ltd. denies all allegations not expressly admitted herein.    Aurobindo Ltd. further denies that Plaintiffs are entitled to any of the relief requested, and requests that Plaintiffs' complaint be dismissed with prejudice and that Aurobindo Ltd. be awarded its fees and costs incurred defending this suit under 35 U.S.C. § 285.

## DEFENSES

Without prejudice to the denials set forth in its Answer, without admitting allegations of the Complaint not otherwise admitted, and without undertaking any of the burdens imposed by law on Plaintiffs, Aurobindo Ltd. asserts the following defenses to the Complaint:

## First Defense

The claims of U.S. Patent No. 4,661,491 ("the '491 patent") are invalid under one or more provisions of 35 U.S.C. § 101 *et seq.*

34

### Second Defense

The manufacture, use, sale, offer for sale, or importation of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid and/or enforceable claim of the '491 patent.

### Third Defense

The claims of U.S. Patent No. 6,149,940 ("the '940 patent") are invalid under one or more provisions of 35 U.S.C. § 101 *et seq.*

### Fourth Defense

The manufacture, use, sale, offer for sale, or importation of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid and/or enforceable claim of the '940 patent.

### Fifth Defense

The Court lacks personal jurisdiction over Defendant Aurobindo Ltd.

### Sixth Defense

Venue is not proper in this judicial district.

### Seventh Defense

Any additional defenses or counterclaims that discovery may reveal, including, but not limited to, defenses of unenforceability, as well as any defense(s) raised by another defendant in this action.

## COUNTERCLAIMS

Aurobindo Pharma Ltd. ("Aurobindo Ltd."), for its Counterclaims against Sanofi-Aventis and Sanofi-Aventis U.S. LLC (collectively, "Plaintiffs"), alleges as follows:

### The Parties

1.    Aurobindo Ltd. is a corporation organized and existing under the laws of India, having a place of business at Plot No. 2, Maitri Vihar, Ameerpet, Hyderabad – 500 038, Andhra Pradesh, India.

2.    Sanofi-Aventis purports to be a corporation organized and existing under the laws of France, having a principal place of business at 174 Avenue de France, Paris, France.

3.    Sanofi-Aventis U.S. LLC ("Sanofi-Aventis US") purports to be a limited liability company formed under the laws of the State of Delaware, having commercial headquarters at 55 Corporate Drive, Bridgewater, New Jersey 08807.

### Jurisdiction and Venue

4.    These Counterclaims arise under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*; the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202; and the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Pub. L. No. 108-173, 117 Stat. 2066 (2003) ("MMA") (21 U.S.C. § 355(j) and 35 U.S.C. § 271(e)(5)).

5.    This Court has original jurisdiction over the subject matter of these Counterclaims under 28 U.S.C. §§ 1331 and 1338(a); under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202; and under the MMA (21 U.S.C. § 355(j) and 35 U.S.C. § 271(e)(5)).

6.    This Court has personal jurisdiction over Plaintiffs because Plaintiffs have availed themselves of the rights and privileges of this forum by suing Aurobindo Ltd. in this District,

and because Plaintiffs conduct substantial business in, and have regular and systematic contacts with, this District.

7.     Venue is proper in this District under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

**Patents-in-Suit**

8.     On or about April 28, 1987, the United States Patent and Trademark Office ("PTO") issued U.S. Patent No. 4,661,491, entitled "ALFUZOSINE COMPOSITIONS AND USE," to François Regnier.

9.     Plaintiff Sanofi-Aventis purports and claims to own, and to have the right to enforce, the '491 patent.

10. ·   On or about November 21, 2000, the PTO issued U.S. Patent No. 6,149,940, entitled   "TABLET   WITH   CONTROLLED   RELEASE   OF   ALFUZOSINE CHLORHYDRATE," to Lauretta Maggi, Ubaldo Conte, Busto Arisizio, Pascal Grenier, Guy Vergnault, Alain Dufour, François Xavier Jarreau, and Clemence Rauch-Desanti.

11.     Plaintiff Sanofi-Aventis purports and claims to own, and to have the right to enforce, the '940 patent.

12.     On or about September 21, 2007, Plaintiffs sued Aurobindo Ltd. and Aurobindo Pharma USA Inc. ("Aurobindo USA") in this District alleging infringement of the '491 patent and the '940 patent under 35 U.S.C. § 271(e)(2)(A).

13.     Aurobindo Ltd. has submitted an abbreviated new drug application (ANDA) to FDA, which FDA assigned number 79-060. Aurobindo Ltd.'s ANDA seeks FDA approval for alfuzosin hydrochloride extended release tablets, 10 mg, before the expiration of the '491 patent and the '940 patent.

## COUNT I
### (Declaration of Non-Infringement of the '491 Patent)

14.    Aurobindo Ltd. realleges and incorporates by reference the allegations of Paragraphs 1-13.

15.    A present, genuine, and justiciable controversy exists between Plaintiffs and Defendant Aurobindo Ltd. regarding, *inter alia*, the infringement of any valid or enforceable claim of the '491 patent.

16.    The manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo's Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '491 patent.

17.    Aurobindo Ltd. is entitled to a declaration that the manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '491 patent.

## COUNT II
### (Declaration of Invalidity of the '491 Patent)

18.    Aurobindo Ltd. realleges and incorporates by reference the allegations of Paragraphs 1-17.

19.    A present, genuine, and justiciable controversy exists between Plaintiffs and Defendant Aurobindo Ltd. regarding, *inter alia*, the validity of the claims of the '491 patent.

20.    The claims of the '491 patent are invalid under one or more provisions of 35 U.S.C. § 101 *et seq*.

21.    Aurobindo Ltd. is entitled to a declaration that the claims of the '491 patent are invalid.

## COUNT III
### (Declaration of Non-Infringement of the '940 Patent)

22.    Aurobindo Ltd. realleges and incorporates by reference the allegations of Paragraphs 1-21.

23.    A present, genuine, and justiciable controversy exists between Plaintiffs and Defendant Aurobindo Ltd. regarding, *inter alia*, the infringement of any valid or enforceable claim of the '940 patent.

24.    The manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo's Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '940 patent.

25.    Aurobindo Ltd. is entitled to a declaration that the manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '940 patent.

## COUNT IV
### (Declaration of Invalidity of the '940 Patent)

26.    Aurobindo Ltd. realleges and incorporates by reference the allegations of Paragraphs 1-25.

27.    A present, genuine, and justiciable controversy exists between Plaintiffs and Defendant Aurobindo Ltd. regarding, *inter alia*, the validity of the claims of the '940 patent.

28.     The claims of the '940 patent are invalid under one or more provisions of 35 U.S.C. § 101 *et seq.*

29.     Aurobindo Ltd. is entitled to a declaration that the claims of the '940 patent are invalid.

<strong><u>JURY DEMAND</u></strong>

Aurobindo Ltd. demands a trial by jury.

<strong><u>REQUEST FOR RELIEF</u></strong>

WHEREFORE, Defendant Aurobindo Pharma Ltd. respectfully requests that this Court enter a Judgment and Order in its favor and against Plaintiffs Sanofi-Aventis and Sanofi-Aventis US as follows:

(a)     Declaring that the manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo's Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '491 patent;

(b)     Declaring that the claims of the '491 patent are invalid;

(c)     Declaring that the manufacture, use, or sale of the alfuzosin hydrochloride extended release tablets, 10 mg, that are the subject of Aurobindo's Ltd.'s ANDA No. 79-060 have not infringed, do not infringe, and would not, if marketed, infringe any valid or enforceable claim of the '940 patent;

(d)     Declaring that the claims of the '940 patent are invalid;

(e)     Declaring that this is an exceptional case under 35 U.S.C. § 285 and awarding Aurobindo Ltd. its attorneys' fees, costs, and expenses in this action; and

(f)    Awarding Aurobindo Ltd. any further and additional relief as the Court deems just

and proper.

Dated:  November 5, 2007.                    Respectfully submitted,

AUROBINDO PHARMA LTD.


By:    _____*/s/ Mary B. Matterer*_____
                            Mary B. Matterer (I.D. No. 2696)
                            MORRIS JAMES LLP
                            500 Delaware Ave., Ste. 1500
                            Wilmington, DE 19801
                            Telephone:  (302) 888-6800
                            Facsimile:  (302) 571-1750
                            mmatterer@morrisjames.com


Of Counsel (*pro hac vice*):
Christine J. Siwik
Paul J. Molino
Deanne M. Mazzochi
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
Telephone:  (312) 527-2157
Facsimile:  (312) 527-4205

*Attorneys for Defendant*
*Aurobindo Pharma Ltd.*

41

# EXHIBIT 27
# Fully Redacted