IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br> ASTRAZENECA UK LIMITED, <br> IPR PHARMACEUTICALS, INC., and <br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, and <br> AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 07-810-JJF-LPS <br><br> **CONTAINS CONFIDENTIAL MATTER** <br> **FILED UNDER SEAL** |

---

### DEFENDANTS' REPLY BRIEF
### IN SUPPORT OF THEIR MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION AND NONJOINDER

---

May 1, 2008

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
One South Pinckney Street
Madison, WI 53701-1806
(608) 257-3501

BAYARD, P.A.

Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.

THIS DOCUMENT WAS FILED
UNDER SEAL

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on May 1, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on May 1, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| York M. Faulkner, Esquire | Colleen Tracy, Esquire |
| Charles E. Lipsey, Esquire | Henry J. Renk, Esquire |
| Ford F. Farabow, Esquire | Fitzpatrick, Cella, Harper & Scinto |
| Kenneth M. Frankel, Esquire | 30 Rockefeller Plaza |
| Finnegan, Henderson, Farabow, | New York, NY 10112-3800 |
| Garrett & Dunner | |
| 11955 Freedom Drive, Suite 800 | |
| Reston, VA 20190 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk