IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-CV-0810-JJF-LPS ) ) ) ) ) ) ) |

**DECLARATION OF GILBERTO ESPINOZA IN SUPPORT OF DEFENDANTS'
REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND NONJOINDER**

May 1, 2008

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Jeffrey S. Ward
Thomas P. Heneghan
Edward J. Pardon
One South Pinckney Street
Madison, WI 53701-1806
(608) 257-3501

BAYARD, P.A.

Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendants
AUROBINDO PHARMA LTD.,
AUROBINDO PHARMA USA, INC.,

I, Gilberto Espinoza, declare:

1. I am an attorney at the law firm of Michael Best & Friedrich LLP in Chicago, Illinois and one of the attorneys for Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. I make this declaration based on my personal knowledge and the inspection of the documents attached hereto.

2. Attached as Exhibit 1 is a true and correct copy of document from the Office of the California Secretary State showing the corporate status and state of incorporation of APL Holdings, Inc.

3. Attached as Exhibit 2 is a true and correct copy of a press release from AstraZeneca entitled "AstraZeneca Successfully Completes Acquisition of MedImmune."

4. Attached as Exhibit 3 is a true and correct copy of a document printed from AstraZeneca's website entitled "Corporate Governance: Operation of the Board of Directors." (http://www.astrazeneca-annualreports.com/annualreport2007/business_review/governance/index.asp)

5. Attached as Exhibit 4 is a true and correct copy of a document printed from MedImmune, Inc.'s website entitled "Board of Directors/Management." (http://phx.corporate-ir.net/phoenix.zhtml?c=83037&p=irol-investorgovboard)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed May 1, 2008, Chicago, Illinois

_____
Gilberto Espinoza

# EXHIBIT 1



DISCLAIMER: The information displayed here is current as of APR 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| APL HOLDINGS, INC. | | |
| **Number:** C2195109 | **Date Filed:** 7/26/2000 | **Status:** merged out |
| **Jurisdiction:** California | | |
| Address | | |
| 250 EAST BONITA AVENUE | | |
| POMONA, CA 91767 | | |
| Agent for Service of Process | | |
| AVINASH GHANEKAR | | |
| 250 EAST BONITA AVENUE | | |
| POMONA, CA 91767 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT 2

**[NOT FOR RELEASE, PUBLICATION OR DISTRIBUTION IN WHOLE OR IN PART, IN, INTO OR FROM AUSTRALIA, CANADA OR JAPAN OR ANY OTHER JURISDICTION WHERE TO DO SO WOULD CONSTITUTE A VIOLATION OF THE RELEVANT LAWS OF SUCH JURISDICTION]**

### AstraZeneca Successfully Completes Acquisition of MedImmune

AstraZeneca PLC ("AstraZeneca") today announced that on June 18, 2007 it completed its acquisition of MedImmune, Inc. ("MedImmune") pursuant to a short-form merger in which a subsidiary of AstraZeneca was merged with and into MedImmune with MedImmune continuing as the surviving corporation. MedImmune is accordingly now 100% owned by AstraZeneca. AstraZeneca had previously announced the acquisition of approximately 91.6% of MedImmune's outstanding common stock pursuant to a cash tender offer. In connection with the merger, all remaining outstanding shares of MedImmune's common stock (other than any shares in respect of which appraisal rights are validly exercised under Delaware law and any shares owned by MedImmune, AstraZeneca or any of their subsidiaries), were converted into the right to receive the same $58.00 cash per share, without interest, that was paid in the tender offer.

-Ends-

June 19 2007

**AstraZeneca**

**Media Enquiries:**

| | |
|---|---|
| Steve Brown / Edel McCaffrey (London) | (020) 7304 5033/5034 |
| Staffan Ternby (Sweden) | (8) 553 26107 |
| Emily Denney (Wilmington) | (302) 885 3451 |

**Analyst/Investor Enquiries:**

| | |
|---|---|
| Jonathan Hunt / Mina Blair / Karl Hård (London) | (020) 7304 5087/5084/5322 |
| Staffan Ternby (Sweden) | (8) 553 26107 |
| Ed Seage / Jorgen Winroth (US) | (302) 886 4065/(212) 579 0506 |
| **Merrill Lynch (Financial Adviser to AstraZeneca)** | +44 (0) 20 7628 1000 |
| Richard Girling | |
| **Deutsche Bank (Joint Corporate Broker to AstraZeneca)** | +44 (0) 20 7545 8000 |
| Charlie Foreman | |
| **Goldman Sachs (Joint Corporate Broker to AstraZeneca)** | +44 (0) 20 7774 1000 |
| Phil Raper | |

**MedImmune**

**Media Enquiries:**

| | |
|---|---|
| Jamie Lacey | 301-398-4035 |

**Analyst/Investor Enquiries:**

| | |
|---|---|
| Pete Vozzo | 301-398-4358 |

# EXHIBIT 3



# CORPORATE GOVERNANCE: OPERATION OF THE BOARD OF DIRECTORS

## INTRODUCTION

The Board is responsible for the Company's corporate governance, sets the Company's strategy and policies and also monitors progress towards meeting its objectives and annual plans. The Board discharges these responsibilities through a programme of meetings that include a formal, annual strategy review. The Board also assesses whether and to what extent its obligations to the Company's shareholders and others are understood and met. This includes regular reviews of the Company's financial performance and critical business issues.

In the view of the Board, at least half of the Board members are, for the purposes of the UK Combined Code on Corporate Governance and the corporate governance standards of the New York Stock Exchange, independent Non-Executive Directors. Further information can be found in the section Independence of Directors under the UK Combined Code.

Prior to the publication of this report, the Board conducted its annual review and assessment of how it operates. This was done without external facilitation, although the Board did make use of a series of web-based questionnaires that were developed in conjunction with Lintstock, a leading corporate governance consulting company. This included consideration and discussion of the nature and level of its interaction with the Company's management; the quality, quantity and scope of information which flows to the Board from management, and the way in which it flows; the content of Board meetings and presentations to Board meetings; the composition of the Board; the practical arrangements for the work of the Board; and the work and operation of the Board's committees. Overall, Board members concluded that the Board and its committees were operating in an effective and constructive manner.

As part of the assessment process, the Chairman reported to the Board on his conversations with each Non-Executive Director about his or her individual performance and that of the Board as a whole. The Non-Executive Directors reviewed the performance of the Chief Executive Officer and other Executive Directors in their absence. In addition, the Board, under the chairmanship of the Senior Independent Director, reviewed the performance of the Chairman in his absence.

The Board maintains and regularly reviews a full list of matters and decisions that are reserved to, and can only be approved by, the Board. These include, among other things, the appointment, termination and remuneration of any Director; approving the annual budget; approving or supporting any item of fixed capital expenditure or any proposal for the acquisition or disposal of an investment or business which exceeds $150 million; the raising of any capital or loan by the Company or subsidiary of the Company (subject to certain exceptions); the giving of a guarantee in respect of any borrowing of the Company; and allotting shares of the Company. The matters that have not been expressly reserved to the Board have either been delegated to the Board committees or the Chief Executive Officer. Further information can be found in the sections Board Committees and Chief Executive Officer, delegation of authority and Senior Executive Team.

Details about the Board's composition, processes and responsibilities are set out in the Business organisation section.

## BOARD MEETINGS

As part of the business of each meeting of the Board, the Chief Executive Officer will typically submit a report describing the activities in each key area of the business and detailing progress against the goals the Board has approved. The Board also receives accounting and other management information to assist in the assessment of the use of financial and non-financial resources, as well as presentations from internal and external speakers to assist in the understanding of legal, governance and regulatory developments as well as external perspective issues.

The Company Secretary is responsible, on behalf of the Chairman, for ensuring that all Board and Board committee meetings are properly conducted, that the Directors receive appropriate information prior to meetings to enable them to make an effective contribution, and that any governance requirements are considered and implemented.

The Board held six scheduled and three other meetings in 2007. Six of the Board meetings were held in London, one in Boston and two by teleconference. The following table shows how many meetings each of the Directors participated in:

| Name | Number of meetings attended/ (number of meetings Director was eligible to attend in 2007) |
|---|---|
| Bo Angelin[1] | 3/(3) |
| Sir Peter Bonfield[2] | 4/(4) |
| David Brennan | 9/(9) |
| John Buchanan[3] | 8/(9) |
| Jane Henney[3] | 8/(9) |
| Michele Hooper[3] | 8/(9) |
| Joe Jimenez[3,4] | 1/(2) |
| Simon Lowth[5] | 1/(1) |
| Håkan Mogren | 9/(9) |
| Erna Möller[6] | 4/(4) |
| John Patterson | 9/(9) |
| Dame Nancy Rothwell | 9/(9) |
| Louis Schweitzer[3] | 8/(9) |
| Jonathan Symonds[7] | 6/(6) |
| John Varley[3] | 7/(9) |
| Marcus Wallenberg[3] | 6/(9) |

[1] Appointed 25 July 2007 in accordance with the Company's Articles of Association.

[2] Retired from the Board at the AGM on 26 April 2007 in accordance with the Company's Articles of Association and did not offer himself for re-election.

[3] Unable to attend one or more meetings due to an unscheduled urgent commitment or prior conflict.

[4] Resigned 12 April 2007.

[5] Appointed 5 November 2007 in accordance with the Company's Articles of Association.

[6] Retired from the Board at the AGM on 26 April 2007 in accordance with the Company's Articles of Association and did not offer herself for re-election.

[7] Resigned 31 July 2007.

Given the nature of the business to be conducted, some Board meetings are convened at short notice. As a result, it is occasionally difficult for certain Directors to rearrange prior engagements in order for them to attend such meetings. Where one or more Director is unable to attend a meeting of the Board, provided that the meeting is quorate without that Director or those Directors, the meeting will proceed as scheduled. In any event, the briefing papers will still be sent to the absent Directors and those Directors will typically make their comments and feedback on the business to be discussed at the meeting known to the Chairman, who can then raise these views at the meeting.

The Board is currently scheduled to meet six times in 2008, and will meet at such other times as may be required to conduct business.

## BOARD CHANGES

There is an established procedure operated by the Nomination Committee for the recommendation to the Board of the appointment of new Directors. Appointments are based on the merits of the candidates, who are measured against objective criteria, and care is taken to ensure that appointees have enough time to devote to the job. Further details of the type of

criteria used to select candidates are set out in the section Nomination Committee. In accordance with the Company's Articles of Association, all Directors retire at each Annual General Meeting (AGM) and may offer themselves for re-election by shareholders (see below for more details). The Board reviews annually the status of succession to senior positions, including those at Board level, and ensures it has regular contact with, and access to, succession candidates.

During the 2007 financial year:

- Joe Jimenez resigned from the Board on 12 April 2007 after agreeing to take up a full-time executive appointment with Novartis, the Swiss-based healthcare group. Mr Jimenez served the Company as a Non-Executive Director for approximately four years and was a member of the Remuneration Committee.

- At the AGM on 26 April 2007, Sir Peter Bonfield and Erna Möller, both Non-Executive Directors, stepped down from the Board. Sir Peter Bonfield served the Company as a Non-Executive Director for 12 years and worked as a member of various Board committees including the Remuneration Committee (acting as Chairman) and the Nomination Committee. Erna Möller served the Company as a Non-Executive Director for eight years (having formerly served as a Director of Astra AB for four years) and also worked as a member of various Board committees including the Remuneration Committee and, most recently, the Science Committee.

- In accordance with Article 70 of the Company's Articles of Association, which gives the Directors the power to appoint a new Director nominated by the Nomination Committee who can then hold office until the next AGM (at which they will be eligible for re-election), Bo Angelin was appointed as a Non-Executive Director on 25 July 2007.

- Jonathan Symonds resigned from the Board with effect from 31 July 2007 to pursue his career outside AstraZeneca.

- Also under Article 70 of the Company's Articles of Association, Simon Lowth was appointed as a Director and the Chief Financial Officer of the Company with effect from 5 November 2007.

On joining the Board, new Directors are provided with comprehensive documentation, which sets out their obligations and duties as Directors. New Directors also typically attend tailored induction programmes designed to take into account their individual skills and experience. In order to develop an understanding of the views of major shareholders about the Company, the Non-Executive Directors (together with the rest of the Board) regularly receive reports and presentations from the Company's brokers and meet with senior managers throughout the year. Moreover, at the AGM, the Directors actively encourage the attendance of shareholders and their asking questions.

## ELECTION AND RE-ELECTION OF DIRECTORS

Under Article 65 of the Company's Articles of Association, all of the Directors are required to retire at the AGM in April 2008. The Notice of AGM will give details of those Directors presenting themselves for election or re-election at the AGM.

## INSURANCE, INDEMNITIES AND PROFESSIONAL ADVICE

The Company maintained Directors' and Officers' liability insurance cover throughout 2007.

The Directors are also able to obtain independent legal advice at the expense of the Company, as necessary in their capacity as Directors.

In early 2006, and subsequently in the case of new Directors joining the Board, the Company entered into a deed of indemnity in favour of each Board member. Under Article 134 of the Company's Articles of Association, the current Directors and officers were already indemnified in accordance with the Companies Act 1985. However, consistent with recent changes to the Companies Act 1985, and in the interests of retaining high-quality, skilled individuals, current market practice is for companies to enter into a separate deed of indemnity in favour of each Director. As at the date of this report, these deeds of indemnity are still in force and provide that the Company shall indemnify the Directors to the fullest extent permitted by law and the Company's Articles of Association, in respect of all losses arising out of, or in connection with, the execution of their powers, duties and responsibilities, as Directors of the Company or any of its subsidiaries.

# EXHIBIT 4

# MedImmune

ABOUT MEDIMMUNE | PRODUCTS | R&D PIPELINE | PRESS ROOM | INVESTORS | PROVIDERS | CAREERS

Home / Investors / Board of Directors

**BOARD OF DIRECTORS**

- Investor Overview
- Press Releases
- Annual Reports
- Corporate Overview
  - History
  - Board of Directors »
  - Management
  - Strategic Alliances
- MedImmune Ventures
  - Overview
  - Portfolio
  - Contact MedImmune Ventures

Board of Directors | Management

**David R. Brennan**
Chief Executive Officer, AstraZeneca

**David M. Mott**
President and Chief Executive Officer, MedImmune

**David V. Elkins**
Vice President and Chief Financial Officer, AstraZeneca Pharmaceuticals LP

**John Patterson**
Executive Director, Development, AstraZeneca

**James F. Young, Ph.D.**
President, Research and Development, MedImmune

**Lynn Tetrault**
Executive Vice President, Human Resources and Corporate Affairs, AstraZeneca

**Edward T. Mathers**
Executive Vice President, Corporate Development and Venture, MedImmune

Copyright © 2005 MedImmune Inc. All rights reserved. Contact Us | Site Map | Privacy Policy | Terms and Conditions

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 1, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

The undersigned counsel further certifies that, on May 1, 2008, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

York M. Faulkner, Esquire
Charles E. Lipsey, Esquire
Ford F. Farabow, Esquire
Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner
11955 Freedom Drive, Suite 800
Reston, VA 20190

Colleen Tracy, Esquire
Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3800

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk