IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>    Defendants. | Civ. No. 07-810-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email & Hand Delivery:**
Richard D. Kirk
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
Phone: 302-655-5000
Fax: 302-658-6395
rkirk@bayardfirm.com

**Via Email & Federal Express:**
Edward J. Pardon
Jeffrey S. Ward
Thomas P. Heneghan
**Michael Best & Friedrich LLP**
One South Pinckney Street, Suite 700
Madison WI 53703
Phone: 608-257-3501
Fax: 608-283-2275
ejpardon@michaelbest.com
tpheneghan@michaelbest.com
jsward@michaelbest.com

Respectfully Submitted:

/s/ Mary W. Bourke

| | |
|---|---|
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |
| | |
| Henry J. Renk | |
| FITZPATRICK, CELLA, HARPER & | Thomas A. Stevens (#3039) |
| SCINTO | ASTRAZENECA PHARMACEUTICALS LP |
| 30 Rockefeller Plaza | 1800 Concord Pike |
| New York, NY 10112 | Wilmington, DE 19850-5437 |
| Telephone: (212) 218-2100 | (302) 885-5457 |
| Facsimile: (212) 218-2200 | (302) 886-8037 |
| | |
| *Of Counsel for Plaintiffs* | *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.* |

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

      I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

| | |
|---|---|
| Richard D. Kirk<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>Phone: 302-655-5000<br>Fax: 302-658-6395<br>rkirk@bayardfirm.com | Edward J. Pardon<br>Jeffrey S. Ward<br>Thomas P. Heneghan<br>**Michael Best & Friedrich LLP**<br>One South Pinckney Street, Suite 700<br>Madison WI 53703<br>Phone: 608-257-3501<br>Fax: 608-283-2275<br>ejpardon@michaelbest.com<br>tpheneghan@michaelbest.com<br>jsward@michaelbest.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615258