IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

        Plaintiffs,

v.                               C.A. No. 07-810-JJF-LPS

AUROBINDO PHARMA LIMITED, and
AUROBINDO PHARMA USA, INC.,

        Defendants.

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 6, 2008, copies of (1) **RESPONSES AND OBJECTIONS OF DEFENDANTS AUROBINDO PHARMA LTD. AND AUROBINDO PHARMA USA, INC. TO PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1-39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** and (2) this **NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

{BAY:00800216v1}

**By email and by first class mail:**

York M. Faulkner, Esquire
Charles E. Lipsey, Esquire
Ford F. Farabow, Esquire
Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner
11955 Freedom Drive, Suite 800
Reston, VA  20190

Colleen Tracy, Esquire
Henry J. Renk, Esquire
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3800


BAYARD, PA.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (No. 922)
222 Delaware Ave., Suite 900
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardlaw.com

OF COUNSEL:

MICHAEL BEST & FRIEDRICH LLP
Thomas P. Heneghan, Esquire
Jeffrey S. Ward, Esquire
Edward J. Pardon, Esquire
One South Pinckney Street, Suite 700
Madison, WI  53703
(608) 257-3501

Counsel for
AUROBINDO PHARMA LTD.,
AUROBINDO PHARAMA USA, INC.