IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Rosuvastatin Calcium Patent Litigation Order | Civ. No.: 08md1949-JJF |
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>    Defendant. | Civ. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>    Defendant. | Civ. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sandoz, Inc.,<br><br>    Defendant. | Civ. No. 07-807-JJF-LPS |
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Par Pharmaceutical, Inc.,<br><br>    Defendant. | Civ. No. 07-808-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>　　　Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>　　　Defendants. | Civ. No. 07-810-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.,<br>　　　Defendants. | Civ. No. 07-811-JJF-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO COMMON DISCOVERY ISSUES NOS. 1-18** and **PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on August 8, 2008 in the manner indicated:

| *Via Electronic Mail & Federal Express* | *Via Electronic Mail & Hand Delivery* |
|---|---|
| Robert Breisblatt<br>Jeremy C. Daniel<br>Joanna R. Stevason<br>Stephen P. Benson<br>Brian J. Sodikoff<br>Craig M. Kuchii<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, Illinois 60661<br>jeremy.daniel@kattenlaw.com<br>joanna.stevason@kattenlaw.com<br>Robert.breisblatt@kattenlaw.com<br>Stephen.benson@kattenlaw.com<br>Brian.sodikoff@kattenlaw.com<br>Craig.kuchii@kattenlaw.com | Richard L. Horwitz<br>David E. Moore<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>1313 N. Market St., 6th Floor<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Edward J. Pardon<br>Jeffrey S. Ward<br>Thomas P. Heneghan<br>**MICHAEL BEST & FRIEDRICH LLP**<br>One South Pinckney Street, Suite 700<br>Box 1806<br>Madison WI 53703<br>ejpardon@michaelbest.com<br>tpheneghan@michaelbest.com<br>jsward@michaelbest.com | Richard D. Kirk<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>rkirk@bayardfirm.com |
| Steve A. Maddox<br>Jeremy J. Edwards<br>**FOLEY & LARDNER LLP**<br>Washington Harbour<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>smaddoz@foley.com<br>jjedwards@foley.com | Richard L. Horwitz<br>David E. Moore<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>1313 N. Market St., 6th Floor<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| William A. Rakoczy<br>Paul J. Molino<br>Deanne M. Mazzochi<br>Tara M. Raghavan<br>Eric R. Hunt<br>**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>wrakoczy@rmmslegal.com<br>pmolino@rmmslegal.com<br>dmazzochi@rmmslegal.com<br>traghavan@rmmslegal.com<br>ehunt@rmmslegal.com | Mary B. Matterer<br>Richard K. Herrmann<br>Amy Arnott Quinlan<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>mmatterer@morrisjames.com<br>rherrmann@morrisjames.com<br>aquinlan@morrisjames.com |

Edgar H. Haug
Nicholas F. Giove
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
ehaug@flhlaw.com
ngiove@flhlaw.com

Daniel G. Brown
**WILSON, SONSINI, GOODRICH & ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
dgbrown@wsgr.com

Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com

Mr. Dane A. Drobny
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
ddrobny@winston.com

Charles B. Klein
John K. Hsu
Adam S. Nadelhaft
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jhsu@winston.com
anadelhaft@winston.com

Frederick L. Cottrell, III
Steven J. Fineman
**RICHARDS, LAYTON & FINGER P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
Fineman@rlf.com

George Seitz, III
Patricia McGonigle
**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
gseitz@svglaw.com
pmcgonigle@svglaw.com

Kevin G. Abrams
John M. Seaman
**ABRAMS & LASTER LLP**
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ Mary W. Bourke_
Mary W. Bourke (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

4

## CERTIFICATE OF SERVICE

I, hereby certify that on August 8, 2008, I served a true and correct copy of the foregoing NOTICE OF SERVICE on the counsel of record listed below via electronic mail:

*Mylan Pharmaceuticals Inc.*
**MORRIS JAMES LLP**
Mary B. Matterer, Esq.
Richard K. Hermann, Esq.
Amy Arnott Quinlan, Esq.
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Tara M. Raghavan, Esq.
Eric R. Hunt, Esq.

*Sun Pharmaceuticals Industries Limited*
**ABRAMS & LASTER LLP**
John M. Seaman, Esq.
Kevin G. Abrams, Esq.
**WINSTON & STRAWN LLP**
Charles B. Klein, Esq.
Dane A. Drobny, Esq.

*Sandoz Inc.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
George Seitz, III, Esq.
Patricia McGonigle, Esq.
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
Martin B. Pavane, Esq.
Edward V. Di Lello, Esq.
Darren S. Mogil, Esq.

*Par Pharmaceutical, Inc.*
**RICHARDS, LAYTON & FINGER P.A.**
Frederick L. Cottrell, Esq.
Steven J. Fineman, Esq.

**FROMMER LAWRENCE & HAUG LLP**
Edgar H. Haug, Esq.

**WILSON, SONSINI, GOODRICH & ROSATI**
Daniel G. Brown, Esq.

*Apotex Inc. & Apotex Corp.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**WELSH & KATZ, LTD.**
Robert B. Breisblatt, Esq.
J. Aron Carnahan, Esq.
Laurie A. Haynie, Esq.

*Aurobindo Pharma Limited & Aurobindo Pharma USA Inc.*
**BAYARD, P.A.**
Richard D. Kirk, Esq.

**MICHAEL BEST & FRIEDRICH LLP**
Edward J. Pardon, Esq.
Jeffrey S. Ward, Esq.
Thomas P. Heneghan, Esq.

*Cobalt Pharmaceuticals, Inc. & Cobalt Laboratories Inc.*
**POTTER ANDERSON & CORROON LLP**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
**FOLEY & LARDNER LLP**
Steve A. Maddox, Esq.
Jeremy J. Edwards, Esq.

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com