

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

302-429-4208
rkirk@bayardlaw.com

ELECTRONICALLY FILED
UNDER SEAL
**REDACTED PUBLIC VERSION**

January 12, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    AstraZeneca Pharmaceuticals, et al. v. Aurobindo Pharma Limited, et al.
             Case No. 07-810 (JJF)

Dear Judge Farnan:

      I represent defendants Aurobindo Pharma Limited, and Aurobindo Pharma USA, Inc. (collectively "Aurobindo"). We received the Court's order of today (D.I. 91) adopting and affirming the Report and Recommendation of the Magistrate Judge dated November 24, 2008 (D.I. 70) because no Objections were filed thereto.

      Aurobindo did timely file Objections under seal on December 15, 2008 (D.I. 74 and 75). By stipulation (D.I. 78), plaintiffs' Response to Aurobindo's Objections is due this Friday, January 16, 2009.

      My belief is that we sent copies of the under seal filing to the Court on December 15, 2008, and redacted versions of those filings on December 22, 2008 (D.I. 82 and 83). If I neglected to have courtesy copies of these filings specifically directed to Your Honor's chambers, that is my failing. I am enclosing copies of Aurobindo's Objections and the Declaration in support thereof, along with the redacted versions thereof, with this letter.





The Honorable Joseph J. Farnan, Jr.
January 12, 2009
Page 2

      I respectfully request the Court to consider Aurobindo's Objections and the supporting declaration, as well as plaintiffs' Response after it is filed.

                              Respectfully Submitted,

                              Richard D. Kirk

RDK:dvr
Enclosures
cc:    Attached Service List
File No. 33052-1